UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

04 JAN 14 PM 1:50

STEELCASE INC., a Michigan corporation,

    Plaintiff,

v

HARBIN'S INC., an Alabama corporation,

    Defendant.
_____/

Case No. 1:04 CV 0026

HON. Robert Holmes Bell
Chief, U.S. District Judge

Jon G. March (P17065)
Martin T. Shepherd (P65331)
MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.
Attorneys for Plaintiff
250 Monroe Avenue, N.W., Suite 800
P.O. Box 306
Grand Rapids, Michigan 49501-0306
(616) 831-1700
_____/

## COMPLAINT

Plaintiff, Steelcase Inc., by its attorneys Miller, Johnson, Snell & Cummiskey, P.L.C., for its Complaint against defendant, Harbin's Inc., alleges as follows:

1.    Plaintiff, Steelcase Inc. ("Steelcase"), is a Michigan corporation with its principal place of business in Grand Rapids, Michigan.

2.    Defendant, Harbin's, Inc. ("Harbin's") is an Alabama corporation with its principal place of business in Alabama.

3. The amount in controversy between the parties exceeds Seventy-Five Thousand Dollars ($75,000.00) exclusive of interest and costs.

4. This Court has subject matter jurisdiction over this case pursuant to 28 U.S.C. §1332.

5. Harbin's has transacted business in Michigan in connection with the matters giving rise to this suit.

6. Harbin's owners, officers, employees, and/or agents have, *inter alia*, knowingly contracted with Steelcase, a Michigan company; traveled to Michigan to transact business with Steelcase; placed telephone calls and sent electronic and paper correspondence to Michigan to transact business with Steelcase; placed orders to Steelcase for the production of product within Michigan and the shipment of goods from Michigan; and remitted payments to Michigan. Harbin's failure to pay Steelcase amounts due, as alleged below, has caused financial harm to Steelcase within Michigan.

7. This Court has personal jurisdiction over defendant Harbin's pursuant to Mich. Comp. Laws §600.715.

8. Venue is proper in this Court and District pursuant to 28 U.S.C. §1391.

9. Steelcase manufactures and sells office furniture.

10. Steelcase generally distributes its products to end-customers through a world-wide network of dealers, which are typically companies owned by third parties. Dealers buy Steelcase's products from Steelcase and resell those products to end-customers.

11. Harbin's was a Steelcase dealer.

2

12. As is true with most of its dealers, Steelcase did not have a written master contract with Harbin's that governed the overall dealer relationship between the parties.

13. Individual contracts of sale between Steelcase and Harbin's are memorialized by purchase orders submitted by Harbin's to Steelcase and related documents.

## Count I

14. Steelcase incorporates by reference the allegations in paragraphs 1 through 13 above.

15. Steelcase has entered into written contracts for the sale of goods with Harbin's.

16. Harbin's promised to pay for the goods specified in the contracts with Steelcase.

17. Steelcase has fully performed such contracts by delivering to defendant Harbin's the goods specified in the contracts.

18. Payment from Harbin's is due to plaintiff Steelcase under the terms of the contracts, together with interest on the unpaid amounts.

19. Harbin's owes Steelcase the amount of Three Hundred Forty-Five Thousand Twenty-Seven and 04/100 Dollars ($345,027.04) for product as of November 24, 2003.

20. Harbin's owes Steelcase the additional amount of Twenty-Three Thousand Two Hundred Twelve and 74/100 Dollars ($23,212.74) as interest on the unpaid amounts for product as of November 24, 2003.

3

21. The total amount due and owing from Harbin's to Steelcase on open account, over and above all set-offs and legal counterclaims, is Three Hundred Sixty-Eight Thousand Two Hundred Thirty-Nine and 78/100 Dollars ($368,239.78), as set forth in the Affidavit of James Van Dyk On Open Account attached hereto as Exhibit A.

22. Harbin's has refused to pay Steelcase the amounts due as alleged above.

WHEREFORE, plaintiff Steelcase Inc. respectfully prays that this Court award judgment in favor of plaintiff Steelcase, and against defendant Harbin's Inc. in the amounts alleged above, together with additional accrued pre and post filing interest and the costs of this action.

                                          MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.
                                          Attorneys for Plaintiff Steelcase Inc.

Dated: January 14, 2004             By _____
                                              Jon G. March (P17065)
                                              Martin T. Shepherd (P65331)
Business Address:
        250 Monroe Avenue, N.W., Suite 800
        PO Box 306
        Grand Rapids, Michigan 49501-0306
Telephone: (616) 831-1700