# A

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

STEELCASE INC., a Michigan
Corporation,

      Plaintiff,                       Case No.

v                                           HON.

HARBIN'S INC., an
Alabama corporation,

      Defendant.
_____/

Jon G. March (P17065)
Martin T. Shepherd (P65331)
MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.
Attorneys for Plaintiff
250 Monroe Avenue, N.W., Suite 800
P.O. Box 306
Grand Rapids, Michigan 49501-0306
(616) 831-1700
_____/

## AFFIDAVIT OF JAMES VAN DYK
## ON OPEN ACCOUNT

STATE OF MICHIGAN     )
                              ) ss.
COUNTY OF KENT        )

      James Van Dyk, being duly sworn, deposes and states as follows:

      1.     I am employed by plaintiff Steelcase Inc. as its Manager of Corporate Credit.

      2.     I am providing this Affidavit in support of plaintiff Steelcase Inc.'s Complaint in the above-captioned lawsuit. If sworn as a witness I could testify

competently to the matters set forth herein based on my own personal knowledge and/or the business records of Steelcase regularly kept in the regular course of its business.

3. Defendant Harbin's Inc. has been a dealer of Steelcase product and has purchased Steelcase product for resale to end-customers.

4. As of January 9, 2004, defendant Harbin's owed Steelcase on open account, over and above all set-offs and legal counterclaims, the principal amount of Three Hundred Forty-Five Thousand Twenty-Seven and 04/100 Dollars ($345,027.04), together with an additional amount of Twenty-Three Thousand Two Hundred Twelve and 74/100 Dollars ($23,212.74) for accrued interest, for a total amount of Three Hundred Sixty-Eight Thousand Two Hundred Thirty-Nine and 78/100 Dollars ($368,239.78).

5. Attached as Exhibit A is a copy of the most current account.

James Van Dyk

Subscribed and sworn to before me
this 9th day of January, 2004.

Notary Public, Kent County, Michigan
My Commission Expires: 12-15-05
Cynthia A. Gwinn

2

```
01/09/2004 09:16:22            ZFXR0700 - Summary Aged Trial Balance By Account                        Page:   1

Company Code(s): 1000
Credit Manager: 03 - Workout - J. VanDyk

                     Current         01-30         31-60         61-90         91-Over            Total

  7   HARBINS INC , MONTGOMERY, AL.
      Phone: (334) 264-5371   Fax:
Principal           3,333.79-         0.00          0.00        714.24     347,646.59       345,027.04
Interest              278.68        270.04        267.76        259.12      22,137.14        23,212.74
Principal+Interest  3,055.11-       270.04        267.76        973.36     369,783.73       368,239.78

Totals for Credit Manager: 03

Principal           3,333.79-         0.00          0.00        714.24     347,646.59       345,027.04
Interest              278.68        270.04        267.76        259.12      22,137.14        23,212.74
Principal+Interest  3,055.11-       270.04        267.76        973.36     369,783.73       368,239.78
```

**Exhibit A**