## 1. UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

STEELCASE INC.

v.

HARBIN'S INC.

DOCKET NO: **1:04 CV 0026**

TO: Defendant, Harbin's Inc.

**Robert Holmes Bell
Chief, U.S. District Judge**

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon:

PLAINTIFF'S ATTORNEY
Jon G. March
Martin T. Shepherd
Miller, Johnson, Snell & Cummiskey, P.L.C.
250 Monroe Avenue, N.W., Suite 800
P.O. Box 306
Grand Rapids, MI 49501-0306   616/831-1700
RONALD C. WESTON, SR., CLERK

BY: _____
(Deputy Clerk)
(SEAL)

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

DATED: **JAN 1 4 2004**

[FILED 04 FEB -4 PM 3:59 RONALD C. WESTON CLERK U.S. DISTRICT COURT WESTERN DISTRICT MICH]

☒ 399 Federal Building
110 Michigan St., N.W.
Grand Rapids, MI 49503

☐ P.O. Box 698
229 Federal Building
Marquette, MI 49855

☐ B-35 Federal Building
410 W. Michigan Ave.
Kalamazoo, MI 49007

☐ 113 Federal Building
315 W. Allegan
Lansing, MI 48933

### 2 RETURN OF SERVICE

Service of the Summons and Complaint was made by me.***

Name of Server: Daniel C. Wells

DATE: 1-15-04

Title: Private Process Server/Investigator

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE

☒ Served personally upon defendant. Place where served:
Served Michael Harbin, Owner and operator of Harbin's Inc - 300 South Perry St, Montgomery, AL 36104

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### 3 STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $ | $ | $ |

#### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement Fees is true and correct.

Executed on  1-15-04  at 5:00 PM
         Date

Signature of Server: _____

Address of Server: P.O. Box 91893 - Mobile, AL 36691
(251) 660-1191

***as to who may serve a summons - see Rule 4 of the Federal Rules of Civil Procedure

9/99

# RETURN ON SERVICE

## Steelcase, Inc. v. Harbin's Inc.
## Case #: 1:04-CV-0026

I hereby certify that I, Daniel C. Wells, am an authorized person by either rules 4.1 (B)(2) or 4.2(B)(2) of the Alabama Rules of Civil Procedure to serve the Summons and Complaint in the above case. I certify that I personally served a copy of the Summons and Complaint to **Mr. Michael Harbin, Owner/Operator of Harbin's Inc**. at the business address of 300 South Perry Street in Montgomery, AL 36104 on Thursday, January 15, 2004 at 5:00 PM.

Date: January 15, 2004

Process Server: Daniel C. Wells
P.O. Box 91893
Mobile, AL 36526

_____
Signature

## Notary Public

**STATE OF ALABAMA**
**MOBILE COUNTY**

Sworn to and subscribed before me this the _____ day of _____, 2003.

_____
Notary Public
My Commission expires _____