UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED - KZ
04 FEB -5 PM 1:58
U.S. DISTRICT COURT
WESTERN DISTRICT MICH.
BY: /s/

STEELCASE, INC., a Michigan corporation,

    Plaintiff,

v.

HARBIN'S, INC., an Alabama corporation,

    Defendant.
_____/

Case No. 1:04CV0026

Honorable Robert Holmes Bell
    Chief, U.S. District Judge

## APPEARANCE

TO:    United States District Court Clerk and Counsel of Record

The law firm of Miller, Canfield, Paddock and Stone, P.L.C. enters its appearance in this matter as counsel for Harbin's, Inc.

Dated: February 4, 2004    MILLER, CANFIELD, PADDOCK AND STONE
    Counsel for Harbin's, Inc.

By: /s/ Kurt McCamman
    Kurt P. McCamman
BUSINESS ADDRESS:
    444 West Michigan Avenue
    Kalamazoo, Michigan 49007
    (269) 381-7030

KZLIB:444186.1\000000-00000