UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



FILED - KZ
04 FEB -5 PM 1:58

RONALD WESTON, SR., CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT MICH.
BY ____

STEELCASE, INC., a Michigan corporation,

    Plaintiff,

v.

HARBIN'S, INC., an Alabama corporation,

    Defendant.
_____/

Case No. 1:04CV0026

Honorable Robert Holmes Bell
    Chief, U.S. District Judge

## CERTIFICATE OF SERVICE

I, Cassandra L. White, certify that on this 4$^h$ day of February, 2004, caused copies of an **Appearance** together with this **Certificate of Service**, to be served by mailing said documents by first class mail, postage prepaid, to the following address:

    Jon G. March, Esq.
    Miller, Johnson, Snell & Cummiskey, PLC
    250 Monroe Avenue, N.W., Suite 800
    P.O. Box 306
    Grand Rapids, Michigan 49501-0306

_Cassandra L. White_ (signature)
Cassandra L. White

Subscribed to and sworn before me this 4th day of February, 2004.

_Pamela S. Wilcox_ (signature)
Pamela S. Wilcox, Notary Public
Van Buren Acting in Kalamazoo County, MI
My Commission Expires: 03/14/08

KZLIB:444187.1\000000-00000

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.