UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN – SOUTHERN DIVISION

STEELCASE, INC., a Michigan corporation,

    Plaintiff,

v.

HARBIN'S, INC., an Alabama corporation,

    Defendant.

_____/

Case No. 1:04CV0026

Honorable Robert Holmes Bell
    Chief, U.S. District Judge

## STIPULATION TO EXTEND DEADLINE TO FILE ANSWER TO COMPLAINT

The parties, by and through their respective counsel, hereby stipulate and agree that the deadline for Defendant to answer the Complaint is extended 20 days to Tuesday, February 24, 2004.

Dated: February 5, 2004

MILLER, CANFIELD, PADDOCK AND STONE
Attorneys for Defendant

By: _____
    Kurt P. McCamman
BUSINESS ADDRESS:
    444 West Michigan Avenue
    Kalamazoo, MI 49007
    (269) 381-7030

Dated: February 5, 2004

MILLER, JOHNSON, SNELL & CUMMISKEY, PLC
Attorneys for Plaintiff

By: _____
    Jon G. March
BUSINESS ADDRESS:
    250 Monroe Avenue, N.W., Suite 800
    Grand Rapids, Michigan 49501-0306
    (616) 831-1729