-3-

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF MICHIGAN – SOUTHERN DIVISION

STEELCASE, INC., a Michigan corporation,

    Plaintiff,

v.

HARBIN'S, INC., an Alabama corporation,

    Defendant.
_____/

Case No. 1:04CV0026

Honorable Robert Holmes Bell
Chief, U.S. District Judge

## ORDER EXTENDING DEADLINE TO FILE ANSWER COMPLAINT

PRESENT: THE HONORABLE ROBERT HOLMES BELL, Chief U.S. District Judge

The parties to this action having filed a Stipulation to Extend Deadline to File Answer to Complaint, and the Court having reviewed and considered the stipulation, IT IS HEREBY ORDERED that the deadline for Defendant to file its answer to the Complaint is extended to February 24, 2004.

                                                              Honorable Robert Holmes Bell
                                                              Chief, U.S. District Judge

KZLIB:444274.1\000000-00000