UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN – SOUTHERN DIVISION

FILED
FEB 24 PM 3:31

STEELCASE, INC., a Michigan corporation,

    Plaintiff,

v.

HARBIN'S, INC., an Alabama corporation,

    Defendant.

_____/

Case No. 1:04CV0026

Honorable Robert Holmes Bell
Chief, U.S. District Judge

## HARBIN'S INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND FOR IMPROPER VENUE PURSUANT TO FED.R.CIV.P. 12(b)(2) AND (3) OR IN THE ALTERNATIVE FOR TRANSFER OF VENUE

Defendant Harbin's Inc., by its attorneys, Miller, Canfield, Paddock, and Stone, P.L.C., moves, pursuant to Fed.R.Civ.P. 12(b)(2) and (3), for dismissal for lack of personal jurisdiction and venue, or in the alternative, for transfer of venue for the reasons set forth in Harbin's Inc.'s accompanying brief-in-support of this motion.

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

By: _____
    Kurt McCamman (P51477)
Matthew L. Lager (P58589)
Attorneys for Defendant
444 West Michigan Avenue
Kalamazoo, MI 49007-3751
(269) 381-7030

Dated: February 24, 2004

KZLIB:446043.1\000000-00000