# A

Case 5:04-cv-00833-26-RTHCSC Document 10-2 Filed 02/22/2004 Page 1 of 4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN – SOUTHERN DIVISION

STEELCASE, INC., a Michigan corporation,

    Plaintiff,

v.

HARBIN'S, INC., an Alabama corporation,

    Defendant.

_____/

Case No. 1:04CV0026

Honorable Robert Holmes Bell
Chief, U.S. District Judge

## AFFIDAVIT OF MICHAEL HARBIN IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE

STATE OF ALABAMA    )
                                ) SS.
COUNTY OF MONTGOMERY  )

Michael Harbin, being first duly sworn, deposes and states as follows:

1. I am employed by defendant as its President.

2. I am providing this affidavit in support of defendant Harbin's, Inc.'s motion to dismiss for lack of personal jurisdiction and for improper venue. If sworn as a witness, I could testify competently to the matters set forth herein based upon my own personal knowledge and/or business records of Harbin's, Inc. ("Harbin's"), regularly kept in the ordinary course of business.

3. Harbin's is an Alabama corporation.

4. Harbin's principal place of business is in Montgomery, Alabama.

5. Harbin's has not transacted business with any customers in Michigan.

6. Harbin's does not maintain an office or employ any persons in Michigan.

7. Steelcase, Inc. ("Steelcase") is, upon information and belief, a Michigan corporation registered to do business in Alabama, which does do business in Alabama.

8. Steelcase maintains manufacturing operations in Alabama.

9. Harbin's has accepted delivery of product from Steelcase at Steelcase's manufacturing facilities in Alabama.

10. Steelcase has delivered product to Harbin's at Harbin's facilities in Alabama.

11. Harbin's has never accepted delivery of Steelcase products at any location in Michigan.

12. Harbin's has contact with Steelcase through Steelcase representatives in Alabama.

13. Steelcase employs representatives who live in Alabama.

14. Harbin's has also communicated and done business with Steelcase through Steelcase's representatives in Georgia.

15. Harbin's orders product from Steelcase in Alabama by means of intranet computer software installed by Steelcase at Harbin's facility in Alabama.

16. None of the acts alleged in the complaint in this action by Steelcase occurred in Michigan.

17. Harbin's remits payment to Steelcase at Steelcase's premises in Atlanta, Georgia.

18. Harbin's has had only incidental contact with Steelcase in Michigan, and none of its incidental contact with Steelcase in Michigan is related to or connected with the purchase or sale of goods as alleged in the complaint filed in this case.

Further, affiant sayeth not.

_____
Michael Harbin

Subscribed to and sworn to before me this 23 day of February, 2004.

_____
Notary Public
__MONTGOMERY__ County, Alabama

COMMISSION EXPIRES: 1/22/05

-3-