UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEELCASE, INC., a Michigan corporation,

    Plaintiff,

v.

HARBIN'S, INC., an Alabama corporation,

    Defendant.
_____/

Case No. 1:04CV0026

Honorable Robert Holmes Bell
Chief, U.S. District Judge

## CERTIFICATE OF SERVICE

I, Cassandra L. White, certify that on this 25$^h$ day of February, 2004, caused copies of **Harbin's, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction and for Improper Venue Pursuant to Fed.R.Civ.P. 12(b)(2) and (3) or in the Alternative for Transfer of Venue and Brief in Support** together with this **Certificate of Service**, to be served by facsimile to Jon G. March, Esq., to (616) 988-1729 and by mailing said documents by first class mail, postage prepaid, to the following address:

Jon G. March, Esq.
Miller, Johnson, Snell & Cummiskey, PLC
250 Monroe Avenue, N.W., Suite 800
P.O. Box 306
Grand Rapids, Michigan 49501-0306

_____
Cassandra L. White

Subscribed to and sworn before me this 25th day of February, 2004.

_____
Pamela S. Wilcox, Notary Public
Van Buren Acting in Kalamazoo County, MI
My Commission Expires: 03/14/08

KZLIB:446325.1\000000-00000

```
                    Transmission Report

                                    Date/Time         2-25-04; 9:40AM
                                    Local ID          2693820244
                                    Local Name        miller canfield
                                    Company Logo      miller canfield
```

This document was confirmed.
   (reduced sample and details below)
Document Size   Letter-S

---

Founded in 1852
by Sidney Davy Miller

**MILLER CANFIELD**
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

MICHIGAN: Ann Arbor
Detroit • Grand Rapids
Howell • Kalamazoo
Lansing • Monroe • Troy

New York, N.Y.
Washington, D.C.
CANADA: Windsor, ON
POLAND: Gdynia
Katowice • Warsaw

AFFILIATED OFFICE:
Pensacola, FL

444 West Michigan Avenue
Kalamazoo, Michigan 49007
TEL: (616) 381-7030
FAX: (616) 382-0244
www.millercanfield.com

DIRECT FAX: (616) 382-0244

### FAX COVER SHEET

This facsimile contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the Addressee(s) named below. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this facsimile is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone and return the original facsimile to us at the above address via the U.S. Postal Service. Thank you.

| PLEASE DELIVER TO | FAX TELEPHONE NO. |
|---|---|
| Jon G. March, Esq. | (616) 831-1701 |

| FROM | Kurt P. McCamman | C/M NO. USER NO. | 1821 |
|---|---|---|---|
| TELEPHONE | (269) 383-5818 | DATE | February 25, 2004 |

| COMMENTS |
|---|
| HARD COPY TO FOLLOW: ☐YES ☐NO |

Total Number of Pages 30 (including this cover sheet)

KZL1B:444274.1\000000-00800

IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CALL CASSIE WHITE AT (616) 381-7030 ext. 3839, AS SOON AS POSSIBLE.

---

Total Pages Scanned : 30   Total Pages Confirmed : 30

| No. | Doc | Remote Station | Start Time | Duration | Pages | Mode | Comments | Results |
|---|---|---|---|---|---|---|---|---|
| 1 | 941 | 916163311701 | 2-25-04; 9:24AM | 15'20" | 30/30 | G3 | | CP 14.4 |

Notes :
EC: Error Correct      RE: Resend            PD: Polled by Remote      MB: Receive to Mailbox
BC: Broadcast Send     MP: Multi-Poll        PG: Polling a Remote      PI: Power Interruption
CP: Completed          RM: Receive to Memory DR: Document Removed      TM: Terminated by user
HS: Host Scan          HP: Host Print        FO: Forced Output         WT: Waiting Transfer
HF: Host Fax           HR: Host Receive      FM: Forward Mailbox Doc.  WS: Waiting Send