# Exhibit A

FedEx USA Airbill — Tracking Number 8324 9852 9250

Date: 11/2/02
Sender's Name: M. Harbin
Company: HARBIN'S INC
Address: 300 S PERRY ST FL 1
City: MONTGOMERY State: AL ZIP: 36104
Phone: 334-264-5371

Recipient's Name: Mavis Jones
Company: Steelcase [CH-3E-16]
Phone: 616-247-2102
Address: 901 44th St. S.E.
City: Grand Rapids State: MI ZIP: 49508

447

Exhibit A

---

**HARBINS-STERN BROTHERS, L.L.C.**
300 S. PERRY STREET
MONTGOMERY, AL 36104

9176
61-399/622

DATE: 11/2/02

PAY TO THE ORDER OF: Steelcase  $29906.31
Twenty-nine thousand nine hundred six + 31/100  DOLLARS

STERLING BANK
Montgomery, AL
An Affiliate of Synovus Financial Corp.

FOR: _____