# Exhibit B

Case 5:04-cv-00888-RH-CSC Document 14-3 Filed 06/23/2004 Page 1 of 4



Exhibit B

FedEx USA Airbill

FedEx Tracking Number: 8324 9852 9309

1 From
Date: 11/22/02
Sender's Name: Michael Harbin
Company: HARBIN'S INC
Phone: 334-264-5371
Address: 300 S PERRY ST FL 1
City: MONTGOMERY  State: AL  ZIP: 36104

2 Your Internal Billing Reference

3 To
Recipient's Name: Marcus James
Company: Steelcase Inc
Address: 901 44th Street SE
ECH-3E-167
City: Grand Rapids  State: MI  ZIP: 49508

4a Express Package Service
- FedEx Priority Overnight
- FedEx Standard Overnight
- [X] FedEx First Overnight
- FedEx 2Day
- FedEx Express Saver

4b Express Freight Service
- FedEx 1Day Freight
- FedEx 2Day Freight
- FedEx 3Day Freight

5 Packaging
- [X] FedEx Envelope
- FedEx Pak
- Other Pkg.

6 Special Handling
- SATURDAY Delivery
- HOLD Weekday at FedEx Location
- HOLD Saturday at FedEx Location
- Dry Ice
- Cargo Aircraft Only

Does this shipment contain dangerous goods?
- [X] No
- Yes (As per attached Shipper's Declaration)
- Yes (Shipper's Declaration not required)

7 Payment Bill to:
- [X] Sender
- Recipient
- Third Party
- Credit Card
- Cash/Check

Total Packages: 1
Total Weight:
Total Charges:

447

0197741584

Barcode: 8324 9852 9309

