# Exhibit C

Exhibit C



**FedEx USA Airbill Express**

FedEx Tracking Number: 8324 9852 9310

1 From
Date: 12/2/02
Sender's Name: M. Harbin
Company: HARBIN'S INC
Address: 300 S PERRY ST FL 1
City: MONTGOMERY  State: AL  ZIP: 36104
Phone: 334 264-5371

2 Your Internal Billing Reference

3 To
Recipient's Name: Mr. Morris James
Company: Steelcase Inc
Address: 901 44th St SE
City: Grand Rapids  State: MI  ZIP: 49508
Phone: 616 247-2102

4a Express Package Service
[X] FedEx Standard Overnight

4b Express Freight Service

5 Packaging
[X] FedEx Pak

6 Special Handling

7 Payment: Sender

447

01977741584