# Exhibit D

*(Page contains a rotated FedEx USA Airbill and a check, Exhibit D)*

**Check:**
- No. 9259
- HARBIN-STERN BROTHERS, LLC, 300 S. Perry Street, Montgomery, AL 36104
- Date: Dec. 13, 2002
- Pay to the order of: Steelcase
- Amount: $1,712.13
- Seventeen hundred twelve and 13/100 Dollars
- For: Marvis James
- Sterling Bank

**FedEx Airbill** (Tracking 8377 4648 7058):
1. From — Date: 12/16/02; Sender's Name: Michael Harbin; Company: Harbin's Inc.; Address: 300 S. Perry Street; City: Montgomery; State: AL; ZIP: 36104; Phone: 334 264-4391
3. To — Recipient's Name: Mr. Marvis James; Company: Steelcase Inc.; Address: 901 44th Street SE; City: Grand Rapids; State: MI; ZIP: 49506; Phone: 616 247-2102

Exhibit D