# Exhibit E



**Exhibit E**

**FedEx Express USA Airbill** — FedEx Tracking Number 8377 4648 7091

1. From
   - Date: 12-31-01
   - Sender's Name: Haybins Inc
   - Phone: 334-264-5321
   - Company: Haybins Inc
   - Address: 300 S Perry St FL 1
   - City: Montgomery  State: AL  ZIP: 36104

2. Your Internal Billing Reference

3. To
   - Recipient's Name: Athawi James
   - Phone: 616-247-2102
   - Company: Steelcase Inc 3WD6
   - Address: 901 44th St, SE
   - City: Grand Rapids  State: MI  ZIP: 49509

4a. Express Package Service — FedEx Priority Overnight [X]

7. Payment: Bill to Sender [X]

446