# Exhibit A

Case 5:04-cv-00888-JW Document 15-2 Filed 06/23/2004 Page 1 of 5

# Steelcase

# DEALER APPLICATION    FEB 14 1991

RECEIVED S/C
FEB 15 1991
CREDIT DEPT.

☐ New Dealer
☐ New Branch of Existing Dealer
☒ Ownership Change
☐ New Subsidiary
☐ Update

| Date | Number | Dealer Code | A/R Number |
|---|---|---|---|
| December 10, 1990 | 1088 | T362317 | |

## DEALERSHIP INFORMATION

**Business Name:** Harbins Inc.
**Phone No.:** 205-264-5371
**Legal Business Name (If Different):**
**FAX No.:** 205-265-9126
**Mailing Address Street:** 300 South Perry Street
**P.O. Box #:** 4803
**P.O. Box Zip:** 36104
**City:** Montgomery
**County:**
**State or Province:** AL
**Zip or Postal Code:** 36104
**Chief Executive:** Michael G. Harbin JR
**Telex No.:**
**Send Steelcase Bulk Mailings to Attention of:** Bonnie Waters
**Number of Copies:**

**Showroom Address** — Phone No.:
**City:** Same As Above
**County:** | **State Or Province:** | **Zip:**

**Warehouse Address** — Phone No.:
**City:** | **County:** | **State Or Province:** | **Zip:**

**Branch Address** — Phone No.:
**City:** | **County:** | **State Or Province:** | **Zip:**

**Branch Address** — Phone No.:
**City:** | **County:** | **State Or Province:** | **Zip:**

DO YOU WANT THE BRANCH ADDRESSES LISTED IN THE DEALER DIRECTORY? ☐ Yes ☐ No
SHOULD BULK MAILINGS BE SENT TO THE BRANCH ADDRESSES?
IF YES, TO WHOM? ☐ Yes ☐ No

## WAREHOUSE RECEIVING

Able to receive uncrated shipments ☒ Yes ☐ No
If you have special receiving hours, what are the hours:
Preferred shipping methods or routing: 24 hour Advance notice of delivery

Exhibit A

## ORGANIZATIONAL DATA

| COMPANY | ☒ Currently in Business | ☐ To be Organized | DATE Current Ownership Originated |
|---|---|---|---|
| TYPE OF ORGANIZATION | ☒ Corporation  ☐ Partnership | ☐ Proprietorship | ☐ Other |
| INCORPORATED | State or Province: Alabama | Date of Incorporation: 1990 | Federal I.D.# 63-0512658 |

### CURRENT MAJOR ACCOUNTS

| | |
|---|---|
| AIFA | State Alabama |
| Caddell Construction | Maxwell AFB |
| Alabama Power Co. | Gunter AFB |
| | AIDT / Southtrust |

### MAJOR OFFICE FURNITURE LINES SOLD

| STEEL | WOOD |
|---|---|
| Steelcase | OFS |
| Kreuger | ALMA |
| Anderson Hickey | DAR/RAN |

Market Area Serviced: State of Alabama

We have completed and signed the Steelcase Credit Application under separate cover. Any material misrepresentation, intentional or unintentional, in the information included herein, constitutes grounds for termination of any commitments or agreements that may subsequently result with Steelcase Inc.

FOR (Company Name): Harbins Inc

BY (Signature): [signature]

(Title): President

DATE: 1-17-91

| OWNERSHIP | | | | (Please be sure ownership totals 100%) | |
|---|---|---|---|---|---|
| Name | Title | Address | % of Ownership | % of Time Devoted to Business | Date of Birth |
| Michael G. Harbin JR | President | 300 South Perry | 75 | 100 | 6-61 |
| Michael G. Harbin SR | Vice President | " | 25 | 100 | 5-34 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| MANAGEMENT STRUCTURE | | | | |
|---|---|---|---|---|
| Position | Name | % of Ownership | Date Hired | Date of Birth |
| Chairman | Michael Harbin, JR | 75 | 3-90 | 6-2-61 |
| President - Vice | Michael Harbin, SR | 25 | 3-90 | 5-4-34 |
| General Manager | | | | |
| V.P. Marketing & Sales | | | | |
| V.P. Operations | | | | |
| V.P. Finance | | | | |
| Sales Manager | | | | |
| Design Manager | Bonnie Winters | | 9-90 | 10-64 |
| Controller | | | | |
| Office Manager | Mary Romine | | 1-80 | 1-54 |
| Warehouse Manager | Jim Fulmer | | 9-79 | 1-34 |
| Installation Manager | Greg Davis | | 8-88 | 2-18-63 |
| Other network | Sandra Cambell | | | 9-28-49 |
| | | | | |
| | | | | |

| FOR STEELCASE USE ONLY | |
|---|---|
| Approvals | Dates |
| Regional Manager *[signature]* | 1-31-91 |
| Area Vice President *[signature]* | 2-5-91 |
| Director, Corporate Credit  Joel VanderWall for Wayne Postma | 3/19/91 |
| Director, Dealer Profitability *[signature]* | 3/22/91 |
| Vice President, Dealer Relations *[signature]* | 3/25/91 |
| Senior Vice President, Sales *[signature]* | 3/29/91 |
| Senior Vice President, Finance  A. Rougier-Chapman | 3/29/91 |

\* Please return to Dealer Development (Dealer Network Planning) after signature.

750-045.5/DD1 Printed in USA