# Exhibit CC

Case 2:05-cv-00888-MHT-SC Document 15-7 Filed 03/24/2004 Page 1 of 13

# AUTOMATIC COVER SHEET

DATE:  JAN-28-03 TUE 03:45 PM

TO:

FAX #:  16166983863

FROM:  HARBIN'S INC.

FAX #:  3342659126

12 PAGES WERE SENT

(INCLUDING THIS COVER PAGE)

Exhibit CC

HARBIN'S COLONIAL BANK ACCOUNT

NEW ACCOUNT

```
                                    -28.08 checks
                                    -54.00 nsf
                                    9146.03
                                    202733.60
                                    -210578.45
                                    1217.15
```

9146.03 BEGINNING BALANCE

| DEPOSITS | | | CHECKS | | |
|---|---|---|---|---|---|
| 320.71 | | 1/6 DRAWER | 501 | CAR WH | -200.19 |
| 373.41 | | 1/6 COD | 502 | VOID | |
| 1503.04 | | 1/6 A/R | 503 | WEST | -1656.00 |
| 400.80 | | 1/6 DRAWER | 504 | S.P | -4645.04 |
| 50.79 | | 1/6 COD | 505 | TRAGONA | -1760.00 |
| 150.43 | | 1/6 DRAWER | 506 | S.P | -5128.29 |
| 37.80 | | 1/7 A/R | 507 | MAC | -1866.00 |
| 303.22 | | 1/8 DRAWER | 508 | GMC | -25.18 |
| 1242.40 | | 1/8 A/R | 509 | SP | -5674.81 |
| 324.24 | | 1/8 DRAWER | 510 | DF | -272.00 |
| 3.06 | | 1/9 DRAWER | 511 | PETTY | -167.36 |
| 1526.28 | | 1/9 A/R | 512 | MAC | -1705.60 |
| 490.56 | | 1/10 DRAWER | | | |
| 6126.24 | | 1/10 A/R | 513 | SP | -7157.99 |
| 1209.65 | | 1/10 A/R | 514 | SP | -2515.43 |
| | | | 515 | GLOBAL | -8346.86 |
| 552.30 | | 1/8 CR LA | 516 | PLASTIC | -114.84 |
| 4261.87 | | 1/9 CR LA | 517 | SP | -4720.81 |
| 3057.59 | | 1/13 | 518 | COLONIAL | -4609.00 |
| 996.58 | | 1/13 | | | |
| 500.89 | | 1/13 | 519 | COLONIAL | -1091.98 |
| 27873.45 | | 1/14 | 520 | STRUST | -14460.90 |
| 294.53 | | 1/14 | 521 | Sterling | -38430.13 |
| 2651.72 | | 1/15 | 522 | sp | -6724.44 |
| 1907.11 | CR. ADVA | | 523 | Mac paper | -1740.00 |
| 280.44 | | | 524 | American ex | 0.00 |
| 1490.08 | | 1/15 | 525 | T-Mobile | 0.00 |
| 1709.50 | ach | | 526 | MBNA | 0.00 |
| 262.07 | cradv | | 527 | Mclub | 0.00 |
| 446.74 | ach | | 528 | Southtrust | 0.00 |
| 3325.03 | | 1/16 | 529 | Southtrust | 0.00 |
| 63.90 | | | 530 | American ex | 0.00 |
| 173.96 | ACH | | 531 | City of Eu | 0.00 |
| 385.96 | | 1/16 | 532 | City of Mon | 0.00 |
| 5875.02 | | | 533 | City of Mon | 0.00 |
| 45200.00 | | | 534 | US Dept | 0.00 |
| 545.73 | | | 535 | JacksonT | 0.00 |
| 3083.40 | | | 536 | Nashville | 0.00 |
| 6627.12 | ADVANCE | | 537 | Carolina | -471.70 |
| 99.90 | ACH | | 538 | License | |
| 2635.39 | | | 539 | Highpoint | 0.00 |
| 574.33 | | | 540 | dmv | 0.00 |
| 382.50 | | | 541 | Workforce | 0.00 |
| 332.48 | | | 542 | Wings | 0.00 |
| 348.83 | | | 543 | Russell | 0.00 |
| 17730.00 | | | 544 | Office F | 0.00 |
| | | | 545 | SP | 0.00 |
| | | | 546 | Kwik Kopy | 0.00 |
| | | | 547 | SP | -3759.00 |
| 10072.67 | | | | | |
| | | | 548 | SP | VOID |
| | | | 549 | SOUTHTRUST | -2600.00 |
| 202733.60 | | | 550 | ALIANT | -15732.86 |
| | | | 551 | SP | -7713.04 |
| | | | 552 | SP | -3362.24 |
| | | | 553 | MAC | -1003.56 |
| | | | 554 | SP | -2093.70 |
| | | | 555 | MAC | -852.60 |
| | | | 556 | W.M. REFIN | -750.00 |
| | | | 557 | SP | -4615.61 |
| | | | 558 | MAC | -2056.00 |
| | | | 559 | SP | -2366.39 |
| | | | 560 | sp | -3822.00 |
| | | | 561 | wafa | -1410.00 |
| | | | 562 | | -8600.00 |
| | | | | | -210578.45 |

TO: MARVIS
& MICHAEL
616-698-3863

HARBIN'S, INC.                           INVENTORY EXTENDED DOLLARS                01/24/03
300 SOUTH PERRY STREET                        FOR LOCATION ( )                     14:37:10
MONTGOMERY,        AL 36104                      PRICED BY (A)                     PAGE    1

```
                                                                                              
              VEND (Y)
              VENDER  CO.   DESCRIPTION      UNIT UNIT BASE   ON HAND    BACKORD   ON ORDER   ALLOCATED
              ============  ================ ==  =========  =========  =========  =========  =========

DEPARTMENT  1       IN HOUSE $   320,272.34              319,962.53       515.53   10,753.48     259.81
DEPARTMENT  2       IN HOUSE $     2,542.66                2,542.66          .00         .00        .00
DEPARTMENT  3       IN HOUSE $    11,121.26               11,121.26          .00    2,254.92        .00
DEPARTMENT  5       IN HOUSE $       833.99                  833.99          .00         .00        .00
DEPARTMENT  6       IN HOUSE $       910.33                  910.33          .00         .00        .00
DEPARTMENT  7       IN HOUSE $    62,401.75               62,088.79          .00   29,757.52     312.96
DEPARTMENT  9       IN HOUSE $     7,876.24                7,876.24          .00         .00        .00
DEPARTMENT 18       IN HOUSE $        20.37                   20.37          .00         .00        .00
DEPARTMENT 19       IN HOUSE $       297.27                  297.27          .00         .00        .00

TOTAL FOR REPORT    RECORDS =  5001  IN HOUSE $  406,234.21  405,661.44   515.53   50,765.92     572.77
```

HARBIN'S INC.
BALANCE SHEET
AS OF NOVEMBER 30, 2002

|  | | % OF ASSETS |
|---|---:|---:|
| CURRENT ASSETS | | |
| CASH - STERLING BANK | -161.53 | -01.13 |
| CASH - ALIANT PAYROLL ACCOUNT | 3921.32 | 27.37 |
| CASH - COLONIAL BANK | -45972.27 | 320.88 |
| CASH - ALIANT OPERATING ACCOUNT | 305.96 | 02.14 |
| CASH - SOUTHTRUST HARBINS INC | 461.06 | 03.22 |
| CASH ON HAND - PETTY | 350.00 | 02.44 |
| TOTAL CASH | -41095.46 | 286.84 |
| RETURNED CHECKS | 209.77 | 01.46 |
| A/R - TRADE | 373170.70 | 604.69 |
| DUE FROM EMPLOYEES | -689.73 | -04.81 |
| TOTAL RECEIVABLES | .00 | 00.00 |
| INVENTORY-DEPT 1 | 637339.64 | 448.56 |
| INVENTORY-DEPT 3 | -18478.06 | 608.49 |
| INVENTORY-INSTALLERS | .00 | 00.00 |
| TOTAL OTHER CURRENT ASSETS | 673522.24 | 701.11 |
| TOTAL CURRENT ASSETS | 1013433.55 | 073.65 |

HARBIN'S INC.
BALANCE SHEET
AS OF NOVEMBER 30, 2002

| ASSETS | | | |
|---|---|---|---|
| AUTOMOBILES | 62327.57 | | 435.04 |
| TRUCKS | 36127.04 | | 252.16 |
| FURNITURE AND FIXTURES | 61187.23 | | 427.08 |
| COMPUTER EQUIPMENT | 116252.94 | | 811.43 |
| LEASEHOLD IMPROVEMENTS | 55158.63 | | 385.00 |
| EQUIPMENT | 65465.43 | | 456.94 |
| WAREHOUSE | 1694.57 | | 11.83 |
| RENTAL FURNITURE | 55460.00 | | 387.10 |
| | 453673.41 | | 166.59 |
| LESS: ACCUM DEPRECIATION | -239640.57 | | 672.66 |
| TOTAL FIXED ASSETS | | 214032.84 | 493.92 |
| | | | |
| OTHER ASSETS | | | |
| CLOSING COSTS | .00 | | 00.00 |
| ACCUM AMORTIZATION-CLOSING COSTS | -7664.96 | | -53.50 |
| CAPITAL LEASE, COPIER | 7718.48 | | 53.87 |
| TOTAL OTHER ASSETS | | 3886.00 | 27.12 |
| | | | |
| TOTAL ASSETS | | 1231352.39 | 594.69 |

HARBIN'S INC.
BALANCE SHEET
AS OF NOVEMBER 30, 2002

LIABILITIES AND NET WORTH

CURRENT LIABILITIES

| | | |
|---|---:|---:|
| A/P - TRADE | -427505.89 | 983.94 |
| NOTE PAYABLE - SOUTHTRUST | .00 | 00.00 |
| CREDIT LINE-COLONIAL BANK | -781659.98 | 455.89 |
| ACCRUED SALARIES | .00 | 00.00 |
| ACCRUED INTEREST PAYABLE | 2406.84 | 16.80 |
| FEDERAL PAYROLL TAX W/H | .00 | 00.00 |
| FICA PAYROLL TAX W/H | 18.00 | 00.13 |
| STATE PAYROLL TAX W/H | .00 | 00.00 |
| GARNISHMENTS | -92.04 | -00.64 |
| SALES TAX PAYABLE | -27057.44 | 188.86 |
| RENTAL TAX PAYABLE | .00 | 00.00 |
| 401K LOAN PAYABLE | -264.00 | -01.84 |
| ACCRUED 401K | -1105.69 | -07.72 |
| TOTAL CURRENT LIABILITIES | -1280739.54 | 939.41 |

LONG TERM LIABILITIES

| | | |
|---|---:|---:|
| TOTAL LIABILITIES | -1280739.54 | 939.41 |

NET WORTH

| | | |
|---|---:|---:|
| CAPITAL - HARBIN'S INC | -19271.15 | 134.51 |
| RETAINED EARNINGS | .00 | 00.00 |
| NET INCOME OR LOSS | 68658.30 | 479.23 |
| TOTAL NET WORTH | 49387.15 | 344.72 |
| TOTAL LIABILITIES AND NET WORTH | -1231352.39 | 594.69 |

HARBIN'S INC.
INCOME STATEMENT
FOR THE MONTH ENDED NOVEMBER 30, 2002

|  | CURRENT PERIOD | | YEAR TO DATE | |
|---|---:|---:|---:|---:|
|  | AMOUNT | RATIO | AMOUNT | RATIO |
| **SALES AND COST OF SALES** | | | | |
| SALES | | | | |
| SALES - SUPPLIES | -93853.10 | 56.77 | -641805.85 | 59.02 |
| SALES - MACHINES | -716.40 | 00.43 | -3859.25 | 00.35 |
| SALES - FURNITURE | -39338.79 | 23.80 | -248228.03 | 22.83 |
| SALES - STAMPS | -125.28 | 00.08 | -1315.55 | 00.12 |
| SALES - TONER | -2406.13 | 01.46 | -16717.64 | 01.54 |
| SALES - PAPER | -23790.82 | 14.39 | -123198.35 | 11.33 |
| SALES - UNCATALOGED | -3909.63 | 02.37 | -44095.59 | 04.06 |
| SALES-DEPT 10(U-Z) | -1160.77 | 00.70 | -8168.03 | 00.75 |
| SALES-COMPUTERS/PRINTERS | .00 | 00.00 | .00 | 00.00 |
| SALES-DESKTOP ACCESSORIES | .00 | 00.00 | -7.39 | 00.00 |
| SALES-OFFICE SUPPLIES | .00 | 00.00 | -3.54 | 00.00 |
| SALES-PAPER | -12.06 | 00.01 | -183.09 | 00.02 |
| TOTAL SALES | -165313.78 | 100.00 | -1087582.31 | 100.01 |
| | | | | |
| SALES DISCOUNTS/RETURNS/ALLOWANCES | | | | |
| RETURNS AND ALLOWANCES | .00 | 00.00 | 161.70 | -00.01 |
| TOTAL DISCOUNTS/RETURNS/ALLOWANCES | .00 | 00.00 | 161.70 | -00.01 |
| | | | | |
| COST OF SALES | | | | |
| COS-SUPPLIES | 69330.20 | -41.94 | 467506.90 | -42.99 |
| COS-MACHINES | 436.81 | -00.26 | 2921.49 | -00.27 |
| COS-FURNITURE | 28045.56 | -16.97 | 177309.11 | -16.31 |
| COS-STAMPS | 88.37 | -00.05 | 845.94 | -00.08 |
| COS-TONER | 1740.82 | -01.05 | 15556.17 | -01.43 |
| COS-PAPER | 19235.92 | -11.64 | 98884.69 | -09.09 |
| COS-PAPER | 2688.85 | -01.63 | 27684.39 | -02.55 |
| DEPT 10(U-Z) | 486.29 | -00.29 | 5741.46 | -00.53 |
| COS-UPHOLSTRY SUPPLIES | .00 | 00.00 | 550.70 | -00.05 |
| DEPT F | .00 | 00.00 | 5.90 | 00.00 |
| DEPT H | .00 | 00.00 | 2.30 | 00.00 |
| DEPT I | 7.78 | 00.00 | 117.79 | -00.01 |
| COS-INSTALLERS | .00 | 00.00 | 7135.00 | -00.66 |
| COS-FREIGHT IN | .00 | 00.00 | 52.02 | 00.00 |
| TOTAL COST OF SALES | 122060.60 | -73.84 | 804313.94 | -73.97 |
| | | | | |
| GROSS PROFIT | -43253.18 | 26.16 | -283106.67 | 26.03 |

HARBIN'S INC.                                PAGE 2
INCOME STATEMENT
FOR THE MONTH ENDED NOVEMBER 30, 2002

|  | CURRENT PERIOD | | YEAR TO DATE | |
|---|---|---|---|---|
|  | AMOUNT | RATIO | AMOUNT | RATIO |
| **EXPENSES** | | | | |
| SELLING EXPENSES | | | | |
| ...YROLL-OUTSIDE SALES | 18034.15 | -10.91 | 98586.26 | -09.07 |
| ...YROLL-SALES MANAGERS | .00 | 00.00 | 6710.91 | -00.62 |
| ...NSULTANT-DESIGNERS | .00 | 00.00 | 2827.58 | -00.26 |
| ...FICE SUPPLIES | .00 | 00.00 | 174.17 | -00.02 |
| ...RCHASES-USED FURNITURE | .00 | 00.00 | .00 | 00.00 |
| ...TO GAS & OIL | .00 | 00.00 | 88.69 | -00.01 |
| ...TO REPAIRS | .00 | 00.00 | .00 | 00.00 |
| ...N/UPHOLSTRY REPAIR & SUPPLIES | 75.00 | -00.05 | 75.00 | -00.01 |
| ...MOTIONS | .00 | 00.00 | .00 | 00.00 |
| ...ERTISING-NEWSPAPER | .00 | 00.00 | 3273.00 | -00.30 |
| ...ERTISING-RADIO | .00 | 00.00 | 2250.00 | -00.21 |
| ...ERTISING-TELEVISION | .00 | 00.00 | 5640.00 | -00.52 |
| ...ERTISING-YELLOW PAGES | .00 | 00.00 | 135.00 | -00.01 |
| ...ERTISING-DIRECT MAIL | .00 | 00.00 | 694.01 | -00.06 |
| ...H (OVERAGES)/SHORTAGES | .00 | 00.00 | .00 | 00.00 |
| ...UNDS TO CUSTOMERS | 115.54 | -00.07 | 1211.57 | -00.11 |
| TOTAL SELLING EXPENSES | 23149.00 | -14.00 | 142492.52 | -13.10 |
| | | | | |
| OCCUPANCY EXPENSES | | | | |
| ...CONOUGH PROPERTY | .00 | 00.00 | .00 | 00.00 |
| ...M PROPERTIES LLC | .00 | 00.00 | 31666.05 | -02.91 |
| ...ITIES-NATURAL GAS | .00 | 00.00 | -337.39 | 00.03 |
| ...ITIES-POWER | 1022.44 | -00.62 | 4709.28 | -00.43 |
| ...ITIES-WATER | .00 | 00.00 | 580.62 | -00.05 |
| ...ITIES-WASTE & DISPOSAL | -79.99 | 00.05 | 275.01 | -00.03 |
| ...ECIATION EXPENSE | 1720.40 | -01.04 | 8602.00 | -00.79 |
| ...RANCE-PROPERTY | .00 | 00.00 | .00 | 00.00 |
| ...NING SUPPLIES | 94.94 | -00.06 | 98.18 | -00.01 |
| ...TORIAL EXPENSE | 272.00 | -00.16 | 3198.40 | -00.29 |
| ...DING REPAIRS & MAINT | 1.20 | 00.00 | 955.61 | -00.09 |
| ...DAMAGE | .00 | 00.00 | 1750.00 | -00.16 |
| ...REPAIRS | .00 | 00.00 | .00 | 00.00 |
| ...CONTROL | .00 | 00.00 | 30.00 | 00.00 |
| ...ITY-ADT | .00 | 00.00 | 254.85 | -00.02 |
| TOTAL OCCUPANCY EXPENSES | 3030.99 | -01.83 | 51782.61 | -04.76 |

HARBIN'S INC.                                          PAGE 3
INCOME STATEMENT
FOR THE MONTH ENDED NOVEMBER 30, 2002

|  | CURRENT PERIOD | | YEAR TO DATE | |
|---|---|---|---|---|
|  | AMOUNT | RATIO | AMOUNT | RATIO |
| **EXPENSES** | | | | |
| **WAREHOUSE AND DELIVERY EXPENSES** | | | | |
| WAGES WAREHOUSE MANAGER | .00 | 00.00 | 3421.68 | -00.31 |
| WAGES-WAREHOUSE & DELIVERY | 8314.97 | -05.03 | 36803.66 | -03.38 |
| CASUAL LABOR | .00 | 00.00 | 5216.00 | -00.48 |
| CONTRACT LABOR | 200.00 | -00.12 | 29194.36 | -02.68 |
| DELIVERY VEHICLE GAS & OIL | 1215.54 | -00.74 | 3855.59 | -00.35 |
| DELIVERY VEHICLE REPAIR & MAINTENANCE | 159.03 | -00.10 | 159.03 | -00.01 |
| DELIVERY VEHICLE-TIRE EXPENSE | .00 | 00.00 | 370.62 | -00.03 |
| DELIVERY VEHICLE-INSURANCE | .00 | 00.00 | .00 | 00.00 |
| DELIVERY VEHICLE-OTHER | 200.00 | -00.12 | 200.00 | -00.02 |
| OUTSIDE DELIVERY AND UPS | 5.99 | 00.00 | 154.22 | -00.01 |
| FREIGHT OUT CHARGES | .00 | 00.00 | .00 | 00.00 |
| FREIGHT IN | 338.59 | -00.20 | 728.75 | -00.07 |
| UNIFORM EXPENSE | .00 | 00.00 | 1160.74 | -00.11 |
| WAREHOUSE TOOL & SUPPLY EXP | .00 | 00.00 | 33.46 | 00.00 |
| TOTAL WAREHOUSE & DELIVERY EXPENSE | 10434.12 | -06.31 | 81298.11 | -07.48 |

HARBIN'S-STERN BROS LLC                                          PAGE 5
INCOME STATEMENT
FOR THE MONTH ENDING NOVEMBER 30, 2002

|  | CURRENT PERIOD | | YEAR TO DATE | |
|---|---:|---:|---:|---:|
|  | AMOUNT | RATIO | AMOUNT | RATIO |
| **EXPENSES** | | | | |
| COMPUTER AND DATA PROCESSING EXPENSE | | | | |
| COMPUTER MAINTENANCE-DDMS | .00 | 00.00 | 650.00 | -00.06 |
| TOTAL COMPUTER/DP EXPENSE | .00 | 00.00 | 650.00 | -00.06 |
| UPHOLSTRY AND REFINISHING EXPENSES | | | | |
| UPHOLSTRY/REFINISHING WAGES | .00 | 00.00 | .00 | 00.00 |
| UPHOLSTRY/FURN-REPAIRS & SUPPLIES | .00 | 00.00 | 112.50 | -00.01 |
| TOTAL UPHOLSTRY/REFINSHMENT EXPENSES | .00 | 00.00 | 112.50 | -00.01 |
| ADMINISTRATIVE EXPENSES | | | | |
| WAGES AND SALARIES | .00 | 00.00 | 14854.61 | -01.37 |
| WAGES - OTHER | .00 | 00.00 | .00 | 00.00 |
| WORKMENS COMP EXPENSE | .00 | 00.00 | -4981.99 | 00.46 |
| INTEREST EXPENSE-LOC | .00 | 00.00 | 4467.88 | -00.41 |
| INTEREST EXP-OTHER | .00 | 00.00 | .00 | 00.00 |
| INTEREST EXP - SOUTHTRUST | .00 | 00.00 | 964.80 | |
| MISCELLANEOUS EXPENSES | -63.69 | 00.04 | 3984.25 | -00.37 |
| CREDIT CARD CHARGES | 492.87 | -00.30 | 492.87 | -00.05 |
| EASE EXP-AUTO | 4311.20 | -02.61 | 9802.26 | -00.90 |
| AUTO EXPENSE | .00 | 00.00 | .00 | 00.00 |
| AUTO GAS & OIL | .00 | 00.00 | 1342.14 | -00.12 |
| AUTO LICENSES | .00 | 00.00 | 408.01 | -00.04 |
| AUTO EXPENSE REPAIR | .00 | 00.00 | 3210.08 | -00.30 |
| PROFESSIONAL SERVICES ACCOUNTING | .00 | 00.00 | 331.89 | -00.03 |
| PROFESSIONAL SERVICES-COLLECTION | .00 | 00.00 | 4291.15 | -00.39 |
| PROFESSIONAL SERVICES-PAYROLL | 200.00 | -00.12 | 482.50 | -00.04 |
| TAXES-FICA | 2714.92 | -01.64 | 16292.10 | -01.50 |
| BUSINESS LICENSE-MONTGOMERY | .00 | 00.00 | 157.75 | -00.01 |
| EMPLOYEE PROFIT SHARING-401K | .00 | 00.00 | .00 | 00.00 |

HARBIN'S INC.
INCOME STATEMENT
FOR THE MONTH OF NOVEMBER 30, 2002

|  | CURRENT PERIOD | | YEAR TO DATE | |
|---|---:|---:|---:|---:|
|  | AMOUNT | RATIO | AMOUNT | RATIO |
| **EXPENSES** | | | | |
| ADMINISTRATIVE EXP (CONT'D) | | | | |
| DUES & SUBSCRIPTIONS | .00 | 00.00 | .00 | 00.00 |
| CONTRIBUTIONS AND DONATIONS | .00 | 00.00 | .00 | 00.00 |
| COMPANY SOCIAL AFFAIRS | 30.00 | -00.02 | 49.86 | 00.00 |
| GIFTS | .00 | 00.00 | 16.18 | 00.00 |
| PERSONAL PROPERTY TAXES | .00 | 00.00 | .00 | 00.00 |
| INSURANCE-DIRECT CARE | .00 | 00.00 | .00 | 00.00 |
| INSURANCE-BC/BS | -844.89 | 00.51 | 2074.54 | -00.19 |
| INSURANCE-WORKMENS COMP | .00 | 00.00 | .00 | 00.00 |
| INSURANCE-LIFE & DISABILITY | -105.16 | 00.06 | 1253.86 | -00.12 |
| FUTA TAX EXPENSE | 49.31 | -00.03 | 264.83 | -00.02 |
| SUI TAX EXPENSE | 313.86 | -00.19 | 655.44 | -00.06 |
| PROFIT SHARING FEES | .00 | 00.00 | .00 | 00.00 |
| PAYROLL EXPENSE | .00 | 00.00 | 345.58 | -00.03 |
| **TOTAL ADMINISTRATIVE EXPENSES** | 7098.42 | -04.29 | 60759.79 | -05.59 |
| **TOTAL ALL EXPENSES** | 49647.93 | -30.03 | 366091.86 | -33.67 |
| **OTHER INCOME** | | | | |
| DISCOUNTS EARNED | 3544.00 | -02.14 | 3544.00 | -00.33 |
| COMMISSION INCOME | .00 | 00.00 | .00 | 00.00 |
| INTEREST INCOME | .00 | 00.00 | .00 | 00.00 |
| RETURNED CHECK FEE INCOME | 125.66 | -00.08 | 448.26 | -00.04 |
| FINANCE CHARGES | 83.61 | -00.05 | -7247.71 | 00.67 |
| A/R POSTING ERRORS | 101.91 | -00.06 | -10647.58 | 00.98 |
| MISCELLANEOUS INCOME | .00 | 00.00 | -423.86 | 00.04 |
| **TOTAL OTHER INCOME** | 3855.18 | -02.33 | -14326.89 | 01.32 |
| **NET INCOME OR LOSS** | 10249.93 | -06.20 | 68658.30 | -06.31 |
| INCOME TAXES | .00 | 00.00 | .00 | 00.00 |
| **NET PROFIT AFTER TAXES** | 10249.93 | -06.20 | 68658.30 | -06.31 |

HARBIN'S, INC.                              A/R TRIAL BALANCE REPORT                    01/24/03
220 SOUTH PERRY STREET                         FOR MONTH OF JANUARY                     15:20:53
MONTGOMERY,    AL 36104                          FOR LOCATION ( 1)                      PAGE  31
       AGED BY (01/24/03)

                     INVOICE #    DATE    CHECK/PO  REMARKS      CURRENT    OVER 30    OVER 60   OVER 90  DISCOUNT    BALANCE
                                                                 ========   ========   ========  ========  ========   ========
                     TOTAL OF ALL A/R PRINTED                    192393.45  77696.65   22537.92  137354.97    .03    430183.03


                NUMBER OF INVOICES  3038 AVERAGE OF $    224.95
         MONTH   323.73 CHECKS    196143.66 TOTAL       .00 OTHER     13316.91
                A/R TOTAL =   430203.03  DISCOUNTS =        .03

                  INVOICES       CREDITS      PAYMENTS      ADJUSTED       TOTAL
  CHARGES       604977.92      -15713.05    -281999.19     -15591.81     391673.97
  CODS           10337.33           .00       -5725.82          .00        4611.51
  FINANCE         3032.32           .00         -28.42       -153.48       2853.42
                ----------     ---------    ----------     ---------    ----------
  TOTALS        618345.57     -15713.05    -287553.43     -15745.29     430203.03



                                    CURRENT PERIOD

                NUMBER OF INVOICES  1122 AVERAGE OF $    220.84
         MONTH   374.72 CHECKS    118706.64 TOTAL       .00 OTHER     10951.65
                A/R TOTAL =    72511.95 DISCOUNTS =        .03

                   INVOICES       CREDITS      PAYMENTS      ADJUSTED       TOTAL
    CHARGES      217403.87      -5957.80    -127819.51      -6953.62      76731.51
    CODS           5728.51           .20      -2757.70          .00       2753.54
    FINANCE         862.50           .00         -92.91       -151.46         25.69
                 ----------     ---------    ----------     ---------    ----------
    TOTALS       223169.82      -5957.22    -129119.03      -7105.05      73511.95

   TOTAL TRANSFERRED THIS PERIOD $         .00