# Exhibit DD

Case 2:04-cv-00886-HRH-BSC Document 15-9 Filed 03/24/2004 Page 1 of 5

# Harbin's Inc.

OFFICE DESIGN • SUPPLIES • MACHINES • FURNITURE

MEETING THE NEEDS OF BUSINESS

300 SOUTH PERRY STREET
P.O. BOX 4803
MONTGOMERY, AL. 36103 – 4803
PHONE 334-264-5371
FAX 334-265-9126

**Fax Transmittal Form**

To: Marvis James

From: Michael Harbin

Date Sent: 1/31/03

Name: Steelcase Inc.

Time Sent:

Organization Name/ Department:

Number of pages:

Phone Number: 616-247-2102

- Urgent
- For Review
- Please Comment
- Please Reply

Fax Number: 616-698-3863

MESSAGE:

Mr. James --
 We are faxing an A/R list and inventory list printed today

 Thanks

If there is a problem with the transmission of this document, please call (334) 264-5371.
Note: This facsimile contains privileged and confidential information, exempt from disclosure under applicable law, and intended only for the use of the specific individual or entity named above. If you or your employer are not the intended recipient, you are hereby notified that any unauthorized dissemination or copying of the facsimile or the information contained in it is strictly prohibited. If you have received this facsimile by error, please notify the person named above once by telephone and return the original facsimile to us at the above address via the U.S Postal Service.

**STEELCASE FURNITURE**
P.O. BOX 4803 • MONTGOMERY, ALABAMA 36103-4803
(334) 264-5371 • 1-800-888-6980 • FAX: (334) 265-9126

Exhibit DD

```
HARBIN'S, INC.                            INVENTORY EXTENDED DOLLARS                       01/31/03
300 NORTH PERRY STREET                    FOR LOCATION ( )                                 14:41:57
MONTGOMERY,     AL  36104.                PRICED BY (R)
(IN-HAND) (Y)                                                                              PAGE  1

I/D  NUMBER   LO.   DESCRIPTION      UNIT  UNIT COST   ON HAND    BACKORD   UN UNDER  ALLOCATED
     =======  ====  ===========      ====  =========   ========   =======   ========  =========

DEPARTMENT   1    IN HOUSE $   356,279.26              356,582.21    152.45    12,842.00     747.05
DEPARTMENT   2    IN HOUSE $     2,862.96                2,862.96       .00          .00        .00
DEPARTMENT   3    IN HOUSE $    10,151.72               10,151.72       .00     2,150.00        .00
DEPARTMENT   5    IN HOUSE $       561.78                  561.78       .00          .00        .00
DEPARTMENT   6    IN HOUSE $     1,071.52                1,071.52       .00          .00        .00
DEPARTMENT   7    IN HOUSE $    77,858.00               77,472.88       .00    30,592.02     386.00
DEPARTMENT   9    IN HOUSE $       134.64                  134.64       .00          .00        .00
DEPARTMENT  18    IN HOUSE $        28.00                   28.00       .00          .00        .00
DEPARTMENT  19    IN HOUSE $        53.19                   53.19       .00          .00        .00

TOTAL FOR REPORT     RETURNS = 5006   IN HOUSE $  449,001.07  447,867.98    152.45    45,574.82   1,133.05
```

inventory extended dollars

$ 1,133.05

300 SOUTH PERRY STREET
MONTGOMERY, AL 36104                      FOR MONTH OF JANUARY                        01/31/03
AGED BY (01/31/03)                        FOR LOCATION ( 1)                           14:20:16
                                                                                      PAGE  23

| INVOICE # | DATE | CHECK/PO | REMARKS | CURRENT | OVER 30 | OVER 60 | OVER 90 | DISCOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| TOTAL OF ALL A/R PRINTED | | | | 205636.85 | 53072.74 | 26227.53 | 112303.80 | .00 | 442260.92 |

                                                                                      *Balance*

CASH    NUMBER OF INVOICES   2445  AVERAGE OF $   224.81
        8.00 CHECKS    87205.72 TOTAL       .00 OTHER      2476.66
        A/R TOTAL =  442260.92 DISCOUNTS =     .00

|  | INVOICES | CREDITS | PAYMENTS | ADJUSTED | TOTAL |
|---|---|---|---|---|---|
| CHARGES | 537781.06 | -9223.01 | -84090.17 | -10924.68 | 433461.20 |
| CODS | 6625.42 | .00 | -2009.12 | .00 | 4596.30 |
| FINANCE | 3958.76 | .00 | -1.86 | -153.40 | 3803.42 |
| TOTALS | 549065.24 | -9223.01 | -87101.15 | -11078.16 | 442260.92 |


                    CURRENT PERIOD

CASH    NUMBER OF INVOICES   1038  AVERAGE OF $   207.27
        .00 CHECKS    12143.73 TOTAL       .00 OTHER      410.61
        A/R TOTAL =  194316.51 DISCOUNTS =     .00

|  | INVOICES | CREDITS | PAYMENTS | ADJUSTED | TOTAL |
|---|---|---|---|---|---|
| CHARGES | 214143.26 | -4397.40 | -12552.13 | -3881.93 | 193312.80 |
| CODS | 742.10 | .00 | -1.00 | .00 | 741.10 |
| FINANCE | 263.99 | .00 | -1.38 | .00 | 262.61 |
| TOTALS | 215150.35 | -4397.40 | -12554.51 | -3881.93 | 194316.51 |

TOTAL TRANSFERED THIS PERIOD $      .00

# AUTOMATIC COVER SHEET

DATE: JAN-31-03 FRI 04:40 PM

TO:

FAX #: 16166983863

FROM: HARBIN'S INC.

FAX #: 3342659126

04 PAGES WERE SENT

(INCLUDING THIS COVER PAGE)