# Exhibit E



# Harbin's
### INCORPORATED
OFFICE DESIGN • SUPPLIES • MACHINES • FURNITURE

**MEETING THE NEEDS OF BUSINESS**

## FAX COVER LETTER

TO: Steelcase

ATTN: Marvis James

FAX#: 616-246-4989

FROM: M Harbin

PAGES: 9 including cover

DATE: 10-25-99

MEMO: _____

IF THERE IS A PROBLEM WITH THE TRANSMISSION OF THIS DOCUMENT, PLEASE CALL (334)264-5371 IMMEDIATELY

NOTE: This facsimile contains privileged and confidential information, exempt from disclosure under applicable law, and intended only for the use of the specific individual or entity named above. If you or your employer are not the intended recipient of the facsimile or an employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any unauthorized dissemination or copying of this facsimile or the information contained in it is strictly prohibited. If you have received this facsimile by error, please notify the person named above at once by telephone and return the original facsimile to us at the above address via the U.S. Postal Service.

**STEELCASE FURNITURE**
P.O. BOX 4803 • MONTGOMERY, ALABAMA 36103-4803
(334) 264-5371 • 1-800-888-6980 • FAX: (334) 265-9126

Exhibit E

HARBIN'S, INC.
BALANCE SHEET
AS OF JUNE 30, 1999

ASSETS

| CURRENT ASSETS | | % OF ASSETS |
|---|---:|---:|
| CASH - STERLING BANK | 7,966.76 | 0.39% |
| CASH - SOUTHTRUST BANK | 74,939.87 | 3.65% |
| CASH ON HAND - PETTY | 650.00 | 0.03% |
| TOTAL CASH | 83,556.63 | 4.07% |
| ACCOUNTS RECEIVABLE - TRADE | 517,955.55 | 25.23% |
| ACCOUNTS RECEIVABLE - EMPLOYEE | 1,471.21 | 0.07% |
| ① ACCOUNTS RECEIVABLE - RETAIL ENHANCEMENTS | 297,413.50 | 14.49% |
| TOTAL RECEIVABLES | 816,840.26 | 39.79% |
| INVENTORY | 789,751.95 | 38.47% |
| INTEREST RECEIVABLE | 449.09 | 0.02% |
| TOTAL OTHER CURRENT ASSETS | 790,201.04 | 38.49% |
| TOTAL CURRENT ASSETS | 1,690,597.93 | 82.35% |

① SEE P. 2

*[signature]*
10/25/99

1st copy sent

-1-

HARBIN'S, INC.
BALANCE SHEET
AS OF JUNE 30, 1999

|  |  | % OF ASSETS |
|---|---:|---:|
| **FIXED ASSETS** |  |  |
| LAND | 60,000.00 | 2.92% |
| BUILDINGS | 267,802.57 | 13.04% |
| AUTOMOBILES | 2,059.00 | 13.04% |
| AUTOMOBILES AND TRUCKS | 56,556.84 | 2.75% |
| FURNITURE AND FIXTURES | 39,451.36 | 1.92% |
| COMPUTER EQUIPMENT | 104,203.46 | 5.08% |
| LEASEHOLD IMPROVEMENTS | 123,934.77 | 6.04% |
| OFFICE EQUIPMENT & FURNITURE | 62,978.85 | 3.07% |
|  | 716,986.85 | 34.92% |
| LESS: ACCUMULATED DEPRECIATION | (544,867.48) | -26.54% |
| TOTAL FIXED ASSETS | 172,119.37 | 8.38% |
| **OTHER ASSETS** |  |  |
| ① NOTE RECEIVABLE - RESI (STERLING) | 170,457.65 | 8.30% |
| CAPITAL LEASE, COPIER | 3,886.00 | 0.19% |
| PREPAID STATE INCOME TAXES | 3,155.00 | 0.15% |
| PREPAID FEDERAL INCOME TAXES | 10,800.00 | 0.53% |
| PREPAID RENT | 2,000.00 | 0.10% |
| TOTAL OTHER ASSETS | 190,298.65 | 9.27% |
| TOTAL ASSETS | 2,053,015.95 | 100.00% |

① 10/25/99 - PER MICHAEL HARBIN THIS IS AN INTERCOMPANY AR FROM AN OFFICE SUPPLIES CO. NAMED OFFICE PLUS

-2-

HARBIN'S, INC.
BALANCE SHEET
AS OF JUNE 30, 1999

LIABILITIES AND NET WORTH

|  |  | % OF ASSETS |
|---|---:|---:|
| **CURRENT LIABILITIES** |  |  |
| ACCOUNTS PAYABLE TRADE | 122,427.84 | 6.15% |
| NOTE PAYABLE - LOC | 500,075.00 | 25.12% |
| NOTE PAYABLE - SOUTHTRUST | 60,000.00 | 3.01% |
| ACCRUED SALARIES | 9,913.41 | 0.50% |
| ACCRUED INTEREST PAYABLE | 2,108.64 | 0.11% |
| ACCRUED FEDERAL WITHHOLDINGS | 1,641.76 | 0.08% |
| ACCRUED FICA | 1,254.85 | 0.06% |
| ACCRUED STATE WITHHOLDING | 1,659.31 | 0.08% |
| ACCRUED UNEMPLOYMENT FED - FUTA | 356.00 | 0.02% |
| ACCRUED UNEMPLOYMENT STATE - SUI | 544.04 | 0.03% |
| FED CORP TAX PAYABLE | 4,840.00 | 0.24% |
| STATE CORP TAX PAYABLE | 1,437.00 | 0.07% |
| ACCRUED SALES TAX PAYABLE | 6,665.04 | 0.33% |
| ACCRUED 401K | 3,961.85 | 0.20% |
| TOTAL CURRENT LIABILITIES | 716,884.74 | 36.02% |
| **LONG TERM LIABILITIES** |  |  |
| LONG TERM NOTE - SOUTHTRUST | 778,880.00 | 39.13% |
| TOTAL LONG TERM LIABILITIES | 778,880.00 | 39.13% |
| TOTAL LIABILITIES | 1,495,764.74 | 75.15% |
| **NET WORTH** |  |  |
| ISSUED COMMON STOCK | 1.38 | 0.00% |
| ADDITIONAL PAID-IN CAPITAL | 99,998.62 | 5.02% |
| PRIOR YEARS RETAINED EARNINGS | 440,366.03 | 22.12% |
| CURRENT YEAR RETAINED EARNINGS | 16,885.18 | 0.85% |
| TOTAL NET WORTH | 557,251.21 | 28.00% |
| TOTAL LIABILTIES AND NET WORTH | 2,053,015.95 | 103.14% |

-3-

HARBIN'S, INC.
INCOME STATEMENT
FOR THE MONTH ENDED JUNE 30, 1999

|  | CURRENT AMOUNT | PERIOD RATIO | YEAR TO DATE AMOUNT | RATIO |
|---|---:|---:|---:|---:|
| **SALES AND COST OF SALES** | | | | |
| **SALES** | | | | |
| SALES - DEPT 1 | 108,615.40 | 47.78% | 1,366,068.33 | 42.10% |
| SALES - DEPT 2 | 2,297.93 | 1.01% | 36,011.32 | 1.11% |
| SALES - DEPT 3 | 103,318.20 | 45.45% | 1,621,750.19 | 49.98% |
| SALES - DEPT 4 | 0.00 | 0.00% | 81.64 | 0.00% |
| SALES - DEPT 5 | 591.22 | 0.26% | 6,394.86 | 0.20% |
| SALES - DEPT 6 | 0.00 | 0.00% | 3,132.77 | 0.10% |
| SALES - DEPT 7 | 6,375.77 | 2.80% | 89,980.21 | 2.77% |
| SALES - DEPT 8 | 0.00 | 0.00% | 0.00 | 0.00% |
| SALES - DEPT 9 | 5,101.81 | 2.24% | 101,228.23 | 3.12% |
| SALES - DEPT 10 (U-Z) | 424.86 | 0.19% | 17,870.24 | 0.55% |
| SALES - COMPUTERS/PRINTERS | 3.68 | 0.00% | 548.44 | 0.02% |
| SALES - MACHINES | 596.80 | 0.26% | 1,146.80 | 0.04% |
| SALES - DESKTOP ACCESSORIES | 0.00 | 0.00% | 23.96 | 0.00% |
| SALES - SOFT GOODS | 0.00 | 0.00% | 33.00 | 0.00% |
| SALES - PAPER | 5.15 | 0.00% | 329.69 | 0.01% |
| SALES - DEPT N | 0.00 | 0.00% | 29.33 | 0.00% |
| **TOTAL SALES** | 227,330.82 | 100.00% | 3,244,629.01 | 100.00% |
| **COST OF SALES** | | | | |
| COST OF SALES | 64,536.89 | -28.39% | 894,202.48 | -27.56% |
| COS - MACHINES | 1,714.13 | -0.75% | 26,901.58 | -0.83% |
| COS - FURNITURE | 75,939.76 | -33.40% | 1,141,679.00 | -35.19% |
| COS - PRINTING | 0.00 | 0.00% | 63.68 | 0.00% |
| COS - STAMPS | 404.95 | -0.18% | 3,949.70 | -0.12% |
| COS - TONER | 0.00 | 0.00% | 2,364.37 | -0.07% |
| COS - DEPT 7 | 4,171.11 | -1.83% | 60,741.19 | -1.87% |
| COS - PAPER | 0.00 | 0.00% | 4.68 | 0.00% |
| COS - DEPT 9 | 3,428.84 | 0.00% | 67,327.34 | 0.00% |
| DEPT 10 (U - Z) | 651.98 | -0.29% | 6,281.54 | -0.19% |
| **TOTAL COST OF SALES** | 150,847.66 | -66.36% | 2,203,515.56 | -67.91% |
| **GROSS PROFIT** | 76,483.16 | 33.64% | 1,041,113.45 | 32.09% |

-4-

HARBIN'S, INC.
INCOME STATEMENT
FOR THE MONTH ENDED JUNE 30, 1999

|  | CURRENT AMOUNT | PERIOD RATIO | YEAR TO DATE AMOUNT | RATIO |
|---|---:|---:|---:|---:|
| **EXPENSES** | | | | |
| **SELLING EXPENSES** | | | | |
| TRAVEL EXPENSE / TRANSPORTATION | 0.00 | 0.00% | 0.00 | 0.00% |
| ENTERTAINMENT EXPENSE | 0.00 | 0.00% | 0.00 | 0.00% |
| TRAINING EXPENSE | 0.00 | 0.00% | 0.00 | 0.00% |
| AUTO GAS & OIL | 0.00 | 0.00% | 0.00 | 0.00% |
| AUTO REPAIRS | 108.79 | 0.05% | 1,010.11 | 0.03% |
| AUTO DEPRECIATION | 0.00 | 0.00% | 0.00 | 0.00% |
| PROMOTIONS | 0.00 | 0.00% | 0.00 | 0.00% |
| ADVERTISING - BILLBOARD | 0.00 | 0.00% | 0.00 | 0.00% |
| ADVERTISING - NEWSPAPER | 1,944.53 | 0.86% | 2,363.81 | 0.07% |
| ADVERTISING - RADIO | 2,136.83 | 0.94% | 1,236.83 | 0.04% |
| ADVERTISING - TELEVISION | 0.00 | 0.00% | 0.00 | 0.00% |
| ADVERTISING - YELLOW PAGES | 0.00 | 0.00% | 0.00 | 0.00% |
| ADVERTISING - DIRECT MAIL | 1,737.22 | -0.76% | 5,553.27 | -0.17% |
| ADVERTISING - OTHER | (4,936.73) | 1.55% | 20,466.49 | -0.63% |
| TOTAL SELLING COSTS | 990.64 | -0.44% | 30,630.51 | -0.94% |
| **OCCUPANCY EXPENSES** | | | | |
| UTILITIES - NATURAL GAS | 15.83 | -0.01% | 1,711.05 | -0.05% |
| UTILITIES - POWER | 1,212.63 | 0.53% | 12,711.14 | -0.39% |
| UTILITIES - WATER | 0.00 | 0.00% | 3,390.98 | -0.10% |
| DEPRECIATION EXPENSE | 3,500.00 | -1.54% | 42,000.00 | -1.29% |
| INSURANCE - PROPERTY | 3,983.00 | 0.00% | 7,167.00 | -0.22% |
| CLEANING SUPPLIES | 0.00 | 0.00% | 119.18 | 0.00% |
| JANITORIAL EXPENSE | 312.00 | -0.14% | 4,109.00 | -0.13% |
| BUILDING REPAIRS & MAINTENANCE | 621.51 | 0.27% | 3,329.49 | -0.10% |
| HVAC REPAIRS | 104.66 | 0.05% | 1,907.57 | -0.06% |
| GROUNDS & LANDSCAPING | 45.00 | 0.02% | 90.00 | 0.00% |
| PEST CONTROL | 60.00 | -0.03% | 720.00 | -0.02% |
| SECURITY - ADT | 43.36 | 0.02% | 786.01 | -0.02% |
| TOTAL OCCUPANCY EXPENSES | 9,897.99 | -4.35% | 78,041.42 | -2.41% |

HARBIN'S, INC.
INCOME STATEMENT
FOR THE MONTH ENDED JUNE 30, 1999

|  | CURRENT AMOUNT | PERIOD RATIO | YEAR TO DATE AMOUNT | RATIO |
|---|---:|---:|---:|---:|
| **EXPENSES** |  |  |  |  |
| **WAREHOUSE AND DELIVERY EXPENSES** |  |  |  |  |
| CASUAL LABOR | 125.82 | -0.06% | 432.32 | -0.01% |
| CONTRACT LABOR | 12,294.65 | -5.41% | 70,513.27 | -2.17% |
| WAREHOUSE - MEDICAL | 0.00 | 0.00% | 98.00 | 0.00% |
| DELIVERY VEHICLE GAS & OIL | 930.66 | -0.41% | 10,828.31 | -0.33% |
| DELIVERY VEHICLE REPAIRS | 0.00 | 0.00% | 8,043.24 | -0.25% |
| DELIVERY VEHICLE LICENSES | 0.00 | 0.00% | 842.09 | -0.03% |
| DELIVERY VEHICLE TIRE EXPENSE | 139.43 | -0.06% | 2,781.07 | -0.09% |
| DELIVERY VEHICLE LEASE | 0.00 | 0.00% | 5,907.57 | -0.18% |
| DELIVERY VEHICLE OTHER | 92.00 | -0.04% | 793.55 | -0.02% |
| OUTSIDE DELIVERY AND UPS | 493.70 | -0.22% | 4,593.57 | -0.14% |
| FREIGHT OUT CHARGES | 1,629.18 | -0.72% | 8,828.21 | -0.27% |
| FREIGHT OTHER | 0.00 | 0.00% | 0.00 | 0.00% |
| UNIFORM EXPENSE | 0.00 | 0.00% | 411.75 | -0.01% |
| WAREHOUSE TOOL EXPENSE | 158.85 | -0.07% | 1,982.91 | -0.06% |
| **TOTAL WAREHOUSE & DELIVERY EXPENSE** | 15,864.29 | -6.98% | 116,055.86 | -3.58% |
| **OFFICE EXPENSE** |  |  |  |  |
| TELEPHONE | 349.83 | -0.15% | 2,416.78 | -0.07% |
| TELEPHONE - SOUTH CENTRAL BELL | 923.27 | -0.41% | 10,694.90 | -0.33% |
| TELEPHONE - BEEPER | 147.65 | -0.06% | 1,438.99 | -0.04% |
| CELLULAR PHONE EQUIPMENT | 164.67 | -0.07% | 1,157.23 | -0.04% |
| CELLULAR PHONE EXPENSE | 965.82 | -0.42% | 5,129.86 | -0.16% |
| POSTAGE - OFFICE | 0.00 | 0.00% | 3,716.97 | -0.11% |
| POSTAGE - METER RENTAL | 0.00 | 0.00% | (278.38) | 0.01% |
| PRINTING EXPENSE | 0.00 | 0.00% | 0.00 | 0.00% |
| OPERATING SUPPLIES | 4.25 | 0.00% | 3,683.44 | -0.11% |
| BANK CHARGES - SOUTHTRUST | 284.87 | -0.13% | 4,231.62 | -0.13% |
| BANK CHARGES - STERLING | 0.00 | 0.00% | 50.00 | 0.00% |
| CREDIT CARD FEES | 276.71 | -0.12% | 5,178.43 | -0.16% |
| LEASE EXPENSE - FAX | 0.00 | 0.00% | 0.00 | 0.00% |
| TCI MUSIC EXPENSE | 51.20 | -0.02% | 563.20 | -0.02% |
| **TOTAL OFFICE EXPENSE** | 3,168.27 | -1.39% | 37,983.04 | -1.17% |

HARBIN'S, INC.
INCOME STATEMENT
FOR THE MONTH ENDED JUNE 30, 1999

|  | CURRENT AMOUNT | PERIOD RATIO | YEAR TO DATE AMOUNT | RATIO |
|---|---:|---:|---:|---:|
| **EXPENSES** | | | | |
| **COMPUTER AND DATA PROCESSING EXPENSE** | | | | |
| COMPUTER REPAIR | 0.00 | 0.00% | 0.00 | 0.00% |
| DATA PROCESSING SUPPLIES | 0.00 | 0.00% | 0.00 | 0.00% |
| COMPUTER MAINTENANCE - DDMS | (1,000.00) | 0.44% | 7,933.36 | -0.24% |
| COMPUTER RENTAL | 0.00 | 0.00% | 0.00 | 0.00% |
| TOTAL COMPUTER / DP EXPENSE | (1,000.00) | 0.44% | 7,933.36 | -0.24% |
| **ADMINISTRATIVE EXPENSES** | | | | |
| WAGES AND SALARIES OFFICERS | 52,911.74 | -23.28% | 543,916.74 | -16.76% |
| WAGES - OTHER | 0.00 | 0.00% | 3,811.76 | -0.12% |
| MISCELLANEOUS EXPENSE | 0.00 | 0.00% | 0.00 | 0.00% |
| INTEREST EXPENSE - LOC | 2,847.39 | -1.25% | 36,420.45 | -1.12% |
| INTEREST EXPENSE - OTHER | 5,341.56 | -2.35% | 66,617.18 | -2.05% |
| ADMINISTRATIVE TRAINING | 0.00 | 0.00% | 136.71 | 0.00% |
| ADMINISTRATIVE TRAVEL EXPENSE | 62.58 | -0.03% | 2,775.08 | -0.09% |
| ADMINISTRATIVE ENTERTAINMENT | 966.63 | -0.43% | 1,016.75 | -0.03% |
| LEASE EXPENSE - AUTO | 0.00 | 0.00% | 6,811.96 | -0.21% |
| TIRE EXPENSE - AUTO | 0.00 | 0.00% | 169.21 | -0.01% |
| BAD DEBT EXPENSE | 0.00 | 0.00% | 0.00 | 0.00% |
| AUTO GAS & OIL | 299.39 | -0.13% | 1,558.25 | -0.05% |
| AUTO REPAIR | 0.00 | 0.00% | 0.00 | 0.00% |
| AUTO LICENSES | 0.00 | 0.00% | 0.00 | 0.00% |
| PROFESSIONAL SERVICES - ACCOUNTING | 0.00 | 0.00% | 12,926.60 | -0.40% |
| PROFESSIONAL SERVICES - LEGAL | 0.00 | 0.00% | 0.00 | 0.00% |
| PROFESSIONAL SERVICES - COLLECTION | 0.00 | 0.00% | 0.00 | 0.00% |
| PROFESSIONAL SERVICES - PAYROLL | 122.98 | -0.05% | 1,782.16 | -0.05% |
| TAXES - FICA | 3,655.83 | -1.61% | 40,302.25 | -1.24% |
| BUSINESS LICENSE - MONTGOMERY | 0.00 | 0.00% | 9,242.86 | -0.28% |
| BUSINESS LICENSE - OTHER | 0.00 | 0.00% | 320.00 | -0.01% |
| FRANCHISE TAXES | 0.00 | 0.00% | 70.00 | 0.00% |
| EMPLOYEE PROFIT SHARING | 3,015.53 | -1.33% | 3,015.53 | -0.09% |

-7-

HARBIN'S, INC.
INCOME STATEMENT
FOR THE MONTH ENDED JUNE 30, 1999

|  | CURRENT AMOUNT | PERIOD RATIO | YEAR TO DATE AMOUNT | RATIO |
|---|---:|---:|---:|---:|
| **EXPENSES** | | | | |
| **ADMINISTRATIVE EXPENSES (CONT'D)** | | | | |
| DUES & SUBSCRIPTIONS | 62.50 | -0.03% | 1,475.46 | -0.05% |
| DUES - SOCIAL | 0.00 | 0.00% | 0.00 | 0.00% |
| CONTRIBUTIONS AND DONATIONS | 0.00 | 0.00% | 1,559.75 | -0.05% |
| PROFESSIONAL FEES | 0.00 | 0.00% | 7,704.98 | -0.24% |
| COMPANY SOCIAL AFFAIRS | 67.22 | -0.03% | 1,753.70 | -0.05% |
| GIFTS | 7.11 | 0.00% | 1,454.48 | -0.04% |
| PERSONAL PROPERTY TAXES | 0.00 | 0.00% | 5,488.93 | -0.17% |
| INSURANCE - DIRECT CARE | 2,308.25 | -1.02% | 13,178.51 | -0.41% |
| INSURANCE - BC/BS | 491.00 | -0.22% | 5,544.00 | -0.17% |
| INSURANCE - WORKMENS COMP | 0.00 | 0.00% | 7,577.00 | -0.23% |
| INSURANCE - LIFE | 294.36 | -0.13% | 5,547.75 | -0.17% |
| INSURANCE - OFFICER LIFE | 0.00 | 0.00% | 1,508.29 | -0.05% |
| FUTA TAX EXPENSE | 356.00 | -0.16% | 1,300.37 | -0.04% |
| SUI TAX EXPENSE | 544.04 | -0.24% | 1,875.77 | -0.06% |
| INCOME TAX - FEDERAL | 0.00 | 0.00% | 0.00 | 0.00% |
| INCOME TAX - STATE | 0.00 | 0.00% | 0.00 | 0.00% |
| SHOP EQUIPMENT REPAIRS | 0.00 | 0.00% | 0.00 | 0.00% |
| TOTAL ADMINISTRATIVE EXPENSES | 73,354.11 | -32.27% | 786,862.48 | -24.25% |
| TOTAL ALL EXPENSES | 102,275.30 | -44.99% | 1,057,506.67 | -32.59% |
| **OTHER INCOME** | | | | |
| CASH DISCOUNTS EARNED | 2,170.32 | 0.95% | 28,219.40 | 0.87% |
| COMMISSION INCOME | 455.33 | 0.20% | 1,031.28 | 0.03% |
| REBATES | 168.05 | 0.07% | 2,822.79 | 0.09% |
| INTEREST INCOME | 0.00 | 0.00% | 0.00 | 0.00% |
| FINANCE CHARGES | (1.02) | 0.00% | (23.95) | 0.00% |
| MISCELLANEOUS INCOME | 0.00 | 0.00% | 0.00 | 0.00% |
| FREIGHT CLAIMS | 0.00 | 0.00% | 108.88 | 0.00% |
| CORPORATE INCOME TAX | 0.00 | 0.00% | 1,120.00 | 0.03% |
| TOTAL OTHER INCOME | 2,792.68 | 1.23% | 33,278.40 | 1.03% |
| NET INCOME (LOSS) | (22,999.46) | -10.12% | 16,885.18 | 0.52% |

-8-

# AUTOMATIC COVER SHEET

DATE:   OCT-25-99 MON 12:46 PM

TO:

FAX #:   16162464989320

FROM:   HARBIN'S INC.

FAX #:   1 334 265 9126

10 PAGES WERE SENT

(INCLUDING THIS COVER PAGE)