# Exhibit EE

Case 1:00-cv-00000-PKC Document 00-11 Filed 00/00/00 Page 8 of 22

**Exhibit EE**

**THURSDAY, FEBRUARY 24, 2000**

8:15 am — Workplace Performance Discussion
Continental Breakfast
(GIQ – 4E Presentation Room)
*(Jim Hackett)*

8:45 am — Alternative Worksetting Solutions
Leadership Community
*(Kevin Loubet)*

11:00 am — Steelcase Design Partnership
*(Dr. Phillips)*

11:30 am — Lunch (GIQ – 3N Guest Dining Room)
*(Dr. Phillips)*

12:45 pm — Departure for the WorkLab

1:00 pm — Attractive Exploration
(WSP Lab - Reception Area)
*(Kevin Loubet)*

2:00 pm — Preparation for the Learning Center

2:15 pm — Learning Center Walkthru
*(Kevin Loubet)*

2:45 pm — Departure for Wood Furniture

3:00 pm — Firestone Overview
*(Jim Stryker)*

3:30 pm — Wood Overview
*(Gary Robinson)*

4:00 pm — Steelcase Design Studio
*(Tom Newhouse)*

4:15 pm — Departure for the Hangar





```
*-------------------------------------------------------*
*  Casemail Printed For: Barbara.Lafever      02/23/00  09:22:12  *
*-------------------------------------------------------*
```

Date: Wednesday, 23 February 2000 9:21am ET
To: Mary.Aune, Ben.Avery, Rose.Brewer, Carol.Ditmar, Donald.Dekker, Brian.Hire,
    M.Hoogerhyde, David.H.Johnson, Karen.Koetsier, Jennie.Krumrey, Debra.Vis,
    Kevin.Loubert, Wilhelmina.McCarty, Patricia.McConer, Jo-Ann.Robinson,
    Annette.Sall, Lisa.Steckbeck, Sandra.Swanson, Nancy.Willemstein,
    Phyllis.Preston, Ana.Ramirez, Cindy.Aten, Christina.Sauers, Angela.Strey,
    Tamera.Burgess, Lawrence-K.Douglas, Arena-Station, Joe.Kulfan,
    LuAnn.McConnell, Michael.G.Morris, Marilyn.Ritsema, Martina.Jenkins,
    Jeffrey.Phillips, Debra.Shrontz, Keith.Robinson, Michael.Thrall,
    T.Martenstein
From: Barbara.Lafever@STC001
Subject: ALFA, 2/24, BMartenstein

LISTED BELOW IS THE PROPOSED AGENDA.  PLEASE REVIEW.  IF YOU HAVE ANY
QUESTIONS, PLEASE CALL CHRISTINA #69427 OR BARB #72270

ALFA INSURANCE
1.  Mark Campbell, Vice President, Property Management
2.  Harold Man, Vice President, Program Systems
3.  Rob Robinson, Director, Business Planning

ALABAMA RETAIL ASSOCIATION
4.  Rick Brown

HARBINS
5.  Michael Harbin, President
6.  Jacque Parks, Designer

Steelcase, Brackett Martenstein, Market Manager, Atlanta

DRIVER:  Larry Cannady

-------------------------------------------------------
******  GROUP WILL BE IN BUSINESS CASUAL ATTIRE

WEDNESDAY, FEBRUARY 23, 2000

6:45 pm       Arrive Steelcase Hangar
              Depart for the Amway Grand Plaza Hotel
              (616) 774-2000

7:15 pm       Depart for Charley's Crab
              (616) 459-2500

7:30 pm       Dinner - Charley's Crab
-------------------------------------------------------
THURSDAY, FEBRUARY 24, 2000

8:00 am       Depart Amway Hotel for Corporate Headquarters

| | | |
|---|---|---|
| 8:15 am | Workplace Performance Discussion<br>Continental Breakfast<br>(CHQ _ 4 East Presentation Room) | Kevin Loubert |
| 8:45 am | Alternative Worksetting Solutions<br>  *  Leadership Community<br>  *  Showroom | Kevin Loubert |
| 11:00 am | Steelcase Design Partnership Showroom | Jeff Phillips |
| 11:30 am | Lunch<br>(CHQ - 3 North Guest Dining Room) | Kevin Loubert |
| 12:45 pm | Depart for the WorkLab | |
| 1:00 pm | Pathways Exploration<br>(WorkLab Reception Area) | Kevin Loubert |
| 2:00 pm | Depart for the Learning Center | |
| 2:15 pm | Learning Center Walkthru | Kevin Loubert |
| 2:45 pm | Depart for Wood Furniture/Turnstone | |
| 3:00 pm<br>  *** | Turnstone Overview<br>Beverages and cookies at the Reception desk | Deb Shrontz |
| 3:30 pm | Wood Overview | Keith Robinson |
| 4:00 pm | Treehouse Design Studio | Mike Thrall |
| 4;15 pm | Depart for the Hangar | |
| 4:30 pm | Depart for Steelcase | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## TRIP FILE WORKSF ' ?T

_____ ✓ Casual      _____ X Business

Trip Date: ___ (2/23) 2/24 Account Manager _Bradlee/Martenstein_

Customer Name: ___ _Alfa Ins_ ___

Corp Sales Specialist _Christine_ Charge to: #_Atlanta_ #: _8_ Region: _97260_

CHECKLIST:
(CANCEL)      DONE

_____    _2/21_    Enter Guest Calendar

_____    _____    Arrival: Commercial _____ Steelcase Jet _✓_ Charter _____
         Automobile _____  Client's Jet _____
         Arrival Time: _2/23_       _6:45 pm_
         Departure Time: _2/24_       _4:30 pm_

_____    _2/21_    Ground Transportation: Car/Van/Bus _✓_ Driver _yes_
         Conf. Name: _____   Conf. #: _____

_____    _____    Customer Names Received

_____    _5/31_    Hotel: Suite _X_ Gr. Plaza _X_ Crowne Plaza _____ Other _____
         Check-in: _2/23_
         Check-out: _2/24_
         # Rooms: _____
         Bill to: _____
         Confirmation received: _____

_____    _2/21_    Lunch Location: CHQ: _____ WorkLab: _____
         Pres Room: _____ CDC: _____

_____    _2/__    DINNER ARRANGEMENTS
         Location _Ch_____    Date _2/2__
                                 Time _7:30_
         Guest Count _____8_____ Confirmed with _____

_____    _____    Planning Guide Received

_____    _____    Agenda mailed to participants

_____    _2/21_    GIFTS
         Quantity: _5_  Item(s) _____, corp___
         _A X_ ____ baby ____ ____ $7?

_____    _____    SPECIAL REQUESTS
         _____
         _____
         _____
         _____
         _____

```
*--------------------------------------------------------------*
*  Casemail Printed For: Barbara.Lafever      02/18/00  14:14:22  *
*--------------------------------------------------------------*
```

Date: Friday, 18 February 2000 1:21pm ET
To: Ben.Avery, Marla.Marsala, Ralph.DiFulvio, Todd.Memmelaar, Kevin.Loubert,
    Tom.Manikowski, Wilhelmina.McCarty, Dale.Potter, Lynn.Smith, Steve.M.Smith,
    Lisa.Steckbeck, Sandra.Swanson, Derek.Wilkins, John.Longfellow,
    Jason.Heredia, Background, Regi.Whitmore, Kathy.Farquharson, Cindy.Aten,
    Bud.Helgevold, January.Marsh, Jennifer.Town, Jeff.Fredrickson,
    Keith.Robinson, Lawrence-K.Douglas, Bruce.Ellens, AnneMarie.Smith,
    M.Hoogerhyde, Barbara.Lafever, Christina.Sauers, Joann.Bestrom
From: Barbara.Lafever
Subject: ALFA, 2/24, B.Martenstein

Southern team - this is yours


******************** SECTION I: VISIT LOGISTICS  ********************

START DATE/TIME: 2/23/00    6:45   p m   END DATE/TIME: 2 /24/00   4 :30  p m


*** VISIT OWNER AND PARTICIPATING GROUPS ***
STEELCASE INFORMATION:
Visit Owner:  Brackett Martenstein  Region:  Atlanta       Cost Ctr:
Visit Host (if not the owner):
AMEX #:
Numbers-Business:  334-344-2939        Fax:  334-344-2939*51
Pager:  cell:334-367-1950              Home:  334-344-5677
SSR Name & Phone:  Alta terrell-----Atlanta 404-523-2201

DEALER INFORMATION:
Dealership:  Harbins--Montgomery,Al         Contact:  Michael Harbin
Complete Address:  300 South Perry St.  Montgomery Al  36104
Numbers-phone:  334-264-5371             Fax:  334-265-9126

CLIENT INFORMATION:
Client Name:  (1) Alfa Insurance  (2) Alabama Retail Assoc.
Complete Address:  2108 East  South Boulevard
Contact Person:  (1) Mark C. Campbell  (2) Rick Brown
Numbers - Business:  334-613-4568        Fax:  334-613-4050
Website:                                 Site ID#:

ARCHITECT/DESIGN INFORMATION:
Firm:                                    Attending visit: Yes  _  No  x
Complete Address:
Contact Person:
Numbers-Business:                        Fax:
Website:

OTHER CONSULTANT INFORMATION:
Firm:                                    Attending visit: Yes  _  No  _
```

Address:
Contact Person:
Numbers-Business:                                          Fax:
Website:

*** TRANSPORTATION/LODGING/DINING/GIFT BAGS ***
TRANSPORTATION TO/FROM GR:
Commercial _    Steelcase Aircraft x    Client Aircraft _
Charter _    Driving _    Other
Customers departure airport:  Montgomery-   West ramp
Steelcase in-flight food service requests:
Inbound: Breakfast _    Lunch _    Dinner _    Snack x
Outbound: Breakfast _    Lunch _    Dinner _    Snack x
Flight Arrival date/time:  2 /23/00    6 :45   p m
Flight Departure date/time:  2 /24/00   4:30   p m
Notes:  hor de orves-----and cocktails---these people like to party!!

GROUND TRANSPORTATION:
Van n  Yukon    Stlc Bus w/driver x  Other:
Retiree Driver: Yes  _   No  _   ($12/hour)
Pick-up time/location:  6:45 Steelcase Hanger
Drop-off time/location:  Amway Grand
Notes:

LODGING:
Lodging: Amway x    Stlc Suite x    Courtyard by Marriott (downtown): _
Crowne Plaza (near airport) _    Other
Billing: Steelcase _    Dealer x    Client _  Other
Notes: (room sharing, smoking, non-smoking, etc.):  Standard--individual
 non-smoking rooms

DINING:
Dining date/time:  2 /23/00    7 :30   p m
Location desired: Bistro Bella Vita _    Charley's Crab x    Gibsons _
Meyer May House _    Sierra Room _    Other

GIFTS:  please indicate # needed
# x_ Steelcase Truck ($30)              # __ Steelcase Cookbook ($5)
# __ Turnstone Flip-up Calculator($6    # x_ Details Silver Pen ($8)
# __ Frank Lloyd Wright Window Pane ($35) # __ Steelcase Sweatshirt ($18)
# __ Meyer May Sketched Note Cards ($8)      (Black/Spectrum Logo L or XL)
# __ Meyer May Coasters($12-Set of 4/Rug design/Sandstone)

LITERATURE:  please indicate # needed
# x_ Corporate Capabilities Brochure     # __ Leadership Community Case Study
# __ Leadership Community Protocol       # __ Corporate Facilities Protocol
# __ Workplace Performance Overview
# x_ Redefining the Workplace/New Rules New Questions
Knowledge Papers (subject/s & # of each):

Case Studies (subject/s & # of each):

Other:  Work Lab--metal case(organizer) / Steelcase Canvas tote(for brochure
 ) Leap Brochure

```
*** GUESTS/ATTIRE ***
Guest Name              Title/Company              Role in project/visit
 Michael Harbin         President/ Harbins         Dealer
 Jacque Parks           Designer/ Harbins          Dealer
 Mark Campbell          V.P. Prop. Mgmt./Alfa      Decision Maker
 Harold Man             V.P. Program Systems/Alfa  View Product
 Rob Robinson           V.P. Dir. Busi.Plan./Alfa  View Product
 Kevin Ketzler          V.P. V.P. Real Estate/Alfa View Product

 Rick Brown             Alabama Retail Assoc       Decision Maker
```

Group total (including dealer and Stlc):  8
Preferred Attire for the visit:  Business Casual
Notes/Special needs or requests (food, physical, cultural, language/
translator, special event, b'day/anniversary):
 Dealer Designer is 6 mnths pregnant do we have  "baby" steelcase sweat shi
rt to add to her take home bag?

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*    SECTION II: CLIENT HISTORY    \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*** COMPANY BACKGROUND ***
Client's primary business (products/services):  Insurance
Client's major competitors:
Total # of white collar employees:  1200
Total # affected by this decision:  200
Notes:

*** FURNITURE HISTORY ***
Current Stlc customer: Yes x  No _
If Yes,
    Products purchased:  900 Systems/ Criterion Seating/some Leap
    How long/history with Steelcase &/or Dealer:  15 years

    Annual Volume, Stlc NDN:  fy99 600,000/fy00 400,000
    Has the company visited Stlc previously? Yes x  No _ ; Date:  /  /92
    Notes: Some of this group have attended previously during a former expans
    ion.
If No,
    Notes:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*    SECTION III: OPPORTUNITY/POTENTIAL    \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*** BUSINESS ISSUES ***

Key business issues impacting the client:  Limited Realestate /Dated layout and design/ poor desk top storage(need for details) . Very poor cable and Tecnology offering is present set up.
Pending Project/Opportunity description:  Immediate opportunity is 75 to 10 0 reconfiguration---new buidling in process(3or 4 quarter) . Customer is re viewing blending existing 9000 with other systems to improve technology.

PROJECT/OPPORTUNITY VOLUME (NDN): $ 500,000
Vendor Selection Date:  3/1/00
Installation Date:  5 /1 /00
Status of decision making process:  in final stage/ after product show

*** PROPOSED SOLUTIONS ***
Steelcase products/services: Existing 9000 with blending Segmant wall.  Also review of cable management panel.
Client likes/dislikes: Client wishes to see/touch and check out new products
Notes: Dealer and Customer have not seen new product in years...very interes ted in seeing whats happened in  last 5 years---beyond brochures

Steelcase's current competitor/s: Herman Miller
Products: Ethospace and Aeron
Client likes/dislikes: cool look and the percieved ease of cable management.
Notes: Competitor is approaching "back door"....since dealer has not procati vely shown customer new product.

***************** SECTION IV: CURRENT VISIT INFORMATION *****************

*** VISIT OBJECTIVES ***
Objectives per category of participants:
Customer Objective/s:  To review new product, see solutions for better cable management, better paper/work tool management,ergonomic(Osha) application see how blending works  with existing.  Review innovative real estate alternatives.

A/D Objective/s:


Dealer Objective/s:  Solidify existing relationship, show customer new produ ct, Learn more of what I've shown them via video and printed material.


Market Managers Top 3 Objective/s:  Show gratuity for existing business and
1.  stress the importance of present long term relationship
2.  View corporate/leadership/and work lab for product overview
3.  get verbal PO on trip home!
  Additional:  Dealer has stressed that he and customer want trip to be  focu sed on product overview, with little (long conversation) on WP performance trip to be "light" and entertaining.........

Evidence of Success: (Measurable Outcomes of Visit)
 Customer gains a core understanding of blending opportunities
 Customer gains a key understanding of why steelcase is the continued best c hoice for their facility. Customer has seen the innovation of Pathways logi

c(Answer should also be reviewed)and seating----leap.


*** VISIT AGENDA ***
Session Title:
Objective/s:


Suggested Duration:
Desired Presenter/s:

---

Session Title:
Objective/s:


Suggested Duration:
Desired Presenter/s:

---

Session Title:
Objective/s:


Suggested Duration:
Desired Presenter/s:

---

Session Title:
Objective/s:


Suggested Duration:
Desired Presenter/s:

---

Session Title:
Objective/s:


Suggested Duration:
Desired Presenter/s:

---

Session Title:
Objective/s:


Suggested Duration:
Desired Presenter/s:

---

Session Title:
Objective/s:


Suggested Duration:
Desired Presenter/s:

---

Session Title:

Objective/s:


Suggested Duration:
Desired Presenter/s:
***************** THE END! THANK YOU! (press PF4 to send)  *****************

```
*----------------------------------------------------------*
*  Casemail Printed For: Barbara.Lafever    02/18/00  14:24:50   *
*----------------------------------------------------------*
```

To: tmartens,rcocos,blafever
From: Debra.Vis
Subject: CORPORATE AIRCRAFT RECONFIRMATION FORM
Date: 2/18/00                    2:20pm

                    ACCOUNT MANAGER:  Brackett Martenstein
DEPARTURE DAY/DATE:  Wednesday, February 23
DEPARTURE CITY:      Montgomery AL_____
AIRPORT:             Dannelly Field_____  DEPARTURE TIME:       4:00 pm__
AVIATION CENTER:     Montgomery Aviation__  ARRIVE GRAND RAPIDS: 6:45 pm____
PHONE NUMBER:        334-288-7334_____
CATERING REQUESTED:  Snacks_____

RETURN DAY/DATE:     Thursday, FEbruary 24___
DEPART GRAND RAPIDS: 4:30 pm___
ARRIVAL TIME:        5:10 pm___
ARRIVAL CITY:        Montgomery AL_____
AIRPORT:             Dannelly Field_____
AVIATION CENTER:     Montgomery Aviation__
CATERING REQUESTED:  Snacks_____

ADDITIONAL INFORMATION:    Customer:  Alfa Insurance_____
                           _____

```
*-----------------------------------------------------------------*
*  Casemail Printed For: Barbara.Lafever      02/21/00  10:57:07  *
*-----------------------------------------------------------------*
```

Date: Monday, 21 February 2000 10:56am ET
To: AMWAY-GRAND-PLAZA
Cc: T.Martenstein
From: Barbara.Lafever@STC001
Subject: reservations 2/23


Hi Sue - I need the following rooms for one night February 23

Steelcase - Brackett Martenstein - Atlanta - will pay his own

Dealer - Harbins - Michael Harbin
                   Jacque Parks

Customers - Mark Campbell
            Harold Man
            Rob Robinson
            Kevin Ketzler
            Rick Brown

The Dealer will pay for the customer rooms - all to be in regular
     rooms - the suite is not available.

Thanks Barb

```
*------------------------------------------------------------*
* Casemail Printed For: Barbara.Lafever     02/21/00  13:20:41  *
*------------------------------------------------------------*
```

Date: Mon, 21 Feb 2000 13:16:34 -0500 (EST)
To: BLAFEVER
From: AGP/0002090598@MCIMAIL.COM
Subject: Re: reservations 2/23

Barb,

Confirmations for Brackett Martenstein on 2/23:

```
Brackett Martenstein: 365764577530
Michael Harbin:              7534
Jacque Parks:                7537
Mark Campbell:               7539
Harold Man:                  7541
Rob Robinson:                7545
Kevin Ketzler:               7547
Rick Brown:                  7549
```

Sue

Date: Wednesday, 23 February 2000 1:05am ET
To: Barbara.Lafever
From: T.Martenstein
Subject: ALFA TRIP  23/24TH

Barb,
Two changes to the attendants from Alfa insurance:

Rob Robinson's title was given to me incorrectly-------He's Director of
Business planning-----Not a V.P.
Also Kevin Ketzler cancelled late this evening----had to go on another trip.

everything else is a go!!!!!!
See ya on Thursday

Brackett


T. Brackett Martenstein
Steelcase North America
Market Manager, Heritage Sales
14 Queens Way
Mobile Al  36608
(334) 344-2939, phone/fax
tmartens@steelcase.com

```
*--------------------------------------------------------*
* Casemail Printed For: Barbara.Lafever    02/21/00  13:02:50  *
*--------------------------------------------------------*
```

Date: Monday, 21 February 2000 1:02pm ET
To: T.Martenstein
From: Barbara.Lafever
Subject: ALFA, 2/24, BMartenstein

LISTED BELOW IS THE PROPOSED AGENDA.  PLEASE REVIEW.  IF YOU HAVE ANY
QUESTIONS, PLEASE CALL CHRISTINA #69427 OR BARB #72270

ALFA INSURANCE
1.  Mark Campbell, Vice President, Property Management
2.  Harold Man, Vice President, Program Systems
3.  Rob Robinson, ~~Vice President~~, Director Business Plant *Director)*
4.  ~~Kevin Ketzler, Vice President,~~ Real Estate   *Canceled Business Person*

ALABAMA RETAIL ASSOCIATION
5.  Rick Brown

HARBINS
6.  Michael Harbin, President
7.  Jacque Parks, Designer

Steelcase, Brackett Martenstein, Market Manager, Atlanta

DRIVER:  Larry Cannady

```
-------------------------------------------------------------
****** GROUP WILL BE IN BUSINESS CASUAL ATTIRE
```

WEDNESDAY, FEBRUARY 23, 2000

6:45 pm        Arrive Steelcase Hangar
               Depart for the Amway Grand Plaza Hotel
               (616) 774-2000

7:15 pm        Depart for Charley's Crab
               (616) 459-2500

7:30 pm        Dinner - Charley's Crab
```
-------------------------------------------------------------
```
THURSDAY, FEBRUARY 24, 2000

8:00 am        Depart Amway Hotel for Corporate Headquarters

8:15 am        Workplace Performance Discussion        Kevin Loubert
               Continental Breakfast
               (CHQ _ 4 East Presentation Room)

8:45 am        Alternative Worksetting Solutions       Kevin Loubert
               *  Leadership Community

* Showroom

| Time | Activity | Host |
|---|---|---|
| 11:00 am | Steelcase Design Partnership Showroom | Jeff Phillips |
| 11:30 am | Lunch<br>(CHQ - 3 North Guest Dining Room) | Kevin Loubert |
| 12:45 pm | Depart for the WorkLab | |
| 1:00 pm | Pathways Exploration<br>(WorkLab Reception Area) | Kevin Loubert |
| 2:00 pm | Depart for the Learning Center | |
| 2:15 pm | Learning Center Walkthru | Kevin Loubert |
| 2:45 pm | Depart for Wood Furniture/Turnstone | |
| 3:00 pm | Turnstone Overview | Deb Shrontz ~~TO BE CONFIRMED~~ |
| *** | Beverages and cookies at the Reception desk | |
| 3:30 pm | Wood Overview | Keith Robinson ~~TO BE CONFIRMED~~ |
| 4:00 pm | Treehouse Design Studio | ~~TO BE CONFIRMED~~ Mike Thrall |
| 4:15 pm | Depart for the Hangar | |
| 4:30 pm | Depart for Steelcase | |

```
*-------------------------------------------------------*
*  Casemail Printed For: Christina.Sauers   02/18/00  13:47:19  *
*-------------------------------------------------------*
```

Date: Friday, 18 February 2000 1:21pm ET
To: Ben.Avery, Marla.Marsala, Ralph.DiFulvio, Todd.Memmelaar, Kevin.Loubert,
    Tom.Manikowski, Wilhelmina.McCarty, Dale.Potter, Lynn.Smith, Steve.M.Smith,
    Lisa.Steckbeck, Sandra.Swanson, Derek.Wilkins, John.Longfellow,
    Jason.Heredia, Background, Regi.Whitmore, Kathy.Farquharson, Cindy.Aten,
    Bud.Helgevold, January.Marsh, Jennifer.Town, Jeff.Fredrickson,
    Keith.Robinson, Lawrence-K.Douglas, Bruce.Ellens, AnneMarie.Smith,
    M.Hoogerhyde, Barbara.Lafever, Christina.Sauers, Joann.Bestrom
From: Barbara.Lafever
Subject: ALFA, 2/24, B.Martenstein

Southern team - this is yours


******************  SECTION I: VISIT LOGISTICS  ******************

START DATE/TIME: 2/23/00   6:45   p m   END DATE/TIME: 2 /24/00   4 :30   p m


*** VISIT OWNER AND PARTICIPATING GROUPS ***
STEELCASE INFORMATION:
Visit Owner:  Brackett Martenstein   Region:  Atlanta       Cost Ctr:
Visit Host (if not the owner):
AMEX #:
Numbers-Business:  334-344-2939        Fax:  334-344-2939*51
Pager:  cell:334-367-1950              Home:  334-344-5677
SSR Name & Phone:  Alta terrell-----Atlanta 404-523-2201

DEALER INFORMATION:
Dealership:  Harbins--Montgomery,Al        Contact:  Michael Harbin
Complete Address:  300 South Perry St.  Montgomery Al  36104
Numbers-phone:  334-264-5371           Fax:  334-265-9126

CLIENT INFORMATION:
Client Name:  (1) Alfa Insurance  (2) Alabama Retail Assoc.
Complete Address:  2108 East  South Boulevard
Contact Person:  (1) Mark C. Campbell  (2) Rick Brown
Numbers - Business:  334-613-4568      Fax:  334-613-4050
Website:                               Site ID#:

ARCHITECT/DESIGN INFORMATION:
Firm:                                  Attending visit: Yes  _  No  x
Complete Address:
Contact Person:
Numbers-Business:                      Fax:
Website:


OTHER CONSULTANT INFORMATION:
Firm:                                  Attending visit: Yes  _  No  _
1ddress:
Contact Person:
Numbers-Business:                      Fax:
Website:


*** TRANSPORTATION/LODGING/DINING/GIFT BAGS ***
TRANSPORTATION TO/FROM GR:
Commercial _   Steelcase Aircraft x   Client Aircraft _
Charter _   Driving _   Other
Customers departure airport:  Montgomery-   West ramp
```

Steelcase in-flight food service requests:
Inbound: Breakfast _ Lunch _ Dinner _ Snack x
Outbound: Breakfast _ Lunch _ Dinner _ Snack x
Flight Arrival date/time: 2 /23/00 6 :45 p m
Flight Departure date/time: 2 /24/00 4:30 p m
Notes: hor de orves-----and cocktails---these people like to party!!

GROUND TRANSPORTATION:
Van n Yukon  Stlc Bus w/driver x  Other:
Retiree Driver: Yes _ No _ ($12/hour)
Pick-up time/location: 6:45 Steelcase Hanger
Drop-off time/location: Amway Grand
Notes:

LODGING:
Lodging: Amway x  Stlc Suite x  Courtyard by Marriott (downtown): _
Crowne Plaza (near airport) _  Other
Billing: Steelcase _  Dealer x  Client _  Other
Notes: (room sharing, smoking, non-smoking, etc.): Standard--individual
 non-smoking rooms

DINING:
Dining date/time: 2 /23/00 7 :30 p m
Location desired: Bistro Bella Vita _  Charley's Crab x  Gibsons _
Meyer May House _  Sierra Room _  Other

GIFTS:  please indicate # needed
# x_ Steelcase Truck ($30)            # __ Steelcase Cookbook ($5)
# __ Turnstone Flip-up Calculator($6  # x_ Details Silver Pen ($8)
# __ Frank Lloyd Wright Window Pane ($35) # __ Steelcase Sweatshirt ($18)
# __ Meyer May Sketched Note Cards ($8)    (Black/Spectrum Logo L or XL)
# __ Meyer May Coasters($12-Set of 4/Rug design/Sandstone)

LITERATURE:  please indicate # needed
# x_ Corporate Capabilities Brochure  # __ Leadership Community Case Study
# __ Leadership Community Protocol    # __ Corporate Facilities Protocol
# __ Workplace Performance Overview
# x_ Redefining the Workplace/New Rules New Questions
Knowledge Papers (subject/s & # of each):

Case Studies (subject/s & # of each):

Other:  Work Lab--metal case(organizer) / Steelcase Canvas tote(for brochure
) Leap Brochure
1
*** GUESTS/ATTIRE ***

| Guest Name | Title/Company | Role in project/visit |
|---|---|---|
| Michael Harbin | President/ Harbins | Dealer |
| Jacque Parks | Designer/ Harbins | Dealer |
| Mark Campbell | V.P. Prop. Mgmt./Alfa | Decision Maker |
| Harold Man | V.P. Program Systems/Alfa | View Product |
| Rob Robinson | V.P. Dir. Busi.Plan./Alfa | View Product |
| Kevin Ketzler | V.P. V.P. Real Estate/Alfa | View Product |
| Rick Brown | Alabama Retail Assoc | Decision Maker |

Group total (including dealer and Stlc):  8
Preferred Attire for the visit:  Business Casual

Notes/Special needs or requests (food, physical, cultural, language/
translator, special event, b'day/anniversary):
  Dealer Designer is 6 mnths pregnant do we have  "baby" steelcase sweat shi
  rt to add to her take home bag?


******************* SECTION II: CLIENT HISTORY  *******************

*** COMPANY BACKGROUND ***
Client's primary business (products/services):  Insurance
Client's major competitors:
Total # of white collar employees:  1200
Total # affected by this decision:  200
Notes:



*** FURNITURE HISTORY ***
Current Stlc customer: Yes x  No _
If Yes,
    Products purchased:  900 Systems/ Criterion Seating/some Leap
    How long/history with Steelcase &/or Dealer:  15 years


    Annual Volume, Stlc NDN:  fy99 600,000/fy00 400,000
    Has the company visited Stlc previously? Yes x   No _ ; Date:  /  /92
    Notes: Some of this group have attended previously during a former expans
    ion.
If No,
    Notes:


******************* SECTION III: OPPORTUNITY/POTENTIAL *******************

*** BUSINESS ISSUES ***
1ey business issues impacting the client:  Limited Realestate /Dated layout
 and design/ poor desk top storage(need for details) . Very poor cable and
 Tecnology offering is present set up.
Pending Project/Opportunity description:   Immediate opportunity is 75 to 10
 0 reconfiguration---new buidling in process(3or 4 quarter) . Customer is re
 viewing blending existing 9000 with other systems to improve technology.

PROJECT/OPPORTUNITY VOLUME (NDN): $ 500,000
Vendor Selection Date:  3/1/00
Installation Date:  5 /1 /00
Status of decision making process:  in final stage/ after product show

*** PROPOSED SOLUTIONS ***
Steelcase products/services: Existing 9000 with blending Segmant wall.  Also
 review of cable management panel.
Client likes/dislikes: Client wishes to see/touch and check out new products
Notes: Dealer and Customer have not seen new product in years...very interes
 ted in seeing whats happened in  last 5 years---beyond brochures

Steelcase's current competitor/s: Herman Miller
Products: Ethospace and Aeron
Client likes/dislikes: cool look and the percieved ease of cable management.
Notes: Competitor is approaching "back door"....since dealer has not procati
 vely shown customer new product.

***************** SECTION IV: CURRENT VISIT INFORMATION *******************

*** VISIT OBJECTIVES ***
Objectives per category of participants:
Customer Objective/s:  To review new product, see solutions for better cable

management, better paper/work tool management, ergonomic (Osha) application see how blending works with existing.  Review innovative real estate alternatives.

A/D Objective/s:


Dealer Objective/s:  Solidify existing relationship, show customer new product, Learn more of what I've shown them via video and printed material.

Market Managers Top 3 Objective/s:  Show gratuity for existing business and
1.  stress the importance of present long term relationship
2.  View corporate/leadership/and work lab for product overview
3.  get verbal PO on trip home!
 Additional:  Dealer has stressed that he and customer want trip to be  focused on product overview, with little (long conversation) on WP performance trip to be "light" and entertaining.........

Evidence of Success: (Measurable Outcomes of Visit)
 Customer gains a core understanding of blending opportunities
 Customer gains a key understanding of why steelcase is the continued best choice for their facility. Customer has seen the innovation of Pathways logic (Answer should also be reviewed) and seating----leap.

*** VISIT AGENDA ***
Session Title:
Objective/s:


Suggested Duration:
Desired Presenter/s:
_____
Session Title:
Objective/s:


Suggested Duration:
Desired Presenter/s:
_____
Session Title:
Objective/s:


Suggested Duration:
Desired Presenter/s:
_____
Session Title:
Objective/s:


Suggested Duration:
Desired Presenter/s:
_____
Session Title:
Objective/s:


Suggested Duration:
Desired Presenter/s:
_____
Session Title:

Objective/s:


Suggested Duration:
Desired Presenter/s:
_____
Session Title:
Objective/s:


Suggested Duration:
Desired Presenter/s:
_____
Session Title:
1bjective/s:


Suggested Duration:
Desired Presenter/s:
***************** THE END! THANK YOU! (press PF4 to send)   *****************