# Exhibit F

BALANCE SHEET
AS OF DECEMBER 31, 2000

ASSETS

|  |  |  | % OF ASSETS |
|---|---|---|---|
| CURRENT ASSETS |  |  |  |
| H - STERLING BANK | 17722.44 |  | 01.05 |
| H - COLONIAL BANK | -81280.49 |  | -04.82 |
| H - SOUTHTRUST BANK | -11908.34 |  | -00.71 |
| H - CASH - SOUTHTRUST CR CARD ACCT | 5.62 |  | 00.00 |
| H - SOUTHTRUST HARBINS INC | 209.22 |  | 00.01 |
| H ON HAND - PETTY | 850.00 |  | 00.05 |
| OTAL CASH |  | -74401.55 | -04.41 |
| - TRADE | 613676.51 |  | 36.40 |
| URNED CHECKS | 2442.59 |  | 00.14 |
| - EMPLOYEE | 1632.95 |  | 00.10 |
| - RESI | 255991.60 |  | 15.18 |
| - M & M PROPERTIES, LLC | 5401.73 |  | 00.33 |
| - MICHAEL HARBIN | 5602.75 |  | 00.33 |
| - SALES TAX | .00 |  | 00.00 |
| - HARBIN'S, INC | 54360.78 |  | 03.22 |
| OTAL RECEIVABLES |  | 939188.91 | 55.70 |
| ENTORY | 491922.68 |  | 29.17 |
| EN  INSTALLERS | .00 |  | 00.00 |
| ERES. RECEIVABLE | .00 |  | 00.00 |
| JTAL OTHER CURRENT ASSETS |  | 491922.68 | 29.17 |
| TOTAL CURRENT ASSETS |  | 1356710.04 | 80.46 |

**Exhibit F**

HAMLIN & STERN BROS LLP  PAGE 2
BALANCE SHEET
AS OF DECEMBER 31, 2000

|  |  | % OF ASSETS |
|---|---:|---:|
| XE ETS |  |  |
|  | .00 | 00.00 |
| DINGS | .00 | 00.00 |
| MOBILES | 62327.57 | 03.70 |
| KS | 29311.49 | 01.74 |
| ITURE AND FIXTURES | 39451.36 | 02.34 |
| UTER EQUIPMENT | 105603.05 | 06.26 |
| EHOLD IMPROVEMENTS | 6875.00 | 00.41 |
| PMENT | 62632.66 | 03.71 |
| HOUSE | 2106.85 | 00.12 |
| AL FURNITURE | 55460.00 | 03.29 |
|  | 363767.98 | 21.57 |
| :ACCUM DEPRECIATION | -208698.60 | -12.38 |
| TOTAL FIXED ASSETS | 155069.38 | 09.20 |

ER ASSETS

|  |  |  |
|---|---:|---:|
| RECEIVABLE - RESI | 170457.65 | 10.11 |
| ING COSTS | 3832.48 | 00.23 |
| ( AMORTIZATION-CLOSING COSTS | -3832.48 | -00.23 |
| AL LEASE, COPIER | 3886.00 | 00.23 |
| IID STATE INCOME TAXES | .00 | 00.00 |
| II( RAL INCOME TAXES | .00 | 00.00 |
| IID RENT | .00 | 00.00 |
| TOTAL OTHER ASSETS | 174343.65 | 10.34 |
| TOTAL ASSETS | 1686123.07 | 100.00 |

HARBIN'S - STERN BROS LLC  PAGE 3
BALANCE SHEET
AS OF DECEMBER 31, 2000

### LIABILITIES AND NET WORTH

**CURRENT LIABILITIES**

| | | |
|---|---:|---:|
| ) - TRADE | -237230.93 | -14.07 |
| ) - RESI | 28936.97 | 01.72 |
| ) - MICHAEL HARBIN | -48500.00 | -02.88 |
| COUNTS PAYABLE - HARBINS | .00 | 00.00 |
| E PAYABLE - SOUTHRUST LOC | .00 | 00.00 |
| E PAYABLE - SOUTHTRUST | .00 | 00.00 |
| DIT LINE-COLONIAL BANK | -823859.39 | -48.86 |
| RUED SALARIES | -16624.08 | -00.99 |
| RUED INTEREST PAYABLE | -2108.64 | -00.13 |
| ERAL PAYROLL TAX W/H | -3402.68 | -00.20 |
| A PAYROLL TAX W/H | -1811.18 | -00.11 |
| TE PAYROLL TAX W/H | -821.02 | -00.05 |
| RUED FUTA | .00 | 00.00 |
| RUED SUI | .00 | 00.00 |
| CORP TAX PAYABLE | .00 | 00.00 |
| TE CORP TAX PAYABLE | .00 | 00.00 |
| NISHMENTS | -26.21 | 00.00 |
| LD SUPPORT | -162.50 | -00.01 |
| ES TAX PAYABLE | -12498.07 | -00.74 |
| TAL TAX PAYABLE | -23.04 | 00.00 |
| K LOAN PAYABLE | -138.60 | -00.01 |
| RUED 401K | -2245.08 | -00.13 |
| **TOTAL CURRENT LIABILITIES** | **-1120514.45** | **-66.46** |

**LONG TERM LIABILITIES**

| | | |
|---|---:|---:|
| E PAYABLE - SOUTHTRUST | .00 | 00.00 |
| E PAYABLE - REGIONS | -25855.88 | -01.53 |
| E PAYABLE - REGIONS | -6699.85 | -00.40 |
| **TOTAL LONG TERM LIABILITIES** | **-32555.73** | **-01.93** |
| **TOTAL LIABILITIES** | **-1153070.18** | **-68.39** |

**NET WORTH**

| | | |
|---|---:|---:|
| JED COMMON STOCK | .00 | 00.00 |
| ITIONAL PAID-IN CAPITAL | 20118.62 | 01.19 |
| TRIBUTED CAPITAL - HARBIN'S INC | -359986.12 | -21.35 |
| ITAL - STERN BROS | -274414.23 | -16.27 |
| INED EARNINGS | 32946.48 | 01.95 |
| INCOME OR LOSS | 48282.36 | 02.86 |
| **TOTAL NET WORTH** | **-533052.89** | **-31.61** |
| **TOTAL LIABILITIES AND NET WORTH** | **-1686123.07** | **100.00** |

HARBIN'S STERN BROS LLC
INCOME STATEMENT
FOR THE MONTH ENDED DECEMBER 31, 2000

|  | CURRENT PERIOD | | YEAR TO DATE | |
|---|---:|---:|---:|---:|
|  | AMOUNT | RATIO | AMOUNT | |
| **SALES AND COST OF SALES** | | | | |
| **SALES** | | | | |
| SALES | -156159.56 | 49.45 | -1731522.93 | 38.39 |
| SALES-DEPT 2 | -829.94 | 00.26 | -155982.21 | 03.46 |
| SALES-DEPT 3 | -87313.45 | 27.65 | -2310109.03 | 51.21 |
| SALES-DEPT 4 | .00 | 00.00 | .00 | 00.00 |
| SALES-DEPT 5 | -652.69 | 00.21 | -5157.45 | 00.11 |
| SALES-DEPT 6 | .00 | 00.00 | -1905.01 | 00.04 |
| SALES-DEPT 7 | -12293.29 | 03.89 | -106997.03 | 02.37 |
| SALES-DEPT 9 | -57793.83 | 18.30 | -187980.52 | 04.17 |
| SALES-DEPT 10(U-Z) | -754.44 | 00.24 | -10804.91 | 00.24 |
| SALES-COMPUTERS/PRINTERS | .00 | 00.00 | .00 | 00.00 |
| SALES-SOFTWARE | .00 | 00.00 | .00 | 00.00 |
| SALES-MACHINES | .00 | 00.00 | .00 | 00.00 |
| SALES-DESKTOP ACCESSORIES | .00 | 00.00 | -15.50 | 00.00 |
| SALES-OFFICE SUPPLIES | .00 | 00.00 | -31.68 | 00.00 |
| SALES-PAPER | -3.69 | 00.00 | -114.47 | 00.00 |
| **TOTAL SALES** | -315800.89 | 100.00 | -4510620.74 | 100.00 |
| **COST OF SALES** | | | | |
| COST OF SALES | 230577.61 | -73.01 | 3220104.12 | -71.39 |
| COS-STAMPS | .00 | 00.00 | 237.22 | -00.01 |
| COS-FREIGHT IN | 41.12 | -00.01 | 482.27 | -00.01 |
| **TOTAL COST OF SALES** | 230618.73 | -73.03 | 3220823.61 | -71.41 |
| **GROSS PROFIT** | -85182.16 | 26.97 | -1289797.13 | 28.59 |

HARBIN'S STERN BROS LLC  PAGE 2
INCOME STATEMENT
FOR THE MONTH ENDED DECEMBER 31, 2000

|  | CURRENT PERIOD | | YEAR TO DATE | |
|---|---:|---:|---:|---:|
|  | AMOUNT | RATIO | AMOUNT | RATIO |
| **EXPENSES** | | | | |
| **SELLING EXPENSES** | | | | |
| PAYROLL-STORE SALES PEOPLE | 10962.59 | -03.47 | 152515.43 | -03.38 |
| PAYROLL-OUTSIDE SALES | 14852.38 | -04.70 | 125133.25 | -02.77 |
| PAYROLL-SALES MANAGERS | 4397.42 | -01.39 | 41374.75 | -00.92 |
| ENTERTAINMENT EXPENSE | .00 | 00.00 | 207.00 | 00.00 |
| AUTO REPAIRS | .00 | 00.00 | .00 | 00.00 |
| AUTO INSURANCE | .00 | 00.00 | -306.00 | 00.01 |
| AUTO LICENSES | .00 | 00.00 | 1396.94 | -00.03 |
| PROMOTIONS | .00 | 00.00 | 7.00 | 00.00 |
| ADVERTISING-NEWSPAPER | .00 | 00.00 | .00 | 00.00 |
| ADVERTISING-RADIO | .00 | 00.00 | 306.20 | -00.01 |
| ADVERTISING-TELEVISION | 629.95 | -00.20 | 2429.95 | -00.05 |
| ADVERTISING-YELLOW PAGES | 868.00 | -00.27 | 2864.44 | -00.06 |
| ADVERTISING-DIRECT MAIL | .00 | 00.00 | 3606.00 | -00.08 |
| ADVERTISING-OTHER | 903.00 | -00.29 | 11472.50 | -00.25 |
| **TOTAL SELLING COSTS** | 32613.34 | -10.33 | 341007.46 | -07.56 |
| **OCCUPANCY EXPENSES** | | | | |
| RENT - BEHRMAN REALTY | 2000.00 | -00.63 | 24000.00 | -00.53 |
| RENT - HARBIN'S INC | .00 | 00.00 | 26904.00 | -00.60 |
| RENT - M & M PROPERTIES LLC | 6726.00 | -02.13 | 53808.00 | -01.19 |
| UTILITIES-NATURAL GAS | 534.19 | -00.17 | 3505.85 | -00.08 |
| UTILITIES-POWER | 1292.67 | -00.41 | 13871.66 | -00.31 |
| UTILITIES-WATER | 117.30 | -00.04 | 1056.91 | -00.02 |
| DEPRECIATION EXPENSE | 1600.00 | -00.51 | 19200.00 | -00.43 |
| INSURANCE-PROPERTY | 3990.70 | -01.26 | 5781.90 | -00.13 |
| CLEANING SUPPLIES | 180.00 | -00.06 | 272.97 | -00.01 |
| JANITORIAL EXPENSE | 495.50 | -00.16 | 10661.60 | -00.24 |
| BUILDING REPAIRS & MAINT | 88.22 | -00.03 | 6227.12 | -00.14 |
| RAIN DAMAGE | .00 | 00.00 | 3436.39 | -00.08 |
| HVAC REPAIRS | .00 | 00.00 | 936.95 | -00.02 |
| REPAIR & MAINTENANCE | .00 | 00.00 | 215.95 | 00.00 |
| GROUNDS & LANDSCAPING | .00 | 00.00 | .00 | 00.00 |
| PEST CONTROL | 60.00 | -00.02 | 799.00 | -00.02 |
| SECURITY-ADT | 45.74 | -00.01 | 884.90 | -00.02 |
| **TOTAL OCCUPANCY EXPENSES** | 17130.32 | -05.42 | 171563.20 | -03.80 |

HARBIN'S STERN BROS LLC  PAGE 3
INCOME STATEMENT
FOR THE MONTH ENDED DECEMBER 31, 2000

|  | CURRENT PERIOD | | YEAR TO DATE | |
|---|---:|---:|---:|---:|
| EXPENSES | AMOUNT | RATIO | AMOUNT | RATIO |
| **WAREHOUSE AND DELIVERY EXPENSES** | | | | |
| WAGES WAREHOUSE MANAGER | 2943.00 | -00.93 | 26549.07 | -00.59 |
| WAGES-WAREHOUSE & DELIVERY | 16498.74 | -05.22 | 177870.60 | -03.94 |
| CASUAL LABOR | .00 | 00.00 | 575.00 | -00.01 |
| CONTRACT LABOR | 3130.00 | -00.99 | 24856.68 | -00.55 |
| WAREHOUSE-MEDICAL | .00 | 00.00 | 729.00 | -00.02 |
| DELIVERY VEHICLE GAS & OIL | 1907.23 | -00.60 | 24328.77 | -00.54 |
| DELIVERY VEHICLE REPAIRS | 151.38 | -00.05 | 8785.63 | -00.19 |
| DELIVERY VEHICLE LICENSES | .00 | 00.00 | 21.66 | 00.00 |
| DELIVERY VEHICLE-TIRE EXPENSE | .00 | 00.00 | 6033.30 | -00.13 |
| DELIVERY VEHICLE-INSURANCE | .00 | 00.00 | 662.00 | -00.01 |
| DELIVERY VEHICLE-OTHER | 1114.24 | -00.35 | 1733.85 | -00.04 |
| OUTSIDE DELIVERY AND UPS | -53.40 | 00.02 | 1926.02 | -00.04 |
| FREIGHT OUT CHARGES | 230.82 | -00.07 | 7950.52 | -00.18 |
| FREIGHT OTHER | .00 | 00.00 | 904.24 | -00.02 |
| FREIGHT IN | .00 | 00.00 | 804.89 | -00.02 |
| DELIVERY VEHICLE LEASE | .00 | 00.00 | .00 | 00.00 |
| UNIFORM EXPENSE | 227.78 | -00.07 | 4369.45 | -00.10 |
| DAMAGED PROPERTY EXPENSE | .00 | 00.00 | 200.00 | 00.00 |
| HOUSE TOOL & SUPPLY EXP | 59.12 | -00.02 | 3262.80 | -00.07 |
| **TOTAL WAREHOUSE & DELIVERY EXPENSE** | 26208.91 | -08.30 | 291563.48 | -06.46 |
| **OFFICE EXPENSE** | | | | |
| WAGES ACCOUNTANT | -15642.59 | 04.95 | 41859.27 | -00.93 |
| TELEPHONE-MCI | 321.74 | -00.10 | 5358.76 | -00.12 |
| TELEPHONE-BELL SOUTH | -245.95 | 00.08 | 16033.89 | -00.36 |
| TELEPHONE-INSTALL & REPAIR | .00 | 00.00 | 437.12 | -00.01 |
| TELEPHONE-BEEPER | 113.97 | -00.04 | 1141.96 | -00.03 |
| AT&T CABLE | .00 | 00.00 | 329.50 | -00.01 |
| TWO-WAY COMM-SO LINC | .00 | 00.00 | 103.65 | 00.00 |
| CELLULAR PHONE EQUIPMENT | .00 | 00.00 | 4284.61 | -00.09 |
| CELLULAR PHONE EXPENSE | 31.82 | -00.01 | 3108.39 | -00.07 |
| POSTAGE-OFFICE | -542.00 | 00.17 | 2315.18 | -00.05 |
| POSTAGE METER RENTAL | .00 | 00.00 | 1302.90 | -00.03 |
| POSTAGE-DIRECT MAIL | .00 | 00.00 | 100.00 | 00.00 |
| STATIONERY AND PAPER SUPPLIES | -24.00 | 00.01 | 2021.45 | -00.04 |
| PRINTING EXPENSE | .00 | 00.00 | 16.50 | 00.00 |
| OPERATING SUPPLIES | 4518.47 | -01.43 | 9769.02 | -00.22 |
| REPAIR/MAINT - OFFICE MACHINES | .00 | 00.00 | 1785.00 | -00.04 |
| BANK CHARGES-COLONIAL | .00 | 00.00 | 175.00 | 00.00 |
| BANK CHARGES-SOUTHTRUST | 234.02 | -00.07 | 5894.28 | -00.13 |
| BANK CHARGES-STERLING | .00 | 00.00 | 55.00 | 00.00 |
| CREDIT CARD FEES | 558.24 | -00.18 | 8182.04 | -00.18 |
| EXPENSE-FAX | .00 | 00.00 | 4593.34 | -00.10 |
| LEASE EXPENSE-COPIER | 8668.30 | -02.74 | 13261.64 | -00.29 |
| TCI DMX MUSIC EXPENSE | .00 | 00.00 | 466.80 | -00.01 |
| **TOTAL OFFICE EXPENSE** | -2007.98 | 00.64 | 122675.30 | -02.72 |

```
              HARBIN'S STERN BROS LLC                    PAGE 4
                   INCOME STATEMENT
            FOR THE MONTH ENDED DECEMBER 31, 2000
```

|  | CURRENT PERIOD | | YEAR TO DATE | |
|---|---:|---:|---:|---:|
|  | AMOUNT | RATIO | AMOUNT | RATIO |
| **EXPENSES** | | | | |
| COMPUTER AND DATA PROCESSING EXPENSE | | | | |
| COMPUTER MAINTENANCE-DDMS | 1944.00 | -00.62 | 5471.60 | -00.12 |
| TOTAL COMPUTER/DP EXPENSE | 1944.00 | -00.62 | 5471.60 | -00.12 |
| | | | | |
| ADMINISTRATIVE EXPENSES | | | | |
| WAGES AND SALARIES | -25695.39 | 08.14 | 179122.24 | -03.97 |
| WAGES - OTHER | .00 | 00.00 | .00 | 00.00 |
| INTEREST EXPENSE-LOC | 5007.13 | -01.59 | 58529.78 | -01.30 |
| INTEREST EXP-OTHER | 130.35 | -00.04 | 3825.89 | -00.08 |
| MISCELLANEOUS EXPENSES | 134.89 | -00.04 | -146.58 | 00.00 |
| ADMINISTRATIVE TRAINING | -594.00 | 00.19 | 360.55 | -00.01 |
| ADMINISTRATIVE TRAVEL EXP | .00 | 00.00 | 7545.74 | -00.17 |
| CREDIT CARD CHARGES | 65.43 | -00.02 | 101.50 | 00.00 |
| LEASE EXP-AUTO | -6587.20 | 02.09 | 10874.39 | -00.24 |
| ADMINISTRATIVE ENTERTAINMENT | .00 | 00.00 | .00 | 00.00 |
| BAD DEBT EXPENSE | 1720.87 | -00.54 | 17478.12 | -00.39 |
| AUTO GAS & OIL | 75.00 | -00.02 | 3217.17 | -00.07 |
| EXPENSE PASSENGER AUTO | .00 | 00.00 | .00 | 00.00 |
| AUTO EXPENSE REPAIR | .00 | 00.00 | 288.95 | -00.01 |
| PROFESSIONAL SERVICES ACCOUNTING | -535.00 | 00.17 | 19088.00 | -00.42 |
| PROFESSIONAL SERVICES-COLLECTION | 200.00 | -00.06 | 200.00 | 00.00 |
| PROFESSIONAL SERVICES-PAYROLL | 134.27 | -00.04 | 1849.52 | -00.04 |
| PENALTIES | .00 | 00.00 | 212.04 | |
| TAXES-FICA | -2567.65 | 00.81 | 50694.10 | -01.12 |
| BUSINESS LICENSE-MONTGOMERY | 2197.40 | -00.70 | 12953.72 | -00.29 |
| BUSINESS LICENSE-OTHER | .00 | 00.00 | 275.00 | -00.01 |
| PRIVILEGE TAXES | .00 | 00.00 | 3128.00 | -00.07 |
| EMPLOYEE PROFIT SHARING | .00 | 00.00 | 2845.45 | -00.06 |

```
                        HARBIN'S STERN BROS LLC                 PAGE 5
                           INCOME STATEMENT
                    FOR THE MONTH ENDED DECEMBER 31, 2000

                                CURRENT PERIOD        YEAR TO DATE
                                AMOUNT    RATIO     AMOUNT     RATIO
        EXPENSES

    ADMINISTRATIVE EXP (CONT'D)
    DUES & SUBSCRIPTIONS             .00   00.00     1361.71  -00.03
    CONTRIBUTIONS AND DONATIONS  1466.00  -00.46     9788.00  -00.22
    PROFESSIONAL FEES               5.00   00.00     2720.00  -00.06
    COMPANY SOCIAL AFFAIRS        460.98  -00.15      790.83  -00.02
    GIFTS                          25.43  -00.01       54.43   00.00
    PERSONAL PROPERTY TAXES      2213.52  -00.70     2213.52  -00.05
    INSURANCE-DIRECT CARE       -1061.18   00.34    21598.73  -00.48
    INSURANCE-BC/BS               859.32  -00.27     3992.26  -00.09
    INSURANCE-WORKMENS COMP      2919.57  -00.92     5603.19  -00.12
    INSURANCE-LIFE & DISABILITY  -163.14   00.05     3500.03  -00.08
    INSURANCE-OFFICER LIFE           .00   00.00     4954.58  -00.11
    FUTA TAX EXPENSE               59.26  -00.02     2182.14  -00.05
    SUI TAX EXPENSE              2133.23  -00.68     2376.71  -00.05
    INCOME TAX - FEDERAL             .00   00.00     1130.00  -00.03
    INCOME TAX - STATE               .00   00.00     5821.08  -00.13
    PAYROLL EXPENSE             -1985.57   00.63     3457.15  -00.08
                                ---------           ----------
      TOTAL ADMINISTRATIVE EXPENSES -19381.48 06.14  443987.94 -09.84
                                ---------           ----------
      TOTAL ALL EXPENSES         56507.11 -17.89   1376268.98 -30.51
                                =========           ==========

    OTHER INCOME

    CASH DISCOUNTS EARNED            .00   00.00    -6617.31   00.15
    COMMISSION INCOME           -5454.72   01.73   -20688.47   00.46
    REBATES                          .00   00.00    -2100.00   00.05
    RENTAL INCOME                    .00   00.00       44.40   00.00
    INVESTMENT INTEREST-COLONIAL     .00   00.00      -67.27   00.00
    INTEREST INCOME                  .00   00.00     2577.23  -00.06
    RETURNED CHECK FEE INCOME     -25.00   00.01      -50.00   00.00
    CORPORATE INCOME TAX             .00   00.00         .00   00.00
    FINANCE CHARGES              4270.19  -01.35   -12787.62   00.28
    CREDIT CARD DISCOUNTS            .00   00.00      -29.00   00.00
    MISCELLANEOUS INCOME             .00   00.00     1656.83  -00.04
    FREIGHT CLAIMS                   .00   00.00     -128.28   00.00
                                ---------           ----------
      TOTAL OTHER INCOME        -1209.53   00.38   -38189.49   00.85
                                ---------           ----------


    INCOME OR LOSS             -29884.58   09.46    48282.36  -01.07
                                =========           ==========

    INCOME TAXES                     .00   00.00         .00   00.00

    NET PROFIT AFTER TAXES     -29884.58   09.46    48282.36  -01.07
                                =========           ==========
```

POSTAGE DUE .23¢

JUL 10 '01
U.S. POSTAGE
0.34