# Exhibit G

HARBIN'S STERN BROS LLC
BALANCE SHEET
AS OF DECEMBER 31, 2001

                                                              % OF ASSETS
CURRENT ASSETS

CASH - STERLING BANK                    3272.67                    00.18
CASH - ALIANT PAYROLL ACCOUNT           3918.23                    00.21
CASH - COLONIAL BANK                  -71299.29                   -03.87
CASH - SOUTHTRUST BANK                      .00                    00.00
CASH - ALIANT OPERATING ACCOUNT         2731.59                    00.15
CASH - CASH - SOUTHTRUST CR CARD ACCT       .00                    00.00
CASH - SOUTHTRUST HARBINS INC            461.06                    00.03
CASH ON HAND - PETTY                     850.00                    00.05

  TOTAL CASH                                        -60065.74     -03.26
RETURNED CHECKS                          179.74                    00.01
A/R - TRADE                           446092.78                    24.23
DUE FROM EMPLOYEES                                                 00.84
DUE FROM RESI                                                      05.93
DUE FROM M & M PROPERTIES LLC               .00                    00.00
DUE FROM MICHAEL HARBIN                                            01.36
DUE FROM STERN BROS                                                00.03
A/R - SALES TAX                             .00                    00.00
DUE FROM HARBIN'S INC                                              03.45

  TOTAL RECEIVABLES                                645233.17       35.04

INVENTORY-DEPT 1                      851558.00                    46.24
INVENTORY-INSTALLERS                        .00                    00.00

  TOTAL OTHER CURRENT ASSETS                                       46.24

  TOTAL CURRENT ASSETS                            1436725.43       78.82

TO: Gina
FR: Michael

OK

Exhibit G

HARBIN'S-STERN BROS LLC
BALANCE SHEET
AS OF DECEMBER 31, 2001

|  | | % OF ASSETS |
|---|---:|---:|
| **FIXED ASSETS** | | |
| AUTOMOBILES | 62327.57 | 03.38 |
| TRUCKS | 36127.04 | 01.96 |
| FURNITURE AND FIXTURES | 61187.23 | 03.32 |
| COMPUTER EQUIPMENT | 115958.65 | 06.30 |
| LEASEHOLD IMPROVEMENTS | 55158.63 | 03.00 |
| EQUIPMENT | 64900.09 | 03.52 |
| WAREHOUSE | 1694.57 | 00.09 |
| RENTAL FURNITURE | 55460.00 | 03.01 |
| | 452813.78 | 24.59 |
| LESS: ACCUM DEPRECIATION | -222436.57 | -12.08 |
| TOTAL FIXED ASSETS | 230377.21 | 12.51 |
| **OTHER ASSETS** | | |
| NOTE RECEIVABLE - RESI | ~~~~~~ | 09.26 |
| CLOSING COSTS | ~~~~~~ | 00.21 |
| ACCUM AMORTIZATION-CLOSING COSTS | ~~~~~~ | -00.21 |
| CAPITAL LEASE, COPIER | ~~~~~~ | 00.21 |
| TOTAL OTHER ASSETS | 174343.65 | 09.47 |
| TOTAL ASSETS | 1841446.29 | 100.00 |

HARBIN'S-STERN BROS LLC
BALANCE SHEET
AS OF DECEMBER 31, 2001

LIABILITIES AND NET WORTH

CURRENT LIABILITIES

| | | |
|---|---:|---:|
| A/P - TRADE | -571913.44 | -31.06 |
| DUE TO RESI | .00 | 00.00 |
| DUE TO MICHALE HARBIN | .00 | 00.00 |
| DUE TO HARDIN'S INC | -10037.15 | -00.55 |
| DUE TO HARBIN'S-STERN BROS | -479.26 | -00.03 |
| A/P - AMERICAN EXPRESS-M HARBIN | -15000.00 | -00.81 |
| A/P - MASTERCARD-STERN BROS | -13500.00 | -00.73 |
| CREDIT LINE-COLONIAL BANK | -807223.75 | -43.84 |
| ACCRUED SALARIES | -17835.68 | -00.97 |
| ACCRUED INTEREST PAYABLE | -3348.11 | -00.18 |
| FEDERAL PAYROLL TAX W/H | -2185.93 | -00.12 |
| FICA PAYROLL TAX W/H | -1875.36 | -00.10 |
| STATE PAYROLL TAX W/H | -799.85 | -00.04 |
| GARNISHMENTS | -30.45 | 00.00 |
| CHILD SUPPORT | -258.30 | -00.01 |
| SALES TAX PAYABLE | -16905.33 | -00.92 |
| RENTAL TAX PAYABLE | -213.90 | -00.01 |
| 401K LOAN PAYABLE | -496.60 | -00.03 |
| ACCRUED 401K | -8702.60 | -00.47 |
| TOTAL CURRENT LIABILITIES | -1470797.71 | -79.87 |

LONG TERM LIABILITIES

| | | |
|---|---:|---:|
| NOTE PAYABLE - REGIONS | -2551.70 | -00.14 |
| NOTE PAYABLE - REGIONS | .00 | 00.00 |
| TOTAL LONG TERM LIABILITIES | -2551.70 | -00.14 |
| TOTAL LIABILITIES | -1473349.41 | -80.01 |

NET WORTH

| | | |
|---|---:|---:|
| CAPITAL - HARBIN'S INC | -275929.73 | -14.98 |
| CAPITAL - STERN BROS | -192993.57 | -10.48 |
| RETAINED EARNINGS | .00 | 00.00 |
| NET INCOME OR LOSS | 100826.42 | 05.48 |
| TOTAL NET WORTH | -368096.88 | -19.99 |
| TOTAL LIABILITIES AND NET WORTH | -1841446.29 | 100.00 |

HARBIN'S STERN BROS LLC
INCOME STATEMENT
FOR THE MONTH ENDED DECEMBER 31, 2001

|  | CURRENT PERIOD | | YEAR TO DATE | |
|---|---|---|---|---|
|  | AMOUNT | RATIO | AMOUNT | RATIO |
| **SALES AND COST OF SALES** | | | | |
| **SALES** | | | | |
| SALES - SUPPLIES | -156925.16 | 57.67 | -2215949.86 | 48.86 |
| SALES - MACHINES | -1135.50 | 00.42 | -25898.36 | 00.57 |
| SALES - FURNITURE | -83676.67 | 30.75 | -1868462.79 | 41.20 |
| SALES - PRINTING | -647.87 | 00.24 | -1325.16 | 00.03 |
| SALES - STAMPS | -558.90 | 00.21 | -4409.08 | 00.10 |
| SALES - TONER | .00 | 00.00 | -805.88 | 00.02 |
| SALES - PAPER | -8140.47 | 02.99 | -138991.44 | 03.06 |
| SALES - UNCATALOGED | -19860.89 | 07.30 | -278122.22 | 06.13 |
| SALES-DEPT 10 (U-Z) | -1079.49 | 00.40 | -7383.07 | 00.16 |
| SALES-DESKTOP ACCESSORIES | -0.68 | 00.00 | -9.48 | 00.00 |
| SALES-OFFICE SUPPLIES | .00 | 00.00 | -14.89 | 00.00 |
| SALES-PAPER | -64.64 | 00.02 | -301.21 | 00.01 |
| TOTAL SALES | -272106.27 | 100.00 | -4541672.64 | 100.13 |
| **SALES DISCOUNTS/RETURNS/ALLOWANCES** | | | | |
| SALES DISCOUNTS | .00 | 00.00 | 6030.10 | -00.13 |
| TOTAL DISCOUNTS/RETURNS/ALLOWANCES | .00 | 00.00 | 6030.10 | -00.13 |
| **COST OF SALES** | | | | |
| COS-SUPPLIES | 170611.49 | -62.70 | 2902014.44 | -63.98 |
| COS-FURNITURE | 22319.72 | -08.20 | 177186.90 | -03.91 |
| COS-PRINTING | 98.00 | -00.04 | 210.67 | 00.00 |
| COS-STAMPS | .00 | 00.00 | .00 | 00.00 |
| COS-USED FURNITURE | .00 | 00.00 | 458.00 | -00.01 |
| COS-INSTALLERS | 1060.00 | -00.39 | 65493.50 | -01.44 |
| COS-FREIGHT IN | .00 | 00.00 | .00 | 00.00 |
| TOTAL COST OF SALES | 194089.21 | -71.33 | 3145355.51 | -69.35 |
| **GROSS PROFIT** | -78017.06 | 28.67 | -1390287.03 | 30.65 |

HARBIN'S-STERN BROS LLC                PAGE 2
INCOME STATEMENT
FOR THE MONTH ENDED DECEMBER 31, 2001

|  | CURRENT PERIOD | | YEAR TO DATE | |
|---|---:|---:|---:|---:|
|  | AMOUNT | RATIO | AMOUNT | RATIO |
| **EXPENSES** | | | | |
| **SELLING EXPENSES** | | | | |
| PAYROLL-STORE SALES PEOPLE | 6791.17 | -02.50 | 103437.30 | -02.28 |
| PAYROLL-OUTSIDE SALES | 17039.66 | -06.26 | 234007.04 | -05.16 |
| PAYROLL-SALES MANAGERS | 4523.00 | -01.66 | 44717.00 | -00.99 |
| CONSULTANT-DESIGNERS | .00 | 00.00 | 9561.97 | -00.21 |
| BID BOND EXPENSE | .00 | 00.00 | 600.00 | -00.01 |
| TRAVEL EXPENSE/TRANSPORTATION | .00 | 00.00 | 363.79 | -00.01 |
| OFFICE SUPPLIES | .00 | 00.00 | 1487.09 | -00.03 |
| ENTERTAINMENT EXPENSE | .00 | 00.00 | .00 | 00.00 |
| AUTO GAS & OIL | .00 | 00.00 | 22.39 | 00.00 |
| AUTO INSURANCE | .00 | 00.00 | 5042.00 | -00.11 |
| AUTO LICENSES | .00 | 00.00 | .00 | 00.00 |
| FURN/UPHOLSTRY REPAIR & SUPPLIES | 702.00 | -00.26 | 9005.39 | -00.20 |
| PROMOTIONS | .00 | 00.00 | .00 | 00.00 |
| ADVERTISING-NEWSPAPER | .00 | 00.00 | 21206.60 | -00.47 |
| ADVERTISING-RADIO | .00 | 00.00 | .00 | 00.00 |
| ADVERTISING-TELEVISION | 1690.05 | -00.62 | 6246.05 | -00.14 |
| ADVERTISING-YELLOW PAGES | 1161.00 | -00.43 | 11822.98 | -00.26 |
| ADVERTISING-DIRECT MAIL | .00 | 00.00 | 913.61 | -00.02 |
| ADVERTISING-OTHER | .00 | 00.00 | 28044.96 | -00.64 |
| SALES EXPENSE | .00 | 00.00 | 1134.55 | -00.03 |
| CASH (OVERAGES)/SHORTAGES | 42.00 | -00.02 | -217.62 | 00.00 |
| REFUNDS TO CUSTOMERS | .00 | 00.00 | 3762.02 | -00.08 |
| TOTAL SELLING EXPENSES | 31949.84 | -11.74 | 482037.04 | -10.63 |
| **OCCUPANCY EXPENSES** | | | | |
| RENT - MCDONOUGH PROPERTY | 2000.00 | -00.74 | 14967.58 | -00.33 |
| RENT - BEHRMAN REALTY | .00 | 00.00 | 10000.00 | -00.22 |
| RENT - HARBIN'S INC | .00 | 00.00 | .00 | 00.00 |
| RENT - M & M PROPERTIES LLC | 13788.30 | -05.07 | 81729.98 | -01.80 |
| UTILITIES-NATURAL GAS | 134.20 | -00.05 | 5514.87 | -00.12 |
| UTILITIES-POWER | 965.98 | -00.36 | 15899.10 | -00.33 |
| UTILITIES-WATER | 123.30 | -00.05 | 989.22 | -00.02 |
| UTILITIES-WASTE & DISPOSAL | 133.00 | -00.05 | 2211.56 | -00.05 |
| DEPRECIATION EXPENSE | 1720.40 | -00.63 | 18603.60 | -00.41 |
| INSURANCE-PROPERTY | .00 | 00.00 | 22128.99 | -00.49 |
| CLEANING SUPPLIES | .00 | 00.00 | 356.66 | -00.01 |
| JANITORIAL EXPENSE | 642.50 | -00.24 | 9607.52 | -00.21 |
| BUILDING REPAIRS & MAINT | 531.83 | -00.20 | 4661.00 | -00.10 |
| RAIN DAMAGE | .00 | 00.00 | -9727.28 | 00.21 |
| HVAC REPAIRS | 105.25 | -00.04 | 1242.04 | -00.03 |
| REPAIR & MAINTENANCE | .00 | 00.00 | 129.15 | 00.00 |
| PEST CONTROL | 50.00 | -00.02 | 648.00 | -00.01 |
| SECURITY-ADT | .00 | 00.00 | 930.12 | -00.02 |
| SECURITY-SURVEILLANCE SYSTEM | .00 | 00.00 | 12.00 | 00.00 |
| TOTAL OCCUPANCY EXPENSES | 20194.76 | -07.42 | 179167.03 | -03.95 |

HARBIN'S-STERN BROS LLC                    PAGE 3
INCOME STATEMENT
FOR THE MONTH ENDED DECEMBER 31, 2001

|  | CURRENT PERIOD | | YEAR TO DATE | |
|---|---|---|---|---|
|  | AMOUNT | RATIO | AMOUNT | RATIO |
| **EXPENSES** | | | | |
| **WAREHOUSE AND DELIVERY EXPENSES** | | | | |
| WAGES WAREHOUSE MANAGER | 1373.40 | -00.50 | 35501.29 | -00.78 |
| WAGES-WAREHOUSE & DELIVERY | 14604.99 | -05.37 | 183251.33 | -04.04 |
| CASUAL LABOR | .00 | 00.00 | 2098.00 | -00.05 |
| CONTRACT LABOR | 571.94 | -00.21 | 10574.75 | -00.23 |
| WAREHOUSE-MEDICAL | .00 | 00.00 | 70.00 | 00.00 |
| DELIVERY VEHICLE GAS & OIL | 2179.08 | -00.80 | 17871.50 | -00.39 |
| DELIVERY VEHICLE REPAIR & MAINTENANCE | 914.81 | -00.34 | 4356.95 | -00.10 |
| DELIVERY VEHICLE LICENSES | .00 | 00.00 | 157.75 | 00.00 |
| DELIVERY VEHICLE-TIRE EXPENSE | 13.16 | 00.00 | 2822.68 | -00.06 |
| DELIVERY VEHICLE-INSURANCE | .00 | 00.00 | 5136.70 | -00.11 |
| DELIVERY VEHICLE-OTHER | .00 | 00.00 | 33.24 | 00.00 |
| OUTSIDE DELIVERY AND UPS | -36.48 | 00.01 | 2117.20 | -00.05 |
| FREIGHT OUT CHARGES | 5.74 | 00.00 | 2565.15 | -00.06 |
| FREIGHT OTHER | .00 | 00.00 | .00 | 00.00 |
| FREIGHT IN | 1765.91 | -00.65 | 5725.62 | -00.13 |
| DELIVERY VEHICLE LEASE | 1179.86 | -00.43 | 9266.28 | -00.20 |
| UNIFORM EXPENSE | 516.29 | -00.19 | 5827.93 | -00.13 |
| WAREHOUSE EQUIP REPAIR | 390.84 | -00.14 | 737.24 | -00.02 |
| DAMAGED PROPERTY EXPENSE | .00 | 00.00 | 5.00 | 00.00 |
| HOUSE TOOL & SUPPLY EXP | 192.00 | -00.07 | 1383.74 | -00.03 |
| **TOTAL WAREHOUSE & DELIVERY EXPENSE** | 23671.54 | -00.70 | 289494.47 | -06.38 |

```
                    HARBIN'S-STERN BROS LLC                    PAGE 4
                       INCOME STATEMENT
                 FOR THE MONTH ENDING DECEMBER 31, 2001

                            CURRENT PERIOD       YEAR TO DATE
                          AMOUNT     RATIO     AMOUNT     RATIO
        EXPENSES
     OFFICE EXPENSE
WAGES ACCOUNTANT           6199.88  -02.28   78973.91  -01.56
WAGES OFFICE                   .00   00.00    1431.15  -00.03
CASUAL OFFICE HELP             .00   00.00     615.60  -00.01
TELEPHONE-MCI                14.66  -00.01    4452.84  -00.10
TELEPHONE-BELL SOUTH        -774.30  00.28    8813.35  -00.19
TELEPHONE-INSTALL & REPAIR   247.64 -00.09     416.11  -00.01
TELEPHONE-BEEPER             73.60 -00.03     827.31  -00.02
AT&T CABLE                   36.41 -00.01     199.70   00.00
TWO-WAY COMM-SO LINC           .00  00.00      54.39   00.00
CELLULAR PHONE EQUIPMENT    433.45 -00.16    4352.42  -00.10
CELLULAR PHONE EXPENSE      726.78 -00.27    1804.65  -00.04
POSTAGE-OFFICE             -157.48  00.06    4550.41  -00.10
POSTAGE METER RENTAL        -16.97  00.01     895.53  -00.02
POSTAGE-DIRECT MAIL            .00  00.00        .00   00.00
STATIONERY AND PAPER SUPPLIES 323.74 -00.12   538.81  -00.01
PRINTING EXPENSE               .00  00.00     751.90  -00.02
OPERATING SUPPLIES           19.44 -00.01    3785.32  -00.08
REPAIR/MAINT - OFFICE MACHINES 227.38 -00.08  351.12  -00.01
BANK CHARGES-COLONIAL       263.64 -00.10    7744.90  -00.17
BANK CHARGES-MERRILL LYNCH     .00  00.00        .00   00.00
    CHARGES-SOUTHTRUST         .00  00.00     608.30  -00.01
BANK CHARGES-STERLING        10.00  00.00      76.00   00.00
BANK CHARGES-ALIANT          20.39 -00.01      90.30   00.00
CREDIT CARD FEES            413.24 -00.15   10906.56  -00.24
LEASE EXPENSE-FAX              .00  00.00        .00   00.00
LEASE EXPENSE-COPIER       1954.17 -00.72    3110.75  -00.07
LEASE EXPENSE-TELEPHONE     321.45 -00.12    2439.83  -00.05
TCI DMX MUSIC EXPENSE        54.20 -00.02     599.20  -00.01
                          ---------         ----------
   TOTAL OFFICE EXPENSE   10397.32 -03.82  130196.36  -02.87
                          ---------         ----------
```

HARBIN'S-STERN BROS LLC                    PAGE 5
INCOME STATEMENT
FOR THE MONTH ENDED DECEMBER 31, 2001

|  | CURRENT PERIOD | | YEAR TO DATE | |
|---|---|---|---|---|
|  | AMOUNT | RATIO | AMOUNT | RATIO |
| **EXPENSES** | | | | |
| COMPUTER AND DATA PROCESSING EXPENSE | | | | |
| COMPUTER REPAIR | .00 | 00.00 | 16.19 | 00.00 |
| DATA PROCESSING SUPPLIES | .00 | 00.00 | 475.68 | -00.01 |
| COMPUTER MAINTENANCE-DDMS | -6046.50 | 02.22 | 49.50 | 00.00 |
| TOTAL COMPUTER/DP EXPENSE | -6046.50 | 02.22 | 541.37 | -00.01 |
| UPHOLSTRY AND REFINSHING EXPENSES | | | | |
| UPHOLSTRY/FURN-REPAIRS & SUPPLIES | 283.27 | -00.10 | 283.27 | -00.01 |
| TOTAL UPHOLSTRY/REFINSHMENT EXPENSES | 333.27 | | .00 | 333.27-00.01 |
| **ADMINISTRATIVE EXPENSES** | | | | |
| WAGES AND SALARIES | 8904.70 | -03.27 | 188571.29 | -04.16 |
| INTEREST EXPENSE-LOC | 6937.75 | -02.55 | 64421.22 | -01.42 |
| INTEREST EXP-OTHER | 94.88 | -00.03 | 2993.84 | -00.07 |
| MISCELLANEOUS EXPENSES | 7011.35 | -02.58 | 13639.05 | -00.30 |
| ADMINISTRATIVE TRAINING | .00 | 00.00 | .00 | 00.00 |
| ADMINISTRATIVE TRAVEL EXP | .00 | 00.00 | .00 | 00.00 |
| CREDIT CARD CHARGES | .00 | 00.00 | .00 | 00.00 |
| LEASE EXP-AUTO | 1867.88 | -00.69 | 12806.30 | -00.28 |
| ADMINISTRATIVE ENTERTAINMENT | 165.88 | -00.06 | 362.54 | -00.01 |
| BAD DEBT EXPENSE | .00 | 00.00 | 7753.77 | -00.17 |
| AUTO GAS & OIL | 94.42 | -00.03 | 2452.62 | -00.05 |
| AUTO LICENSES | .00 | 00.00 | 253.86 | -00.01 |
| AUTO EXPENSE REPAIR | .00 | 00.00 | 139.92 | 00.00 |
| AUTO INSURANCE | .00 | 00.00 | -579.00 | 00.01 |
| PROFESSIONAL SERVICES ACCOUNTING | 6498.68 | -02.39 | 26188.82 | -00.58 |
| PROFESSIONAL SERVICES-LEGAL | 136.75 | | 6450.76 | -00.14 |
| PROFESSIONAL SERVICES-COLLECTION | .00 | 00.00 | -2830.54 | 00.06 |
| PROFESSIONAL SERVICES-PAYROLL | 177.50 | -00.07 | 1658.15 | -00.04 |
| PENALTIES | .00 | 00.00 | 98.15 | 00.00 |
| TAXES-FICA | 2312.68 | -00.85 | 62417.19 | -01.38 |
| BUSINESS LICENSE-MONTGOMERY | .00 | 00.00 | 16627.90 | -00.37 |
| BUSINESS LICENSE-OTHER | .00 | 00.00 | .00 | 00.00 |
| PRIVILEGE TAXES | .00 | 00.00 | 89.00 | 00.00 |
| EMPLOYEE PROFIT SHARING-401K | 404.69 | -00.15 |  | -00.00 |

```
                    HARBIN'S STERN BROS LLC                   PAGE 6
                         INCOME STATEMENT
                  FOR THE MONTH ENDED DECEMBER 31, 2001

                              CURRENT PERIOD        YEAR TO DATE
                              AMOUNT     RATIO      AMOUNT      RATIO
         EXPENSES

   ADMINISTRATIVE EXP (CONT'D)
   DUES & SUBSCRIPTIONS           .00    00.00      9273.53   -00.20
   CONTRIBUTIONS AND DONATIONS    .00    00.00      2200.00   -00.05
   PROFESSIONAL FEES           125.00   -00.05       135.00    00.00
   COMPANY SOCIAL AFFAIRS      386.49   -00.14      1663.15   -00.04
   GIFTS                          .00    00.00        64.00    00.00
   PERSONAL PROPERTY TAXES        .00    00.00      1566.68   -00.03
   INSURANCE-DIRECT CARE      2994.00   -01.10      2615.84   -00.06
   INSURANCE-BC/BS            2142.50   -00.79     32321.04   -00.71
   INSURANCE-WORKMENS COMP        .00    00.00      -350.10    00.01
   INSURANCE-LIFE & DISABILITY 285.06   -00.10      1364.13   -00.03
   INSURANCE-OFFICER LIFE         .00    00.00      3195.00   -00.07
   FUTA TAX EXPENSE             17.55   -00.01      1885.53   -00.04
   SUI TAX EXPENSE              17.10   -00.01     -1757.29    00.04
   INCOME TAX - FEDERAL           .00    00.00          .00    00.00
   INCOME TAX - STATE             .00    00.00          .00    00.00
   PROFIT SHARING FEES         300.00   -00.11      1200.00   -00.03
   PAYROLL EXPENSE             -27.00    00.01       -27.00    00.00
                              --------            ----------
     TOTAL ADMINISTRATIVE EXPENSES 40847.14 -15.01  462605.19 -10.20

     TOTAL ALL EXPENSES       121347.37 -44.60    1544368.73 -34.05
                              ========            ==========

   OTHER INCOME

   CASH DISCOUNTS EARNED          .00    00.00      -212.05    00.00
   COMMISSION INCOME              .00    00.00     -8473.39    00.19
   REBATES                        .00    00.00       -46.38    00.00
   RENTAL INCOME                  .00    00.00          .00    00.00
   INVESTMENT INTEREST-COLONIAL   .00    00.00          .00    00.00
   INTEREST INCOME                .00    00.00        78.52    00.00
   RETURNED CHECK FEE INCOME      .00    00.00       -77.05    00.00
   FINANCE CHARGES             734.58   -00.27    -11876.02    00.26
   CREDIT CARD DISCOUNTS          .00    00.00          .00    00.00
   A/R POSTING ERRORS            8.27    00.00    -26618.22    00.59
   MISCELLANEOUS INCOME           .00    00.00     -5100.78    00.11
   FREIGHT CLAIMS                 .00    00.00      -704.99    00.02
   RESTITUTION INCOME             .00    00.00      -225.00    00.01
   GAIN/LOSS ON SALE OF ASSETS    .00    00.00          .00    00.00
                              --------            ----------
     TOTAL OTHER INCOME        742.85   -00.27    -53255.28    01.17


   INCOME OR LOSS            44873.16  -16.20    100826.42   -02.22
                             ========            ==========

   INCOME TAXES                   .00    00.00          .00    00.00
```

# AUTOMATIC COVER SHEET

DATE:   MAY-20-02 MON 10:20 AM

TO:

FAX #:  16162473040909

FROM:   HARBIN'S STERN BROS

FAX #:  3342659126

<u>10</u> PAGES WERE SENT

(INCLUDING THIS COVER PAGE)