# Exhibit H

# narbins
## INCORPORATED
OFFICE DESIGN · SUPPLIES · MACHINES · FURNITURE

**MEETING THE NEEDS OF BUSINESS**

September 11, 1990

Mr. Marvis James, Regional Credit Manager
Steelcase Incorporated
P.O. Box 1967
Grand Rapids, MI  49501-1967

Dear Mr. James:

Enclosed is the Harbin Corporation financial statement per your
request.

Since the last statement was sent ownership in the company has
changed hands.

Any future information you require regarding financial matters
should be directed to me.

If you have any questions regarding the statements, please don't
hesitate to call.

Sincerely,

Michael G. Harbin, Jr.
President
Harbin's Inc.

cc: file

MGH/mr

**STEELCASE FURNITURE**
P.O. BOX 4803 · MONTGOMERY, ALABAMA 36197-3301
(205) 264-5371 · 1-800-888-6980 · FAX: (205) 265-9126

**Exhibit H**