# Exhibit I



# Harbin's
## INCORPORATED
DESIGN • SUPPLIES • MACHINES • FURNITURE

**MEETING THE NEEDS OF BUSINESS**

February 18, 1991

RECEIVED S/C

FEB 21 1991

CREDIT DEPT.

Steelcase, Inc.
Marvis James
Regional Credit Manager
P. O. Box 1967
Grand Rapids, MI  49501

Dear Marvis:

I enjoyed our conversation the other day and trust all is well with you.

After reviewing the plan you sent regarding Steelcase Financial Services, Inc.  We have decided to enroll [NOT] in the plan at this time.

However not withstanding the forgoing, we will retain the information sent on file for possible reconsideration at a later date.

Sincerely,

Harbin's Incorporated

Michael G. Harbin
President

MGH/mr

Exhibit I

**STEELCASE FURNITURE**
P.O. BOX 4803 • MONTGOMERY, ALABAMA 36197-3301
(205) 264-5371 • 1-800-888-6980 • FAX: (205) 265-9126