# Exhibit J



# Harbin's
## INCORPORATED
OFFICE DESIGN • SUPPLIES • MACHINES • FURNITURE

**MEETING THE NEEDS OF BUSINESS**

April 11, 1991

Marvis James
Regional Credit Manager
Steelcase, Inc.
P. O. Box 1967
Grand Rapids, MI 49501-1967

RECEIVED S/C
APR 15 1991
CREDIT DEPT.

Dear Marvis:

This letter is to acknowledge your letter dated March 21, 1991. I am please to see that as a Steelcase dealer and customer of Steelcase for the past 23 years that Steelcase has approved our dealership application. I have found that this entire dealership application process reminds me somewhat of a opera buffa. Even George Orwell would be pleased with all the "double speak" that has transpired.

But that is not why I am writing you. I have polled several large national Steelcase dealers and they have not heard of your new credit policy stating that a dealer must take the cash discount in order to have a line of credit or sell the product.

I would not be surprised if a few of these dealers contacted you for they seemed confused and alarmed as to this new Steelcase policy.

I to am confused. Even our Steelcase statement states that we at our option have a choice of terms; Net 30 or 2% ten.

Please clarify this for me.

Come see us sometime if your back in this area again.

Sincerely,

Michael G. Harbin, Jr.
President

cc: file

*[Handwritten notes:]* 4/16/91 1:30 Michael @ lunch - lft msg. 2:50 Explained to Michael that my letter means that if he failed to take discount + thus exceeded his line g cr we would require additional Cr. Arrangements NOT that we would revoke his credit line. He was satisfied with explanation.

Exhibit J

**STEELCASE FURNITURE**
P.O. BOX 4803 • MONTGOMERY, ALABAMA 36197-3301