# Exhibit K

# HOT NEWS

TO: Marvis James  DATE: 5-26-93

FAX NUMBER 616-247-2102

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET  2

FROM: Michael Harbin

HARBIN'S INCORPORATED
300 S. PERRY STREET
P. O. BOX 4803
MONTGOMERY, AL  36104
PHONE NUMBER 205-264-5371
FAX NUMBER   205-265-9126

MESSAGE Marvis,
This should do. While this is not a Full LOC this shows our ability to Borrow. I know you'll have a question so call me tomorrow.

Exhibit K



# STERLING BANK

May 26, 1993

Mr. Marvis James
Steelcase Inc.
P.O. Box 1967
Grand Rapids, MI 49501

Dear Mr. James:

This letter is in reference to our preferred client, Michael G. Harbin, Jr. and Harbin's Inc. Sterling Bank has a longstanding relationship with the above referenced. We are extremely pleased with this relationship and would encourage your company in the fact that our dealings with Mr. Harbin and his company have been handled in the very finest of manners.

While this letter does not serve as an authorization to draw on us for the account of Harbin's, Inc., it does inform you that Harbin's, Inc. has a $300,000 revolving line of credit available for their credit needs. This line has been handled in a very satisfactory manner since it's inception in 1989.

Please feel free to contact me if you have any questions.

Sincerely,

*Kevin N. Haynes*
Kevin N. Haynes
Assistant Vice President

cc: Michael G. Harbin, Jr.