# Exhibit N

**From:** James.Essenberg@STC001
**To:** ROOK321@aol.com
**Cc:** Douglas.Wilson
**Sent:** Monday, 7 October 2002 4:19pm ET
**Subject:** Re: account status update....

I'll copy this to Doug Wilson - He researched the
other adjustments last week.  We'll need some PO or
invoice numbers to work from....I'll have him call you....

Your total finance charges are $17,799.77 - of which $8,210.14
are over 30 days...(eventually you'll need to pay some of these....)

Yeah, our local team won their game 60 to 27 (no passes -
over 600 yards rushing....)  It is fun to watch - very macho
football!  It is pro-ball compared to our NFL team - the Lions
are not  very good!

Thanks for the update - I really need you to get after the over 90
amounts!

Thanks,

Randy Essenberg
(jessenbe@steelcase.com)
Manager Dealer Financial Accounts, South Region
PHN:  616-475-2147
FAX:    616-248-7056

<-------------------- Forwarded letter follows----------------------->
Date: Monday, 7 October 2002 4:01pm ET
To: JESSENBE
From: ROOK321@aol.com
Subject: Re: account status update....

Hello Randy, I hope you all won your game the other night. sounds like you guys
play pro-ball up north in high school. On those balances does that include
finance charges? If so I need to see a true amount due minus those charges.
Also Ms. Lee is reconciling your statement as we discussed the other day and
she began on Friday. I ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**Exhibit N**