# Exhibit Q

Case 2:05-cv-08136-RHC-SC Document 15-23 Filed 06/23/2004 Page 1 of 2

| | | |
|---|---|---|
| **Printed for:** Marvis.James | **Dept: Credit** | 11/08/02 02:36 PM |

**From:** ROOK321@aol.com
**To:** MJAMES
**Cc:** SWAUGH, RCOCOS, Waughman@aol.com
**Sent:** 11/8/02 at 1:14pm
**Subject:** Re: (no subject)

Marvis, I enjoyed chatting with you and per our conversation I am doing the following. Auditing the statement to check for additional errors which I told you we have discovered. I will send to you the amounts in dispute along with original invoice and what we say should be the corrected amount. I will also send to you the invoices from June on product the customer has refused and we have in our warehouse awaiting RA's. Based on the expired quotes, omitted quotes and product being refused and service charges applied incorrectly and payments not posted to our account that you are now aware of I believe we can resolve all of this is short order. We will begin remitting oldest invoices first and work our way to the current while you all handle the disputes. Thanks and I will be back in touch shortly.

Marvis James
Manager, Dealer Financial Accounts
(616) 247-2102
(616) 246-4989
Mjames@steelcase.com

**Exhibit Q**