# Exhibit R

| | |
|---|---|
| Printed for: Marvis.James | Dept: Credit | 11/12/02 08:36 AM |

```
    From:  Marvis.James@STC001
      To:  ROOK321@aol.com
      Cc:  Rich.Cocos, Steven.Waugh
    Sent:  11/12/02 at 8:36am
 Subject:  RE:(no subject)
```

Thanks for the information....we will look forward to receipt of your e-mail
and Fed X package and will communicate back to you regarding the status of
your account following the review of all information.....


Marvis James
Manager, Dealer Financial Accounts
(616) 247-2102 (phone)
(616) 246-4989 (fax)
MJames@steelcase.com

<-------------------- Forwarded letter follows ---------------------->
Date: 11/11/02 at 5:36pm
To: MJAMES
From: ROOK321@aol.com
Subject: (no subject)

I'll e-mail u the total tomorrow on the past due amount we will FedEx to you
along with the invoices we found wrong.


Marvis James
Manager, Dealer Financial Accounts
(616) 247-2102
(616) 246-4989
M James@steelcase.com

**Exhibit R**