# Exhibit S

| Printed for: Marvis.James | Dept: Credit | 11/20/02 05:41 PM |
|---|---|---|

From: ROOK321@aol.com
To: MJAMES
Cc: SWAUGH, RCOCOS, Waughman@aol.com
Sent: 11/20/02 at 3:43pm
Subject: Re: Credit Status of Account

Who is over your dept.? Give me their name and phone number please.

11/20/02

Met w/ Steve Waugh. He plans to call Michael 11/21 AM @ (334)244-5371

Marvis James
Manager, Dealer Financial Accounts
(616) 247-2102
(616) 246-4989

**Exhibit S**