# Exhibit T

| Printed for: Marvis.James | Dept: Credit | 12/13/02 02:19 PM |

    From: Marvis.James@STC001
      To: ROOK321@aol.com
    Sent: 12/13/02 at 2:17pm
 Subject: RE:(no subject)

Michael,

Still looking to hear from you today on the check amount and check number for us to look for. We are expecting your check to be at least the approx. $17K plus amount you mentioned previously. Please fax a copy of the check to (616) 698-3863 and mail the original via overnight courier to the following address:

Steelcase Inc.
Attn: M. James (Ch-3w-06)
901 44th St., SE
Grand Rapids, MI 49508

We will not be able to release any orders until we have confirmation that the check has been sent via overnight mail for receipt here on Monday, 12/16/02.

Marvis James
Manager, Corporate Credit
(616) 247-2102 (phone)
(616) 698-3863 (fax)
MJames@steelcase.com

<------------------- Forwarded letter follows---------------------->
Date: 12/12/02 at 6:18pm
To: MJAMES
From: ROOK321@aol.com
Subject: (no subject)

Been with my divorce lawyers all day. I'll e-mail you the amount tomorrow.

**Exhibit T**

Marvis James
Manager, Dealer Financial Accounts
(616) 247-2102
(616) 246-4989
MJames@steelcase.com