# Exhibit U

| | | |
|---|---|---|
| Printed for: Marvis.James | Dept: Credit | 12/19/02 06:51 PM |

**From:** Marvis.James@STC001
**To:** ROOK321@aol.com
**Cc:** Rich.Cocos, Steven.Waugh
**Sent:** 12/19/02 at 6:49pm
**Subject:** Requested Credit Arrangements

```
I listened to your voice mail and we will agree to provide the attached
letter.  I have left a signed original with Steve Waugh who will have it Fed
X'ed to your attention upon your request.  I have also attached an updated
listing as requested of the orders on a credit control status as of today.  We
will agree to releasing these orders  for manufacture and shipment however
before they can be released will require a payment to be sent via overnight
courier in the amount of at least twice the value of the orders to assure that
there is continuing reduction of your past due account exposure.  Michael we
also will need you to provide continuing details of our bank refinancing.  You
message stated that the bank now needs revised articles or incorporation from
you removing your fathers name as secretary and just showing your name listed
and that your attorney is working on getting this in place.  We trust that
this technicality constitutes the only remaining obstacle to your line renewal
and your ability to pay your past due obligation.  We are requesting that you
keep us promptly informed of progress toward closing this transaction as we
are very concerned about the continued delays.  We also need to provide the
financial statement and updated AR aging information requested in my previous
e-mail to you.  I will be on vacation starting tomorrow and will return on
Monday, 12/30, however Steve Waugh is informed about matters on your account
and you may contact him for assistance at (616)  248-7239 or e-mail him at:
Swaugh@steeelcase.com.


Marvis James
Manager, Corporate Credit
(616) 247-2102 (phone)
(616) 698-3863 (fax)
MJames@steelcase.com

<-------------------- Forwarded letter follows---------------------->
Date: 12/19/02 at 11:58am
To: MJAMES
From: ROOK321@aol.com
Subject: Re: (no subject)

Check your voice mail please.
```

Marvis James
Manager, Dealer Financial Accounts
(616) 247-2102
(616) 246-4989

**Exhibit U**