# Exhibit V

**HARBINS INC.**
300 SOUTH PERRY STREET
MONTGOMERY, AL 36104

3549

PAY TO THE ORDER OF _Steelcase_

DATE _12-31-02_

$16,791.32

_Sixteen thousand seven hundred ninety one 32/100_ DOLLARS

**COLONIAL BANK**
Montgomery, Alabama
24 Hr Colonial Connection 1-877-502-2265

FOR _____

⑈003549⑈ ⑉062101413⑉ 80275738181⑈

ATTN: Marvis James
616-246-4989

Exhibit V

# AUTOMATIC COVER SHEET

DATE:   DEC-31-02 TUE 12:37 PM

TO:

FAX #:  16162464989

FROM:   HARBIN'S INC.

FAX #:  3342659126

02 PAGES WERE SENT

(INCLUDING THIS COVER PAGE)