# Exhibit W

| | | |
|---|---|---|
| **Printed for: Marvis.James** | **Dept: Credit** | **01/03/03 10:58 AM** |

From: ROOK321@aol.com
To: MJAMES
Sent: 1/3/03 at 10:40am
Subject: Re: Un-shipped held order report

By the way. I closed the loan on Christmas Eve and the new line has not been established yet.

1/3/02 4:05 - Left Message on Michaels voice mail. Receptionist Stated that (Rich Coias) was in Michels office now talking with him.

**Marvis James**
**Manager, Dealer Financial Accounts**
(616) 247-2102
(616) 246-4989
M.james@steelcase.com

Exhibit W

| Printed for: Marvis.James | Dept: Credit | 01/03/03 10:58 AM |
|---|---|---|

**From:** ROOK321@aol.com
**To:** MJAMES
**Sent:** 1/3/03 at 10:39am
**Subject:** Re: Un-shipped held order report

E-mail me before you call so that I will make sure that I am available.

Marvis James
Manager, Dealer Financial Accounts
(616) 247-2102
(616) 246-4989