# Exhibit X

| Printed for: Marvis.James | Dept: Credit | 01/08/03 09:23 AM |
|---|---|---|

```
<-------------------- Forwarded letter follows---------------------->
Date: 1/7/03 at 12:55pm
To: MJAMES
From: ROOK321@aol.com
Subject: Re: (no subject)

I to am displeased about the slowness in which Colonial has handled my line.
2 loan officers for Central Alabama. Also having to sell Your Product at 3-5%
margins because of what Steelcase has created. But we will chat this
afternoon. Like before please e-mail me before you call to make sure I am in.
Thanks....
```

Marvis James
Manager, Dealer Financial Accounts
(616) 247-2102
(616) 246-4989
MJames@steelcase.com

**Exhibit X**