# Exhibit Y

HARBIN'S, INC.                        A/R TRIAL BALANCE REPORT
200 SOUTH PERRY STREET                FOR MONTH OF JANUARY
MONTGOMERY,    AL 36121               FOR LOCATION ( 1)                    PAGE  27
RUN BY (01/08/03)

```
              INVOICE #   DATE    CHECK/PO  REMARKS      CURRENT    OVER 30    OVER 60    OVER 90   DISCOUNT    BALANCE
              =========  ======== ========  ==========  ==========  ========  =========  ========== ==========  ==========
              TOTAL OF ALL A/R PRINTED                   160978.49   57651.15   25973.54  103596.44       .00   348199.62


             NUMBER OF INVOICES   2222 AVERAGE OF $    228.33
   CASH      298.78 CHECKS   121739.18 TOTAL         .00 OTHER    12794.20
             A/R TOTAL  =  348199.62 DISCOUNTS =        .00

              INVOICES     CREDITS    PAYMENTS    ADJUSTED    TOTAL
   CHARGES   493795.07   -11773.79  -127461.85   -14958.93   339595.50
   COSC        9301.05        .00    -4522.25        .00      4778.81
   FINANCE     3980.32        .00       -1.53     -153.48     2825.31
             -----------  ---------  ----------  ---------  ----------
   TOTALS    507338.45   -11773.79  -132285.63   -15112.41   348199.62


                         CURRENT PERIOD

             NUMBER OF INVOICES    750 AVERAGE OF $    249.42
   CASH      350.72 CHECKS    45189.34 TOTAL         .00 OTHER    10728.95
             A/R TOTAL  =  116911.67 DISCOUNTS =        .00

              INVOICES     CREDITS    PAYMENTS    ADJUSTED    TOTAL
   CHARGES   181976.02    -7358.22   -54515.93    -6319.92   113771.80
   COSC        4022.52        .00    -1794.13        .00      3028.39
   FINANCE      263.99        .29       -1.05     -151.45      111.48
             -----------  ---------  ----------  ---------  ----------
   TOTALS    127062.93    -7358.22   -56311.17    -6471.37   116911.67

   TOTAL TRANSFERRED THIS PERIOD $        .00
```

Exhibit Y

HARBIN'S, INC.                          INVENTORY EXTENDED DOLLARS                01/04/03
300 SOUTH PERRY STREET                  FOR LOCATION ( )                          16:46:44
MONTGOMERY, AL 36104                    PRICED BY (A)                             PAGE  1
ON-HAND (Y)

| ITEM NUMBER | CO. | DESCRIPTION | UNIT | UNIT BASE | ON HAND | BACKORD | ON ORDER | ALLOCATED |
|---|---|---|---|---|---|---|---|---|
| DEPARTMENT 1 | IN HOUSE $ | | | 321,859.69 | 319,958.78 | 30.63 | 18,567.72 | 1,900.91 |
| DEPARTMENT 2 | IN HOUSE $ | | | 2,522.63 | 2,522.63 | .00 | .00 | .00 |
| DEPARTMENT 3 | IN HOUSE $ | | | 12,156.88 | 11,831.88 | .00 | 2,254.92 | 325.00 |
| DEPARTMENT 5 | IN HOUSE $ | | | 842.08 | 842.08 | .00 | .00 | .00 |
| DEPARTMENT 6 | IN HOUSE $ | | | 980.33 | 915.33 | .00 | .00 | 65.00 |
| DEPARTMENT 7 | IN HOUSE $ | | | 62,347.77 | 62,070.15 | .00 | 2,888.72 | 277.62 |
| DEPARTMENT 9 | IN HOUSE $ | | | 7,876.24 | 7,876.24 | .00 | .00 | .00 |
| DEPARTMENT 18 | IN HOUSE $ | | | 28.37 | 28.37 | .00 | .00 | .00 |
| DEPARTMENT 19 | IN HOUSE $ | | | 297.27 | 297.27 | .00 | .00 | .00 |
| TOTAL FOR REPORT | RECORDS = 4933 | IN HOUSE $ | | 408,911.26 | 405,342.73 | 30.63 | 23,651.36 | 2,568.53 |

*attn* 616-246-4989

TO: MARVIS
FR: HARBIN
616-698-3663

P. 03
Case 2:05-cv-00888-MHT-CSC Document 15-31 Filed 06/23/2006 Page 4 of 4
Case 2:04-cv-00886-MHT-CSC Document 125 Filed 06/23/2004 Page 4 of 4

# AUTOMATIC COVER SHEET

DATE: JAN-08-03 WED 06:17 PM

TO:

FAX #: 16166983863

FROM: HARBIN'S INC.

FAX #: 3342659126

03 PAGES WERE SENT

(INCLUDING THIS COVER PAGE)