UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEELCASE, INC., a Michigan corporation,

    Plaintiff,

v.

HARBIN'S, INC., an Alabama corporation,

    Defendant.
                                  /

File No. 1:04-CV-26

HON. ROBERT HOLMES BELL

**O R D E R**

In accordance with the opinion entered this date,

**IT IS HEREBY ORDERED** that Harbin's, Inc.'s motion to dismiss for lack of personal jurisdiction and for improper venue or for transfer of venue (Docket # 9) is **DENIED**.

Dated:   September 23, 2004        /s/ Robert Holmes Bell
                                                    ROBERT HOLMES BELL
                                                    CHIEF UNITED STATES DISTRICT JUDGE