UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN – SOUTHERN DIVISION

STEELCASE, INC., a Michigan corporation,

    Plaintiff,

v.

HARBIN'S, INC., an Alabama corporation,

    Defendant.
_____/

Case No. 1:04CV0026

Honorable Robert Holmes Bell
Chief, U.S. District Judge

## MOTION FOR LEAVE TO WITHDRAW

Defendant's counsel of record, Miller, Canfield, Paddock, and Stone, P.L.C., hereby moves to withdraw its appearance because Harbin's, Inc. has terminated the representation.

Dated: October 13, 2004   MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

By:      /s/ Kurt P. McCamman
    Kurt P. McCamman
    Matthew L. Lager
    Attorneys for Defendant
BUSINESS ADDRESS:
    444 West Michigan Avenue
    Kalamazoo, MI 49007-3751
    (269) 381-7030

KZLIB:465683.2\124915-00001