UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEELCASE, INC., a Michigan
corporation,

        Plaintiff,

                              CASE NO. 1:04-CV-26

v.

                              HON. ROBERT HOLMES BELL

HARBIN'S, INC., an Alabama
corporation, et al.,

        Defendants.
_____/

## ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW

Before the Court is a motion to withdraw due to a termination of representation by counsel for Harbin's Inc. (docket #23). Defense counsel's motion is hereby **GRANTED**. Harbin's, Inc. shall advise the Court in writing within twenty (20) days of this Order as to the name and address of its new counsel. Miller, Canfield, Paddock and Stone shall serve a copy of this Order on Harbin's, Inc.

The Rule 16 Scheduling Conference scheduled for October 29, 2004, is adjourned pending notification of new counsel for defendant Harbin's, Inc., as well as upon service of the amended complaint on newly added defendants Hope Harbin and Michael G. Harbin, Jr.

Date: October 14, 2004       /s/ Robert Holmes Bell
                                       ROBERT HOLMES BELL
                                       CHIEF UNITED STATES DISTRICT JUDGE