UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEELCASE INC., a Michigan
corporation,

        Plaintiff,

v

HARBIN'S, INC., an Alabama
corporation, MICHAEL G. HARBIN,
and HOPE D. HARBIN,

        Defendants.

_____/

Case No. 1:04CV0026

Honorable Robert Holmes Bell
Chief, U.S. District Judge

### REQUEST FOR COURT CLERK TO ENTER DEFAULT PURSUANT TO FED. R. CIV. P. 55(a)

Plaintiff, Steelcase Inc., by its attorneys, Miller, Johnson, Snell & Cummiskey, P.L.C., hereby requests the Clerk of this Court pursuant to Fed. R. Civ. P. 55(a) to enter the default of defendant Harbin's, Inc., because defendant Harbin's, Inc. has failed to answer or otherwise respond to the Amended Complaint within applicable time limits, as is set forth in the supporting Affidavit of Jon G. March, filed herewith.

MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.
Attorneys for Plaintiff, Steelcase Inc.

Dated: October 19, 2004

By _____
    Jon G. March (P17065)
Business Address:
    250 Monroe Avenue, N.W., Suite 800
    PO Box 306
    Grand Rapids, Michigan 49501-0306
Telephone: (616) 831-1700