UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

STEELCASE INC., a Michigan
corporation,

       Plaintiff,

v

HARBIN'S INC., an Alabama
corporation, MICHAEL G. HARBIN,
and HOPE D. HARBIN,

       Defendants.
_____/

Case No. 1:04CV0026

Honorable Robert Holmes Bell
Chief, U.S. District Judge

**PROOF OF SERVICE**

STATE OF MICHIGAN    )
                              ) ss.
COUNTY OF KENT      )

       Jon G. March, of Miller, Johnson, Snell & Cummiskey, P.L.C., attorneys for plaintiff in the above-captioned lawsuit, hereby states that on the 19th day of October, 2004 he caused Judy A. York of Miller, Johnson, Snell & Cummiskey, P.L.C. to serve the following documents:

       1.     Request for Court Clerk to Enter Default Pursuant to Fed. R. Civ. P. 55(a); and

       2.     Affidavit in Support of Application for Entry of Default Against Defendant Harbin's, Inc.

upon the following:

              Harbin's, Inc.
              c/o Michael Harbin
              406 Eastern Lake Road
              Seagroves Beach
              a/k/a Santa Rosa Beach
              Walton County
              Seagroves Beach, FL

       Harbin's, Inc.
       300 South Perry Street
       Montgomery  AL  36104

Service was made via first-class U.S. mail.

       _____
       Jon G. March