UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

STEELCASE, INC.,

    Plaintiff,

v.                                       Case No. 1:04-CV-26

HARBIN, INC.,                            Hon. Robert Holmes Bell
MICHAEL G. HARBIN, and
HOPE D. HARBIN,
    Defendant(s).
_____/

ENTRY OF DEFAULT

It appearing from the files and records that affidavit for default has been duly filed and that defendant(s) **Harbin, Inc.** Has failed to plead or otherwise defend as required by the Federal Rules of Civil Procedure.

NOW THEREFORE, on affidavit of counsel for plaintiff Steelcase, Inc. and in accordance with the rules of this court, default is hereby entered against defendant(s) **Harbin, Inc.** according to Rule 55(a) of the Federal Rules of Civil Procedure.

                                                            RONALD C. WESTON, SR.
                                                             CLERK OF COURT

                                                             /s/ M. Strong
Dated: October 20, 2004                        _____
                                                            By: Deputy Clerk