## 1. UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

STEELCASE INC., a Michigan corporation

v.

HARBIN'S, INC., an Alabama corporation, MICHAEL G. HARBIN and HOPE HARBIN

DOCKET NO: 1:04CV0026

TO: Michael G. Harbin, Jr.
406 Eastern Lake Rd A
Santa Rosa Beach, Florida 32459-6536

Robert Holmes Bell
Chief, U.S. District Judge

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon:

**PLAINTIFF'S ATTORNEY**
Jon G. March
MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.
250 Monroe Avenue, N.W., Suite 800
Grand Rapids, Michigan 49503
(616) 831-1700

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

RONALD C. WESTON, SR., CLERK

BY: _____
(Deputy Clerk)
(SEAL)

DATED: ~~10/4/2004~~ OCT - 5 2004

- [x] 399 Federal Building
110 Michigan St, N.W.
Grand Rapids, MI 49503
- [ ] P.O. Box 698
229 Federal Building
Marquette, MI 49855
- [ ] B-35 Federal Building
410 W. Michigan Ave.
Kalamazoo, MI 49007
- [ ] 113 Federal Building
315 W. Allegan
Lansing, MI 48933

## 2. RETURN OF SERVICE

Service of the Summons and Complaint was made by me.***

DATE: 10/20/04 6:48pm

Name of Server: James Ingle, Jr. #448
Title: CERTIFIED PROCESS SERVER FIRST ~~JUDICIAL CIRCUIT OF FLORIDA~~

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE

- [ ] Served personally upon defendant. Place where served: _____

- [ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: _____

- [ ] Returned unexecuted: _____

- [x] Other (specify): Michael G. Harbin, Jr. refused to take the process service, Summons and Complaint. Dropped service at his feet inside the front door.

## 3. STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
| $ | $ | $ |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement Fees is true and correct.

Executed on __10-20-04__  6:48pm
Date

Signature of Server
24 NW Racetrack Road
Address of Server
Fort Waltobn Beach, Fl. 32547

***as to who may serve a summons - see Rule 4 of the Federal Rules of Civil Procedure

9/99