## 1. UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

STEELCASE INC., a Michigan corporation

DOCKET NO: 1:04CV0026

v.

TO: Hope D. Harbin
4514 Chamblee Dunwoody Rd Apt 238
Atlanta, Georgia 30338-6202

HARBIN'S, INC., an Alabama corporation, MICHAEL G. HARBIN and HOPE D. HARBIN

Robert Holmes Bell
Chief, U.S. District Judge

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon:

PLAINTIFF'S ATTORNEY
Jon G. March
MILLER, JOHNSON, SNELL & CUMMISKEY P.L.C.
800 Calder Plaza Building
250 Monroe Avenue, N.W.
Grand Rapids, Michigan 49503
(616) 831-1700
RONALD C. WESTON, SR., CLERK

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

BY: _____
(Deputy Clerk)
(SEAL)

DATED: ~~10/4/2004~~ OCT - 5 2004

☒ 399 Federal Building
110 Michigan St, N.W.
Grand Rapids, MI 49503

☐ P.O. Box 698
229 Federal Building
Marquette, MI 49855

☐ B-35 Federal Building
410 W. Michigan Ave.
Kalamazoo, MI 49007

☐ 113 Federal Building
315 W. Allegan
Lansing, MI 48933

### 2 RETURN OF SERVICE

Service of the Summons and Complaint was made by me.***

DATE: 10-13-04 @ 5:54 p.m

Name of Server: MARK RAINES   Title: PROCESS SERVER

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE

☐ Served personally upon defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: DAVID PATTERSON, STATED HOPE HARBIN LIVE AT THIS ADDRESS 5626 MILL RACE COURT, ATLANTA, GA 30338, BUT THAT SHE WAS OUT OF TOWN

☐ Returned unexecuted: _____

☐ Other (specify): _____

### 3 STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $ | $ | $ |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement Fees is true and correct.

Executed on  10-14-04
Date

Signature of Server: Mark Raines
Address of Server: 4380 GEORGETOWN SQ. #1010
ATLANTA, GEORGIA 30338

***as to who may serve a summons - see Rule 4 of the Federal Rules of Civil Procedure

9/99