UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED - GR
04 NOV -1 PM 3:59
CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT MICH
BY: ___

STEELCASE INC., a Michigan corporation,

    Plaintiff,

v.

HARBIN'S, INC., an Alabama corporation, MICHAEL G. HARBIN, and HOPE D. HARBIN,

    Defendants.
_____/

Case No. 1:04CV0026

Honorable Robert Holmes Bell
Chief, U.S. District Judge

## STIPULATED MOTION

Plaintiff, Steelcase Inc., by its attorneys of record, Miller, Johnson, Snell & Cummiskey, P.L.C., and one of the defendants, Hope D. Harbin, now known as Hope Duncan Patterson, representing herself in pro per, stipulate and agree that defendant Hope D. Harbin, now Hope Duncan Patterson, shall have to and including Monday, November 15, 2004, within which to answer or otherwise respond to the Amended Complaint in this matter.

Dated: November 1, 2004

MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.
Attorneys for Plaintiff, Steelcase Inc.

By_____
Jon G. March (P17065)
Business Address:
   250 Monroe Avenue, N.W., Suite 800
   PO Box 306
   Grand Rapids, Michigan 49501-0306
Telephone: (616) 831-1700

Dated: November 1, 2004

Hope Duncan Patterson, formerly Hope D.
Hope D. Harbin, now Hope Duncan Patterson
In Pro Per

Harbin, by Jon J. March per written authority granted 10/29/04