UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEELCASE INC., a Michigan corporation,

        Plaintiff,

v.

HARBIN'S, INC., an Alabama corporation, MICHAEL G. HARBIN, and HOPE D. HARBIN,

        Defendants.

        Case No. 1:04CV0026

        Honorable Robert Holmes Bell
        Chief, U.S. District Judge

## ORDER ALLOWING EXTENSION OF TIME FOR DEFENDANT HOPE D. HARBIN TO RESPOND

Based on the Stipulated Motion on file with this Court,

IT IS HEREBY ORDERED that defendant Hope D. Harbin, now known as Hope Duncan Patterson, shall have to and including November 15, 2004 within which to answer or otherwise respond to the Amended Complaint.

Dated: _____, 2004

        _____
        Honorable Robert Holmes Bell
        United States District Judge