UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEELCASE INC., a Michigan
corporation,

      Plaintiff,

v

HARBIN'S INC., an Alabama
corporation, MICHAEL G. HARBIN,
and HOPE D. HARBIN,

      Defendants.
_____/

Case No. 1:04CV0026

Honorable Robert Holmes Bell
Chief, U.S. District Judge

## PROOF OF SERVICE

STATE OF MICHIGAN   )
                              ) ss.
COUNTY OF KENT      )

      Jon G. March, of Miller, Johnson, Snell & Cummiskey, P.L.C., attorneys for plaintiff in the above-captioned lawsuit, hereby states that on the 1st day of November, 2004 he caused Judy A. York of Miller, Johnson, Snell & Cummiskey, P.L.C. to serve a copy of a **Stipulated Motion** and proposed **Order Allowing Extension of Time for Defendant Hope D. Harbin to Respond** upon the following:

           Harbin's, Inc.
           c/o Michael Harbin
           406 Eastern Lake Road
           Seagroves Beach
           a/k/a Santa Rosa Beach
           Walton County
           Seagroves Beach, FL

           Harbin's, Inc.
           300 South Perry Street
           Montgomery AL 36104

Hope D. Harbin (now Hope Duncan Patterson)
4514 Chamblee Dunwoody Road
#238
Atlanta GA 30338

Service was made via first-class U.S. mail.

_____
Jon G. March

Subscribed and sworn to before me
this 1st day of November, 2004.

_____
Notary Public, Kent County, Michigan
My Commission Expires: 5-14-05
Acting in the County of Kent