UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEELCASE INC., a Michigan corporation,

        Plaintiff,

v.

HARBIN'S, INC., an Alabama corporation, MICHAEL G. HARBIN, and HOPE D. HARBIN,

        Defendants.
        /

Case No. 1:04CV0026

Honorable Robert Holmes Bell
Chief, U.S. District Judge

## ORDER ALLOWING EXTENSION OF TIME FOR DEFENDANT HOPE D. HARBIN TO RESPOND

Based on the Stipulated Motion on file with this Court,

IT IS HEREBY ORDERED that defendant Hope D. Harbin, now known as Hope Duncan Patterson, shall have to and including November 15, 2004 within which to answer or otherwise respond to the Amended Complaint.

Dated:   November 4  , 2004

/s/ Robert Holmes Bell
Honorable Robert Holmes Bell
United States District Judge