04 NOV 10 PM 3:12

United States District Court
Western District of Michigan (Grand Rapids)
Southern Division

| | |
|---|---|
| Steelcase Inc., a Michigan Corporation.<br><br>　　　　Plaintiff. | Case No. 1:04CV0026<br>Honorable Robert Holmes Bell<br>Chief U.S. District Judge |

Hope D. Harbin, now Hope D. Patterson
In Pro Per
4514 Chamblee Dunwoody Rd. #238
Atlanta, Georgia 30338
(770) 451-0730
(678)770-2030
Email: harbinsmom@comcast.net

　　　　Defendant

Jon G. March (P17065)
Miller, Johnson, Snell & Cummiskey, P.L.C.
Attorneys for Plaintiff
250 Monroe Avenue , N.W., Suite 800
P.O. Box 306
Grand Rapids, Michigan 49501-0306
616-831-1729

**Cover Letter**

I am the defendant, Hope D. Patterson , former Hope D. Harbin. I have answered the First Amended Complaint truthfully to the best of my knowledge and in good faith. I currently reside in Atlanta, Georgia with my two children, Michael Grosvenor Harbin III (10-1/2) and Anna Michele Harbin (9).

I have been legally separated since fall of 2001. Final divorced order and decree dated August 2nd 2002. Case No. DR.2001-131-01 IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA DOMESTIC RELATIONS DIVISION. We were lawfully married to each other on the 30th the day of April, 1993.

I will be representing myself in this matter and I will respectfully show and represent to the courts that I deny any wrong doing with Steelcase and have had no knowledge or involvement in the responsibility of payments to Steelcase. I, the defendant aver that all debt related or associated with Steelcase or to the courts should be the sole responsibility of the former husband, President and CEO of Harbin's Inc. /Harbin's Stern Brothers. The amount of debt owed to Steelcase was 6 or more years ago and well over 4 years since my legal separation from the former husband Michael G. Harbin, Jr.

I am asking for all attorneys fees, court cost and expenses of litigation to these proceeding be paid by the former Husband regarding this matter. I do not have the money to pay any attorneys or court cost. I have been drained financially from prior court proceeding that have been on going with Michael G. Harbin ,Jr. for over the past 4 years.

I am respectfully asking to be dismissed from these actions and proceeding, because I did not sign any other guaranties, all of those invoices stated herein have been paid in full and I did not intend for any guaranties to be a continuing guarantee.

Please find enclosed the answers and supporting documents herein that will substantiate my testimony to you regarding the following complaint.

Copies of the enclosed documents have been sent to Mr. Jon March, Lead Attorney for Steelcase Inc.

Respectfully submitted,

*Hope D. Harbin, Hope D. Patterson*
Hope D. Patterson, former Hope D. Harbin
In Pro Per