# 1

Case 3:05-cv-00881-MHT-CSC Document 66-2 Filed 10/10/2007 Page 2 of 18
Case 5:04-cv-00888-RH-CSC Document 53-2 Filed 4/10/2004 Page 2 of 18
Mar. 25. 2004 10:31AM                                              No. 3814   P. 1

## CERTIFICATION OF REGISTRATION
### Office
### Supervisor of Elections

___Walton___ COUNTY, FLA.

I, ___Glenda O. Penton___ Deputy Supervisor of Elections of ___Walton___ County Florida, do hereby certify that according to the registration records of this office, ___Michael G. Harbin___ was properly registered, and the following information was recorded at that time.

Date of Registration ___December 12, 2003___

Address ___406 Eastern Lake Road, Santa Rosa Beach, FL 32459___

Pct. No. ___15___  Age _____  Sex ___M___  Race ___W___

Date of Birth ___6/2/61___  Place of Birth ___Alabama___

I hereby set my hand and official seal at ___Walton County___, Florida This ___9th___ day of ___April___ 2004.

_Glenda O. Newbould-Penton_
Deputy    Supervisor of Elections

___Walton___ County, Florida

EXHIBIT #1

FORM 2-24

2

```
FEID/DL NUMBER    H61554   2020    >>    INDIVIDUAL                    215321131

COMPANY NAME
DEALER LIC                              SALES TAX REG NUM
YR/NUM/CKDIG
ELT STATUS        [ ]                   SFX
ELT VENDOR

FIRST NAME        MICHAEL               MIDDLE NAME       G
LAST NAME         HARBIN                SUFFIX            JR
D.O.B             06/02/1961            SEX               Male

COUNTY            36  WALTON            RESIDENCY STATUS  FL RESIDENT
NUMBER

VEH ID NUMBER              YEAR  MAKE   COLOR   TITLE NUM      PLATE#/FL#/TOP#
1GKEK13Z43J123304          2003  GMC    BRZ     89423646       WBM9I

PARKING PERMIT                          LAST CHANGED DATE 12-DEC-2003   ADDRESS
                                                          15:34:27
```

```
TITLE NUMBER        89423646            VEH ID    1GKEK13Z43J123304    >>
                                        NUMBER

CANCEL REASON                           PREV/CURR STATE  AL /FL
TITLE CANCEL DATE                       EFS STATUS       (NONE)
ISSUE DATE          12/12/2003          TITLE STATUS     ORIGINAL - USED
                                        DESC
PENDING FLAG        [ ]                 TITLE STATUS
                                        DATE
ELEC. TITLE STATUS  PAPER TITLE                   TOW TYPE
YEAR MAKE           2003  BODY  UT      MAKE     GMC        IN-HOUSE
JNT OWNER NUM       CUSTOMER NAME
     1              HARBIN, MICHAEL G JR                    NONE

     LIENS                                                  LIEN DETAILS
       1            USAA FEDERAL SAVINGS BANK               LIEN DETAILS
                                        VEHICLE             BRAND
PLATES/VESSELS                          DETAILS             DETAILS
CORRESPONDENCE[F ]
UNSTRUCT. NAME

COMMENT DESC.       AL TC, 82042
COMMENT DESC.
```

EXHIBIT
#2

3

Site Provided by...
govemmax.com

# Tax Record

Owner Name 2 of 2

Last Update: 4/11/2004

## Ad Valorem Taxes and Non-Ad Valorem Assessments

The information contained herein does not constitute a title search and should not be relied on as such.

| 24 3S 19 2503 000 10030 | REAL ESTATE | 2003 |
|---|---|---|
| **Mailing Address**<br>HARBIN MICHAEL<br>1527 E FAIRVIEW AVE<br>MONTGOMERY AL 36106 | **Property Address**<br><br>**GEO Number**<br>24 3S 19 2503 000 10030 | |
| $225,133.00 | $0.00 | $225,133.00 |

**Exemption Detail**: NO EXEMPTIONS    **Millage Code**: 7    **Escrow Code**:

**Legal Description (click for full description)**
COM SE COR NE4 OF SEC, RUN S 89 DEG 43 MIN W 212 FT FOR POB N 135.8 FT, N 74 DEG 12 MIN W 168.4 FT S 181.7 FT, N 89 DEG 43 MIN E 162 FT TO BEG BEING PART OF BLK 1 DALTONS UNREC S/D LESS COM AT SE COR OF NE 1/4 GO N 89 57' 14" W See Tax Roll For Extra Legal

| Taxing Authority | Rate | Exemption Amount | Taxable Value | Taxes Levied |
|---|---|---|---|---|
| County | 5.3150 | 0 | $0 | $1,196.58 |
| Hospital | 0.0407 | 0 | $0 | $9.16 |
| School Local Required Effort | 3.8350 | 0 | $0 | $863.39 |
| School Discretionary | 2.4540 | 0 | $0 | $552.48 |
| North West Florida Water Mgmt. | 0.0500 | 0 | $0 | $11.26 |
| South Walton Mosquito Area | 0.1926 | 0 | $0 | $43.36 |
| South Walton Fire District 2 | 0.8300 | 0 | $0 | $186.86 |
| Total Millage | 12.7173 | | Total Taxes | $2,863.09 |

### Non-Ad Valorem Assessments

| Code | Levying Authority | Amount |
|---|---|---|

EXHIBIT #3

|  | Total Assessments | $0.00 |
|---|---|---|
|  | Taxes & Assessments | $2,863.09 |
|  | If Paid By | Amount Due |
|  |  | $0.00 |

| Date Paid | Transaction | Receipt | Item | Amount Paid |
|---|---|---|---|---|
|  |  |  | 2003 |  |

| Prior Year Taxes Due |
|---|
| NO DELINQUENT TAXES |



www.waltontaxcollector.com
GEO # C0097061
INSTR# 751929 OR BK 2477 PAGES 1566-1585
RECORDED 3-4-03 @ 11:35
MARTHA INGLE, WALTON COUNTY CLERK OF COURT
DEPUTY CLERK G. MILLER
TRANSACTION # 9463 RECEIPT # 1107481
CASHIER DATE 3-4-03 @ 11:35

## Tax Record

GEO Number
1 of 1

Last Update: 10/03/04 ET

**Ad Valorem Taxes and Non-Ad Valorem Assessments**

The information contained herein does not constitute a title search and should not be relied on as such.

| C0097061 | TANGIBLE PROPERTY | 2003 |
|---|---|---|
| **Mailing Address**<br>HARBIN MICHAEL<br>406 EASTERN LAKE RD<br>SANTA ROSA BEACH FL 32459 | **Property Address**<br><br>**GEO Number**<br>C0097061 | |
| $1,324.00 | $0.00 | $1,324.00 |
| **Exemption Detail**<br>NO EXEMPTIONS | **Millage Code**<br>7 | **Escrow Code** |

**Legal Description** (click for full description)
NO LEGAL DESCRIPTION

| Taxing Authority | Rate | Exemption Amount | Taxable Value | Taxes Levied |
|---|---|---|---|---|
| County | 5.3150 | 0 | $0 | $7.04 |
| Hospital | 0.0407 | 0 | $0 | $0.05 |
| School Local Required Effort | 3.8350 | 0 | $0 | $5.08 |
| School Discretionary | 2.4540 | 0 | $0 | $3.25 |
| North West Florida Water Mgmt. | 0.0500 | 0 | $0 | $0.07 |
| South Walton Mosquito Area | 0.1926 | 0 | $0 | $0.26 |
| South Walton Fire District 2 | 0.8300 | 0 | $0 | $0.00 |
| Total Millage | 12.7173 | | Total Taxes | $15.75 |

| Code | Levying Authority | Amount |
|---|---|---|
| | Total Assessments | $0.00 |

**Details**
Tax Record
  » Print View
  Legal Desc.

**Searches**
  Account Number
  Mailing Address
  Owner Name
  Property Address
  GEO Number

**Site Functions**
  Disclaimer
  **Tax Search**
  Home

Site Provided by...
governmax.com T1

## Search By GEO Number...

Click on a record below to view more details.

**Searches**
Account Number
Mailing Address
Owner Name
Property Address
**GEO Number**

C0097061 - HARBIN MICHAEL

Address:
HARBIN MICHAEL
406 EASTERN LAKE RD
SANTA ROSA BEACH FL   32459

Legal:

GEO Number: C0097061

Search performed on 10/25/2004 5:14:18 PM
with GEO Number = C00970
and Sort list by = Owner Nam
and Show list using = DETAI

**Site Functions**
Disclaimer
**Tax Search**
Home

governmax.com

4

```
4/09/2004 15:12   Propert    Maintenance              163400  Land  001  *
Year T Property    "CURRENT YEAR""2004"  Sel                  AG    000
2004  R 24-3S-19-25030-001-0030                        57976  Bldg  001  *
Owner HARBIN MICHAEL                 Conf               9036  Xfea  006
Address 406 EASTERN LAKE RD                           230412  TOTAL       B
                                                        .278  Total Acres
                                       Retain Cap?    Renewal  Notice
City,St SEAGROVE BEACH      FL Zip 32459       N
Country                        (PUD1)          (PUD2)         (PUD3)

ApprBy DCWC  8/25/2003   AppCode   UseCd 000800  MULTI-FAMILY
  TxDist Nbhd    MktA    ExCode  Exemption/%    TxCode   Units    Tp
   007           00      07      HX    25000
         SW MARKET
House#    406        Street EASTERN LAKE          MD RD   Dir   #
                     City SEAGROVE BEACH
 Subd  0019  DALTON'S S/D         Condo       00  N/A
 Sect    24  Twn      3S Rnge     19 Subd         Blk        Lot
Legals COM SE COR NE4 OF SEC, RUN S   89 DEG 43 MIN W 212 FT FOR
       POB N 135.8 FT, N 74 DEG 12    MIN W 168.4 FT S 181.7 FT, N  +
 Map#                                     Mnt    2/25/2004 NANCY
F1=Task F2=ExTx F3=Exit F4=Prompt F11=Docs F10=GoTo PGUP/PGDN F24=MoreKeys
```

PROPERTY APPRAISERS OFFICE @ SOUTH WALTON COUNTY 856.267.1500

PER LORI

**ALL INFORMATION AND VALUES CONTAINED HEREON ARE SUBJECT TO CHANGE**

EXHIBIT #4

5



# ANNUAL REPORT DETAILS
Office of the Secretary of State
State of Alabama

**INITIATE NEW BROWSE**

## 1990 Annual Report

```
Reporting
  Address...:    HARBINS INC
                 300 SO PERRY ST
                 PO BOX 4803
                 MONTGOMERY, AL  36104

Agent As
  Reported..:    HARBIN, ANNE H
                 300 S PERRY ST
                 MONTGOMERY, AL  36104

President
  Of Corp...:    HARBIN, ANNE H
                 300 S PERRY ST
                 MONTGOMERY, AL  36104

Secretary
  Of Corp...:    LEISY, ANN
                 300 S PERRY ST
                 MONTGOMERY, AL  36104

Alabama
  Business..:    RETAIL OFFICE SUPPLY
                 300 S PERRY
                 MONTGOMERY, AL  36104

General
  Business..:    RETAIL OFFICE SUPPLY

Telephone
  Number....:    205-264-5371

Processed
  By Revenue:    05-22-1991
```

**← PREVIOUS PAGE**

© 2003, Office of the Secretary of State, State of Alabama



EXHIBIT #5



# CORPORATE DETAILS
### Office of the Secretary of State
### State of Alabama

---

**INITIATE NEW BROWSE**

**Corporation**                                         D/C 140-652

  **Legal Name:**  Harbin's, Inc.

**Place Of Inc:**  Montgomery County

**Date Of Inc.:**  12-20-1990

**Reg Agent...:**  HARBIN, ANNE H
      300 S PERRY STREET
      MONTGOMERY, AL 36104

**Prin Address:**  MONTGOMERY, AL

**Capital Amt.:**  $10 Authorized — Paid In

**Nat Of Bus..:**  OFFICE FURNITURE, FIXTURES, EQUIPMENT

**Names Of Inc:**  HARBIN, MICHAEL G JR
      HARBIN, MICHAEL G SR

**TRANSACTION LIST**        **2003**  **ANNUAL REPORTS**




← **PREVIOUS PAGE**



---

© 2004, Office of the Secretary of State, State of Alabama



# CORPORATE DETAILS
## Office of the Secretary of State
## State of Alabama

---

**INITIATE NEW BROWSE**

Corporation                                                     F/C 853-176
Legal Name:    Harbin's, Inc.

State Of Inc:    Delaware

Qualified...:    07-11-1966    Merged.: 12-31-1990 Simultaneous W/Survivor Name Chg

Merged Into.:    Harbin's Inc. of Montgomery

Date Of Inc.:    * Not On Data Base

Reg Agent...:    HARBIN, ANNE H
                 300 SOUTH PERRY STREET
                 MONTGOMERY, AL    36104

Prin Address:    70 COMMERCE STREET
                 MONTGOMERY, AL

Nat Of Bus..:    OFFICE FURNITURE SUPPLIES ETC

**TRANSACTION LIST**           1988   **ANNUAL REPORTS**
                               ← **PREVIOUS PAGE**



---

© 2003, Office of the Secretary of State, State of Alabama



# ACTIVE AND INACTIVE NAMES INQUIRY
### Office of the Secretary of State
### State of Alabama

Harbin, Anne

**INITIATE NEW BROWSE**

← PREVIOUS PAGE    NEXT PAGE →

| | |
|---|---|
| HARBINS INC<br>70 COMMERCE STREET<br>MONTGOMERY, AL | Merged |
| HARBINS INC OF MONTGOMERY<br>MONTGOMERY, AL | Prev Name |
| HARBINS INC OF SELMA<br>SELMA, AL | Dissolved |
| HARBINS OFFICE PRODUCTS INC<br>SELMA, AL | ------ |
| HARBINS USED CARS INC A CLOSE CORPORATION<br>NEW MARKET, AL | ------ |
| HARBISON BUILDING & MAINTENANCE INC<br>DECATUR, AL | Prev Name |
| HARBISON CONSTRUCTION INCORPORATED<br>BIRMINGHAM, AL | ------ |
| HARBISON ENTERPRISES INC<br>BIRMINGHAM, AL | Dissolved |



# UCC DETAILS
## Office of the Secretary of State
## State of Alabama

----Filing Type----  --File Dt & Tm--  Pgs  --Exp Dt--  --Status--  --File #--
Business           05/03/1999 11:09   001  05/03/2004  Active      1999-18788

\* Assignment.......: 05/03/1999 11:09  000
   Secured...........................  .....................................
    GENERAL ELECTRIC CAPITAL CORP
     1961 HIRST DR           MOBERLY, MO  65270

\* Finance Statement: 05/03/1999 11:09  001
   Debtor(s)..........................  .....................................
    HARBIN'S INC
     PO BOX 4803            MONTGOMERY, AL  36103
   Secured............................  .....................................
    BERNEY OFFICE SOLUTIONS
     209 GUNN ROAD          MONTGOMERY, AL  36117



© 2004, Office of the Secretary of State, State of Alabama



# UCC DEBTOR'S NAME INQUIRY
### Office of the Secretary of State
### State of Alabama

Click here for info on UCC Revised Article 9 changes

INITIATE NEW BROWSE

← PREVIOUS PAGE | NEXT PAGE →

| Debtor | Secured Party |
|---|---|
| HARBIN, RICKY LANE<br>616 WINDOVER TERRACE<br>ANNISTON, AL 36207 | FARMERS AND MERCHANTS BANK<br>ILO 02-0802780 ACT 09/30/02-09/30/07 |
| HARBIN, ROBERT SHAE<br>4504 17TH ST NE<br>TUSCALOOSA, AL 35404 | BF GOODRICH EMPLOYEES FEDERAL CREDIT U<br>BUS 02-0257866 ACT 04/24/02-04/24/07 |
| HARBIN, RODNEY<br>4306 CALDWELL MILL RD<br>BIRMINGHAM, AL 35243 | MORGAN STANLEY DEAN WITTER CREDIT CORP<br>BUS 02-0116606 ACT 03/04/02-03/04/07 |
| HARBIN, RODNEY JR<br>2800 18TH ST SOUTH<br>BIRMINGHAM, AL 35209 | MORGAN STANLEY DEAN WITTER CREDIT<br>BUS 2001-35028 ACT 09/06/01-09/06/06 |
| HARBIN, RONALD SR<br>1152 W FRONT ST N<br>THOMASVILLE, AL 36784-1431 | SALES USE & BUSINESS TAX DIVISION<br>TAX 1997-40415 ACT 09/30/97-09/30/07 |
| HARBIN'S INC<br>PO BOX 4803<br>MONTGOMERY, AL 36103 | GENERAL ELECTRIC CAPITAL CORP<br>BUS 1999-18788 ACT 05/03/99-05/03/04 |
| HARBINS INC<br>300 SOUTH PERRY STREET<br>MONTGOMERY, AL 36104 | COLONIAL BANK<br>BUS 03-0003179 ACT 01/02/03-01/02/08 |
| HARBIN, SAMUEL M<br>491 HARVEST LOOP<br>PRATTVILLE, AL 36066 | GREAT FALLS TEACHERS FEDERAL CREDIT UN<br>BUS 03-0723918 ACT 08/21/03-08/21/08 |