UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEELCASE, INC. a Michigan
corporation,

       Plaintiff,

v.

HARBIN'S INC., an Alabama
corporation, MICHAEL G. HARBIN
and HOPE D. HARBIN,

       Defendants.

Case No.: 1:04cv0026
Hon. Robert Holmes Bell
Chief, U. S. District Judge

_____/

MILLER, JOHNSON, SNELL & CUMMISKEY, P. L. C.
Jon G. March (P17065)
Attorneys for Plaintiff
250 Monroe Avenue, N. W. - Suite 800
P. O. Box 306
Grand Rapids, MI 49501-0306
(616) 831-1700

SILVERMAN, SMITH, BINGEN & RICE, P.C.
Robert W. Smith (P31192)
Attorneys for Defendant Michael G. Harbin
151 S. Rose Street
707 Comerica Building
Kalamazoo, MI 49007
(269) 381-2090

_____/

STATE OF MICHIGAN   )

COUNTY OF KALAMAZOO ).

**PROOF OF SERVICE**

Felicia A. Williams, being first duly sworn, deposes and says that on the 9th day of November, 2004, she served a copy of ***Appearance*** and ***Defendant Michael G. Harbin's Answer to Plaintiff Steelcase, Inc.'s First Amended Complaint*** along with this ***Proof of Service*** upon counsel for Plaintiff Jon G. March, MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C., 250 Monroe Avenue, N. W., Suite 800, P. O. Box 306, Grand Rapids, MI 49501-0306, via facsimile to (616) 831-1701 and first class mail, by placing same in a U.S. Mail receptacle with proper postage prepaid.

Felicia A. Williams

SUBSCRIBED and SWORN to before me
on this 9th day of November, 2004.

Elisabeth A. Aube, Notary Public
Kalamazoo County, Michigan
My Commission Expires: 01/20/08
Acting in Kalamazoo County