UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

STEELCASE INC., a Michigan
Corporation,

      Plaintiff,

v

HARBIN'S INC., an
Alabama corporation,

      Defendant.
_____/

Case No.

HON.

Jon G. March (P17065)
Martin T. Shepherd (P65331)
MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.
Attorneys for Plaintiff
250 Monroe Avenue, N.W., Suite 800
P.O. Box 306
Grand Rapids, Michigan 49501-0306
(616) 831-1700
_____/

## AFFIDAVIT OF JAMES VAN DYK
## ON OPEN ACCOUNT

STATE OF MICHIGAN   )
                               ) ss.
COUNTY OF KENT      )

      James Van Dyk, being duly sworn, deposes and states as follows:

      1.    I am employed by plaintiff Steelcase Inc. as its Manager of Corporate Credit.

      2.    I am providing this Affidavit in support of plaintiff Steelcase Inc.'s Complaint in the above-captioned lawsuit. If sworn as a witness I could testify

**EXHIBIT A**

competently to the matters set forth herein based on my own personal knowledge and/or the business records of Steelcase regularly kept in the regular course of its business.

3. Defendant Harbin's Inc. has been a dealer of Steelcase product and has purchased Steelcase product for resale to end-customers.

4. As of January 9, 2004, defendant Harbin's owed Steelcase on open account, over and above all set-offs and legal counterclaims, the principal amount of Three Hundred Forty-Five Thousand Twenty-Seven and 04/100 Dollars ($345,027.04), together with an additional amount of Twenty-Three Thousand Two Hundred Twelve and 74/100 Dollars ($23,212.74) for accrued interest, for a total amount of Three Hundred Sixty-Eight Thousand Two Hundred Thirty-Nine and 78/100 Dollars ($368,239.78).

5. Attached as Exhibit A is a copy of the most current account.

_____
James Van Dyk

Subscribed and sworn to before me
this 9th day of January, 2004.

_____
Notary Public, Kent County, Michigan
My Commission Expires: 12-15-05
Cynthia A. Gwinn

2

```
Company Code(s): 1000
Credit Manager: 03 - Workout - J. VanDyk
```

|   | Current | 01-30 | 31-60 | 61-90 | 91-Over | Total |
|---|---|---|---|---|---|---|
| 7   HARBINS INC , MONTGOMERY, AL. | | | | | | |
| Phone: (334) 264-5371   Fax: | | | | | | |
| Principal | 3,333.79- | 0.00 | 0.00 | 714.24 | 347,646.59 | 345,027.04 |
| Interest | 278.68 | 270.04 | 267.76 | 259.12 | 22,137.14 | 23,212.34 |
| Principal+Interest | 3,055.11- | 270.04 | 267.76 | 973.36 | 369,783.73 | 368,239.38 |

Totals for Credit Manager: 03

|   | Current | 01-30 | 31-60 | 61-90 | 91-Over | Total |
|---|---|---|---|---|---|---|
| Principal | 3,333.79- | 0.00 | 0.00 | 714.24 | 347,646.59 | 345,027.04 |
| Interest | 278.68 | 270.04 | 267.76 | 259.12 | 22,137.14 | 23,212.34 |
| Principal+Interest | 3,055.11- | 270.04 | 267.76 | 973.36 | 369,783.73 | 368,2?? |

**Exhibit A**