UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———————

STEELCASE INC., a Michigan
corporation,

        Plaintiff,

v.

HARBIN'S, INC., an Alabama
corporation, MICHAEL G. HARBIN,
and HOPE D. HARBIN,

        Defendants.

_____/

Case No. 1:04CV0026

Honorable Robert Holmes Bell
Chief, U.S. District Judge

## DECLARATION OF JON G. MARCH
## IN SUPPPORT OF MOTION FOR DEFAULT JUDGMENT

Jon G. March states as follows:

1. I am the attorney for plaintiff Steelcase Inc. in the above-captioned action. I am submitting this Declaration in support of plaintiff's Motion for Default Judgment Against Defendant Harbin's, Inc. If sworn as a witness in this case, I could competently testify to the matters set forth herein based upon my own knowledge.

2. Miller, Canfield, Paddock & Stone, P.L.C., the attorneys of record for defendant Harbin's, Inc., have been allowed to withdraw as attorneys for defendant Harbin's, Inc. pursuant to Motion and Order of this Court dated October 14, 2004. No attorney has contacted me to indicate that he/she is substituting as attorney for defendant Harbin's, Inc.

3. I contacted Kurt McCamman, the prior attorney for defendant Harbin's, Inc. at Miller, Canfield, Paddock & Stone, P.L.C., to inquire whether there would be substitute counsel. He did not know. I also asked Mr. McCamman for a current mailing address for

defendant Harbin's, Inc.'s corporate officer, Michael G. Harbin. He did not have an address. He indicated that he had communicated with Mr. Harbin by email, but he had been instructed not to provide that email address. The last address Steelcase Inc. had for Harbin's, Inc. was 300 South Perry Street, Montgomery, Alabama 36104. Mail to that address has been returned with the notation, "Return To Sender, Moved Left No Address." In its efforts to serve Michael G. Harbin, who was an officer of Harbin's, Inc. and who has now been added as an individual defendant, Steelcase Inc. has learned that he may reside at 406 Eastern Lake Road A, Santa Rosa Beach, Florida 32459-6536, and accordingly copies of the default papers filed with this Court are being sent to Harbin's, Inc. at this address. Copies are also being served on the attorneys of record of Michael Harbin as an individual defendant.

Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing Declaration is true and correct.

    /s/ Jon G. March
Jon G. March

Executed on November 23, 2004.