UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

STEELCASE INC., a Michigan corporation,

       Plaintiff,

v

HARBIN'S INC., an Alabama corporation, MICHAEL G. HARBIN, and HOPE D. HARBIN,

       Defendants.

_____/

Case No. 1:04CV0026

Honorable Robert Holmes Bell
Chief, U.S. District Judge

**PROOF OF SERVICE**

STATE OF MICHIGAN    )
                           ) ss.
COUNTY OF KENT       )

       Jon G. March, of Miller, Johnson, Snell & Cummiskey, P.L.C., attorneys for plaintiff in the above-captioned lawsuit, hereby states that on the 23rd day of November, 2004 he caused Judy A. York of Miller, Johnson, Snell & Cummiskey, P.L.C. to serve a copy of a **Motion For Default Judgment Against Defendant Harbin's, Inc.** and proposed **Declaration of Jon G. March In Support Of Motion For Default Judgment** upon the following:

                Robert W. Smith, Esq.
                Attorney for Michael G. Harbin
                Silverman, Smith, Bingen & Rice, P.P.
                151 S. Rose Street
                707 Comerica Building
                Kalamazoo, MI  49007

                Michael G. Harbin
                President, Harbin's, Inc.
                406 Eastern Lake Road - A
                Santa Rosa Beach, FL  32459-6536

                Harbin's, Inc.
                300 South Perry Street
                Montgomery  AL  36104

        Hope D. Harbin (now Hope Duncan Patterson)
        4514 Chamblee Dunwoody Road
        #238
        Atlanta GA 30338

Service was made via first-class U.S. mail.

                /s/ Jon G. March
                Jon G. March