UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

STEELCASE INC., a Michigan
corporation,

       Plaintiff,

v.

HARBIN'S, INC., an Alabama
corporation, MICHAEL G. HARBIN,
and HOPE D. HARBIN,

       Defendants.
_____/

Case No. 1:04CV0026

Honorable Robert Holmes Bell
Chief, U.S. District Judge

## JUDGMENT IN FAVOR OF STEELCASE INC. AND AGAINST HARBIN'S, INC.

Pursuant to the provisions of Fed. R. Civ. P. 55(b)(1), and based on the pleadings and papers on file herein, judgment is hereby entered in favor of plaintiff, Steelcase Inc., and against defendant, Harbin's, Inc., in the amount of Three Hundred Eighty-Five Thousand Two Hundred Seventy-Five and 79/100 Dollars ($385,275.79), which sum includes principal and accrued interest through November 23, 2004, and a further amount for court costs in the amount of One Hundred Fifty and 00/100 Dollars ($150.00).

Dated: December 1, 2004

/s/ Robert Holmes Bell
ROBERT HOLMES BELL
CHIEF UNITED STATES DISTRICT JUDGE