UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

STEELCASE INC., a Michigan
corporation,

       Plaintiff,                                 Case No. 1:04CV0026

v                                                Honorable Robert Holmes Bell
                                                 Chief, U.S. District Judge

HARBIN'S INC., an Alabama
corporation, MICHAEL G. HARBIN,
and HOPE D. HARBIN,

       Defendants.
_____/

**PROOF OF SERVICE**

STATE OF MICHIGAN     )
                                     ) ss.
COUNTY OF KENT        )

       Jon G. March, of Miller, Johnson, Snell & Cummiskey, P.L.C., attorneys for plaintiff in the above-captioned lawsuit, hereby states that on the 2nd day of December, 2004 he caused Roslyn Thoits of Miller, Johnson, Snell & Cummiskey, P.L.C. to serve a copy of a **Judgment in Favor of Steelcase Inc. and Against Harbin's, Inc.**, entered December 1, 2004, upon the following:

                                Robert W. Smith, Esq.
                                Attorney for Michael G. Harbin
                                Silverman, Smith, Bingen & Rice, P.P.
                                151 S. Rose Street
                                707 Comerica Building
                                Kalamazoo, MI  49007

                                Michael G. Harbin
                                President, Harbin's, Inc.
                                406 Eastern Lake Road - A
                                Santa Rosa Beach, FL  32459-6536

                                Harbin's, Inc.
                                300 South Perry Street
                                Montgomery  AL  36104

Hope D. Harbin (now Hope Duncan Patterson)
4514 Chamblee Dunwoody Road
#238
Atlanta  GA  30338

Service was made via first-class U.S. mail.

                                                     /s/ Jon G. March
                                                  Jon G. March

Case 1:04-cv-08810-RHC-SC Document 46 Filed 12/02/2004 Page 2 of 2