**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
_____

# MINUTES

STEELCASE

vs.

HARBIN'S, et al.

| | |
|---|---|
| CASE NO. | 1:04-CV-26 |
| DATE: | 12/15/04 |
| TIME: | 1:05-1:30 |
| PLACE: | Grand Rapids |
| JUDGE: | Hon. Robert Holmes Bell |

## APPEARANCES

PLAINTIFF:
Jon March

DEFENDANT:
Robert Smith
Hope Harbin Patterson

## WITNESSES

PLAINTIFF:


DEFENDANT:


## PROCEEDINGS

NATURE OF HEARING:
Rule 16 Scheduling Conference by telephone.


/s/ Susan Driscoll Bourque
Case Manager