UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

STEELCASE INC., a Michigan
corporation,

      Plaintiff,                                                                   Case No. 1:04CV0026

v                                                                                Honorable Robert Holmes Bell
                                                                                   Chief, U.S. District Judge

HARBIN'S INC., an Alabama
corporation, MICHAEL G. HARBIN,
and HOPE D. HARBIN,

      Defendants.

_____/

## PROOF OF SERVICE

STATE OF MICHIGAN     )
                                 ) ss.
COUNTY OF KENT         )

      Sara G. Lachman, of Miller, Johnson, Snell & Cummiskey, P.L.C., attorneys for plaintiff in the above-captioned lawsuit, hereby states that on the 30th day of December, 2004 she caused Kara Lewis of Miller, Johnson, Snell & Cummiskey, P.L.C. to serve a copy of the **Notice of Taking Deposition** *Duces Tecum* **of Michael G. Harbin** by facsimile and first class mail upon:

                                      Robert W. Smith, Esq.
                                      Attorney for Michael G. Harbin
                                      Silverman, Smith, Bingen & Rice, P.P.
                                      151 S. Rose Street
                                      707 Comerica Building
                                      Kalamazoo, MI 49007
                                      269.381.2519

and by first class mail upon:

                                      Hope D. Harbin (now Hope Duncan Patterson)
                                      4514 Chamblee Dunwoody Road
                                      #238
                                      Atlanta GA 30338

                                                              /s/ Sara G. Lachman
                                                             Sara G. Lachman