UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

STEELCASE, INC., a Michigan
corporation,

    Plaintiff,

v.

HARBIN'S INC., an Alabama,
corporation, MICHAEL G. HARBIN, and
HOPE D. HARBIN PATTERSON,

    Defendants.

_____/

CASE NO. 1:04-CV-26

HON. ROBERT HOLMES BELL

## ORDER DENYING PROTECTIVE ORDER

IT APPEARING Defendant, Michael G. Harbin, requests a protective order requiring Plaintiff pay reasonable travel costs and expenses, in advance, before his scheduled deposition on January 13, 2005;

IT FURTHER APPEARING this matter was before the Court at the Scheduling Conference on December 17, 2004, and all parties agreed that the initial deposition of Michael G. Harbin was essential for discovery;

IT FURTHER APPEARING counsel residenced within this district has been retained and is representing Mr. Harbin;

ACCORDINGLY, This Court declines to order all expenses for a party's travel in connection with a deposition to be paid by the opposing party, insofar as it involves the first appearance of Michael G. Harbin within this jurisdiction since the litigation began.

Date:    January 6, 2005          /s/ Robert Holmes Bell
                                           ROBERT HOLMES BELL
                                           CHIEF UNITED STATES DISTRICT JUDGE