UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
05 JAN -3 PM 4:58

STEELCASE, INC. a Michigan
corporation,

        Plaintiff,

v.

HARBIN'S INC., an Alabama
corporation, MICHAEL G. HARBIN
and HOPE D. HARBIN PATTERSON,

        Defendants.

Case No.: 1:04cv0026
Hon. Robert Holmes Bell
Chief, U. S. District Judge

---

MILLER, JOHNSON, SNELL & CUMMISKEY, P. L. C.
Jon G. March (P17065)
Attorneys for Plaintiff
250 Monroe Avenue, N. W. - Suite 800
P. O. Box 306
Grand Rapids, MI 49501-0306
(616) 831-1700

SILVERMAN, SMITH, BINGEN & RICE, P.C.
Robert W. Smith (P31192)
Attorneys for Defendant Michael G. Harbin
151 S. Rose Street
707 Comerica Building
Kalamazoo, MI 49007
(269) 381-2090

---

STATE OF MICHIGAN   )      **PROOF OF SERVICE**

COUNTY OF KALAMAZOO ).   Felicia A. Williams, being first duly sworn, deposes and says that on the 3rd day of January 2005, she served a copy of ***Defendant Michael G. Harbin's Motion for Protective Order (Expedited Consideration Requested)*** and ***Brief in Support of Defendant Michael G. Harbin's Motion for Protective Order (Expedited Consideration Requested)*** along with this ***Proof of Service*** upon counsel for Plaintiff Jon G. March, MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C., 250 Monroe Avenue, N. W., Suite 800, P. O. Box 306, Grand Rapids, MI 49501-0306, Defendant in Pro Per Hope D. Harbin-Patterson, 4514 Chamblee Dunwoody Road, 238, Atlanta, GA 30338, via first class mail, by placing same in a U.S. Mail receptacle with proper postage prepaid.

Felicia A. Williams

SUBSCRIBED and SWORN to before me
on this 3rd day of January, 2005.

Elisabeth A. Aube, Notary Public
Kalamazoo County, Michigan
My Commission Expires: 01/20/08
Acting in Kalamazoo County