UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

STEELCASE INC., a Michigan
corporation,

        Plaintiff,                              Case No. 1:04CV0026

v                                        Honorable Robert Holmes Bell
                                              Chief, U.S. District Judge

HARBIN'S INC., an Alabama
corporation, MICHAEL G. HARBIN,
and HOPE D. HARBIN PATTERSON,

        Defendants.
_____/

**PROOF OF SERVICE**

STATE OF MICHIGAN    )
                            ) ss.
COUNTY OF KENT      )

        Sara G. Lachman, of Miller, Johnson, Snell & Cummiskey, P.L.C., attorneys for plaintiff in the above-captioned lawsuit, hereby states that on the 10th day of January, 2005 she caused Kara Lewis of Miller, Johnson, Snell & Cummiskey, P.L.C. to serve a copy of the **Amended Notice of Taking Deposition** *Duces Tecum* **of Michael G. Harbin** by first class mail upon:

                Robert W. Smith, Esq.
                Attorney for Michael G. Harbin
                Silverman, Smith, Bingen & Rice, P.P.
                151 S. Rose Street
                707 Comerica Building
                Kalamazoo, MI  49007

                Hope D. Harbin (now Hope Duncan Patterson)
                4514 Chamblee Dunwoody Road
                 #238
                Atlanta  GA  30338

                          _____/s/ Sara G. Lachman_____
                          Sara G. Lachman