

January 11, 2005

Mr. Robert W. Smith
Silverman, Smith, Bengen & Rice, P.C.
151 S. Rose Street - 707 Comerica Bldg.
Kalamazoo, MI 49007

**OFFICE OF THE CLERK**
www.miwd.uscourts.gov

RE: Steelcase, Inc. v. Harbins Inc., et al
Case No. 1:04-cv-26   Chief Judge Robert Holmes Bell

We are in receipt of the following papers for filing.

399 Federal Bldg.
110 Michigan St., NW
Grand Rapids, MI 49503
(616) 456-2381

Filer: **Robert W. Smith**
Date filed: **January 3, 2005**
Document title: **Defendant Michael G. Harbin's Motion for Protective Order; Brief in Support of Defendant Michael G. Harbin's Motion of Protection Order; Proof of Service**

229 Federal Bldg.
202 W. Washington St.
Marquette, MI 49855
(906) 226-2021

Pursuant to Western District of Michigan Local Civil Rule 5.7, effective January 1, 2005, attorneys must file and serve all documents (with enumerated exceptions) electronically by use of the ECF system.

To avoid delay and for purposes of efficiency, we have scanned and filed your document. In the future, please submit documents to the Court electronically.

B-35 Federal Bldg.
410 W. Michigan Ave.
Kalamazoo, MI 49007
(269) 337-5706

Sincerely,

Ronald C. Weston, Sr., Clerk

/s/ Kathy Devlin

By: Deputy Clerk

113 Federal Bldg.
315 W. Allegan St.
Lansing, MI 48933
(517) 377-1559

cc: File

For more information regarding filing documents electronically in the Western District of Michigan, visit the Court's website at www.miwd.uscourts.gov. Click on the "CM/ECF" link for access to the Local Rules governing e-filing, the E-Filing Registration Form, the User Manual, an On-Line Tutorial, Frequently Asked Questions, and more.

E-filing Help Desk:
(616) 456-2206
(800) 290-2742
ecfhelp@miwd.uscourts.gov