UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

STEELCASE INC., a Michigan
corporation,

      Plaintiff,                         Case No. 1:04CV0026

v                                       Honorable Robert Holmes Bell
                                          Chief, U.S. District Judge

HARBIN'S INC., an Alabama
corporation, MICHAEL G. HARBIN,
and HOPE D. HARBIN PATTERSON,

      Defendants.
_____/

## PROOF OF SERVICE

STATE OF MICHIGAN     )
                              ) ss.
COUNTY OF KENT        )

      Sara G. Lachman, of Miller, Johnson, Snell & Cummiskey, P.L.C., attorneys for plaintiff in the above-captioned lawsuit, hereby states that on the 11th day of January, 2005 she caused Kara Lewis of Miller, Johnson, Snell & Cummiskey, P.L.C. to serve **Plaintiff Steelcase, Inc.'s Initial Disclosures Under Fed. R. Civ. P. 26(a)(1)** by first class mail upon:

                        Robert W. Smith, Esq.
                        Attorney for Michael G. Harbin
                        Silverman, Smith, Bingen & Rice, P.P.
                        151 S. Rose Street
                        707 Comerica Building
                        Kalamazoo, MI 49007

                        Hope D. Harbin (now Hope Duncan Patterson)
                        4514 Chamblee Dunwoody Road
                        #238
                        Atlanta GA 30338

                                            /s/ Sara G. Lachman
                                            Sara G. Lachman