UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEELCASE, INC. a Michigan
corporation,

      Plaintiff,

v.

HARBIN'S INC., an Alabama
corporation, MICHAEL G. HARBIN
and HOPE D. HARBIN PATTERSON,

      Defendants.

Case No.: 1:04cv0026
Hon. Robert Holmes Bell
Chief, U. S. District Judge

_____/

| MILLER, JOHNSON, SNELL & CUMMISKEY, P. L. C.<br>Jon G. March  (P17065)<br>Attorneys for Plaintiff<br>250 Monroe Avenue, N. W. - Suite 800<br>P. O. Box 306<br>Grand Rapids, MI 49501-0306<br>(616) 831-1700 | SILVERMAN, SMITH, BINGEN & RICE, P.C.<br>Robert W. Smith (P31192)<br>Attorneys for Defendant Michael G. Harbin<br>151 S. Rose Street<br>707 Comerica Building<br>Kalamazoo, MI 49007<br>(269) 381-2090 |
|---|---|

_____/

STATE OF MICHIGAN      )

                       **PROOF OF SERVICE**

COUNTY OF KALAMAZOO  ).    Felicia A. Williams, being first duly sworn, deposes and says that on the 6th day of January 2005, she served a copy of **Affidavit of Defendant Michael G. Harbin in Support of Motion for Protective Order** along with this **Proof of Service** upon counsel for Plaintiff Jon G. March, MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C., 250 Monroe Avenue, N. W., Suite 800, P. O. Box 306, Grand Rapids, MI 49501-0306, Defendant in Pro Per Hope D. Harbin-Patterson, 4514 Chamblee Dunwoody Road, 238, Atlanta, GA 30338, via first class mail, by placing same in a U.S. Mail receptacle with proper postage prepaid.

                                                                       Felicia A. Williams

SUBSCRIBED and SWORN to before me
on this 6th day of January, 2005.

_____
Elisabeth A. Aube, Notary Public
Kalamazoo County, Michigan
My Commission Expires: 01/20/08
Acting in Kalamazoo County