# United States District Court
# Western District of Michigan
# Southern Division

Steelcase Inc., a Michigan Corporation.

    Plaintiff.

Case No. **1:04CV0026**
Honorable Robert Holmes Bell
Chief U.S. District Judge

Hope D. Harbin, now Hope D. Patterson
In Pro Per
4514 Chamblee Dunwoody Rd. #238
Atlanta, Georgia 30338
770-451-0730
Fax: 770-451-0730 (Home fax)

    Defendant.

Jon G. March (P17065)
Miller, Johnson, Snell & Cummiskey, P.L.C.
Attorneys for Plaintiff
250 Monroe Avenue, N.W.., Suite 800
P.O. Box 306
Grand Rapids, Michigan 49501-0306
616-831-1729
Fax: 616-988-1729

## MOTION FOR SUMMARY JUDGEMENT

COMES NOW Hope D. Harbin Patterson, In Pro Per., respectfully asks to be dismissed from this Honorable Court based on answers and attachments submitted from the 1st complaint and based on defendants final divorce decree, In The Circuit Court of Montgomery County, Alabama Domestic Relation Division, the First Final Order dated 11th day of December, 2002 in the court of W. Mark Anderson, Circuit Judge Case No. Dr-2001-1310 states the following:

1. Based under Alabama Statutes of Limitation $$6-1-33 to 6-2-34 Contracts 6 years and $$6-2-34(5) and 6-2-37 Alabama Laws would apply in this action.

2. Attachment B, Page 13 Paragraph 17. That Mr. Harbin shall be responsible for the payment of any joint debts not specifically assigned to Mrs. Harbin and shall hold her harmless from any liability thereon.

3. Attachment B , Page 13 Paragraph 16. That each party shall be responsible for the payment of any joint debts is that party's name not specifically assigned to the other party.

**WHEREFORE,** Defendant Hope D. Harbin, now Hope D. Patterson, respectfully prays that she may be sought relief and request any and all Judgments be denied or dismissed and to relinquish her of any debt or future debt to Steelcase or the United States District Court Western District of Michigan (Grand Rapids).

Hope D. Harbin , now Hope D. Patterson

In Pro Per

*Hope D. Harbin Patterson*

Respectfully submitted, this the 7 January, 2005

By Hope D. Patterson

OF DEFENDANT:
Hope D. Harbin, now Hope D. Patterson
4514 Chamblee Dunwoody Rd. #238
Atlanta, Georgia 30338

### PROOF OF SERVICE

I hereby certify that I have served a copy of the above and foregoing Motion for Summary Judgement upon Jon G. March, Miller, Johnson, Snell & Cummiskey, P.L.C. P.O. Box 306, Grand Rapids, Michigan , Robert w. Smith, Attorney for Michael G. Harbin,Jr., Silverman, Smith, Bingen & Rice, P.P. 151 S. Rose Street, 707 Comerica Bldg, Kalamazoo, Michigan by depositing a copy of the same in the United States Mail, postage paid and properly addressed on this the 7 day of January, 2005.