# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

STEELCASE, INC. a Michigan
corporation,

      Plaintiff,

v.

HARBIN'S INC., an Alabama
corporation, MICHAEL G. HARBIN
and HOPE D. HARBIN PATTERSON,

      Defendants.

Case No.: 1:04cv0026
Hon. Robert Holmes Bell
Chief, U. S. District Judge

_____/

| MILLER, JOHNSON, SNELL & CUMMISKEY, P. L. C. | SILVERMAN, SMITH, BINGEN & RICE, P.C. |
|---|---|
| Jon G. March  (P17065) | Robert W. Smith (P31192) |
| Attorneys for Plaintiff | Attorneys for Defendant Michael G. Harbin |
| 250 Monroe Avenue, N. W. - Suite 800 | 151 S. Rose Street |
| P. O. Box 306 | 707 Comerica Building |
| Grand Rapids, MI 49501-0306 | Kalamazoo, MI 49007 |
| (616) 831-1700 | (269) 381-2090 |

_____/

## **PROOF OF SERVICE**

    The undersigned certifies that on the 14th day of January, 2005, a copy of ***Defendant Michael G. Harbin's Initial Disclosure*** was served upon the following parties either electronically, or by depositing said copies in the U.S. Mail, postage prepaid:

| | |
|---|---|
| Jon G. March<br>MILLER, JOHNSON, SNELL<br>& CUMMISKEY, P.L.C.<br>250 Monroe Avenue, N. W., Suite 800<br>P. O. Box 306<br>Grand Rapids, MI 49501-0306 | Hope D. Harbin-Patterson<br>4514 Chamblee Dunwoody Road, 238<br>Atlanta, GA 30338 |

Dated: <u>January 14, 2005</u>

/S/ Felicia A. Williams
Felicia A. Williams, Legal Assistant
to Robert W. Smith (P31192)
SILVERMAN, SMITH, BINGEN & RICE, P.C.
151 S. Rose Street, 707 Comerica Building
Kalamazoo, MI 49007 - (269) 381-2090