UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———————

STEELCASE INC., a Michigan
corporation,

        Plaintiff,

v.

HARBIN'S, INC., an Alabama
corporation, MICHAEL G. HARBIN,
and HOPE D. HARBIN PATTERSON,

        Defendants.
_____/

Case No. 1:04CV0026

Honorable Robert Holmes Bell
Chief, U.S. District Judge

## MOTION OF PLAINTIFF STEELCASE INC. TO AMEND CASE MANAGEMENT ORDER

Plaintiff, Steelcase Inc., by its attorneys, Miller, Johnson, Snell & Cummiskey, P.L.C., hereby moves this Court to amend the Case Management Order dated December 17, 2004 in the following respects.

1. Amend paragraph 2 of the Case Management Order to extend from February 1, 2005 until March 1, 2005 the time within which the parties may move to amend their pleadings.

2. Amend that portion of paragraph 4 of the Case Management Order to extend until February 28, 2005 the time within which plaintiff may depose defendant Michael G. Harbin within the Western District of Michigan. As originally drafted, the Case Management Order provided that Mr. Harbin would submit to deposition in the Western District of Michigan within 30 days from the date of the Rule 16 Conference, December 15, 2004, and his deposition will in fact occur after that date.

By telephone conference on January 14, 2005 and January 17, 2005, counsel for plaintiff Steelcase Inc. and defendant Michael Harbin conferred in an effort to reach agreement on the relief requested in this Motion. Defendant Michael Harbin has objected to extending the date by which motions to amend the pleadings must be filed, but did not object to scheduling his deposition for a time after the 30-day limit set forth in the Case Management Order. Defendant Hope Harbin Patterson, who is appearing *in pro per*, has indicated in a telephone conference of January 18, 2005 that she does not object to either relief.

This Motion is supported by the pleadings and papers on file herein and by the supporting brief.

MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.
Attorneys for Plaintiff, Steelcase Inc.

Dated: January ____, 2005     By   /s/ Jon G. March
    Jon G. March (P17065)
    Sara G. Lachman (P67523)
Business Address:
    250 Monroe Avenue, N.W., Suite 800
    PO Box 306
    Grand Rapids, Michigan 49501-0306
Telephone: (616) 831-1700