UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

STEELCASE INC., a Michigan
corporation,

   Plaintiff,

v

HARBIN'S INC., an Alabama
corporation, MICHAEL G. HARBIN,
and HOPE D. HARBIN PATTERSON,

   Defendants.

_____/

Case No. 1:04CV0026

Honorable Robert Holmes Bell
Chief, U.S. District Judge

## PROOF OF SERVICE

STATE OF MICHIGAN  )
          ) ss.
COUNTY OF KENT   )

   Jon G. March, of Miller, Johnson, Snell & Cummiskey, P.L.C., attorneys for plaintiff in the above-captioned lawsuit, hereby states that on the 19th day of January, 2005 he caused Roslyn Thoits of Miller, Johnson, Snell & Cummiskey, P.L.C. to serve **Motion of Plaintiff Steelcase Inc. to Amend Case Management Order** and **Brief in Support of Motion of Plaintiff Steelcase Inc. to Amend Case Management Order** by first class mail upon:

      Hope D. Harbin (now Hope Duncan Patterson)
      4514 Chamblee Dunwoody Road
      #238
      Atlanta GA 30338

          /s/ Jon G. March
          Jon G. March