**SOUTHERN DIVISION**