# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

STEELCASE, INC. a Michigan corporation,

      Plaintiff,

v.

HARBIN'S INC., an Alabama corporation, MICHAEL G. HARBIN and HOPE D. HARBIN PATTERSON,

      Defendants.

Case No.: 1:04cv0026
Hon. Robert Holmes Bell
Chief, U. S. District Judge

_____/

| | |
|---|---|
| MILLER, JOHNSON, SNELL & CUMMISKEY, P. L. C.<br>Jon G. March  (P17065)<br>Attorneys for Plaintiff<br>250 Monroe Avenue, N. W. - Suite 800<br>P. O. Box 306<br>Grand Rapids, MI 49501-0306<br>(616) 831-1700 | SILVERMAN, SMITH, BINGEN & RICE, P.C.<br>Robert W. Smith (P31192)<br>Attorneys for Defendant Michael G. Harbin<br>151 S. Rose Street<br>707 Comerica Building<br>Kalamazoo, MI 49007<br>(269) 381-2090 |

HOPE D. HARBIN - PATTERSON
Defendant in Pro Per
4514 Chamblee Dunwoody Rd., Apt. 238
Atlanta, GA 30338-6202

_____/

## PROOF OF SERVICE

      The undersigned certifies that on the 25th day of January, 2005, a copy of ***Defendant Michael G. Harbin's Brief in Opposition of Motion of Plaintiff Steelcase, Inc. to Amend Case Management Order*** was served upon the following parties either electronically, or by depositing said copies in the U.S. Mail, postage prepaid:

Jon G. March
MILLER, JOHNSON, SNELL
& CUMMISKEY, P.L.C.
250 Monroe Avenue, N. W., Suite 800
P. O. Box 306
Grand Rapids, MI 49501-0306

Hope D. Harbin-Patterson
4514 Chamblee Dunwoody Road, 238
Atlanta, GA 30338

Dated: January 25, 2005              /S/ Felicia A. Williams
                                     Felicia A. Williams
                                     Legal Assistant to:
                                     Robert W. Smith (P31192)
                                     SILVERMAN, SMITH, BINGEN & RICE, P.C.
                                     151 S. Rose Street, 707 Comerica Building
                                     Kalamazoo, MI 49007 - (269) 381-2090