UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

STEELCASE INC., a Michigan
corporation,

       Plaintiff,                          Case No. 1:04CV0026

v                                           Honorable Robert Holmes Bell
                                                Chief, U.S. District Judge

HARBIN'S INC., an Alabama
corporation, MICHAEL G. HARBIN,
and HOPE D. HARBIN PATTERSON,

       Defendants.
_____/

**PROOF OF SERVICE**

STATE OF MICHIGAN     )
                                   ) ss.
COUNTY OF KENT        )

       Sara G. Lachman, of Miller, Johnson, Snell & Cummiskey, P.L.C., attorneys for plaintiff in the above-captioned lawsuit, hereby states that on the 25th day of January, 2005 she caused Kara Lewis of Miller, Johnson, Snell & Cummiskey, P.L.C. to serve a copy of the **Amended Notice of Taking Deposition** *Duces Tecum* **of Michael G. Harbin** by facsimile and first class mail upon:

                           Robert W. Smith, Esq.
                           Silverman, Smith, Bingen & Rice, P.P.
                           151 S. Rose Street
                           707 Comerica Building
                           Kalamazoo, MI 49007
                           (269) 381-2519

                           Hope D. Harbin (now Hope Duncan Patterson)
                           4514 Chamblee Dunwoody Road
                           #238
                           Atlanta, GA 30338
                           (770) 451-0730

                                             ____/s/ Sara G. Lachman_____
                                             Sara G. Lachman