UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

STEELCASE INC., a Michigan
corporation,

      Plaintiff,

v.

HARBIN'S, INC., an Alabama
corporation, MICHAEL G. HARBIN,
and HOPE D. HARBIN PATTERSON,

      Defendants.
_____/

Case No. 1:04CV0026

Honorable Robert Holmes Bell
Chief, U.S. District Judge

## MOTION OF PLAINTIFF STEELCASE INC. FOR LEAVE TO FILE REPLY BREIF

      Plaintiff, Steelcase Inc., by its attorneys, Miller, Johnson, Snell & Cummiskey, P.L.C., hereby moves this Court pursuant to L. Civ. R. 7.3(c) for leave to file a Brief in reply to Defendant's response to Motion of Plaintiff Steelcase Inc. to Amend Case Management Order.

      Plaintiff's proposed Brief In Reply to Defendant's Brief In Opposition of Motion of Plaintiff to Amend the Case Management Order is attached to the Brief in support of this Motion.

                                MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.
                                Attorneys for Plaintiff, Steelcase Inc.

Dated: February 1, 2005      By   /s/ Sara G. Lachman
                                            Jon G. March (P17065)
                                            Sara G. Lachman (P67523)
                                   Business Address:
                                      250 Monroe Avenue, N.W., Suite 800
                                      PO Box 306
                                     Grand Rapids, Michigan  49501-0306
                                 Telephone:  (616) 831-1700