UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

_____

STEELCASE INC., a Michigan corporation,

       Plaintiff,

v.

HARBIN'S, INC., an Alabama corporation, MICHAEL G. HARBIN, and HOPE D. HARBIN PATTERSON,

       Defendants.

_____/

Case No. 1:04CV0026

Honorable Robert Holmes Bell
Chief, U.S. District Judge

## BRIEF IN SUPPORT OF MOTION OF PLAINTIFF STEELCASE INC. FOR LEAVE TO FILE REPLY BRIEF

It is requested that the Court grant Plaintiff leave to file a Reply Brief so that the Court may be informed as to events subsequent to the Motion of Plaintiff Steelcase to Amend Case Management Order, Plaintiff's supporting Brief, and the response of Defendant Michael Harbin.

Respectfully submitted,
MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.
Attorneys for Plaintiff, Steelcase Inc.

Dated: February 1, 2005

By  /s/ Sara G. Lachman
    Jon G. March (P17065)
    Sara G. Lachman (P67523)
Business Address:
    250 Monroe Avenue, N.W., Suite 800
    PO Box 306
    Grand Rapids, Michigan  49501-0306
      Telephone:  (616) 831-1700

Case 2:05-cv-00882-MRH-SCD   Document 76   Filed 02/10/25   Page 2 of 2