UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

_____

STEELCASE INC., a Michigan
corporation,

              Plaintiff,

v.

HARBIN'S, INC., an Alabama
corporation, MICHAEL G. HARBIN,
and HOPE D. HARBIN PATTERSON,

              Defendants.

_____/

Case No. 1:04CV0026

Honorable Robert Holmes Bell
Chief, U.S. District Judge

**ORDER**

Having reviewed the pleadings and being otherwise fully advised in the matter of the Motion of Plaintiff Steelcase Inc. for Leave to File a Reply Brief,

**IT IS ORDERED** that the Plaintiff is granted leave to file the Reply Brief of Plaintiff Steelcase Inc. to Defendant's Brief in Opposition of Motion of Plaintiff Steelcase Inc. to Amend Case Management Order.

**IT IS FURTHER ORDERED** that the Reply Brief of Plaintiff Steelcase Inc. to Defendant's Brief in Opposition of Motion of Plaintiff Steelcase Inc. to Amend Case Management Order is hereby deemed entered and filed with this Court.

Dated:                        _____
                             ROBERT HOLMES BELL
                             Chief, United States District Judge