UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

_____

STEELCASE INC., a Michigan
corporation,

    Plaintiff,

v.

HARBIN'S, INC., an Alabama
corporation, MICHAEL G. HARBIN,
and HOPE D. HARBIN PATTERSON,

    Defendants.

_____/

Case No. 1:04CV0026

Honorable Robert Holmes Bell
Chief, U.S. District Judge

## ORDER

Having reviewed the pleadings and being otherwise fully advised in the matter of Motion of Plaintiff Steelcase Inc. to Amend Case Management Order,

**IT IS ORDERED** that paragraph 2 of the Case Management Order is amended to extend from February 1, 2005 until March 1, 2005 the time within which the parties may move to amend their pleadings.

Dated:                                                 _____
                                                             ROBERT HOLMES BELL
                                                             Chief, United States District Judge