UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

STEELCASE INC., a Michigan
corporation,

          Plaintiff,                          Case No. 1:04CV0026

v                                         Honorable Robert Holmes Bell
                                               Chief, U.S. District Judge

HARBIN'S INC., an Alabama
corporation, MICHAEL G. HARBIN,
and HOPE D. HARBIN PATTERSON,

          Defendants.
_____/

## PROOF OF SERVICE

STATE OF MICHIGAN    )
                           ) ss.
COUNTY OF KENT       )

        Sara G. Lachman, of Miller, Johnson, Snell & Cummiskey, P.L.C., attorneys for plaintiff in the above-captioned lawsuit, hereby states that on the 1st day of February, 2005 she caused Kara Lewis of Miller, Johnson, Snell & Cummiskey, P.L.C. to serve the Motion of Plaintiff Steelcase Inc. for Leave to File Reply Brief, Brief in Support of Motion of Plaintiff Steelcase Inc. for Leave to File Reply Brief, proposed Order Granting Leave to File Reply Brief, and proposed Order Amending Case Management Order by first class mail upon:

                  Hope D. Harbin (now Hope Duncan Patterson)
                  4514 Chamblee Dunwoody Road
                  #238
                  Atlanta  GA  30338

                                    /s/ Sara G. Lachman
                                Sara G. Lachman