## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

STEELCASE, INC. a Michigan
corporation,

       Plaintiff,

v.

HARBIN'S INC., an Alabama
corporation, MICHAEL G. HARBIN
and HOPE D. HARBIN PATTERSON,

       Defendants.

Case No.: 1:04cv0026
Hon. Robert Holmes Bell
Chief, U. S. District Judge

_____/

| MILLER, JOHNSON, SNELL & CUMMISKEY, P. L. C.<br>Jon G. March (P17065)<br>Attorneys for Plaintiff<br>250 Monroe Avenue, N. W. - Ste 800<br>P. O. Box 306<br>Grand Rapids, MI 49501-0306<br>(616) 831-1700 | SILVERMAN, SMITH, BINGEN & RICE, P.C.<br>Robert W. Smith (P31192)<br>Attorneys for Defendant Michael G. Harbin<br>151 S. Rose Street<br>707 Comerica Building<br>Kalamazoo, MI 49007<br>(269) 381-2090 |

HOPE D. HARBIN - PATTERSON
Defendant in Pro Per
4514 Chamblee Dunwoody Rd., Apt. 238
Atlanta, GA 30338-6202

_____/

## PROOF OF SERVICE

The undersigned certifies that on the 3rd day of February, 2005, a copy of ***Defendant Michael G. Harbin's Request to Admit Facts Directed to Plaintiff Steelcase, Inc.*** was served upon the following parties either electronically, or by depositing said copies in the U.S. Mail, postage prepaid:

| Jon G. March<br>MILLER, JOHNSON, SNELL<br>& CUMMISKEY, P.L.C.<br>250 Monroe Avenue, N. W., Suite 800<br>P. O. Box 306<br>Grand Rapids, MI 49501-0306 | Hope D. Harbin-Patterson<br>4514 Chamblee Dunwoody Road, 238<br>Atlanta, GA 30338 |

| | |
|---|---|
| Dated: <u>February 3, 2005</u> |   /s/ Felicia A. Williams<br>Felicia A. Williams<br>Legal Assistant to:<br>Robert W. Smith (P31192)<br>SILVERMAN, SMITH, BINGEN & RICE, P.C.<br>151 S. Rose Street, 707 Comerica Building<br>Kalamazoo, MI 49007 - (269) 381-2090 |