UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

STEELCASE INC., a Michigan
corporation,

       Plaintiff,

v

HARBIN'S INC., an Alabama
corporation, MICHAEL G. HARBIN,
and HOPE D. HARBIN PATTERSON,

       Defendants.

_____/

Case No. 1:04CV0026

Honorable Robert Holmes Bell
Chief, U.S. District Judge

**PROOF OF SERVICE**

STATE OF MICHIGAN   )
                               ) ss.
COUNTY OF KENT      )

       Sara G. Lachman, of Miller, Johnson, Snell & Cummiskey, P.L.C., attorneys for plaintiff in the above-captioned lawsuit, hereby states that on the 4th day of February, 2005 she caused Kara Lewis of Miller, Johnson, Snell & Cummiskey, P.L.C. to serve Plaintiff Steelcase Inc.'s Brief in Opposition to Defendant Hope Harbin Patterson's Motion for Summary Judgment by first class mail upon:

                Hope D. Harbin (now Hope Duncan Patterson)
                4514 Chamblee Dunwoody Road
                #238
                Atlanta  GA  30338

                                                  /s/ Sara G. Lachman
                                                  Sara G. Lachman