UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEELCASE, INC. a Michigan
corporation,

      Plaintiff,

v.

HARBIN'S INC., an Alabama
corporation, MICHAEL G. HARBIN
and HOPE D. HARBIN PATTERSON,

      Defendants.

Case No.: 1:04cv0026
Hon. Robert Holmes Bell
Chief, U. S. District Judge

_____/

| MILLER, JOHNSON, SNELL & CUMMISKEY, P. L. C.<br>Jon G. March  (P17065)<br>Attorneys for Plaintiff<br>250 Monroe Avenue, N. W. - Suite 800<br>P. O. Box 306<br>Grand Rapids, MI 49501-0306<br>(616) 831-1700 | SILVERMAN, SMITH, BINGEN & RICE, P.C.<br>Robert W. Smith (P31192)<br>Attorneys for Defendant Michael G. Harbin<br>151 S. Rose Street<br>707 Comerica Building<br>Kalamazoo, MI 49007<br>(269) 381-2090 |

HOPE D. HARBIN - PATTERSON
Defendant in Pro Per
4514 Chamblee Dunwoody Rd. - 238
Atlanta, GA 30338-6202
(770) 451-0730

_____/

**DEFENDANT MICHAEL G. HARBIN'S OBJECTION
TO MOTION OF PLAINTIFF STEELCASE, INC.
FOR LEAVE TO FILE REPLY BRIEF**

In the Reply of Plaintiff Steelcase, Inc. to Defendant's Brief in Opposition of Motion

of Plaintiff Steelcase, Inc. to Amend Case Management Order, Plaintiff states at page 3:

> Plaintiff requests the extension of time within which to amend
> the pleadings to allow for review of the deposition transcript for
> sufficient evidence to support an additional count against
> Defendant Harbin and to consider alternative sources for

providing the relevant records and **the legal effect of the destruction of nearly all corporate records...**(Emphasis added.)

This statement would lead the Court to believe that Defendant Michael G. Harbin ("Harbin") testified that he destroyed nearly all corporate records of Defendant Harbin's, Inc. That is simply **not true.**

Harbin testified that he conducted a going out of business sale on behalf of Defendant Harbin's, Inc.'s largest secured creditor who tightly controlled the sale. He testified that when he left Harbin's, Inc. on the last day of the going out of business sale, he left behind the corporate records which remained in the possession of the secured creditor. He testified that he believed that the records were probably "in the Montgomery County landfill" because he believed that is what the bank did with them.

It is misleading to suggest to this Court that Plaintiff Steelcase, Inc. ought to be allowed to file a reply brief based on an implication that Harbin destroyed the corporate records of Defendant Harbin's, Inc. because it simply is **not true.**

Dated: <u>February 4, 2005</u>          SILVERMAN, SMITH, BINGEN & RICE, P.C.
                                        Attorneys for Defendant Michael G. Harbin

                                        _____
                                        Robert W. Smith (P31192)