UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

STEELCASE INC., a Michigan
corporation,

       Plaintiff,                             Case No. 1:04CV0026

v                                          Honorable Robert Holmes Bell
                                                   Chief, U.S. District Judge

HARBIN'S INC., an Alabama
corporation, MICHAEL G. HARBIN,
and HOPE D. HARBIN PATTERSON,

       Defendants.
_____/

**PROOF OF SERVICE**

STATE OF MICHIGAN     )
                                 ) ss.
COUNTY OF KENT       )

       Sara G. Lachman, of Miller, Johnson, Snell & Cummiskey, P.L.C., attorneys for plaintiff in the above-captioned lawsuit, hereby states that on the 23rd day of February, 2005 she caused Kara Lewis of Miller, Johnson, Snell & Cummiskey, P.L.C. to serve an unsigned copy of Plaintiff Steelcase Inc.'s Responses to Defendant Michael G. Harbin's Interrogatories and Requests for Production of Documents Directed to Plaintiff Steelcase Inc. by first class mail upon:

| | |
|---|---|
| Robert W. Smith, Esq. | Hope D. Harbin (now Hope Duncan Patterson) |
| Attorney for Michael G. Harbin | 4514 Chamblee Dunwoody Road |
| Silverman, Smith, Bingen & Rice | #238 |
| 151 S. Rose Street | Atlanta GA 30338 |
| 707 Comerica Building | |
| Kalamazoo, MI 49007 | |

                                                               /s/ Sara G. Lachman
                                                                Sara G. Lachman