UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

STEELCASE INC., a Michigan
corporation,

        Plaintiff,                        Case No. 1:04CV0026

v                                        Honorable Robert Holmes Bell
                                        Chief, U.S. District Judge

HARBIN'S INC., an Alabama
corporation, MICHAEL G. HARBIN,
and HOPE D. HARBIN PATTERSON,

        Defendants.

_____/

## PROOF OF SERVICE

STATE OF MICHIGAN     )
                           ) ss.
COUNTY OF KENT        )

        Sara G. Lachman, of Miller, Johnson, Snell & Cummiskey, P.L.C., attorneys for plaintiff in the above-captioned lawsuit, hereby states that on the 23rd day of February, 2005 she caused Kara Lewis of Miller, Johnson, Snell & Cummiskey, P.L.C. to serve Plaintiff Steelcase Inc.'s Response to Defendant Michael G. Harbin's Request to Admit Facts Directed to Plaintiff Steelcase Inc. by first class mail upon:

      Robert W. Smith, Esq.           Hope D. Harbin (now Hope Duncan Patterson)
      Attorney for Michael G. Harbin    4514 Chamblee Dunwoody Road
      Silverman, Smith, Bingen & Rice   #238
      151 S. Rose Street                 Atlanta  GA  30338
      707 Comerica Building
      Kalamazoo, MI  49007

                                    /s/ Sara G. Lachman
                                Sara G. Lachman