UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

STEELCASE INC., a Michigan
corporation,

       Plaintiff,                       Case No. 1:04CV0026

v                                      Honorable Robert Holmes Bell
                                            Chief, U.S. District Judge

HARBIN'S INC., an Alabama
corporation, MICHAEL G. HARBIN,
and HOPE D. HARBIN PATTERSON,

       Defendants.
_____/

## PROOF OF SERVICE

STATE OF MICHIGAN    )
                                 ) ss.
COUNTY OF KENT       )

       Sara G. Lachman, of Miller, Johnson, Snell & Cummiskey, P.L.C., attorneys for plaintiff in the above-captioned lawsuit, hereby states that on the 23rd day of February, 2005 she caused Kara Lewis of Miller, Johnson, Snell & Cummiskey, P.L.C. to serve a signed copy Plaintiff Steelcase Inc.'s Response to Defendant Michael G. Harbin's Interrogatories and Request for Production of Documents Directed to Plaintiff Steelcase Inc. by first class mail upon:

Robert W. Smith, Esq.                   Hope D. Harbin (now Hope Duncan Patterson)
Attorney for Michael G. Harbin       4514 Chamblee Dunwoody Road
Silverman, Smith, Bingen & Rice, P.P.   #238
151 S. Rose Street                         Atlanta  GA  30338
707 Comerica Building
Kalamazoo, MI  49007

                                                       /s/ Sara G. Lachman
                                                       Sara G. Lachman