# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

STEELCASE, INC. a Michigan
corporation,

       Plaintiff,

v.

HARBIN'S INC., an Alabama
corporation, MICHAEL G. HARBIN
and HOPE D. HARBIN PATTERSON,

       Defendants.

Case No.: 1:04cv0026
Hon. Robert Holmes Bell
Chief, U. S. District Judge

_____/

MILLER, JOHNSON, SNELL &
CUMMISKEY, P. L. C.
Jon G. March (P17065)
Attorneys for Plaintiff
250 Monroe Avenue, N. W. - Suite 800
P. O. Box 306
Grand Rapids, MI 49501-0306
(616) 831-1700

SILVERMAN, SMITH, BINGEN & RICE, P.C.
Robert W. Smith (P31192)
Attorneys for Defendant Michael G. Harbin
151 S. Rose Street
707 Comerica Building
Kalamazoo, MI 49007
(269) 381-2090

HOPE D. HARBIN - PATTERSON (now
HOPE DUNCAN PATTERSON)
Defendant in Pro Per
4514 Chamblee Dunwoody Rd. - 238
Atlanta, GA 30338-6202
(770) 451-0730

_____/

## DEFENDANT MICHAEL G. HARBIN'S WITNESS LIST

Defendant Michael G. Harbin, by and through his attorneys SILVERMAN, SMITH,

BINGEN & RICE, P.C. reserves the right to introduce the following witnesses:

<u>Barbara Lafever</u>, Steelcase, Inc., 303 Peachtree, Center Avenue, Suite AL-175, Atlanta, GA 30303, (404) 523-2210 - **may testify in person, or by deposition**;

<u>Bob Hubling</u>, Steelcase, Inc., 303 Peachtree, Center Avenue, Suite AL-175, Atlanta, GA 30303, (404) 523-2210 - **may testify in person, or by deposition**;

Brian Clark, former Steelcase, Inc. representative, Bodine, Inc., 2141 14th Ave., South Birmingham, AL 35205 - **may testify in person**, **or by deposition**;

Brackett Martanstien, former employee of Steelcase, Inc., address unknown - **may testify in person**, **or by deposition;**

Brian Clark, former Steelcase, Inc. representative, Bodine, Inc., 2141 14th Ave., South Birmingham, AL 35205, (205) 933-9100 - **may testify in person**, **or by deposition**;

Chris Dunn, Furniture Dealer, Kyser Office Works, Inc., 2400 Spruce Street, Montgomery, AL 36107, (334) 834-9400  -  **may testify in person, or by deposition**;

Christina Sauers, Steelcase, Inc., 303 Peachtree, Center Avenue, Suite AL-175, Atlanta, GA 30303, (404) 523-2210 - **may testify in person**, **or by deposition**;

Daniel Brondyk , Steelcase, Inc., 303 Peachtree, Center Avenue, Suite AL-175, Atlanta, GA 30303, (404) 523-2210 - **may testify in person, or by deposition**;

Deborah DeYoung , Steelcase, Inc., 303 Peachtree, Center Avenue, Suite AL-175, Atlanta, GA 30303, (404) 523-2210 - **may testify in person, or by deposition**;

Douglas Wilson, Steelcase, Inc., 303 Peachtree, Center Avenue, Suite AL-175, Atlanta, GA 30303, (404) 523-2210  - **may testify in person, or by deposition**;

Gary Tenney, Manager, Billing, Pricing and Credit, Steelcase, Inc., P. O. Box 1967, Grand Rapids, MI 49501-1967, (616) 247-2710 - **may testify in person**;

Gary Malburg, Vice President of Finance, Steelcase, Inc., P. O. Box 1967, Grand Rapids, MI 49501-1967, (616) 247-2710 - **may testify in person**;

James Van Dyk, Manager of Corporate Credit, Steelcase, Inc., P. O. Box 1967, Grand Rapids, MI 49501-1967, (616) 247-2710 - **may testify in person**;

Gary Malburg, Vice President of Finance, Steelcase, Inc., P. O. Box 1967, Grand Rapids, MI 49501-1967, (616) 247-2710 - **may testify in person**;

Ginny Crow, former employee of Steelcase, Inc., address unknown - **may testify in person, or by deposition;**

J. Hackett, Steelcase, Inc., 303 Peachtree, Center Avenue, Suite AL-175, Atlanta, GA 30303, (404) 523-2210 - **may testify in person, or by deposition**;

Jack Stalter, Steelcase, Inc., 303 Peachtree, Center Avenue, Suite AL-175, Atlanta, GA 30303, (404) 523-2210 - **may testify in person, or by deposition**;

James O'Connory, Steelcase, Inc., 303 Peachtree, Center Avenue, Suite AL-175, Atlanta, GA 30303, (404) 523-2210 - **may testify in person, or by deposition**;

James Van Dyk, Manager of Corporate Credit, Steelcase, Inc., P. O. Box 1967, Grand Rapids, MI 49501-1967 - **may testify in person, or by deposition**;

Jeffrey Bartholomew, Steelcase, Inc., 303 Peachtree, Center Avenue, Suite AL-175, Atlanta, GA 30303, (404) 523-2210 - **may testify in person, or by deposition**;

Joe Erbay, Steelcase, Inc., 303 Peachtree, Center Avenue, Suite AL-175, Atlanta, GA 30303, (404) 523-2210 - **may testify in person, or by deposition**;

Joel Vanderwall, Steelcase, Inc., 303 Peachtree, Center Avenue, Suite AL-175, Atlanta, GA 30303, (404) 523-2210 - **may testify in person, or by deposition**;

John Morris, Director of Dealer Sales, Steelcase, Inc., 303 Peachtree, Center Avenue, Suite AL-175, Atlanta, GA 30303, (404) 523-2210 - **may testify in person, or by deposition**;

Keith Verhage, former employee of Steelcase, Inc., address unknown - **may testify in person**, or by deposition;

Kevin N. Haynes, Assistant Vice President, Sterling Bank, 4121 Carmichael Road, Montgomery, AL, (704) 770-7800 - **may testify in person, or by deposition**;

Kyle Kyser, Furniture Dealer, Kyser Office Works, Inc., 2400 Spruce Street, Montgomery, AL 36107, (334) 834-9400 - **may testify in person, or by deposition**;

Marvis James, Regional Credit Manager, Credit Department, Steelcase, Inc., Grand Rapids, MI 49501-1967, (616) 247-2102 - **will testify in person**;

Michael D. Harbin, Defendant, 406 Eastern Lake Road - A, Santa Rosa Beach, FL 32459-8536, (850) 231-5073 - **will testify in person**;

Hope D. Harbin - Patterson, (now Duncan - Patterson), Defendant. 4514 Chamblee Dunwoody Road, 238, Atlanta, GA 30338-6202, (770) 451-0730 - **will testify in person**;

Nita Freeman, Steelcase, Inc. 303 Peachtree, Center Avenue, Suite AL-175, Atlanta, GA 30303, (404) 523-2210 - **may testify in person**, or by deposition;

Randy Essenberg, former Dealer Financial Accounts Manager, Steelcase, Inc., address unknown - **may testify in person, or by deposition**;

Randy Essenberg, former Steelcase, Inc. employee, address unknown - **may testify in person, or by deposition**;

Rich Cocos, Steelcase, Inc., 303 Peachtree, Center Avenue, Suite AL-175, Atlanta, GA 30303, (404) 523-2210 - **may testify in person, or by deposition**;

Richard Giunta, Steelcase, Inc., 303 Peachtree, Center Avenue, Suite AL-175, Atlanta, GA 30303, (404) 523-2210 - **may testify in person, or by deposition**;

Scott Messmore, Steelcase, Inc., 303 Peachtree, Center Avenue, Suite AL-175, Atlanta, GA 30303, (404) 523-2210 - **may testify in person, or by deposition**;

Sheila Dayton , Steelcase, Inc., 303 Peachtree, Center Avenue, Suite AL-175, Atlanta, GA 30303, (404) 523-2210 - **may testify in person, or by deposition**;

Stephen Morrow, Steelcase, Inc., 303 Peachtree, Center Avenue, Suite AL-175, Atlanta, GA 30303, (404) 523-2210 - **may testify in person, or by deposition**;

Steven Bush, Steelcase, Inc., 303 Peachtree, Center Avenue, Suite AL-175, Atlanta, GA 30303, (404) 523-2210 - **may testify in person, or by deposition**;

Steven Waugh, Director, Corporate Credit, Steelcase, Inc., 901 44th St., S. E., Grand Rapids, MI 49508 - **may testify in person, or by deposition**;

Tamara Johnson, Steelcase, Inc., 303 Peachtree, Center Avenue, Suite AL-175, Atlanta, GA 30303, (404) 523-2210 - **may testify in person**, **or by deposition**;

Timothy Fennema, Steelcase, Inc., 303 Peachtree, Center Avenue, Suite AL-175, Atlanta, GA 30303, (404) 523-2210 - **may testify in person**, **or by deposition**;

Other employees of Plaintiff Steelcase, Inc. whose names Defendant Michael D. Harbin does not recall;

All witnesses learned during the course of discovery; and

All witnesses named by Plaintiff.

| | |
|---|---|
| Dated: <u>February 28, 2005</u> | SILVERMAN, SMITH, BINGEN & RICE, P.C.<br>Attorneys for Defendant Michael G. Harbin<br><br>/s/Robert W. Smith<br>Robert W. Smith (P31192) |