UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

STEELCASE INC., a Michigan
corporation,

       Plaintiff,

v.

HARBIN'S, INC., an Alabama
corporation, MICHAEL G. HARBIN,
and HOPE D. HARBIN PATTERSON,

       Defendants.
_____/

Case No. 1:04CV0026

Honorable Robert Holmes Bell
Chief, U.S. District Judge

## MOTION OF PLAINTIFF STEELCASE INC.
## FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Plaintiff, Steelcase Inc., by its attorneys, Miller, Johnson, Snell & Cummiskey, P.L.C., hereby moves this Court for leave to file a Second Amended Complaint pursuant to Fed.R.Civ.P. 15(a). Plaintiff's proposed Second Amended Complaint is attached as **Exhibit 1**.

This Motion is supported by the pleadings and papers on file herein and by the supporting Brief.

       MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.
       Attorneys for Plaintiff, Steelcase Inc.

Dated: March 1, 2005

By   /s/ Sara G. Lachman_____
      Jon G. March (P17065)
      Sara G. Lachman (P67523)
Business Address:
    250 Monroe Avenue, N.W., Suite 800
    PO Box 306
    Grand Rapids, Michigan  49501-0306
Telephone:  (616) 831-1700