UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

STEELCASE INC., a Michigan
corporation,

      Plaintiff,                                   Case No. 1:04CV0026

v                                                Honorable Robert Holmes Bell
                                                Chief, U.S. District Judge

HARBIN'S INC., an Alabama
corporation, MICHAEL G. HARBIN,
and HOPE D. HARBIN PATTERSON,

      Defendants.
_____/

**PROOF OF SERVICE**

STATE OF MICHIGAN    )
                                ) ss.
COUNTY OF KENT       )

      Sara G. Lachman, of Miller, Johnson, Snell & Cummiskey, P.L.C., attorneys for plaintiff in the above-captioned lawsuit, hereby states that on the 1st day of March, 2005 she caused Judy York of Miller, Johnson, Snell & Cummiskey, P.L.C. to serve the Motion of Plaintiff Steelcase Inc. for Leave to File Second Amended Complaint and Brief in Support of Motion of Plaintiff Steelcase Inc. for Leave to File Second Amended Complaint, by first class mail upon:

Robert W. Smith, Esq.                  Hope D. Harbin (now Hope Duncan Patterson)
Attorney for Michael G. Harbin       4514 Chamblee Dunwoody Road
Silverman, Smith, Bingen & Rice, P.P.  #238
151 S. Rose Street                        Atlanta  GA  30338
707 Comerica Building
Kalamazoo, MI  49007

                                                                /s/ Sara G. Lachman
                                                               Sara G. Lachman