## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

STEELCASE, INC. a Michigan corporation,

      Plaintiff,

v.

HARBIN'S INC., an Alabama corporation, MICHAEL G. HARBIN and HOPE D. HARBIN PATTERSON (now HOPE DUNCAN PATTERSON),

      Defendants.

Case No.: 1:04cv0026
Hon. Robert Holmes Bell
Chief, U. S. District Judge

_____/

| | |
|---|---|
| MILLER, JOHNSON, SNELL & CUMMISKEY, P. L. C.<br>Jon G. March (P17065)<br>Attorneys for Plaintiff<br>250 Monroe Avenue, N. W. - Ste 800<br>P. O. Box 306<br>Grand Rapids, MI 49501-0306<br>(616) 831-1700 | SILVERMAN, SMITH, BINGEN & RICE, P.C.<br>Robert W. Smith (P31192)<br>Attorneys for Defendant Michael G. Harbin<br>151 S. Rose Street<br>707 Comerica Building<br>Kalamazoo, MI 49007<br>(269) 381-2090 |

HOPE D. HARBIN - PATTERSON (now HOPE DUNCAN PATTERSON)
Defendant in Pro Per
4514 Chamblee Dunwoody Rd., Apt. 238
Atlanta, GA 30338-6202

_____/

## PROOF OF SERVICE

      The undersigned certifies that on the 15th day of March, 2005, a copy of Defendant Michael G. Harbin's Response to Motion of Plaintiff Steelcase, Inc. for Leave to File Second Amended Complaint was served upon the following parties by depositing said copies in the U.S. Mail, postage prepaid:

Hope D. Patterson
4514 Chamblee Dunwoody Road, 238
Atlanta, GA 30338

Jon G. March
MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.
250 Monroe Avenue, N. W., Suite 800
P. O. Box 306
Grand Rapids, MI 49501-0306


Dated: March 15, 2005                /s/ Robert W. Smith
                                                Robert W. Smith (P31192)
                                                SILVERMAN, SMITH, BINGEN & RICE, P.C.
                                                151 S. Rose Street, 707 Comerica Building
                                                Kalamazoo, MI 49007
                                                (269) 381-2090