**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

STEELCASE, INC. a Michigan
corporation,

        Plaintiff,

v.

HARBIN'S INC., an Alabama
corporation, MICHAEL G. HARBIN
and HOPE D. HARBIN PATTERSON (now
HOPE DUNCAN PATTERSON),

        Defendants.

Case No.: 1:04cv0026
Hon. Robert Holmes Bell
Chief, U. S. District Judge

_____/

| | |
|---|---|
| MILLER, JOHNSON, SNELL & CUMMISKEY, P. L. C. | SILVERMAN, SMITH, BINGEN & RICE, P.C. |
| Jon G. March  (P17065) | Robert W. Smith (P31192) |
| Attorneys for Plaintiff | Attorneys for Defendant Michael G. Harbin |
| 250 Monroe Avenue, N. W. - Ste 800 | 151 S. Rose Street |
| P. O. Box 306 | 707 Comerica Building |
| Grand Rapids, MI 49501-0306 | Kalamazoo, MI 49007 |
| (616) 831-1700 | (269) 381-2090 |

HOPE D. HARBIN - PATTERSON (now
HOPE DUNCAN PATTERSON)
Defendant in Pro Per
4514 Chamblee Dunwoody Rd., Apt.
238
Atlanta, GA 30338-6202

_____/

**PROOF OF SERVICE**

     Robert W. Smith, being first duly sworn, deposes and says that on the 25th day of March, 2005, Felicia A. Williams, served a copy of ***Notice of Deposition of Marvis James*** upon the following parties by depositing said copies in the U.S. Mail, postage prepaid:

Hope D. Patterson
4514 Chamblee Dunwoody Road, 238
Atlanta, GA 30338

Jon G. March
MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.
250 Monroe Avenue, N. W., Suite 800
P. O. Box 306
Grand Rapids, MI 49501-0306


Dated: March 25, 2005          /s/ Robert W. Smith
                               Robert W. Smith (P31192)
                               SILVERMAN, SMITH, BINGEN & RICE, P.C.
                               151 S. Rose Street, 707 Comerica Building
                               Kalamazoo, MI 49007
                               (269) 381-2090