UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEELCASE INC., a Michigan
corporation,

        Plaintiff,

v.

HARBIN'S, INC., an Alabama
corporation, et al.,

        Defendants.
_____/

CASE NO. 1:04-CV-26

HON. ROBERT HOLMES BELL

## ORDER GRANTING MOTION TO AMEND CASE MANAGEMENT ORDER

Before the Court is the plaintiff's Motion to Amend Case Management Order (docket #68) in order to extend the time for amending pleadings.

It appearing plaintiff's motion was made in a timely fashion when it became apparent that the arrangements for taking the deposition of Michael G. Harbin and the time needed to receive and review documents would necessitate an extension of the deadline date for filing motions to amend pleadings.

Accordingly, plaintiff's motion is hereby **GRANTED** as it pertains to the deadline date for amending pleadings. Plaintiff's Motion for Leave to File a Second Amended Complaint is therefore deemed timely.

Date: April 4, 2005

/s/ Robert Holmes Bell
ROBERT HOLMES BELL
CHIEF UNITED STATES DISTRICT JUDGE