# United States District Court
# Western District of Michigan
# Southern Division

**STEELCASE INC.,**

**NOTICE**

v.

**CASE NO. 1:04-CV-26**

**HARBIN'S, INC., et al.**

TYPE OF CASE:

[X] CIVIL    [ ] CRIMINAL

[X] TAKE NOTICE that a proceeding in this case has been set for the place, date and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| **Federal Building** | **Courtroom 699** |
| 110 Michigan, N.W. | DATE AND TIME |
| Grand Rapids, MI 49503 | **April 11, 2005 at 2:00 p.m.** |

## TYPE OF PROCEEDING:

**Hearing on Plaintiff's Motion to Amend Complaint**

**THIS MATTER WILL BE HEARD BY MAGISTRATE JUDGE JOSEPH G. SCOVILLE PURSUANT TO 28 U.S.C. § 636.**

ROBERT HOLMES BELL
CHIEF UNITED STATES DISTRICT JUDGE

/s/ Yvonne M. Carpenter

DATE: April 4, 2005    By:    Yvonne M. Carpenter, Secretary