UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

STEELCASE INC., a Michigan
corporation,

       Plaintiff,                                  Case No. 1:04CV0026

v.                                                 Honorable Robert Holmes Bell
                                                   Chief, U.S. District Judge
HARBIN'S, INC., an Alabama
corporation, MICHAEL G. HARBIN,
and HOPE D. HARBIN PATTERSON,

       Defendants.
_____/

## MOTION OF PLAINTIFF STEELCASE INC. FOR LEAVE TO FILE REPLY BRIEF REGARDING LEAVE TO FILE SECOND AMENDED COMPLAINT

Plaintiff, Steelcase Inc., by its attorneys, Miller, Johnson, Snell & Cummiskey, P.L.C., hereby moves this Court pursuant to L. Civ. R. 7.3(c) for leave to file a Brief in reply to Defendant Michael G. Harbin's Response to Motion of Plaintiff Steelcase Inc. for Leave to File Second Amended Complaint.

Plaintiff's proposed Reply Brief is attached to the Brief in support of this Motion.

                                                MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.
                                                Attorneys for Plaintiff, Steelcase Inc.

Dated: April 8, 2005                    By   /s/ Sara G. Lachman_____
                                                     Jon G. March (P17065)
                                                     Sara G. Lachman (P67523)
                                             Business Address:
                                                  250 Monroe Avenue, N.W., Suite 800
                                                  PO Box 306
                                                  Grand Rapids, Michigan 49501-0306
                                      Telephone: (616) 831-1700