UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

STEELCASE INC., a Michigan
corporation,

       Plaintiff,

v.

HARBIN'S, INC., an Alabama
corporation, MICHAEL G. HARBIN,
and HOPE D. HARBIN PATTERSON,

       Defendants.
_____/

Case No. 1:04CV0026

Honorable Robert Holmes Bell
Chief, U.S. District Judge

**BRIEF IN SUPPORT OF MOTION OF PLAINTIFF STEELCASE INC.
FOR LEAVE TO FILE REPLY BRIEF REGARDING LEAVE
TO FILE SECOND AMENDED COMPLAINT**

It is requested that the Court grant Plaintiff leave to file a Reply Brief so that the Court may be presented with case law and argument that is relevant to the issue raised by Defendant Michael Harbin in his Response Brief regarding whether amending the First Amended Complaint to add a count to pierce the corporate veil would be futile.

       Respectfully submitted,
       MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.
       Attorneys for Plaintiff, Steelcase Inc.

Dated: April 8, 2005

By  /s/ Sara G. Lachman
       Jon G. March (P17065)
       Sara G. Lachman (P67523)
Business Address:
       250 Monroe Avenue, N.W., Suite 800
       PO Box 306
       Grand Rapids, Michigan  49501-0306
Telephone:  (616) 831-1700