UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

STEELCASE INC., a Michigan
corporation,

      Plaintiff,                                       Case No. 1:04CV0026

v                                                  Honorable Robert Holmes Bell
                                                     Chief, U.S. District Judge

HARBIN'S INC., an Alabama
corporation, MICHAEL G. HARBIN,
and HOPE D. HARBIN PATTERSON,

      Defendants.
_____/

## PROOF OF SERVICE

STATE OF MICHIGAN     )
                                  ) ss.
COUNTY OF KENT        )

        Sara G. Lachman, of Miller, Johnson, Snell & Cummiskey, P.L.C., attorneys for plaintiff in the above-captioned lawsuit, hereby states that on the 8th day of March, 2005 she caused Debra Powers of Miller, Johnson, Snell & Cummiskey, P.L.C. to serve the Motion of Plaintiff Steelcase Inc. for Leave to File Reply Brief Regarding Leave to File Second Amended Complaint and Brief in Support of Motion of Plaintiff Steelcase Inc. for Leave to File Reply Brief Regarding Leave to File Second Amended Complaint with attached proposed Plaintiff Steelcase Inc.'s Brief in Reply to Defendant Michael G. Harbin's Response to Motion for Leave to File Second Amended Complaint, by first class mail upon:

    Hope D. Harbin (now Hope Duncan Patterson)
    4514 Chamblee Dunwoody Road
    #238
    Atlanta  GA  30338

                                                                /s/ Sara G. Lachman
                                                                  Sara G. Lachman