UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEELCASE, INC. a Michigan
corporation,

  Plaintiff,

v.

HARBIN'S INC., an Alabama
corporation, MICHAEL G. HARBIN
and HOPE D. HARBIN PATTERSON (now
HOPE DUNCAN PATTERSON),

  Defendants.

Case No.: 1:04cv0026
Hon. Robert Holmes Bell
Chief, U. S. District Judge

_____/

| MILLER, JOHNSON, SNELL & CUMMISKEY, P. L. C.<br>Jon G. March (P17065)<br>Attorneys for Plaintiff<br>250 Monroe Avenue, N. W. - Ste 800<br>P. O. Box 306<br>Grand Rapids, MI 49501-0306<br>(616) 831-1700 | SILVERMAN, SMITH, BINGEN & RICE, P.C.<br>Robert W. Smith (P31192)<br>Attorneys for Defendant Michael G. Harbin<br>151 S. Rose Street<br>707 Comerica Building<br>Kalamazoo, MI 49007<br>(269) 381-2090 |

HOPE D. HARBIN - PATTERSON (now
HOPE DUNCAN PATTERSON)
Defendant in Pro Per
4514 Chamblee Dunwoody Rd., Apt. 238
Atlanta, GA 30338-6202

_____/

## **PROOF OF SERVICE**

  Robert W. Smith, being first duly sworn, deposes and says that on the 22nd day of April, 2005, a copy of ***Defendant Michael G. Harbin's Answer to Plaintiff's Second Amended Complaint*** was served upon the following parties either electronically, or by depositing said copies in the U.S. Mail, postage prepaid:

Hope D. Patterson
4514 Chamblee Dunwoody Road, 238
Atlanta, GA 30338

Jon G. March
MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.
250 Monroe Avenue, N. W., Suite 800
P. O. Box 306
Grand Rapids, MI 49501-0306


| | |
|---|---|
| Dated: <u>April 22, 2005</u> | <u>  /s/ Robert W. Smith                      </u><br>SILVERMAN, SMITH & RICE, P.C.<br>Attorneys for Defendant Michael G. Harbin<br>Robert W. Smith (P31192)<br>151 S. Rose Street, 707 Comerica Building<br>Kalamazoo, MI 49007<br>(269) 381-2090 |