UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———————

STEELCASE INC., a Michigan
corporation,

        Plaintiff,

v.

HARBIN'S, INC., an Alabama
corporation, MICHAEL G. HARBIN,
and HOPE D. HARBIN PATTERSON,

        Defendants.

_____/

Case No. 1:04CV0026

Honorable Robert Holmes Bell
Chief, U.S. District Judge

## PLAINTIFF STEELCASE INC.'S MOTION TO STRIKE DEFENDANT MICHAEL G. HARBIN'S AFFIRMATIVE DEFENSE

Plaintiff, Steelcase Inc. ("Steelcase"), through its attorneys, Miller, Johnson, Snell & Cummiskey, P.L.C., moves to strike Affirmative Defense No. 5 of Defendant, Michael G. Harbin ("Michael Harbin"), under FED. R. CIV. P. 8(c), 12(f), and 15(a). This affirmative defense was not pled in Michael G. Harbin's first responsive pleading to plaintiff's First Amended Complaint or in any permissible amendment to that pleading. Instead, Michael Harbin asserts this defense, for the first time, without leave of Court, with his Answer to Steelcase's Second Amended Complaint. The Second Amended Complaint added a claim of piercing the corporate veil but did not raise any new issues on the Guaranty claims that would permit Michael Harbin to raise this affirmative response nearly two months after the extended deadline for amendments to

pleadings. These defenses are barred under FED. R. CIV. P. 8(c) and must be stricken from Michael Harbin's pleadings.

This motion is supported by the attached brief.

Pursuant to W.D. MICH. L. R. CIV. P. 7.1(d), on April 27, 2005, counsel for Steelcase sought and was denied concurrence from counsel for Michael Harbin.

                                        Respectfully submitted,

                                        MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.
                                        Attorneys for Plaintiff, Steelcase Inc.

Dated: April 27, 2005          By  /s/ Sara G. Lachman
                                            Jon G. March (P17065)
                                            Sara G. Lachman (P67523)
                                        Business Address:
                                            250 Monroe Avenue, N.W., Suite 800
                                            PO Box 306
                                            Grand Rapids, Michigan 49501-0306
                                         Telephone: (616) 831-1700