UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

STEELCASE INC., a Michigan
corporation,

       Plaintiff,                             Case No. 1:04CV0026

v                                               Honorable Robert Holmes Bell
                                               Chief, U.S. District Judge

HARBIN'S INC., an Alabama
corporation, MICHAEL G. HARBIN,
and HOPE D. HARBIN PATTERSON,

       Defendants.
_____/

## PROOF OF SERVICE

STATE OF MICHIGAN    )
                                  ) ss.
COUNTY OF KENT       )

       Sara G. Lachman, of Miller, Johnson, Snell & Cummiskey, P.L.C., attorneys for plaintiff in the above-captioned lawsuit, hereby states that on the 27th day of April, 2005 she caused Carol Shephard of Miller, Johnson, Snell & Cummiskey, P.L.C. to serve the Plaintiff Steelcase Inc.'s Motion to Strike Defendant Michael G. Harbin's Affirmative Defense and Brief in Support of Plaintiff Steelcase Inc.'s Motion to Strike Defendant Michael G. Harbin's Affirmative Defense by first class mail upon:

    Hope D. Harbin (now Hope Duncan Patterson)
    4514 Chamblee Dunwoody Road
    #238
    Atlanta  GA  30338

                                                        /s/ Sara G. Lachman
                                                        Sara G. Lachman