# United States District Court

# Western District of Michigan

**STEELCASE INC.**

v.

**HARBIN'S, INC., et al.**

*NOTICE*

**CASE NO. 1:04-cv-26**

**Hon. Robert Holmes Bell**

**TYPE OF CASE:**

   **  X  ** **CIVIL**           **___ CRIMINAL**

___ TAKE NOTICE that a proceeding in this case has been set for the place, date and time set forth below:

| PLACE | ROOM NO. **699** |
|---|---|
| **Federal Building** <br> **110 Michigan, NW** <br> **Grand Rapids, MI** | **DATE AND TIME** <br> **TUE., MAY 17, 2005 - 10:00 A.M.** |

**TYPE OF PROCEEDING**

**Hearing on**   **PLAINTIFF'S MOTION TO STRIKE DEFENDANT MICHAEL G. HARBIN'S AFFIRMATIVE DEFENSE (docket # 110)**

___ TAKE NOTICE that the proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO, DATE AND TIME |
|---|---|---|
| **Federal Building** <br> **110 Michigan, NW** <br> **Grand Rapids, MI** | | |

**JOSEPH G. SCOVILLE, U.S. MAGISTRATE JUDGE**

**DATE:  April 28, 2005**

**/s/ Margaret Hetherington**
**(BY) DEPUTY CLERK**

**TO: Counsel of Record**

**BRIEFS IN OPPOSITION TO THE MOTION ARE DUE MAY 11, 2005. IF NO OPPOSITION IS FILED, THE MOTION MAY BE GRANTED AND THIS HEARING CANCELED WITHOUT FURTHER NOTICE TO THE PARTIES.**