UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEELCASE, INC. a Michigan
corporation,

       Plaintiff,

v.

HARBIN'S INC., an Alabama
corporation, MICHAEL G. HARBIN,
and HOPE D. HARBIN PATTERSON (now
HOPE DUNCAN PATTERSON),

       Defendants.

Case No.: 1:04cv0026
Hon. Robert Holmes Bell
Chief, U. S. District Judge

---

MILLER, JOHNSON, SNELL &
CUMMISKEY, P. L. C.
Jon G. March  (P17065)
Attorneys for Plaintiff
250 Monroe Avenue, N. W. - Ste 800
P. O. Box 306
Grand Rapids, MI 49501-0306
(616) 831-1700

HOPE DUNCAN PATTERSON
Defendant in Pro Per
4514 Chamblee Dunwoody Rd., 238
Atlanta, GA 30338-6202

SILVERMAN, SMITH & RICE, P.C.
Robert W. Smith (P31192)
Attorneys for Defendant Michael G. Harbin
151 S. Rose Street
707 Comerica Building
Kalamazoo, MI 49007
(269) 381-2090

MILLER, CANFIELD, PADDOCK &
STONE, PLC
Attorneys for Defendant Harbin's, Inc.
Kurt P. McCamman (P51477)
444 West Michigan Avenue
Kalamazoo, MI 49007
(269) 381-7030

---

## DEFENDANT MICHAEL G. HARBIN'S
## MOTION FOR SUMMARY JUDGMENT

Defendant Michael G. Harbin ("Harbin"), by and through his attorneys SILVERMAN, SMITH & RICE, P.C. moves this Court as follows:

Harbin moves for summary judgment pursuant to Fed. R. Civ. P. 56(b) on the basis that there is no genuine issue as to any material fact with respect to Counts II and III of

Plaintiff's Second Amended Complaint, and Harbin is entitled to judgment as a matter of law.

WHEREFORE, Harbin requests this Court enter an order granting him summary judgment as to Counts II and III. In addition, Harbin requests this Court enter an order granting costs and reasonable attorney fees.

Dated: <u>April 29, 2005</u>                    SILVERMAN, SMITH & RICE, P.C.
                                                Attorneys for Defendant Michael G. Harbin

                                                _____
                                                Robert W. Smith (P31192)

Steelcase, Inc. v Michael G. Harbin, et. al.
Defendant Michael G. Harbin's
Motion for Summary Judgment                Page 2                Case No.: 1:04-cv0026