# Silverman, Smith & Rice

ATTORNEYS AT LAW

707 COMERICA BUILDING
151 SOUTH ROSE STREET
KALAMAZOO, MICHIGAN 49007
TELEPHONE 269/381-2090
FACSIMILE 269/381-2519

ALAN H. SILVERMAN
ROBERT W. SMITH
STEPHEN M. RICE
RUTH A. GREGG

rsmith@kal-law.com

**_VIA HAND DELIVERED_**

April 29, 2005

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
B-35 Federal Building
410 W. Michigan Avenue
Kalamazoo, MI 49007

    **_Re:   Steelcase, Inc. v Michael G. Harbin, et. al._**
           **_USDC W. Dist. S. Div. Case No.: 1:04cv0026_**

## PROCESSING INSTRUCTIONS

| DOCUMENT | FILE |
|---|---|
| Affidavit of Michael G. Harbin, Jr. in Support of Motion for Summary Judgment, or Alternatively, Transfer of Venue (**Exhibit 9** to Brief in Support o Defendant Michael G. Harbin's Motion for Summary Judgment). | Original |

SILVERMAN, SMITH & RICE, P.C.
Attorneys for Defendant Michael G. Harbin

/s/ Felicia A. Williams
Felicia A. Williams, Legal Assistant to
Robert W. Smith (P31192)

Encl.

cc:    Michael G. Harbin _(via first class mail)_
       Hope D. Patterson _(via first class mail)_
       Jon G. March _(electronically sent)_
       Kurt P. McCamman _(electronically sent)_

www.kal-law.com