UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

STEELCASE INC., a Michigan
corporation,

       Plaintiff,                                     Case No. 1:04CV0026

v                                             Honorable Robert Holmes Bell
                                                    Chief, U.S. District Judge

HARBIN'S INC., an Alabama
corporation, MICHAEL G. HARBIN,
and HOPE D. HARBIN PATTERSON,

       Defendants.
_____/

**PROOF OF SERVICE**

STATE OF MICHIGAN     )
                                      ) ss.
COUNTY OF KENT        )

       Sara G. Lachman, of Miller, Johnson, Snell & Cummiskey, P.L.C., attorneys for plaintiff in the above-captioned lawsuit, hereby states that on the 29th day of April, 2005 she caused Carol Shephard of Miller, Johnson, Snell & Cummiskey, P.L.C. to serve Plaintiff Steelcase Inc.'s Motion for Partial Summary Judgment and Plaintiff Steelcase Inc.'s Brief in Support of Motion for Partial Summary Judgment by first class mail upon:

    Hope D. Harbin (now Hope Duncan Patterson)
    4514 Chamblee Dunwoody Road
    #238
    Atlanta  GA  30338

                                                                    /s/ Sara G. Lachman
                                                                   Sara G. Lachman