### Page 63

1  A  Correct.
2  Q  Okay. And then Retail Enhancement Services, that was
3     an LLC?
4  A  I believe it was, or an "S" corporation. I don't
5     really remember.
6  Q  And who all had an ownership interest in that?
7  A  Myself, an individual named John Doody, and Tom
8     Methvin, I believe.
9  Q  Metham (ph.)?
10 A  Methvin, M-e-t-h-v-i-n.
11 Q  Is that still operating?
12 A  No.
13 Q  And when did that end?
14 A  I believe in '99 or whatever the last date I had told
15    you.
16 Q  I think you said 1998.
17 A  '98, '99. I don't know.
18 Q  And what kind of business was that?
19 A  It was a stand-alone kind of mini Office Depot.
20 Q  I'll ask you about that in a minute, but I just don't
21    want to lose my train of thought. I was just thinking,
22    we were just talking about your sale of your future
23    interest to myofficeproducts.com.
24 A  Um-hmm.
25 Q  What happened to all the other assets?

[DEFENDANT'S EXHIBIT 3 — PENGAD-Bayonne, N.J.]

### Page 64

1  A  What assets?
2  Q  Everything that you used to --
3  A  As I stated earlier, no assets left Harbin's,
4     Incorporated.
5  Q  Okay.
6  A  Future revenue, whether that be a dollar or ten
7     trillion dollars, went to myofficeproducts.
8  Q  Did you sell your -- all the other assets at another
9     time?
10 A  The only time we sold our assets, meaning furniture,
11    fixtures, inventory, is when a cash-paying customer
12    would come in and say, "I want to buy this piece of
13    paper." All right. Then we'd say, "All right. It's
14    $2." And that would go into Harbin's, Incorporated.
15    If you walked in and wanted to charge, that went to
16    myofficeproducts.
17 Q  Right. But aside from myofficeproducts.com --
18 A  And then when we had our sale, that's when we sold
19    fixtures, furniture and all that kind of stuff.
20 Q  When was that?
21 A  Seven weeks prior to April 30th, or it was a seven-week
22    sale that ended on April 30th.
23 Q  Of what year?
24 A  2004.
25 Q  Now, seven weeks prior, that's the same date that you

### Page 65

1     had mentioned myofficeproducts.com also purchased?
2     Does that sound right?
3  A  It was seven weeks prior --
4  Q  Prior to April 30th?
5  A  No, that doesn't sound right. I think I said January
6     '04 --
7  Q  Okay.
8  A  -- on a particular date is when myofficeproducts charge
9     customers went to myofficeproducts.
10 Q  Okay. And so seven weeks prior to April 30th you had
11    your asset sale?
12 A  The sale was seven weeks in duration, so take April
13    30th and back up seven weeks and that's when we
14    started.
15 Q  That helps. I was wondering. I thought how do you
16    keep remembering seven weeks prior. Okay. Do you have
17    any records of that sale?
18 A  No.
19 Q  Did you bring in any revenue at that sale?
20 A  We did.
21 Q  Didn't you need those records for your taxes this year?
22 A  We filed a final tax return at the end of that sale.
23 Q  Where did all the proceeds from that sale go?
24 A  The bank came in at that time and had taken the
25    business over when I explained to them what we were

### Page 66

1     trying to do, so every day the bank would come in,
2     which was fine with me because I wanted them to know
3     what we were doing was on the up and up.
4        They took in all the cash receipts, the
5     charge receipts, the count of the money, the authorized
6     payment of any vendor or any check that we wrote. So
7     the bank came in and essentially took over the company
8     at that time. And they would take the money out every
9     day and then they'd come back the next day and count
10    the cash drawer and check on our A.R.'s and the mail
11    that would come in, and they'd post it to the lock box
12    they set up and so forth. They collected all the
13    receipts and they essentially handled it. We just
14    handled the sale.
15 Q  So they checked all the receipts. Do they have those
16    records?
17 A  They might.
18 Q  Just for clarification, any proceeds from that sale
19    went to the bank?
20 A  Every proceed from that sale went to Colonial Bank.
21 Q  Okay. That was a detour. So back to -- what was it?
22    Retail Enhancement?
23 A  Um-hmm. I guess.
24 Q  Retail Enhancement Services? You said that was a
25    stand-alone mini Office Depot, and I think you were