**Page 47**

1  A  Okay.
2  Q  At what banks did Harbin's have bank accounts?
3  A  South Trust Bank and Colonial Bank.
4  Q  Do they have lines of credit at either of those?
5  A  Just at Colonial Bank.
6  Q  And at what banks did Harbins-Stern Brothers have bank
7     accounts?
8  A  Colonial Bank, Aliant Bank, and that's all I can think
9     that we had.
10 Q  Okay. So they didn't have one at -- Harbins-Stern
11    Brothers did not have one at South Trust?
12 A  No, I don't think we did.
13 Q  The account at Colonial, did Harbin's have a separate
14    account from Harbins-Stern Brothers?
15 A  No.
16 Q  So Harbin's and the Harbins-Stern Brothers account at
17    Colonial was the same?
18 A  Correct.
19 Q  Okay. Did Harbins-Stern Brothers have a line of credit
20    at Colonial as well, then?
21 A  Harbins-Stern Brothers had a line of credit.
22 Q  Was that the same line of credit as Harbin's?
23 A  Correct.
24 Q  Did Harbins-Stern Brothers have lines of credit
25    anywhere else?

**Page 48**

1  A  No.
2  Q  And they didn't bank with South Trust?
3  A  No.
4  Q  The check stubs that you provided Bob Smith, were those
5     for Harbin's or Harbins-Stern Brothers or both?
6  A  I think they were a combination of both.
7  Q  Is there any way to tell which are from which business?
8  A  Yes. There's some unused checks still in the register
9     -- or still in the book, the checkbook. So the name on
10    it would denote --
11 Q  But if it's just the stub, how do you know?
12 A  I don't.
13 Q  Okay. So as I'm going through those books and looking
14    through those records, if I see stubs -- a stub, it
15    could be from Harbin's or it could be from Harbins-
16    Stern Brothers?
17 A  That's correct.
18 Q  And there's no way of knowing unless there's still a
19    copy of the check in there?
20 A  That's correct.
21 Q  Were the books, the way that you gave them to Bob, is
22    that how they were as the business was running?
23 A  Explain that.
24 Q  Sorry. You gave Bob three large books of stubs. As
25    those stubs came in, they were just put together

**Page 49**

1     regardless of whether they were from Harbin's or
2     Harbins-Stern Brothers?
3  A  What I gave to Bob was a checkbook, the check that was
4     written out, who it was for and the stub, and that's
5     what he has.
6  Q  I'm going to ask you questions about -- well, first let
7     me ask you about an asset sale. Did you have an asset
8     sale of all the assets of Harbin's at any point?
9  A  Yes.
10 Q  When did you decide to have that sale?
11 A  Seven weeks prior to April 30th. No, I take that back.
12    Months before that. I don't know the exact date.
13 Q  Prior to April 30th what year?
14 A  2004.
15 Q  Why did you decide to have an asset sale?
16 A  To pay back our vendors, and Harbin's, Inc., book of
17    business had been sold to another company.
18 Q  What company did you sell it to?
19 A  Myofficeproducts.com.
20 Q  Who owns that?
21 A  It's a corporation out of Tennessee.
22 Q  And they just purchased your book of business? They
23    didn't actually purchase Harbin's?
24 A  Correct. They purchased no assets other than future
25    revenue.

**Page 50**

1  Q  Weren't you already in some financial struggles at that
2     point with Harbin's?
3  A  At what point?
4  Q  Well, you had said months -- several months prior to
5     April 30, 2004, and you had mentioned before that you
6     were having some economic struggles in that period; is
7     that correct?
8  A  I believe so.
9  Q  And so even though your business was suffering, --
10 A  Um-hmm.
11 Q  -- they purchased it for future revenue?
12 A  They did.
13 Q  And they only purchased your book of business?
14 A  They purchased future revenue. Whether it was a
15    million dollars in revenue or a dollar, that's what
16    they purchased.
17 Q  How do you purchase that? Sorry to sound naive.
18 A  That's a good question. How do you purchase the
19    unknown?
20 Q  Well, I mean, what did they actually buy? What did you
21    hand over to them?
22 A  Nothing.
23 Q  So they -- sorry. I'm struggling to understand. They
24    paid you and you gave them -- I mean I understand
25    future revenue --