**Page 123**

1 Q Did it happen more than once?
2 A A couple of times it did. Exactly when, normally
3   through the course of my divorce, as you know, and the
4   information Hope has supplied you all. When I was not
5   making the income to satisfy -- excuse me. Strike
6   that. When I was not able to provide in the way that
7   some think I should when the business was struggling
8   after the events of 9-11, as I attested to earlier, so,
9   yes. But do these amounts -- were they significant?
10  No. Is there an amount that the corporation still owes
11  me? Yes. Will I receive it? No. So --
12 Q You said that Harbin's rented space on Perry Street?
13 A I did not.
14 Q Because it owned that 1 percent of M&M Properties?
15 A Harbin's was a member of M&M Properties, LLC, and they
16   were a 1-percent member.
17 Q Okay.
18 A Harbin's never did pay rent above the mortgage and the
19   interest payment to the bank.
20 Q Oh. So Harbin's paid the mortgage payment?
21 A Right.
22 Q Okay. And that was sort of an informal rental
23   situation so that Harbin's could occupy that building?
24 A Yeah. The building was held by the corporation. We
25   pulled it out of the corporation and put it in this

**Page 124**

1   LLC, but we never did formally juice up the rent to
2   what other owners were doing, what my former business
3   partner was doing. We never tacked on the extra
4   thousand dollars in rent.
5       We just strictly paid the mortgage and the
6   interest, and then the K-1's flew through myself and my
7   sister each year and we unfortunately had to pay the
8   tax on that K-1, but we never even, quote, bonused that
9   money out to cover the tax, even though we were told to
10  do so by our accountants.
11      But we just -- I tried very hard to keep as
12  much cash and capital in the corporation, because this
13  was a small company, as much as I could.
14 Q Did M&M Properties -- I apologize if you've already
15   answered this -- did they own any other properties?
16 A No.
17 Q So they just owned Harbin's space on South Perry
18   Street?
19 A That's correct. And South Perry was an entire city
20   block. They owned that one parcel of property and
21   that's it, which the bank has subsequently foreclosed
22   on.
23 Q So there was no formal rental agreement between M&M
24   Properties and Harbin's?
25 A There might have been when it was first created, but

**Page 125**

1   there -- like an annual renewal that we pulled out or a
2   five-year lease or anything like that?
3 Q We are getting close to the end. I'm sure everybody's
4   bellies are rumbling. Do you remember when Harbin's,
5   Incorporated -- and I know we have talked about this,
6   but I just want to get it --
7 A Okay.
8 Q -- firm so that I can --
9 A I understand.
10 Q -- understand fully. I'm trying to understand when
11   Harbin's, Incorporated, stopped paying their debts to
12   Steelcase particularly. Do you remember when that was?
13 A I think it was right after Steelcase -- well, no. My
14   understanding was just flat refused to send that stupid
15   $200 keyboard tray that held up a $12,000 check payment
16   from the insurance company that I was going to
17   overnight to Marvis to keep the flow of business in.
18   2002, I think.
19 Q 2002?
20 A They would have records of that, their last open P.O.
21   date or ship order date when I was on super credit,
22   double secret management control with Marvis and
23   everybody else.
24 Q Right.
25 A Which was unfortunate, but, you know, that happened.

**Page 126**

1 Q And do you think in 2002 that the assets of Harbin's,
2   Incorporated, were greater than their liabilities and
3   debts?
4 A Again, I'd have to look at a balance sheet. I was
5   going through that divorce and I think if he hadn't
6   spoken to my ex-wife, I know other people have, and
7   trying to run that business; trying to maintain a
8   relationship with my children, and fighting an economy
9   that was in the tank for this industry was very
10  difficult.
11      So if I could tell you off the top of my
12  head, you know, I think you could tell by my testimony
13  today, I certainly would. I would have to look and
14  see. I don't have those records. I walked out of that
15  building on April 30th with bad memories and nightmares
16  and I didn't look back, and so if there's -- if you
17  have a record somewhere that I can look at, I'll be
18  happy to and then I can tell you yes, they exceeded, or
19  no, they did not. But I don't know off the top of my
20  head.
21 Q Are your records generally -- such records as this
22   (pointing to Exhibit 9), would that accurately reflect
23   -- that's a 2002 record. Would that accurately reflect
24   your assets and liabilities during 2002? I'm sorry.
25   When I said "that," that was Exhibit 9.