|  | Page 39 |  | Page 41 |
|---|---|---|---|
| 1 A | I really don't know why that is. That's not to say they | 1 | exchanges. |
| 2 | weren't, but I can't say specifically why you weren't able to | 2 | MR. MARCH: Same objection. |
| 3 | have -- why there were not such copies of correspondence. | 3 | BY MR. SMITH: |
| 4 Q | Would you think that there should have been some documents | 4 Q | Back in 1993, which is what we're talking about now. |
| 5 | that would indicate correspondence between yourself and the | 5 A | You know, we have different systems today than we had then. |
| 6 | Legal Department regarding this particular document? | 6 | I can't recall in '93 if we had the capability to do that or |
| 7 A | I would think that there would have been some correspondence. | 7 | not. |
| 8 Q | Would that have been, in 1993, in the form of a memorandum or | 8 Q | Probably changed all the computers by this time; is that |
| 9 | an e-mail? | 9 | right? |
| 10 A | It could have been either. | 10 A | I'm quite sure we -- well, obviously, we do have different |
| 11 Q | Do you have any knowledge as to how Steelcase keeps credit | 11 | equipment today than we had then. |
| 12 | file records? In other words, do you have a credit file for | 12 | (Exhibit 10 marked for identification.) |
| 13 | each dealership? | 13 Q | These got a little out of place. |
| 14 A | Yes, we do. | 14 | (Exhibit 11 marked for identification.) |
| 15 Q | Do you keep everything in one file with regard to that | 15 Q | Mr. James, I've handed you a copy of Exhibit Number 11, and |
| 16 | dealership and the credit for that dealership, or do you | 16 | briefly, would you review that and compare it with Exhibit |
| 17 | split it up into correspondence and into some other -- | 17 | Number 9, and then describe it for me as best you can. |
| 18 A | Usually the credit -- well, the credit files are separated by | 18 A | From all indications, it's the same document as Exhibit |
| 19 | sections, where we have a legal documents section, we have a | 19 | Number 9, with the exception of the purchase order numbers |
| 20 | section for correspondence, we have a section for financial | 20 | are different. |
| 21 | statements. | 21 Q | Do you have any independent recollection of this particular |
| 22 Q | So it's three sections; correspondence, legal documents and | 22 | exhibit? |
| 23 | financial statements? | 23 A | No, not at this time, other than just seeing it here. |
| 24 A | Basically, yes. | 24 Q | Exhibit Number 9, would it be fair to say that that was |
| 25 Q | Do you make hard copies of all your e-mails? | 25 | executed by the Harbins on June 10, 1993? |

|  | Page 40 |  | Page 42 |
|---|---|---|---|
| 1 A | Well, not all of them. It depends upon the importance of the | 1 A | Exhibit Number? I'm sorry. |
| 2 | e-mail as to whether or not we would print a copy of it or | 2 Q | Exhibit Number 9. |
| 3 | not. | 3 A | Number 9? It shows executed June 10, 1993. |
| 4 Q | So that's just sort of done randomly based on somebody's | 4 Q | And Exhibit Number 11 was executed on August 4, 1993; is that |
| 5 | decision that this is important, I'm going to make a hard | 5 | correct? |
| 6 | copy of it? | 6 A | That's correct. |
| 7 A | Yes. | 7 Q | And Exhibit Number 11 references a completely different set |
| 8 Q | And if somebody just didn't either think it was important or | 8 | of purchase orders than Exhibit Number 9; is that right? |
| 9 | just didn't get around to making a hard copy of it, the file | 9 A | That's correct. |
| 10 | wouldn't reflect the e-mail exchange; is that right? | 10 Q | As you sit here today, can you recall why this second |
| 11 A | I guess I wouldn't characterize it as being something that | 11 | guaranty was requested? |
| 12 | someone would think not important, you know. It's something | 12 A | It would have been a case where these were different |
| 13 | that could have gotten misfiled. There could be other | 13 | shipments that we're making at a different point in time. |
| 14 | reasons why there's no record of that. | 14 Q | And is it correct that you had Exhibit Number 9 executed |
| 15 Q | Do you know if there is e-mail information, whether you keep | 15 | because you were concerned about getting paid and you wanted |
| 16 | a record of the e-mail exchanges, an electronic record that | 16 | to make sure that you had a personal guaranty for those |
| 17 | is hard copied? | 17 | specific purchase orders? |
| 18 | MR. MARCH: Object for lack of foundation. You may | 18 A | Yes. |
| 19 | answer. | 19 Q | And would the same be true with Exhibit Number 11? |
| 20 | THE WITNESS: Are you asking me, specifically? | 20 A | The same would be true. |
| 21 | BY MR. SMITH: | 21 | (Exhibit 12 marked for identification.) |
| 22 Q | Yeah. | 22 Q | I show you what's been marked as Exhibit Number 12 and ask |
| 23 A | Just in general, or pertaining to this situation? | 23 | you if you could identify that. |
| 24 Q | Pertaining to this, or any situation in the Credit | 24 A | This is an individual guaranty. |
| 25 | Department, if you keep electronic records of e-mail | 25 Q | And what's the date at the top of that document? |

DEFENDANT'S EXHIBIT 12
PENGAD-Bayonne, N. J.