```
                    Page 51                                          Page 53
 1  A  He's my manager. He's the Director of Corporate Credit.    1     security agreements; is that right?
 2  Q  He was your boss at that time?                             2  A  Yes, that's right.
 3  A  That's right.                                              3  Q  At some point did you stop using this record?
 4  Q  And who is Rich Cocos?                                     4  A  Yes.
 5  A  Rich Cocos is the Dealer Transition -- was the Dealer      5  Q  When was that?
 6     Transition Manager for that region at the time.            6  A  I don't have a photographic memory. I can only think it
 7  Q  You were transitioning that dealership, or that region over 7    would have been somewhere between 2001 and 2002.
 8     to Rich Cocos?                                             8  Q  Did you keep them in the file?
 9  A  No, that was just his title. It was pretty much the same as 9  A  It was kept in a credit file, in the credit file, yes.
10     the Dealer Alliance that I mentioned earlier. They changed 10  Q  I mean, you stopped using the documents, or you stopped
11     the title to that Dealer Transition Manager.              11     adding it to the file, you didn't go through all the files
12         (Exhibit 15 marked for identification.)               12     and purge them, I take it?
13  Q  I show you what's been marked as Deposition Exhibit Number 13        MR. MARCH: You're talking about Exhibit 16?
14     15. Can you identify that?                                14        MR. SMITH: Right.
15  A  Okay.                                                     15        MR. MARCH: Or, more accurately, the form?
16  Q  This is a letter from your boss, basically, on November 27, 16       MR. SMITH: I'm talking about the form, actually.
17     2002 to Michael Harbin; is that correct?                  17        THE WITNESS: This form?
18  A  Yes.                                                      18  BY MR. SMITH:
19  Q  And it appears that Steven Waugh had taken over the account, 19 Q  Yeah.
20     or taken over, been involved more personally in this      20  A  Yeah, it wasn't a high priority thing for us to go through
21     particular account at that point; is that accurate?       21     the files and purge documents, or a log sheet, you know, that
22  A  Well, he had gotten involved with the account, yes.       22     was no longer effective, or whatever.
23  Q  Because it was delinquent?                                23  Q  I'm just curious about this particular document that says at
24  A  Yes.                                                      24     the top, that security log as of June 17, 1993, and it refers
25  Q  At what point, as a credit manager, do you start asking, or 25   to a guaranty signed August 4, 1993 after the date of the

                    Page 52                                          Page 54
 1     do you start asking the dealer for personal financial      1     log. Maybe that doesn't mean anything. I was just curious.
 2     statements?                                                2     Do you have any explanation for that?
 3  A  We would only ask for a personal financial statement if we 3  A  Other than -- nothing other than the fact that this was
 4     had a personal guaranty.                                   4     added, you know.
 5  Q  And I didn't see any correspondence from anybody in the file, 5 Q  So it's something that you add to?
 6     yourself, or Mr. Waugh, or anybody else, requesting from Mr. 6  A  Right.
 7     Harbin a personal financial statement. Do you, as you sit  7  Q  Not pull it out and type it at some point, or back in '93 you
 8     here, have any independent recollection of asking for one? 8     would have pulled it out typed it, new information?
 9  A  No, I do not.                                              9  A  Right; correct.
10  Q  Would it be your place to ask for a personal guaranty, or not 10 Q  Mr. James, I'm looking at the privilege log which was filled
11     personal guaranty, but personal financial statement, or would 11   out by your attorney, so you may not have any knowledge of
12     it be somebody else's --                                  12     it, but I just want to go through some of these names and ask
13  A  That would be part of what I would do, yes.               13     if you can identify who they are; James O'Connor?
14         (Exhibit 16 marked for identification.)               14  A  James O'Connor. Jim O'Connor, he's on our legal staff.
15  Q  I show you what's been marked as Deposition Exhibit 16 and 15  Q  Legal staff? Okay. Daniel Brondyk?
16     ask if you can identify that for the record.              16  A  He's on our legal staff.
17  A  Well, this is a security agreement log, log sheet that we 17  Q  Elizabeth Orelup?
18     would place in the credit file just as a quick reference to 18  A  She's an outside attorney.
19     any documents that we had on the deal.                    19  Q  Patrick Schoen?
20  Q  Is this a form that you use in every credit file?         20  A  He's an outside attorney.
21  A  At that time we used them in any credit file we had security 21  Q  Gary Malburg?
22     type agreements or guaranties, or documents of that sort. 22  A  He's our Vice President and Treasurer of Steelcase.
23  Q  So correct me if I'm wrong, but you keep this at the front of 23 Q  Is he on the Board of Directors; do you know?
24     the credit file so you can go into the file quickly to    24  A  No.
25     determine whether or not there are personal guaranties or 25  Q  Who is his boss?
```

DEFENDANT'S EXHIBIT 14