UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEELCASE, INC. a Michigan
corporation,

    Plaintiff,

v.

HARBIN'S INC., an Alabama
corporation, MICHAEL G. HARBIN,
and HOPE DUNCAN PATTERSON,

    Defendants.

Case No.: 1:04cv0026
Hon. Robert Holmes Bell
Chief, U. S. District Judge

_____/

| | |
|---|---|
| MILLER, JOHNSON, SNELL & CUMMISKEY, P. L. C.<br>Jon G. March (P17065)<br>Attorneys for Plaintiff<br>250 Monroe Avenue, N. W. - Ste 800<br>P. O. Box 306<br>Grand Rapids, MI 49501-0306<br>(616) 831-1700<br><br>HOPE DUNCAN PATTERSON<br>Defendant in Pro Per<br>4514 Chamblee Dunwoody Rd., 238<br>Atlanta, GA 30338-6202 | SILVERMAN, SMITH & RICE, P.C.<br>Robert W. Smith (P31192)<br>Attorneys for Defendant Michael G. Harbin<br>151 S. Rose Street<br>707 Comerica Building<br>Kalamazoo, MI 49007<br>(269) 381-2090<br><br>MILLER, CANFIELD, PADDOCK & STONE, PLC<br>Attorneys for Defendant Harbin's, Inc.<br>Kurt P. McCamman (P51477)<br>444 West Michigan Avenue<br>Kalamazoo, MI 49007<br>(269) 381-7030 |

_____/

**DEFENDANT MICHAEL G. HARBIN'S MOTION FOR CHANGE OF VENUE,
OR ALTERNATIVELY, TO ADJOURN
THE TRIAL AND SETTLEMENT CONFERENCE**

Defendant Michael G. Harbin ("Harbin"), by and through his attorneys SILVERMAN, SMITH & RICE, P.C. moves this Court to change venue in this case to the State of Alabama and says:

Harbin requests this Court pursuant to 28 U.S.C. § 1404 for the convenience of parties and witnesses, and in the interest of justice, to transfer the venue of this case to the Middle District of Alabama. Alternatively, Harbin requests that this Court adjourn the trial and settlement conference to give Harbin an opportunity to conduct discovery related to Steelcase's recently added Count III.

WHEREFORE, Harbin requests that venue be transferred to the Middle District of Alabama, in Montgomery, Alabama. In addition, Harbin requests this Court enter an order granting costs and reasonable attorney fees. Alternatively, Harbin requests that the trial and settlement conference scheduled for June 20, 2005 and May 27, 2005, respectively be adjourned.

Dated: May 2, 2005

SILVERMAN, SMITH & RICE, P.C.
Attorneys for Defendant Michael G. Harbin

_____
Robert W. Smith (P31192)

Steelcase, Inc. v Harbin's, Inc., et. al.
Defendant Michael G. Harbin's Motion for Change
of Venue and Alternatively, to Adjourn the Trial
and Settlement Conference       Page 2       Case No.: 1:04cv0026