UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

STEELCASE INC., a Michigan
corporation,

                Plaintiff,

v.

HARBIN'S, INC., an Alabama
corporation, MICHAEL G. HARBIN,
and HOPE D. HARBIN PATTERSON,

                Defendants.

_____/

Case No. 1:04CV0026
Honorable Robert Holmes Bell
Chief, U.S. District Judge

**PLAINTIFF'S MOTION TO HOLD IN ABEYANCE**
**DEFENDANT MICHAEL G. HARBIN'S MOTION**
**FOR CHANGE OF VENUE, OR ALTERNATIVELY,**
**TO ADJOURN THE TRIAL AND SETTLEMENT CONFERENCE**

Plaintiff, Steelcase Inc., by and through its attorneys, Miller, Johnson, Snell &
Cummiskey, P.L.C., moves for the following relief:

1.      Hold in abeyance Defendant Michael G. Harbin's Motion for Change of
Venue, Or Alternatively, to Adjourn the Trial and Settlement Conference (Docket No. 124) until
the Court has ruled on (a) the Motion for Partial Summary Judgment of plaintiff Steelcase Inc.
(Docket No. 119) concerning the personal guaranties and (b) Defendant Michael G. Harbin's
Motion for Summary Judgment (Docket No. 114) on both the personal guaranties and the claim
of piercing the corporate veil.

2.      Extend the time within which plaintiff Steelcase Inc. may respond to
Defendant Michael G. Harbin's Motion for Change of Venue, Or Alternatively, to Adjourn the
Trial and Settlement Conference (Docket No. 124) until fourteen (14) days after the Court has
ruled on the parties' motions for summary judgment or alternatively, has denied the present
motion.

Pursuant to local rule 7.1(d), plaintiff's counsel conferred with counsel for defendant Michael G. Harbin by telephone conferences on May 5 and May 9, 2005. Defendant's counsel does not object to plaintiff's present motion, except as it pertains to adjourning the Settlement Conference.

This motion is supported by the pleadings and papers on file herein and by the accompanying brief in support.

Respectfully submitted,

MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.
Attorneys for Plaintiff, Steelcase Inc.

Dated: May 10, 2005    By  /s/ Jon G. March
                              Jon G. March (P17065)
                              Sara G. Lachman (P67523)
                          Business Address:
                              250 Monroe Avenue, N.W., Suite 800
                              PO Box 306
                              Grand Rapids, Michigan  49501-0306
                          Telephone:  (616) 831-1700