UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

STEELCASE INC., a Michigan
corporation,

                Plaintiff,                            Case No. 1:04CV0026

v                                                   Honorable Robert Holmes Bell
                                                   Chief, U.S. District Judge

HARBIN'S INC., an Alabama
corporation, MICHAEL G. HARBIN,
and HOPE D. HARBIN PATTERSON,

                Defendants.

_____/

**PROOF OF SERVICE**

STATE OF MICHIGAN      )
                              ) ss.
COUNTY OF KENT         )

        Jon G. March, of Miller, Johnson, Snell & Cummiskey, P.L.C., attorneys for plaintiff in the above-captioned lawsuit, hereby states that on the 10th day of May, 2005 he caused Judy A. York of Miller, Johnson, Snell & Cummiskey, P.L.C., to serve **Plaintiff's Motion to Hold in Abeyance Defendant Michael G. Harbin's Motion for Change of Venue, or Alternatively, to Adjourn the Trial and Settlement Conference** and **Brief in Support of Plaintiff's Motion to Hold in Abeyance Defendant Michael G. Harbin's Motion for Change of Venue, or Alternatively, to Adjourn the Trial and Settlement Conference** by first class mail upon:

      Hope D. Harbin (now Hope Duncan Patterson)
      4514 Chamblee Dunwoody Road
      #238
      Atlanta  GA  30338

                                    /s/ Jon G. March
                                Jon G. March