# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

STEELCASE, INC. a Michigan
corporation,

      Plaintiff,

v.

HARBIN'S INC., an Alabama
corporation, MICHAEL G. HARBIN
and HOPE D. HARBIN PATTERSON (now
HOPE DUNCAN PATTERSON),

      Defendants.

Case No.: 1:04cv0026
Hon. Robert Holmes Bell
Chief, U. S. District Judge

---

| | |
|---|---|
| MILLER, JOHNSON, SNELL & CUMMISKEY, P. L. C.<br>Jon G. March (P17065)<br>Attorneys for Plaintiff<br>250 Monroe Avenue, N. W. - Ste 800<br>P. O. Box 306<br>Grand Rapids, MI 49501-0306<br>(616) 831-1700 | SILVERMAN, SMITH, BINGEN & RICE, P.C.<br>Robert W. Smith (P31192)<br>Attorneys for Defendant Michael G. Harbin<br>151 S. Rose Street<br>707 Comerica Building<br>Kalamazoo, MI 49007<br>(269) 381-2090 |
| HOPE D. PATTERSON<br>Defendant in Pro Per<br>4514 Chamblee Dunwoody Rd., Apt. 238<br>Atlanta, GA 30338-6202 | MILLER, CANFIELD, PADDOCK & STONE, PLC<br>Attorneys for Defendant Harbin's, Inc.<br>Kurt P. McCamman (P51477)<br>444 West Michigan Avenue<br>Kalamazoo, MI 49007<br>(269) 381-7030 |

## **PROOF OF SERVICE**

    Robert W. Smith deposes and says that on the 11th day of May, 2005, Felicia A. Williams, served a copy of ***Defendant Michael G. Harbin's Response to Plaintiff Steelcase, Inc.'s Motion to Strike Affirmative Defense No. 5, Defendant Michael G. Harbin's Brief in Opposition to Plaintiff Steelcase, Inc.'s Motion to Strike Affirmative Defense No. 5*** along with this ***Proof of Service*** upon the following parties, either electronically, or by depositing said copies in the U.S. Mail, postage prepaid:

Jon G. March
MILLER, JOHNSON, SNELL
& CUMMISKEY, P.L.C.
250 Monroe Avenue, N. W., Suite 800
P. O. Box 306
Grand Rapids, MI 49501-0306

Hope D. Patterson
4514 Chamblee Dunwoody Rd., 238
Atlanta, GA 30338

Kurt P. McCamman
MILLER, CANFIELD, PADDOCK
& STONE, PLC
444 West Michigan Avenue
Kalamazoo, MI 49007


Dated: May 11, 2005             /s/ Robert W. Smith
                                Robert W. Smith (P31192)
                                SILVERMAN, SMITH & RICE, P.C.
                                Attorneys for Defendant Michael Harbin
                                151 S. Rose Street
                                707 Comerica Building
                                Kalamazoo, MI 49007
                                (269) 381-2090