UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case Number | Date | Time | Place | Magistrate Judge |
|---|---|---|---|---|
| 1-04-cv-26 | 5/17/05 | 10:03 a.m. - 10:50 a.m. | Grand Rapids, MI | Joseph G. Scoville |

**CASE CAPTION**

| Plaintiff(s): | Defendant(s): |
|---|---|
| Steelcase Inc. | Harbin's, Inc., et al. |

| Plaintiff: | **APPEARANCES** Defendant: |
|---|---|
| Sara Lachman | Robert Smith |
|  |  |

**WITNESSES**

_____ P D     _____ P D

_____ P D     _____ P D

_____ P D     _____ P D

_____ P D     _____ P D

**PROCEEDINGS**

**NATURE OF HEARING:**  Hearing on Plaintiff's Motion to Strike Affirmative Defense of Michael Harbin (docket # 110) - motion denied; court to issue order

Recorded on Tape: digital     Deputy Clerk: mmh