# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

STEELCASE, INC. a Michigan
corporation,

    Plaintiff,           Case No.: 1:04cv0026
                        Hon. Robert Holmes Bell
v                     Chief, U. S. District Judge

HARBIN'S INC., an Alabama
corporation, MICHAEL G. HARBIN
and HOPE D. HARBIN PATTERSON (now
HOPE DUNCAN PATTERSON),

    Defendants.

_____/

| | |
|---|---|
| MILLER, JOHNSON, SNELL & CUMMISKEY, P. L. C. | SILVERMAN, SMITH, BINGEN & RICE, P.C. |
| Jon G. March  (P17065) | Robert W. Smith (P31192) |
| Attorneys for Plaintiff | Attorneys for Defendant Michael G. Harbin |
| 250 Monroe Avenue, N. W. - Ste 800 | 151 S. Rose Street |
| P. O. Box 306 | 707 Comerica Building |
| Grand Rapids, MI 49501-0306 | Kalamazoo, MI 49007 |
| (616) 831-1700 | (269) 381-2090 |

HOPE D. HARBIN - PATTERSON (now
HOPE DUNCAN PATTERSON)
Defendant in Pro Per
4514 Chamblee Dunwoody Rd., 238
Atlanta, GA 30338-6202

_____/

## DEFENDANT MICHAEL G. HARBIN'S MOTION TO APPEAR AT THE SETTLEMENT CONFERENCE TELEPHONICALLY

Plaintiff Michael G. Harbin ("Harbin"), by and through his attorneys SILVERMAN,

SMITH & RICE, P.C., moves this Court for permission to appear at the Settlement

Conference, scheduled in this matter, telephonically, and in support of his motion says as

follows:

1.      On April 27, 2005, this Court issued its Order requiring the parties to appear in person at the Settlement Conference scheduled for May 27, 2005.

2.      Harbin is a resident of the State of Florida and does business in the State of Florida.

3.      Defendant Hope D. Harbin (now Hope D. Patterson) is a resident of the State of Georgia.

4.      Plaintiff Steelcase, Inc. ("Steelcase") is a resident of the State of Michigan and has its offices in Grand Rapids, Michigan.

5.      Harbin is an individual who has recently lost his business and is trying to reestablish a new career. Requiring him to obtain transportation from Florida to Grand Rapids, MI, the cost of, at least one overnight stay and possibly two, will be a financial hardship.

6.      Harbin will be available by telephone to participate in settlement negotiations. He believes settlement discussions can be conducted just as effectively with him available by telephone.

        WHEREFORE, Harbin requests this Court grant him permission to appear at the Settlement Conference, on May 27, 2005, telephonically.


Dated: May 19, 2005                    SILVERMAN, SMITH & RICE, P.C.
                                       Attorneys for Defendant Michael Harbin


                                        /s/ Robert W. Smith
                                       Robert W. Smith (P31192)


Steelcase, Inc. v Michael G. Harbin, et. al.
**Harbin's Motion to Appear at Settlement**
**Conference Telephonically**                    Page 2                    Case No.: 1:04cv0026