**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

STEELCASE, INC. a Michigan
corporation,

       Plaintiff,                                    Case No.: 1:04cv0026
                                                             Hon. Robert Holmes Bell
v.                                                           Chief, U. S. District Judge

HARBIN'S INC., an Alabama
corporation, MICHAEL G. HARBIN
and HOPE D. HARBIN PATTERSON (now
HOPE DUNCAN PATTERSON),

       Defendants.

_____/

| | |
|---|---|
| MILLER, JOHNSON, SNELL & CUMMISKEY, P. L. C. | SILVERMAN, SMITH, BINGEN & RICE, P.C. |
| Jon G. March  (P17065) | Robert W. Smith (P31192) |
| Attorneys for Plaintiff | Attorneys for Defendant Michael G. Harbin |
| 250 Monroe Avenue, N. W. - Ste 800 | 151 S. Rose Street |
| P. O. Box 306 | 707 Comerica Building |
| Grand Rapids, MI 49501-0306 | Kalamazoo, MI 49007 |
| (616) 831-1700 | (269) 381-2090 |
| | |
| HOPE D. PATTERSON | MILLER, CANFIELD, PADDOCK & STONE, PLC |
| Defendant in Pro Per | Attorneys for Defendant Harbin's, Inc. |
| 4514 Chamblee Dunwoody Rd., Apt. 238 | Kurt P. McCamman (P51477) |
| Atlanta, GA 30338-6202 | 444 West Michigan Avenue |
| | Kalamazoo, MI 49007 |
| | (269) 381-7030 |

_____/

**PROOF OF SERVICE**

Robert W. Smith deposes and says that on the 19th day of May, 2005, Felicia A. Williams served a copy of ***Defendant Michael G. Harbin's Motion to Appear at the Settlement Conference Telephonically*** along with this ***Proof of Service*** upon the following parties, either electronically, or by depositing said copies in the U.S. Mail, postage prepaid:

Jon G. March
MILLER, JOHNSON, SNELL
& CUMMISKEY, P.L.C.
250 Monroe Avenue, N. W., Suite 800
P. O. Box 306
Grand Rapids, MI 49501-0306

Hope D. Patterson
4514 Chamblee Dunwoody Rd., 238
Atlanta, GA 30338

Kurt P. McCamman
MILLER, CANFIELD, PADDOCK
& STONE, PLC
444 West Michigan Avenue
Kalamazoo, MI 49007


Dated: <u>May 19, 2005</u>                          <u> /s/ Robert W. Smith                    </u>
                                                    Robert W. Smith (P31192)
                                                    SILVERMAN, SMITH & RICE, P.C.
                                                    Attorneys for Defendant Michael Harbin
                                                    151 S. Rose Street
                                                    707 Comerica Building
                                                    Kalamazoo, MI 49007
                                                    (269) 381-2090