UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEELCASE INC., a Michigan
corporation,

        Plaintiff,

v.

        CASE NO. 1:04-CV-26

        HON. ROBERT HOLMES BELL

HARBIN'S, INC., an Alabama
corporation, et al.,

        Defendants.
                                    /

## **SCHEDULING ORDER**

A hearing on plaintiff's motion for partial summary judgment and defendant Michael Harbin's motion for summary judgment is scheduled for **June 17, 2005 at 1:30 p.m.**

Plaintiff shall be given fourteen (14) days following the resolution of the above motions to file a response to defendant Michael Harbin's motion for change of venue.

In order to resolve the pending motions prior to trial in the above matter, the final pretrial/settlement conference before Magistrate Judge Scoville will be adjourned to **August 8, 2005 at 10:00 a.m.** The non-jury trial is rescheduled to **August 22, 2005 at 9:00 a.m.**

Date: May 25, 2005          /s/ Robert Holmes Bell
                                             ROBERT HOLMES BELL
                                             CHIEF UNITED STATES DISTRICT JUDGE