# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

STEELCASE, INC. a Michigan
corporation,

      Plaintiff,

v.

HARBIN'S INC., an Alabama
corporation, MICHAEL G. HARBIN
and HOPE D. HARBIN PATTERSON (now
HOPE DUNCAN PATTERSON),

      Defendants.

Case No.: 1:04cv0026
Hon. Robert Holmes Bell
Chief, U. S. District Judge

---

| | |
|---|---|
| MILLER, JOHNSON, SNELL & CUMMISKEY, P. L. C.<br>Jon G. March (P17065)<br>Attorneys for Plaintiff<br>250 Monroe Avenue, N. W. - Ste 800<br>P. O. Box 306<br>Grand Rapids, MI 49501-0306<br>(616) 831-1700 | SILVERMAN, SMITH, BINGEN & RICE, P.C.<br>Robert W. Smith (P31192)<br>Attorneys for Defendant Michael G. Harbin<br>151 S. Rose Street<br>707 Comerica Building<br>Kalamazoo, MI 49007<br>(269) 381-2090 |
| HOPE D. PATTERSON<br>Defendant in Pro Per<br>4514 Chamblee Dunwoody Rd., Apt. 238<br>Atlanta, GA 30338-6202 | MILLER, CANFIELD, PADDOCK & STONE, PLC<br>Attorneys for Defendant Harbin's, Inc.<br>Kurt P. McCamman (P51477)<br>444 West Michigan Avenue<br>Kalamazoo, MI 49007<br>(269) 381-7030 |

## **PROOF OF SERVICE**

      Robert W. Smith deposes and says that on the 27th day of May, 2005, Felicia A. Williams served a copy of ***Defendant Michael G. Harbin's Brief in Response to Plaintiff's Motion for Partial Summary Judgment*** along with this ***Proof of Service*** upon the following parties, either electronically, or by depositing said copies in the U.S. Mail, postage prepaid:

Jon G. March
MILLER, JOHNSON, SNELL
& CUMMISKEY, P.L.C.
250 Monroe Avenue, N. W., Suite 800
P. O. Box 306
Grand Rapids, MI 49501-0306

Hope D. Patterson
4514 Chamblee Dunwoody Rd., 238
Atlanta, GA 30338

Kurt P. McCamman
MILLER, CANFIELD, PADDOCK
& STONE, PLC
444 West Michigan Avenue
Kalamazoo, MI 49007

Dated: May 27, 2005

/s/ Robert W. Smith
Robert W. Smith (P31192)
SILVERMAN, SMITH & RICE, P.C.
Attorneys for Defendant Michael Harbin
151 S. Rose Street
707 Comerica Building
Kalamazoo, MI 49007
(269) 381-2090