# EXHIBIT E

HARBIN'S, INC.
BALANCE SHEET
AS OF JUNE 30, 1999

ASSETS

|  | | % OF ASSETS |
|---|---:|---:|
| CURRENT ASSETS | | |
| CASH - STERLING BANK | 7,966.76 | 0.39% |
| CASH - SOUTHTRUST BANK | 74,939.87 | 3.65% |
| CASH ON HAND - PETTY | 650.00 | 0.03% |
| TOTAL CASH | 83,556.63 | 4.07% |
| ACCOUNTS RECEIVABLE - TRADE | 517,955.55 | 25.23% |
| ACCOUNTS RECEIVABLE - EMPLOYEE | 1,471.21 | 0.07% |
| ① ACCOUNTS RECEIVABLE - RETAIL ENHANCEMENTS | 297,413.50 | 14.49% |
| TOTAL RECEIVABLES | 816,840.26 | 39.79% |
| INVENTORY | 789,751.95 | 38.47% |
| INTEREST RECEIVABLE | 449.09 | 0.02% |
| TOTAL OTHER CURRENT ASSETS | 790,201.04 | 38.49% |
| TOTAL CURRENT ASSETS | 1,690,597.93 | 82.35% |

① SEE P. 2

*[signature]*
10/25/99

1st copy sent



-1-

SC 000084