UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———————

STEELCASE INC., a Michigan
corporation,

       Plaintiff,

v

HARBIN'S INC., an Alabama
corporation, MICHAEL G. HARBIN,
and HOPE D. HARBIN PATTERSON,

       Defendants.

_____/

Case No. 1:04CV0026

Honorable Robert Holmes Bell
Chief, U.S. District Judge

## PROOF OF SERVICE

STATE OF MICHIGAN    )
                               ) ss.
COUNTY OF KENT      )

       Sara G. Lachman, of Miller Johnson, attorneys for plaintiff in the above-captioned lawsuit, hereby states that on the 27th day of May, 2005 she caused Kara L. Lewis of Miller Johnson to serve Plaintiff Steelcase Inc.'s Response to Defendant Michael G. Harbin's Motion for Summary Judgment by first class mail upon:

    Hope D. Harbin (now Hope Duncan Patterson)
    4514 Chamblee Dunwoody Road
    #238
    Atlanta  GA  30338

                                                      /s/ Sara G. Lachman
                                                      Sara G. Lachman