UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

STEELCASE INC., a Michigan
corporation,

       Plaintiff,

v.

HARBIN'S, INC., an Alabama
corporation, MICHAEL G. HARBIN,
and HOPE D. HARBIN PATTERSON,

       Defendants.
_____/

Case No. 1:04CV0026

Honorable Robert Holmes Bell
Chief, U.S. District Judge

## PLAINTIFF STEELCASE INC.'S MOTION FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT ON CLAIM OF PIERCING THE CORPORATE VEIL

Plaintiff, Steelcase Inc., by its attorneys, Miller Johnson, hereby moves for leave to file the attached Motion for Summary Judgment on Plaintiff's Claim for Piercing the Corporate Veil (attached hereto as Exhibit A). This Motion for Leave is supported by the attached brief.

Pursuant to Local Rule 7(d), counsel for plaintiff Steelcase conferred with counsel for defendant Michael Harbin on May 26 and 27, 2005 by telephone and was informed that defendant Michael Harbin does not object to the present Motion for Leave to File Motion for Summary Judgment on Claim of Piercing the Corporate Veil, although he does, of course, object to the Summary Judgment Motion itself.

                                                MILLER JOHNSON
                                                Attorneys for Plaintiff, Steelcase Inc.

Dated: May ___, 2005            By  /s/ Jon G. March_____
                                                  Jon G. March (P17065)
                                                  Sara G. Lachman (P67523)

Business Address:
    250 Monroe Avenue, N.W., Suite 800
    PO Box 306
    Grand Rapids, Michigan 49501-0306
Telephone: (616) 831-1700