UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

STEELCASE INC., a Michigan
corporation,

        Plaintiff,

v.

HARBIN'S, INC., an Alabama
corporation, MICHAEL G. HARBIN,
and HOPE D. HARBIN PATTERSON,

        Defendants.

_____/

Case No. 1:04CV0026

Honorable Robert Holmes Bell
Chief, U.S. District Judge

## PLAINTIFF STEELCASE INC.'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S CLAIM OF PIERCING THE CORPORATION VEIL

Plaintiff, Steelcase, Inc., by its attorneys, Miller Johnson, pursuant to the provisions of Fed. R. Civ. P. 56(a) and (c), moves for summary judgment in its favor on Count III of its Complaint, a claim for piercing the corporate veil against defendant Michael Harbin. The basis for plaintiff's motion is that there is no genuine issue as to any material fact and that plaintiff is entitled to judgment as a matter of law.

This motion is supported by the deposition testimony of defendant Michael Harbin taken in this lawsuit; the deposition testimony of Michael Harbin taken in a previous action between himself and co-defendant Hope Harbin Patterson, excerpts of which were attached to the Answer of defendant Hope Harbin Patterson; the Affidavit of Michael Harbin submitted in support of his motion for summary judgment; and

plaintiff Steelcase Inc.'s response to Defendant Michael G. Harbin's Motion for Summary Judgment, all of which have previously been filed with the Court in this matter.

Pursuant to Local Rule 7(d), counsel for plaintiff Steelcase sought the concurrence of defendant Michael D. Harbin in this motion on May 26, 2005, and concurrence was denied.

                                              MILLER JOHNSON
                                              Attorneys for Plaintiff, Steelcase Inc.

Dated: May ___, 2005          By  /s/ Jon G. March
                                                    Jon G. March (P17065)
                                                    Sara G. Lachman (P67523)
                                              Business Address:
                                                    250 Monroe Avenue, N.W., Suite 800
                                                    PO Box 306
                                                    Grand Rapids, Michigan 49501-0306
                                              Telephone: (616) 831-1700