UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

STEELCASE INC., a Michigan
corporation,

      Plaintiff,

v

HARBIN'S INC., an Alabama
corporation, MICHAEL G. HARBIN,
and HOPE D. HARBIN PATTERSON,

      Defendants.
_____/

Case No. 1:04CV0026

Honorable Robert Holmes Bell
Chief, U.S. District Judge

**PROOF OF SERVICE**

STATE OF MICHIGAN    )
                             ) ss.
COUNTY OF KENT      )

      Jon G. March, of Miller Johnson, attorneys for plaintiff in the above-captioned lawsuit, hereby states that on the 27th day of May, 2005 he caused Roslyn Thoits of Miller Johnson, to serve **Plaintiff Steelcase Inc.'s Motion for Leave to File Motion for Summary Judgment on Claim of Piercing the Corporate Veil** and **Plaintiff Steelcase Inc.'s Brief in Support of Motion for Leave to File Motion for Summary Judgment on Plaintiff's Claim of Piercing the Corporate Veil** by first class mail upon:

    Hope D. Harbin (now Hope Duncan Patterson)
    4514 Chamblee Dunwoody Road
    #238
    Atlanta  GA  30338

                                      /s/ Jon G. March
                                      Jon G. March