UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEELCASE INC., a Michigan
corporation,

    Plaintiff,

v.

    CASE NO. 1:04-CV-26

    HON. ROBERT HOLMES BELL

HARBIN'S, INC., an Alabama
corporation, et al.,

    Defendants.
_____/

## ORDER GRANTING MOTION FOR
## LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT

Before the Court is Plaintiff's Motion for Leave to File Motion for Summary Judgment on Claim of Piercing the Corporate Veil (docket #145). Plaintiff's motion indicates counsel for Michael Harbin does not object to the relief requested in the motion for leave to file.

Accordingly, Plaintiff's Motion for Summary Judgment on Claim of Piercing the Corporate Veil shall be deemed filed as of the date of this Order.

Date: __May 31, 2005__      __/s/ Robert Holmes Bell__
    ROBERT HOLMES BELL
    CHIEF UNITED STATES DISTRICT JUDGE