UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

STEELCASE INC., a Michigan
corporation,

    Plaintiff,

v

HARBIN'S INC., an Alabama
corporation, MICHAEL G. HARBIN,
and HOPE D. HARBIN PATTERSON,

    Defendants.
_____/

Case No. 1:04CV0026

Honorable Robert Holmes Bell
Chief, U.S. District Judge

## PROOF OF SERVICE

STATE OF MICHIGAN    )
    ) ss.
COUNTY OF KENT    )

    Jon G. March, of Miller Johnson, attorneys for plaintiff in the above-captioned lawsuit, hereby states that on the 10th day of June, 2005 he caused Roslyn Thoits of Miller Johnson, to serve **Plaintiff Steelcase Inc.'s Reply Brief in Support of its Motion for Partial Summary Judgment** by first class mail upon:

    Hope D. Harbin (now Hope Duncan Patterson)
    1873 Chancery Lane
    Atlanta  GA  30338

        /s/ Jon G. March
        Jon G. March