United States District Court
Western District of Michigan
Southern Division

FILED
05 JUN 13 AM 10: 59
U.S. DISTRICT COURT
WESTERN DISTRICT MICH.
BY: ___

Steelcase Inc., a Michigan
Corporation.

    Plaintiff.

Case No. **1:04CV0026**
Honorable Robert Holmes Bell
Chief U.S. District Judge

Hope D. Harbin, now Hope D. Patterson
In Pro Per
4514 Chamblee Dunwoody Rd. #238
Atlanta, Georgia 30338
770-451-0730
Fax: 770-451-0730 (Home fax)

    Defendant.

Jon G. March (P17065)
Miller, Johnson, Snell & Cummiskey, P.L.C.
Attorneys for Plaintiff
250 Monroe Avenue, N.W.., Suite 800
P.O. Box 306
Grand Rapids, Michigan 49501-0306
616-831-1729
Fax: 616-988-1729

---

Dear Deputy Clerk,

Please may notes for all of your future correspondence to be mailed to the following address:

Hope Duncan Patterson, formerly, Hope D. Harbin
5626 Mill Race Court
Dunwoody, Georgia 30338

The current address is to a private mailbox store and will expire soon. Thank you for understanding.

Sincerely,

*Hope Duncan Patterson*
Hope Duncan Patterson