UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

### MINUTES

| | | | |
|---|---|---|---|
| STEELCASE, INC., | ) | | |
| | ) | CASE NO.: | 1:04-CV-26 |
| Plaintiff, | ) | DATE: | June 17, 2005 |
| v. | ) | TIME: | 1:35 - 2:35 p.m. |
| | ) | PLACE: | GR |
| HARBIN'S, INC., et al., | ) | JUDGE: | ROBERT HOLMES BELL |
| | ) | | |
| Defendants. | ) | | |

--------------------------------

### APPEARANCES

| Plaintiff | Defendant |
|---|---|
| Jon G. March | Robert W. Smith |
| Sara Grey Lachman | |

### WITNESSES

### PROCEEDINGS

**NATURE OF HEARING**: Hearing on cross-motions for summary judgment (Docket #'s 114, 119, 149). Motions taken under advisement.

Court Reporter:  Kevin Gaugier                             /s/ Julie V. Clough
                                                                                    LAW CLERK