# EXHIBIT 2

# steelcase

# Statement of Account
*Original*

| | |
|---|---|
| e nc.<br>and Rapids MI<br>ns 601-6547<br>x ID 380819050 | REMIT TO:<br>PO Box 402976<br>ATLANTA GA 30384-2976 |

Account #: 7
Statement Date: Jan 31, 2003

Page: 1 of 17

```
HARBINS INC
ACCNTS PAYABLE
PO Box 4803
MONTGOMERY AL   36103-4803
```

| Total Pending | Current due: | + | 1-30 days past due: | + | 31-60 days past due: | + | 61+ days past due: | = | Gross total due: | - | Available discount: | = | Net due: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

ECTION (A): Steelcase Financial Services (SFSI) Designated Items(1)

| N/A | 0.00 | N/A | N/A | N/A | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|

ECTION (B): Details (excluding SFSI & Steelcase Inc.) (2)

| 0.00 | 0.00 | 0.00 | 0.00 | 235.80 | 235.80 | 0.00 | 235.80 |
|---|---|---|---|---|---|---|---|

ECTION (C): Steelcase Inc. (excluding SFSI & Details) (2)

| 535.79 | 2,236.38 | 0.00 | 8,262.14 | 356,361.69 | 366,860.21 | 0.00 | 366,860.21 |
|---|---|---|---|---|---|---|---|

E   N (D): GRAND TOTALS

| 535.79 | 2,236.38 | 0.00 | 8,262.14 | 356,597.49 | 367,096.01 | 0.00 | 367,096.01 |
|---|---|---|---|---|---|---|---|

otnotes:

(1) Items summarized in this section have been identified to be paid via project Financing. If the items are not paid by
your discount terms due date, they will be funded by SFSI under the terms and conditions of the Project Finance Program.

(2) Payments of items summarized in this section must be made by the discount terms due date to be elgible for the available
cash discount. Unearned cash discounts taken will be invoiced to the customer and are immediately payable.

erms of Payment:
Steelcase Inc:     2% 10th prox, net 30 eom.
Details:           2% 10th & 25th net 30 days eom.
Service Charges:   1.5% per month on all past due items (18% per annum).
Pending Items:     Items in this category are considered due to Steelcase.

SC 000595



# Statement of Account
*Original*

| | | |
|---|---|---|
| e inc.<br>and Rapids MI<br>ins 601-6547<br>x ID 380819050 | REMIT TO:<br>PO Box 402976<br>ATLANTA GA  30384-2976 | Account #: 7<br>Statement Date: Jan 31, 2003<br><br>Page: 2 of 17 |

etails items:

yment for the following items must be made by the discount terms due date to be eligible for the available cash discount.
learned cash discounts taken will be invoiced to the customer and are immediately payable.

| Item Number | Reference Numbers | Item Date | Due Date | Item Amount | Available Cash Discount | Net Due |
|---|---|---|---|---|---|---|
| 0210265991 | P.O. # PO004635-A | 09/27/02 | 10/31/02 | 151.20 | | 151.20 |
| 0210270394 | P.O. # PO004656-A | 10/28/02 | 11/30/02 | 84.60 | | 84.60 |

SC 000596



Case 2:04-cv-08400-RGK-SH Document 5451-3 Filed 06/28/2005 Page 4 of 18
Case 2:04-cv-08400-RGK-SH Document 5434 Filed 06/28/2005 Page 4 of 18
SC 000597

# Statement of Account
*Original*

e nc.
and Rapids MI
ns 601-6547
x ID 380819050

REMIT TO:
PO Box 402976
ATLANTA GA 30384-2976

Account #: 7
Statement Date: Jan 31, 2003

Page: 3 of 17

eelcase items (excluding Steelcase Financial designated items and Details designated items):
yment for the following items must be made by the discount terms due date to be eligible for the available cash discount.
earned cash discounts taken will be invoiced to the customer and are immediately payable.

| Item Number | Reference Numbers | Item Date | Due Date | Item Amount | Available Cash Discount | Net Due |
|---|---|---|---|---|---|---|
| *104699966 REMAINING BALANCE P.O. # PO004495 | | 09/30/02 | 10/31/02 | 940.80 | | 940.80 |
| *104806787 REMAINING BALANCE P.O. # PO004534 | | 09/27/02 | 10/31/02 | 2,710.86 | | 2,710.86 |
| *104806791 REMAINING BALANCE P.O. # PO004511 | | 09/27/02 | 10/31/02 | 179.58 | | 179.58 |
| *104808214 REMAINING BALANCE P.O. # PO004523 | | 10/09/02 | 10/31/02 | 13,720.00 | | 13,720.00 |
| *104809641 REMAINING BALANCE P.O. # PO004532-A | | 09/27/02 | 10/31/02 | 1,646.17 | | 1,646.17 |
| *104842381 REMAINING BALANCE P.O. # PO004530 | | 10/09/02 | 10/31/02 | 37,387.00 | | 37,387.00 |
| *104853823 REMAINING BALANCE P.O. # PO004553 | | 09/27/02 | 10/31/02 | 248.87 | | 248.87 |
| * 6330 REMAINING BALANCE P.O. # PO004554 | | 09/27/02 | 10/31/02 | 1,004.91 | | 1,004.91 |
| *104856332 REMAINING BALANCE P.O. # PO004555 | | 09/27/02 | 10/31/02 | 2,060.66 | | 2,060.66 |
| *104856337 REMAINING BALANCE P.O. # PO004551 | | 09/27/02 | 10/31/02 | 3,197.50 | | 3,197.50 |
| *104856396 REMAINING BALANCE P.O. # PO004535-B | | 09/27/02 | 10/31/02 | 4,819.26 | | 4,819.26 |
| *104865678 REMAINING BALANCE P.O. # PO004545 | | 10/09/02 | 10/31/02 | 12,348.00 | | 12,348.00 |
| *104887041 REMAINING BALANCE P.O. # PO004558 | | 10/09/02 | 10/31/02 | 10,976.00 | | 10,976.00 |
| *104887047 REMAINING BALANCE P.O. # PO004559 | | 09/27/02 | 10/31/02 | 2,376.50 | | 2,376.50 |
| *104894035 REMAINING BALANCE P.O. # PO004560 | | 09/27/02 | 10/31/02 | 248.87 | | 248.87 |
| *104896781 REMAINING BALANCE P.O. # PO004547 | | 09/27/02 | 10/31/02 | 248.87 | | 248.87 |
| *104896785 REMAINING BALANCE P.O. # PO004548 | | 09/27/02 | 10/31/02 | 248.87 | | 248.87 |
| *104896870 REMAINING BALANCE P.O. # PO004562 | | 09/27/02 | 10/31/02 | 248.87 | | 248.87 |
| *104902031 REMAINING BALANCE P.O. # PO004570 | | 09/27/02 | 10/31/02 | 266.91 | | 266.91 |
| *104904767 REMAINING BALANCE P.O. # PO004549 | | 09/27/02 | 10/31/02 | 497.74 | | 497.74 |
| *104905123 REMAINING BALANCE P.O. # PO004568 | | 09/27/02 | 10/31/02 | 839.27 | | 839.27 |
| *104905130 REMAINING BALANCE P.O. # PO004569-A | | 09/27/02 | 10/31/02 | 1,875.34 | | 1,875.34 |
| *104906827 REMAINING BALANCE P.O. # PO004561 | | 09/30/02 | 10/31/02 | 497.74 | | 497.74 |
| *104909655 REMAINING BALANCE P.O. # PO004573 | | 09/30/02 | 10/31/02 | 34.85 | | 34.85 |
| 2929 REMAINING BALANCE P.O. # PO004552 | | 09/30/02 | 10/31/02 | 506.76 | | 506.76 |
| *104922888 REMAINING BALANCE P.O. # PO004575 | | 09/30/02 | 10/31/02 | 266.91 | | 266.91 |
| *104926817 REMAINING BALANCE P.O. # PO004574 | | 09/30/02 | 10/31/02 | 469.04 | | 469.04 |
| *104933631 REMAINING BALANCE P.O. # PO004566 | | 09/30/02 | 10/31/02 | 107.42 | | 107.42 |
| *104938628 REMAINING BALANCE P.O. # PO004564-B | | 10/17/02 | 10/31/02 | 6,854.80 | | 6,854.80 |

# Steelcase®

**STATEMENT of Account**
*Original*

e Inc.
an. .apids MI
ins 601-6547
x ID 380819050

REMIT TO:
PO Box 402976
ATLANTA GA 30384-2976

Account #: 7
Statement Date: Jan 31, 2003

Page: 4 of 17

**Steelcase items (excluding Steelcase Financial designated items and Details designated items):**
yment for the following items must be made by the discount terms due date to be eligible for the available cash discount.
learned cash discounts taken will be invoiced to the customer and are immediately payable.

| Item Number | Reference Numbers | | Item Date | Due Date | Item Amount | Available Cash Discount | Net Due |
|---|---|---|---|---|---|---|---|
| *104940614 | REMAINING BALANCE | P.O. # PO004579 | 09/30/02 | 10/31/02 | 1,004.91 | | 1,004.91 |
| *104940621 | REMAINING BALANCE | P.O. # PO004580 | 09/30/02 | 10/31/02 | 1,282.48 | | 1,282.48 |
| *104940942 | REMAINING BALANCE | P.O. # PO004564-B | 10/17/02 | 10/31/02 | 8,479.44 | | 8,479.44 |
| *104941625 | REMAINING BALANCE | P.O. # PO004564-B | 10/17/02 | 10/31/02 | 405.03 | | 405.03 |
| *104948396 | REMAINING BALANCE | P.O. # PO004585 | 09/30/02 | 10/31/02 | 1,613.56 | | 1,613.56 |
| *104950845 | REMAINING BALANCE | P.O. # PO004577 | 10/17/02 | 10/31/02 | 548.20 | | 548.20 |
| *104954540 | REMAINING BALANCE | P.O. # PO004578 | 09/30/02 | 10/31/02 | 1,205.40 | | 1,205.40 |
| 8577 | REMAINING BALANCE | P.O. # PO004584 | 09/30/02 | 10/31/02 | 248.87 | | 248.87 |
| *104962148 | REMAINING BALANCE | P.O. # PO004583 | 09/30/02 | 10/31/02 | 248.87 | | 248.87 |
| *104965652 | REMAINING BALANCE | P.O. # PO004581 | 09/30/02 | 10/31/02 | 269.37 | | 269.37 |
| *104976760 | REMAINING BALANCE | P.O. # PO004594 | 09/30/02 | 10/31/02 | 419.02 | | 419.02 |
| *104977583 | REMAINING BALANCE | P.O. # PO004586-B | 09/30/02 | 10/31/02 | 75.90 | | 75.90 |
| *104981785 | REMAINING BALANCE | P.O. # PO004582-B | 09/30/02 | 10/31/02 | 75.90 | | 75.90 |
| *104982267 | REMAINING BALANCE | P.O. # PO004582-B | 09/26/02 | 10/31/02 | 2,766.55 | | 2,766.55 |
| *104982268 | REMAINING BALANCE | P.O. # PO004584-B | 09/26/02 | 10/31/02 | 4,203.13 | | 4,203.13 |
| *104982269 | REMAINING BALANCE | P.O. # PO004585-B | 09/26/02 | 10/31/02 | 22,031.35 | | 22,031.35 |
| *104982270 | REMAINING BALANCE | P.O. # PO004586-B | 09/26/02 | 10/31/02 | 1,932.34 | | 1,932.34 |
| *104982274 | REMAINING BALANCE | P.O. # PO004596 | 09/25/02 | 10/31/02 | 4,228.74 | | 4,228.74 |
| *104982275 | REMAINING BALANCE | P.O. # PO004582-B | 09/25/02 | 10/31/02 | 2,398.92 | | 2,398.92 |
| *104982276 | REMAINING BALANCE | P.O. # PO004583-B | 09/25/02 | 10/31/02 | 9,537.72 | | 9,537.72 |
| *104982277 | REMAINING BALANCE | P.O. # PO004584-B | 09/25/02 | 10/31/02 | 2,258.50 | | 2,258.50 |
| *104982284 | REMAINING BALANCE | P.O. # PO004583-B | 09/25/02 | 10/31/02 | 13,163.13 | | 13,163.13 |
| *104982285 | REMAINING BALANCE | P.O. # PO004581-B | 09/25/02 | 10/31/02 | 12,096.73 | | 12,096.73 |
| *104985115 | REMAINING BALANCE | P.O. # PO004556 | 09/30/02 | 10/31/02 | 236.98 | | 236.98 |
| 7810 | REMAINING BALANCE | P.O. # PO004567 | 09/30/02 | 10/31/02 | 248.87 | | 248.87 |
| *104987811 | REMAINING BALANCE | P.O. # PO004565 | 09/30/02 | 10/31/02 | 248.87 | | 248.87 |
| *104987812 | REMAINING BALANCE | P.O. # PO004571 | 09/30/02 | 10/31/02 | 248.87 | | 248.87 |
| *104991747 | REMAINING BALANCE | P.O. # PO004590-B | 09/26/02 | 10/31/02 | 798.72 | | 798.72 |

# Steelcase

SC 000599

## Statement of Account
*Original*

...er Inc.
...and Rapids MI
...ms 601-6547
...x ID 380819050

| REMIT TO: |
| --- |
| PO Box 402976 |
| ATLANTA GA 30384-2976 |

Account #: 7
Statement Date: Jan 31, 2003

Page: 5 of 17

**Steelcase items (excluding Steelcase Financial designated items and Details designated items):**

Payment for the following items must be made by the discount terms due date to be eligible for the available cash discount.
Unearned cash discounts taken will be invoiced to the customer and are immediately payable.

| Item Number | Reference Numbers | Item Date | Due Date | Item Amount | Available Cash Discount | Net Due |
| --- | --- | --- | --- | --- | --- | --- |
| *104993105 REMAINING BALANCE | P.O. # PO004592-B | 09/26/02 | 10/31/02 | 228.86 | | 228.86 |
| *104996703 REMAINING BALANCE | P.O. # PO004576 | 09/30/02 | 10/31/02 | 248.07 | | 248.07 |
| *104998529 REMAINING BALANCE | P.O. # PO004589-C | 09/26/02 | 10/31/02 | 4,563.31 | | 4,563.31 |
| *104998531 REMAINING BALANCE | P.O. # PO004590-B | 09/26/02 | 10/31/02 | 25,316.79 | | 25,316.79 |
| *104998532 REMAINING BALANCE | P.O. # PO004591-B | 09/26/02 | 10/31/02 | 481.27 | | 481.27 |
| *104998533 REMAINING BALANCE | P.O. # PO004592-B | 09/26/02 | 10/31/02 | 3,854.34 | | 3,854.34 |
| *104998534 REMAINING BALANCE | P.O. # PO004597 | 10/17/02 | 10/31/02 | 63.13 | | 63.13 |
| *...1594 REMAINING BALANCE | P.O. # PO004587 | 09/26/02 | 10/31/02 | 2,151.27 | | 2,151.27 |
| *105001595 REMAINING BALANCE | P.O. # PO004586-B | 09/26/02 | 10/31/02 | 2,948.01 | | 2,948.01 |
| *105001597 REMAINING BALANCE | P.O. # PO004589-C | 09/26/02 | 10/31/02 | 6,359.06 | | 6,359.06 |
| *105001598 REMAINING BALANCE | P.O. # PO004590-B | 09/26/02 | 10/31/02 | 23,395.89 | | 23,395.89 |
| *105001599 REMAINING BALANCE | P.O. # PO004591-B | 09/26/02 | 10/31/02 | 2,059.81 | | 2,059.81 |
| *105001600 REMAINING BALANCE | P.O. # PO004598 | 09/25/02 | 10/31/02 | 1,288.22 | | 1,288.22 |
| *105001601 REMAINING BALANCE | P.O. # PO004585-B | 09/26/02 | 10/31/02 | 19,274.94 | | 19,274.94 |
| *105006888 REMAINING BALANCE | P.O. # PO004600 | 09/30/02 | 10/31/02 | 248.87 | | 248.87 |
| *105006889 REMAINING BALANCE | P.O. # PO004602 | 09/30/02 | 10/31/02 | 497.74 | | 497.74 |
| *105015204 REMAINING BALANCE | P.O. # PO004587 | 09/26/02 | 10/31/02 | 572.01 | | 572.01 |
| *105015205 REMAINING BALANCE | P.O. # PO004592-B | 09/26/02 | 10/31/02 | 2,439.28 | | 2,439.28 |
| *105015207 REMAINING BALANCE | P.O. # PO004592-B | 09/26/02 | 10/31/02 | 75.90 | | 75.90 |
| *105015208 REMAINING BALANCE | P.O. # PO004585-B | 09/26/02 | 10/31/02 | 1,210.95 | | 1,210.95 |
| *105017775 REMAINING BALANCE | P.O. # PO004581-B | 09/26/02 | 10/31/02 | 6,295.12 | | 6,295.12 |
| *105022591 REMAINING BALANCE | P.O. # PO004597 | 10/17/02 | 10/31/02 | 446.77 | | 446.77 |
| *105073404 REMAINING BALANCE | P.O. # PO004618 | 09/30/02 | 10/31/02 | 248.87 | | 248.87 |
| *105083048 REMAINING BALANCE | P.O. # PO004619-A | 09/30/02 | 10/31/02 | 1,282.48 | | 1,282.48 |
| *...3051 REMAINING BALANCE | P.O. # PO004622 | 09/30/02 | 10/31/02 | 248.87 | | 248.87 |
| *105083053 REMAINING BALANCE | P.O. # PO004623 | 09/30/02 | 10/31/02 | 497.74 | | 497.74 |
| *105083054 REMAINING BALANCE | P.O. # PO004624 | 09/30/02 | 10/31/02 | 497.74 | | 497.74 |
| *105095820 REMAINING BALANCE | P.O. # PO004612 | 10/09/02 | 10/31/02 | 15,778.00 | | 15,778.00 |
| *105095822 REMAINING BALANCE | P.O. # PO004619-B | 10/17/02 | 10/31/02 | 139.40 | | 139.40 |

# Steelcase

SC 000600

## Statement of Account
Original

...er Inc.
...an Rapids MI
...ns 601-6547
...x ID 380819050

REMIT TO:
PO Box 402976
ATLANTA GA 30384-2976

Account #: 7
Statement Date: Jan 31, 2003

Page: 6 of 17

**Steelcase items (excluding Steelcase Financial designated items and Details designated items):**
Payment for the following items must be made by the discount terms due date to be eligible for the available cash discount.
Unearned cash discounts taken will be invoiced to the customer and are immediately payable.

| Item Number | Reference Numbers | Item Date | Due Date | Item Amount | Available Cash Discount | Net Due |
|---|---|---|---|---|---|---|
| *105095824 | REMAINING BALANCE   P.O. # PO004626 | 10/17/02 | 10/31/02 | 632.22 | | 632.22 |
| 0104407913 | SVC CHG FROM PO004413 | 12/31/01 | 01/31/02 | 14.82 | | 14.82 |
| 0104407913 | SVC CHG FROM PO004413 | 01/31/02 | 02/28/02 | 14.36 | | 14.36 |
| 0104407913 | SVC CHG FROM PO004413 | 02/28/02 | 03/31/02 | 12.97 | | 12.97 |
| 0104407913 | SVC CHG FROM PO004413 | 03/31/02 | 04/30/02 | 12.04 | | 12.04 |
| 0104408487 | SVC CHG FROM PO004428-B | 12/31/01 | 01/31/02 | 7.48 | | 7.48 |
| 0104408487 | SVC CHG FROM PO004428-B | 01/31/02 | 02/28/02 | 7.25 | | 7.25 |
| 0104408487 | SVC CHG FROM PO004428-B | 02/28/02 | 03/31/02 | 6.54 | | 6.54 |
| 0104408487 | SVC CHG FROM PO004428-B | 03/31/02 | 04/30/02 | 6.08 | | 6.08 |
| ...9167 | SVC CHG FROM PO004441 | 12/31/01 | 01/31/02 | 8.78 | | 8.78 |
| 0104439167 | SVC CHG FROM PO004441 | 01/31/02 | 02/28/02 | 8.51 | | 8.51 |
| 0104439167 | SVC CHG FROM PO004441 | 02/28/02 | 03/31/02 | 7.69 | | 7.69 |
| 0104439167 | SVC CHG FROM PO004441 | 03/31/02 | 04/30/02 | 7.14 | | 7.14 |
| 0104457162 | SVC CHG FROM PO004444 | 12/31/01 | 01/31/02 | 7.85 | | 7.85 |
| 0104457162 | SVC CHG FROM PO004444 | 01/31/02 | 02/28/02 | 7.61 | | 7.61 |
| 0104457162 | SVC CHG FROM PO004444 | 02/28/02 | 03/31/02 | 6.87 | | 6.87 |
| 0104457162 | SVC CHG FROM PO004444 | 03/31/02 | 04/30/02 | 6.38 | | 6.38 |
| 0104472813 | SVC CHG FROM PO004442 | 01/31/02 | 02/28/02 | 76.09 | | 76.09 |
| 0104472813 | SVC CHG FROM PO004442 | 02/28/02 | 03/31/02 | 66.58 | | 66.58 |
| 0104472813 | SVC CHG FROM PO004442 | 03/31/02 | 04/30/02 | 73.71 | | 73.71 |
| 0104472813 | SVC CHG FROM PO004442 | 04/30/02 | 05/31/02 | 45.18 | | 45.18 |
| 0104489868 | SVC CHG FROM PO004461 | 01/31/02 | 02/28/02 | 6.68 | | 6.68 |
| 0104489868 | SVC CHG FROM PO004461 | 02/28/02 | 03/31/02 | 5.84 | | 5.84 |
| 0104489868 | SVC CHG FROM PO004461 | 03/31/02 | 04/30/02 | 6.47 | | 6.47 |
| 0104494526 | SVC CHG FROM PO004459 | 01/31/02 | 02/28/02 | 10.79 | | 10.79 |
| 0104494526 | SVC CHG FROM PO004459 | 02/28/02 | 03/31/02 | 9.44 | | 9.44 |
| 0104494526 | SVC CHG FROM PO004459 | 03/31/02 | 04/30/02 | 10.46 | | 10.46 |
| 0104494526 | SVC CHG FROM PO004459 | 04/30/02 | 05/31/02 | 6.41 | | 6.41 |
| 0104494530 | SVC CHG FROM PO004459 | 01/31/02 | 02/28/02 | 11.56 | | 11.56 |
| 0104494530 | SVC CHG FROM PO004459 | 02/28/02 | 03/31/02 | 10.11 | | 10.11 |
| 0104494530 | SVC CHG FROM PO004459 | 03/31/02 | 04/30/02 | 11.20 | | 11.20 |
| ...494530 | SVC CHG FROM PO004459 | 04/30/02 | 05/31/02 | 6.86 | | 6.86 |
| ...12336 | SVC CHG FROM PO004464 | 01/31/02 | 02/28/02 | 8.50 | | 8.50 |
| 0104512336 | SVC CHG FROM PO004464 | 02/28/02 | 03/31/02 | 7.44 | | 7.44 |
| 0104512336 | SVC CHG FROM PO004464 | 03/31/02 | 04/30/02 | 8.24 | | 8.24 |
| 0104512336 | SVC CHG FROM PO004464 | 04/30/02 | 05/31/02 | 5.05 | | 5.05 |
| 0104513655 | SVC CHG FROM PO004463 | 01/31/02 | 02/28/02 | 8.50 | | 8.50 |

# steelcase® SC 000601 Statement of Account
Original

e nc.
and Rapids MI
ms 601-6547
x ID 380819050

REMIT TO:
PO Box 402976
ATLANTA GA 30384-2976

Account #: 7
Statement Date: Jan 31, 2003

Page: 7 of 17

eelcase items (excluding Steelcase Financial designated items and Details designated items):
yment for the following items must be made by the discount terms due date to be eligible for the available cash discount.
earned cash discounts taken will be invoiced to the customer and are immediately payable.

| Item Number | Reference Numbers | Item Date | Due Date | Item Amount | Available Cash Discount | Net Due |
|---|---|---|---|---|---|---|
| 0104513655 | SVC CHG FROM PO004463 | 02/28/02 | 03/31/02 | 7.44 | | 7.44 |
| 0104513655 | SVC CHG FROM PO004463 | 03/31/02 | 04/30/02 | 8.24 | | 8.24 |
| 0104513655 | SVC CHG FROM PO004463 | 04/30/02 | 05/31/02 | 5.05 | | 5.05 |
| 0104525867 | SVC CHG FROM PO004450 | 01/31/02 | 02/28/02 | 28.76 | | 28.76 |
| 0104525867 | SVC CHG FROM PO004450 | 02/28/02 | 03/31/02 | 25.17 | | 25.17 |
| 0104525867 | SVC CHG FROM PO004450 | 03/31/02 | 04/30/02 | 27.86 | | 27.86 |
| 0104525867 | SVC CHG FROM PO004450 | 04/30/02 | 05/31/02 | 17.08 | | 17.08 |
| 0104541179 | SVC CHG FROM PO004453 | 02/28/02 | 03/31/02 | 6.05 | | 6.05 |
| 0104541179 | SVC CHG FROM PO004453 | 03/31/02 | 04/30/02 | 6.47 | | 6.47 |
| 0 11179 | SVC CHG FROM PO004453 | 04/30/02 | 05/31/02 | 6.26 | | 6.26 |
| 010 543447 | SVC CHG FROM PO004465 | 02/28/02 | 03/31/02 | 14.02 | | 14.02 |
| 0104543447 | SVC CHG FROM PO004465 | 03/31/02 | 04/30/02 | 14.98 | | 14.98 |
| 0104543447 | SVC CHG FROM PO004465 | 04/30/02 | 05/31/02 | 14.50 | | 14.50 |
| 0104543447 | SVC CHG FROM PO004465 | 05/31/02 | 06/30/02 | 9.67 | | 9.67 |
| 0104543561 | SVC CHG FROM PO004468 | 02/28/02 | 03/31/02 | 21.02 | | 21.02 |
| 0104543561 | SVC CHG FROM PO004468 | 03/31/02 | 04/30/02 | 22.47 | | 22.47 |
| 0104543561 | SVC CHG FROM PO004468 | 04/30/02 | 05/31/02 | 21.75 | | 21.75 |
| 0104543561 | SVC CHG FROM PO004468 | 05/31/02 | 06/30/02 | 14.50 | | 14.50 |
| 0104556684 | SVC CHG FROM PO004466 | 02/28/02 | 03/31/02 | 5.48 | | 5.48 |
| 0104556684 | SVC CHG FROM PO004466 | 03/31/02 | 04/30/02 | 5.86 | | 5.86 |
| 0104556684 | SVC CHG FROM PO004466 | 04/30/02 | 05/31/02 | 5.67 | | 5.67 |
| 0104557287 | SVC CHG FROM PO004470 | 02/28/02 | 03/31/02 | 273.30 | | 273.30 |
| 0104557287 | SVC CHG FROM PO004470 | 03/31/02 | 04/30/02 | 292.15 | | 292.15 |
| 0104557287 | SVC CHG FROM PO004470 | 04/30/02 | 05/31/02 | 282.72 | | 282.72 |
| 0104557287 | SVC CHG FROM PO004470 | 05/31/02 | 06/30/02 | 188.48 | | 188.48 |
| 0104557584 | SVC CHG FROM PO004475-B | 02/28/02 | 03/31/02 | 25.61 | | 25.61 |
| 0104557584 | SVC CHG FROM PO004475-B | 03/31/02 | 04/30/02 | 27.38 | | 27.38 |
| 0104557584 | SVC CHG FROM PO004475-B | 04/30/02 | 05/31/02 | 26.50 | | 26.50 |
| 0104557584 | SVC CHG FROM PO004475-B | 05/31/02 | 06/30/02 | 17.66 | | 17.66 |
| 0104557879 | SVC CHG FROM PO004462-A | 02/28/02 | 03/31/02 | 19.52 | | 19.52 |
| 0104557879 | SVC CHG FROM PO004462-A | 03/31/02 | 04/30/02 | 20.87 | | 20.87 |
| 0104557879 | SVC CHG FROM PO004462-A | 04/30/02 | 05/31/02 | 20.19 | | 20.19 |
| 7879 | SVC CHG FROM PO004462-A | 05/31/02 | 06/30/02 | 13.46 | | 13.46 |
| 0104588935 | SVC CHG FROM PO004483 | 03/31/02 | 04/30/02 | 11.94 | | 11.94 |
| 0104588935 | SVC CHG FROM PO004483 | 04/30/02 | 05/31/02 | 11.20 | | 11.20 |
| 0104588935 | SVC CHG FROM PO004483 | 05/31/02 | 06/30/02 | 11.57 | | 11.57 |
| 0104589352 | SVC CHG FROM PO004477 | 03/31/02 | 04/30/02 | 43.10 | | 43.10 |
| 0104589352 | SVC CHG FROM PO004477 | 04/30/02 | 05/31/02 | 40.40 | | 40.40 |

# Steelcase

SC 000602

## Statement of Account
*Original*

e    nc.
an   apids MI
ns 601-6547
x ID 380819050

REMIT TO:
PO Box 402976
ATLANTA GA  30384-2976

Account #: 7
Statement Date: Jan 31, 2003

Page:  8 of  17

**eelcase items (excluding Steelcase Financial designated items and Details designated items):**
ment for the following items must be made by the discount terms due date to be eligible for the available cash discount.
earned cash discounts taken will be invoiced to the customer and are immediately payable.

| Item Number | Reference Numbers | Item Date | Due Date | Item Amount | Available Cash Discount | Net Due |
|---|---|---|---|---|---|---|
| 0104589352 | SVC CHG FROM PO004477 | 05/31/02 | 06/30/02 | 41.75 | | 41.75 |
| 0104589352 | SVC CHG FROM PO004477 | 06/30/02 | 07/31/02 | 16.16 | | 16.16 |
| 0104605796 | SVC CHG FROM PO004482-B | 03/31/02 | 04/30/02 | 5.29 | | 5.29 |
| 0104605796 | SVC CHG FROM PO004482-B | 05/31/02 | 06/30/02 | 5.12 | | 5.12 |
| 0104614864 | SVC CHG FROM PO004475-C | 03/31/02 | 04/30/02 | 35.97 | | 35.97 |
| 0104614864 | SVC CHG FROM PO004475-C | 04/30/02 | 05/31/02 | 33.73 | | 33.73 |
| 0104614864 | SVC CHG FROM PO004475-C | 05/31/02 | 06/30/02 | 34.85 | | 34.85 |
| 0104614864 | SVC CHG FROM PO004475-C | 06/30/02 | 07/31/02 | 13.49 | | 13.49 |
| 0104614966 | SVC CHG FROM PO004462-B | 03/31/02 | 04/30/02 | 14.96 | | 14.96 |
| 0   4966 | SVC CHG FROM PO004462-B | 04/30/02 | 05/31/02 | 14.03 | | 14.03 |
| 0.  4966 | SVC CHG FROM PO004462-B | 05/31/02 | 06/30/02 | 14.49 | | 14.49 |
| 0104614966 | SVC CHG FROM PO004462-B | 06/30/02 | 07/31/02 | 5.61 | | 5.61 |
| 0104614970 | SVC CHG FROM PO004478-B | 03/31/02 | 04/30/02 | 24.98 | | 24.98 |
| 0104614970 | SVC CHG FROM PO004478-B | 04/30/02 | 05/31/02 | 23.42 | | 23.42 |
| 0104614970 | SVC CHG FROM PO004478-B | 05/31/02 | 06/30/02 | 24.20 | | 24.20 |
| 0104614970 | SVC CHG FROM PO004478-B | 06/30/02 | 07/31/02 | 9.37 | | 9.37 |
| 0104615509 | SVC CHG FROM PO004485 | 03/31/02 | 04/30/02 | 39.66 | | 39.66 |
| 0104615509 | SVC CHG FROM PO004485 | 04/30/02 | 05/31/02 | 37.18 | | 37.18 |
| 0104615509 | SVC CHG FROM PO004485 | 05/31/02 | 06/30/02 | 38.42 | | 38.42 |
| 0104615509 | SVC CHG FROM PO004485 | 06/30/02 | 07/31/02 | 14.87 | | 14.87 |
| 0104625582 | SVC CHG FROM PO004489 | 03/31/02 | 04/30/02 | 9.58 | | 9.58 |
| 0104625582 | SVC CHG FROM PO004489 | 04/30/02 | 05/31/02 | 8.98 | | 8.98 |
| 0104625582 | SVC CHG FROM PO004489 | 05/31/02 | 06/30/02 | 9.28 | | 9.28 |
| 0104630861 | SVC CHG FROM PO004491 | 03/31/02 | 04/30/02 | 16.75 | | 16.75 |
| 0104630861 | SVC CHG FROM PO004491 | 04/30/02 | 05/31/02 | 15.70 | | 15.70 |
| 0104630861 | SVC CHG FROM PO004491 | 05/31/02 | 06/30/02 | 16.23 | | 16.23 |
| 0104630861 | SVC CHG FROM PO004491 | 06/30/02 | 07/31/02 | 6.28 | | 6.28 |
| 0104651803 | SVC CHG FROM PO004499 | 04/30/02 | 05/31/02 | 18.74 | | 18.74 |
| 0104651803 | SVC CHG FROM PO004499 | 05/31/02 | 06/30/02 | 18.74 | | 18.74 |
| 0104651803 | SVC CHG FROM PO004499 | 06/30/02 | 07/31/02 | 18.13 | | 18.13 |
| 0104651803 | SVC CHG FROM PO004499 | 07/31/02 | 08/31/02 | 18.74 | | 18.74 |
| 01   56610 | SVC CHG FROM PO004501 | 04/30/02 | 05/31/02 | 37.53 | | 37.53 |
| (   6610 | SVC CHG FROM PO004501 | 05/31/02 | 06/30/02 | 37.53 | | 37.53 |
| 0104656610 | SVC CHG FROM PO004501 | 06/30/02 | 07/31/02 | 36.32 | | 36.32 |
| 0104656610 | SVC CHG FROM PO004501 | 07/31/02 | 08/31/02 | 37.53 | | 37.53 |
| 0104665871 | SVC CHG FROM PO004486 | 04/30/02 | 05/31/02 | 9.36 | | 9.36 |
| 0104665871 | SVC CHG FROM PO004486 | 05/31/02 | 06/30/02 | 9.36 | | 9.36 |
| 0104665871 | SVC CHG FROM PO004486 | 06/30/02 | 07/31/02 | 9.06 | | 9.06 |

| | | | | | |
|---|---|---|---|---|---|
| **Steelcase** | SC 000603 | | | **Statement of Account** | |
| | | | | | *Original* |

```
x          nc.                    REMIT TO:                Account #:  7
anu rapids MI                     PO Box 402976            Statement Date: Jan 31, 2003
ms 601-6547                       ATLANTA GA  30384-2976
x ID 380819050                                             Page:  9 of  17
```

teelcase items (excluding Steelcase Financial designated items and Details designated items):
yment for the following items must be made by the discount terms due date to be eligible for the available cash discount.
earned cash discounts taken will be invoiced to the customer and are immediately payable.

| Item Number | Reference Numbers | Item Date | Due Date | Item Amount | Available Cash Discount | Net Due |
|---|---|---|---|---|---|---|
| 0104665871 | SVC CHG FROM PO004486 | 07/31/02 | 08/31/02 | 9.36 | | 9.36 |
| 0104665875 | SVC CHG FROM PO004484 | 04/30/02 | 05/31/02 | 61.84 | | 61.84 |
| 0104665875 | SVC CHG FROM PO004484 | 05/31/02 | 06/30/02 | 61.84 | | 61.84 |
| 0104665875 | SVC CHG FROM PO004484 | 06/30/02 | 07/31/02 | 59.84 | | 59.84 |
| 0104665875 | SVC CHG FROM PO004484 | 07/31/02 | 08/31/02 | 61.84 | | 61.84 |
| 0104699966 | SVC CHG FROM PO004495 | 04/30/02 | 05/31/02 | 341.32 | | 341.32 |
| 0104699966 | SVC CHG FROM PO004495 | 05/31/02 | 06/30/02 | 341.32 | | 341.32 |
| 0104699966 | SVC CHG FROM PO004495 | 06/30/02 | 07/31/02 | 330.31 | | 330.31 |
| 0104699966 | SVC CHG FROM PO004495 | 07/31/02 | 08/31/02 | 341.32 | | 341.32 |
| 0˙  ˙99966 | SVC CHG FROM PO004495 | 08/31/02 | 09/30/02 | 341.32 | | 341.32 |
| 01˙˙˙99987 | SVC CHG FROM PO004497 | 04/30/02 | 05/31/02 | 12.64 | | 12.64 |
| 0104699987 | SVC CHG FROM PO004497 | 05/31/02 | 06/30/02 | 12.64 | | 12.64 |
| 0104699987 | SVC CHG FROM PO004497 | 06/30/02 | 07/31/02 | 12.23 | | 12.23 |
| 0104699987 | SVC CHG FROM PO004497 | 07/31/02 | 08/31/02 | 12.64 | | 12.64 |
| 0104732547 | SVC CHG FROM PO004506 | 05/31/02 | 06/30/02 | 5.03 | | 5.03 |
| 0104740436 | SVC CHG FROM PO004513-A | 05/31/02 | 06/30/02 | 7.30 | | 7.30 |
| 0104740436 | SVC CHG FROM PO004513-A | 06/30/02 | 07/31/02 | 6.84 | | 6.84 |
| 0104740436 | SVC CHG FROM PO004513-A | 07/31/02 | 08/31/02 | 7.07 | | 7.07 |
| 0104750990 | SVC CHG FROM PO004514 | 05/31/02 | 06/30/02 | 39.85 | | 39.85 |
| 0104750990 | SVC CHG FROM PO004514 | 06/30/02 | 07/31/02 | 37.36 | | 37.36 |
| 0104750990 | SVC CHG FROM PO004514 | 07/31/02 | 08/31/02 | 38.60 | | 38.60 |
| 0104751257 | SVC CHG FROM PO004516 | 05/31/02 | 06/30/02 | 19.34 | | 19.34 |
| 0104751257 | SVC CHG FROM PO004516 | 06/30/02 | 07/31/02 | 18.13 | | 18.13 |
| 0104751257 | SVC CHG FROM PO004516 | 07/31/02 | 08/31/02 | 18.74 | | 18.74 |
| 0104751266 | SVC CHG FROM PO004517 | 05/31/02 | 06/30/02 | 39.85 | | 39.85 |
| 0104751266 | SVC CHG FROM PO004517 | 06/30/02 | 07/31/02 | 37.36 | | 37.36 |
| 0104751266 | SVC CHG FROM PO004517 | 07/31/02 | 08/31/02 | 38.60 | | 38.60 |
| 0104751926 | SVC CHG FROM PO004509 | 05/31/02 | 06/30/02 | 17.50 | | 17.50 |
| 0104751926 | SVC CHG FROM PO004509 | 06/30/02 | 07/31/02 | 16.41 | | 16.41 |
| 0104751926 | SVC CHG FROM PO004509 | 07/31/02 | 08/31/02 | 16.95 | | 16.95 |
| 0104752497 | SVC CHG FROM PO004510 | 05/31/02 | 06/30/02 | 41.83 | | 41.83 |
| ˙2497 | SVC CHG FROM PO004510 | 06/30/02 | 07/31/02 | 39.21 | | 39.21 |
| 01˙˙752497 | SVC CHG FROM PO004510 | 07/31/02 | 08/31/02 | 40.52 | | 40.52 |
| 0104758854 | SVC CHG FROM PO004520 | 05/31/02 | 06/30/02 | 9.58 | | 9.58 |
| 0104758854 | SVC CHG FROM PO004520 | 06/30/02 | 07/31/02 | 8.98 | | 8.98 |
| 0104758854 | SVC CHG FROM PO004520 | 07/31/02 | 08/31/02 | 9.28 | | 9.28 |
| 0104806163 | SVC CHG FROM PO004529 | 06/30/02 | 07/31/02 | 6.50 | | 6.50 |

# Steelcase

SC 000604

# Statement of Account
*Original*

_e_ Inc.
_an_ _apids_ MI
_ms_ 601-6547
_x_ ID 380819050

REMIT TO:
PO Box 402976
ATLANTA GA  30384-2976

Account #:  7
Statement Date: Jan 31, 2003

Page: 10 of  17

**teelcase items (excluding Steelcase Financial designated items and Details designated items):**
yment for the following items must be made by the discount terms due date to be eligible for the available cash discount.
learned cash discounts taken will be invoiced to the customer and are immediately payable.

| Item Number | Reference Numbers | Item Date | Due Date | Item Amount | Available Cash Discount | Net Due |
|---|---|---|---|---|---|---|
| 0104806163 | SVC CHG FROM PO004529 | 07/31/02 | 08/31/02 | 6.50 | | 6.50 |
| 0104806169 | SVC CHG FROM PO004525 | 06/30/02 | 07/31/02 | 18.74 | | 18.74 |
| 0104806169 | SVC CHG FROM PO004525 | 07/31/02 | 08/31/02 | 18.74 | | 18.74 |
| 0104806169 | SVC CHG FROM PO004525 | 08/31/02 | 09/30/02 | 18.74 | | 18.74 |
| 0104806169 | SVC CHG FROM PO004525 | 09/30/02 | 10/31/02 | 7.25 | | 7.25 |
| 0104806176 | SVC CHG FROM PO004528 | 06/30/02 | 07/31/02 | 16.63 | | 16.63 |
| 0104806176 | SVC CHG FROM PO004528 | 07/31/02 | 08/31/02 | 16.63 | | 16.63 |
| 0104806765 | SVC CHG FROM PO004531 | 06/30/02 | 07/31/02 | 21.60 | | 21.60 |
| 0104806765 | SVC CHG FROM PO004531 | 07/31/02 | 08/31/02 | 21.60 | | 21.60 |
| _6765_ | SVC CHG FROM PO004531 | 08/31/02 | 09/30/02 | 21.60 | | 21.60 |
| _06765_ | SVC CHG FROM PO004531 | 09/30/02 | 10/31/02 | 8.36 | | 8.36 |
| 0104806780 | SVC CHG FROM PO004533 | 06/30/02 | 07/31/02 | 38.42 | | 38.42 |
| 0104806780 | SVC CHG FROM PO004533 | 07/31/02 | 08/31/02 | 38.42 | | 38.42 |
| 0104806780 | SVC CHG FROM PO004533 | 08/31/02 | 09/30/02 | 38.42 | | 38.42 |
| 0104806780 | SVC CHG FROM PO004533 | 09/30/02 | 10/31/02 | 14.87 | | 14.87 |
| 0104806786 | SVC CHG FROM PO004512 | 06/30/02 | 07/31/02 | 14.99 | | 14.99 |
| 0104806786 | SVC CHG FROM PO004512 | 07/31/02 | 08/31/02 | 14.99 | | 14.99 |
| 0104806786 | SVC CHG FROM PO004512 | 08/31/02 | 09/30/02 | 14.99 | | 14.99 |
| 0104806786 | SVC CHG FROM PO004512 | 09/30/02 | 10/31/02 | 5.80 | | 5.80 |
| 0104806787 | SVC CHG FROM PO004534 | 06/30/02 | 07/31/02 | 49.89 | | 49.89 |
| 0104806787 | SVC CHG FROM PO004534 | 07/31/02 | 08/31/02 | 49.89 | | 49.89 |
| 0104806787 | SVC CHG FROM PO004534 | 08/31/02 | 09/30/02 | 49.89 | | 49.89 |
| 0104806787 | SVC CHG FROM PO004534 | 09/30/02 | 10/31/02 | 43.45 | | 43.45 |
| 0104808214 | SVC CHG FROM PO004523 | 06/30/02 | 07/31/02 | 299.64 | | 299.64 |
| 0104808214 | SVC CHG FROM PO004523 | 07/31/02 | 08/31/02 | 299.64 | | 299.64 |
| 0104808214 | SVC CHG FROM PO004523 | 08/31/02 | 09/30/02 | 299.64 | | 299.64 |
| 0104808214 | SVC CHG FROM PO004523 | 09/30/02 | 10/31/02 | 289.97 | | 289.97 |
| 0104808214 | SVC CHG FROM PO004523 | 10/31/02 | 11/30/02 | 86.99 | | 86.99 |
| 0104809641 | SVC CHG FROM PO004532-A | 06/30/02 | 07/31/02 | 29.47 | | 29.47 |
| 0104809641 | SVC CHG FROM PO004532-A | 07/31/02 | 08/31/02 | 29.47 | | 29.47 |
| 0104809641 | SVC CHG FROM PO004532-A | 08/31/02 | 09/30/02 | 29.47 | | 29.47 |
| 0104809641 | SVC CHG FROM PO004532-A | 09/30/02 | 10/31/02 | 25.67 | | 25.67 |
| _7933_ | SVC CHG FROM PO004539 | 06/30/02 | 07/31/02 | 5.02 | | 5.02 |
| 0104817933 | SVC CHG FROM PO004539 | 07/31/02 | 08/31/02 | 5.02 | | 5.02 |
| 0104817933 | SVC CHG FROM PO004539 | 08/31/02 | 09/30/02 | 5.02 | | 5.02 |
| 0104817936 | SVC CHG FROM PO004540 | 06/30/02 | 07/31/02 | 9.28 | | 9.28 |
| 0104817936 | SVC CHG FROM PO004540 | 07/31/02 | 08/31/02 | 9.28 | | 9.28 |
| 0104817936 | SVC CHG FROM PO004540 | 08/31/02 | 09/30/02 | 9.28 | | 9.28 |

# Steelcase

SC 000605

## Statement of Account
*Original*

> Inc.
> and Rapids MI
> ms 601-6547
> ax ID 380819050

REMIT TO:
PO Box 402976
ATLANTA GA 30384-2976

Account #: 7
Statement Date: Jan 31, 2003

Page: 11 of 17

**Steelcase items (excluding Steelcase Financial designated items and Details designated items):**

yment for the following items must be made by the discount terms due date to be eligible for the available cash discount.
earned cash discounts taken will be invoiced to the customer and are immediately payable.

| Item Number | Reference Numbers | Item Date | Due Date | Item Amount | Available Cash Discount | Net Due |
|---|---|---|---|---|---|---|
| 0104817940 | SVC CHG FROM PO004542 | 06/30/02 | 07/31/02 | 9.28 | | 9.28 |
| 0104817940 | SVC CHG FROM PO004542 | 07/31/02 | 08/31/02 | 9.28 | | 9.28 |
| 0104817940 | SVC CHG FROM PO004542 | 08/31/02 | 09/30/02 | 9.28 | | 9.28 |
| 0104817945 | SVC CHG FROM PO004538 | 06/30/02 | 07/31/02 | 9.28 | | 9.28 |
| 0104817945 | SVC CHG FROM PO004538 | 07/31/02 | 08/31/02 | 9.28 | | 9.28 |
| 0104817945 | SVC CHG FROM PO004538 | 08/31/02 | 09/30/02 | 9.28 | | 9.28 |
| 0104821063 | SVC CHG FROM PO004537 | 06/30/02 | 07/31/02 | 26.91 | | 26.91 |
| 0104821063 | SVC CHG FROM PO004537 | 07/31/02 | 08/31/02 | 26.91 | | 26.91 |
| 0104821063 | SVC CHG FROM PO004537 | 08/31/02 | 09/30/02 | 26.91 | | 26.91 |
| 1063 | SVC CHG FROM PO004537 | 09/30/02 | 10/31/02 | 10.42 | | 10.42 |
| 0104824236 | SVC CHG FROM PO004541 | 06/30/02 | 07/31/02 | 9.28 | | 9.28 |
| 0104824236 | SVC CHG FROM PO004541 | 07/31/02 | 08/31/02 | 9.28 | | 9.28 |
| 0104824236 | SVC CHG FROM PO004541 | 08/31/02 | 09/30/02 | 9.28 | | 9.28 |
| 0104842381 | SVC CHG FROM PO004530 | 07/31/02 | 08/31/02 | 842.85 | | 842.85 |
| 0104842381 | SVC CHG FROM PO004530 | 08/31/02 | 09/30/02 | 816.51 | | 816.51 |
| 0104842381 | SVC CHG FROM PO004530 | 09/30/02 | 10/31/02 | 790.18 | | 790.18 |
| 0104842381 | SVC CHG FROM PO004530 | 10/31/02 | 11/30/02 | 237.05 | | 237.05 |
| 0104856330 | SVC CHG FROM PO004554 | 07/31/02 | 08/31/02 | 19.34 | | 19.34 |
| 0104856330 | SVC CHG FROM PO004554 | 08/31/02 | 09/30/02 | 18.74 | | 18.74 |
| 0104856330 | SVC CHG FROM PO004554 | 09/30/02 | 10/31/02 | 16.32 | | 16.32 |
| 0104856332 | SVC CHG FROM PO004555 | 07/31/02 | 08/31/02 | 39.66 | | 39.66 |
| 0104856332 | SVC CHG FROM PO004555 | 08/31/02 | 09/30/02 | 38.42 | | 38.42 |
| 0104856332 | SVC CHG FROM PO004555 | 09/30/02 | 10/31/02 | 33.46 | | 33.46 |
| 0104856337 | SVC CHG FROM PO004551 | 07/31/02 | 08/31/02 | 59.54 | | 59.54 |
| 0104856337 | SVC CHG FROM PO004551 | 08/31/02 | 09/30/02 | 57.68 | | 57.68 |
| 0104856337 | SVC CHG FROM PO004551 | 09/30/02 | 10/31/02 | 50.24 | | 50.24 |
| 0104856396 | SVC CHG FROM PO004535-B | 07/31/02 | 08/31/02 | 92.17 | | 92.17 |
| 0104856396 | SVC CHG FROM PO004535-B | 08/31/02 | 09/30/02 | 89.29 | | 89.29 |
| 0104856396 | SVC CHG FROM PO004535-B | 09/30/02 | 10/31/02 | 77.77 | | 77.77 |
| 0104865678 | SVC CHG FROM PO004545 | 07/31/02 | 08/31/02 | 278.37 | | 278.37 |
| 0104865678 | SVC CHG FROM PO004545 | 08/31/02 | 09/30/02 | 269.67 | | 269.67 |
| 5678 | SVC CHG FROM PO004545 | 09/30/02 | 10/31/02 | 260.98 | | 260.98 |
| 0104865678 | SVC CHG FROM PO004545 | 10/31/02 | 11/30/02 | 78.29 | | 78.29 |
| 0104876295 | SVC CHG FROM PO004557-B | 07/31/02 | 08/31/02 | 188.50 | | 188.50 |
| 0104876295 | SVC CHG FROM PO004557-B | 08/31/02 | 09/30/02 | 182.61 | | 182.61 |
| 0104876295 | SVC CHG FROM PO004557-B | 09/30/02 | 10/31/02 | 176.72 | | 176.72 |
| 0104876295 | SVC CHG FROM PO004557-B | 10/31/02 | 11/30/02 | 182.61 | | 182.61 |

**Steelcase** SC 000606 **Statement of Account**
*Original*

```
ee       Inc.
 and  apids MI                REMIT TO:                        Account #:  7
                              PO Box 402976          Statement Date:  Jan 31, 2003
ins 601-6547                  ATLANTA GA  30384-2976
x ID 380819050                                                 Page:  12 of  17
```

**teelcase items (excluding Steelcase Financial designated items and Details designated items):**
yment for the following items must be made by the discount terms due date to be eligible for the available cash discount.
earned cash discounts taken will be invoiced to the customer and are immediately payable.

| Item Number | Reference Numbers | Item Date | Due Date | Item Amount | Available Cash Discount | Net Due |
|---|---|---|---|---|---|---|
| 0104876295 | SVC CHG FROM PO004557-B | 11/30/02 | 12/31/02 | 111.92 | | 111.92 |
| 0104887041 | SVC CHG FROM PO004558 | 07/31/02 | 08/31/02 | 216.51 | | 216.51 |
| 0104887041 | SVC CHG FROM PO004558 | 08/31/02 | 09/30/02 | 209.75 | | 209.75 |
| 0104887041 | SVC CHG FROM PO004558 | 09/30/02 | 10/31/02 | 202.98 | | 202.98 |
| 0104887041 | SVC CHG FROM PO004558 | 10/31/02 | 11/30/02 | 60.89 | | 60.89 |
| 0104887047 | SVC CHG FROM PO004559 | 07/31/02 | 08/31/02 | 44.25 | | 44.25 |
| 0104887047 | SVC CHG FROM PO004559 | 08/31/02 | 09/30/02 | 42.87 | | 42.87 |
| 0104887047 | SVC CHG FROM PO004559 | 09/30/02 | 10/31/02 | 37.34 | | 37.34 |
| 0104898905 | SVC CHG FROM PO004557-B | 07/31/02 | 08/31/02 | 172.56 | | 172.56 |
| 8905 | SVC CHG FROM PO004557-B | 08/31/02 | 09/30/02 | 167.16 | | 167.16 |
| 98905 | SVC CHG FROM PO004557-B | 09/30/02 | 10/31/02 | 161.77 | | 161.77 |
| 0104898905 | SVC CHG FROM PO004557-B | 10/31/02 | 11/30/02 | 167.16 | | 167.16 |
| 0104898905 | SVC CHG FROM PO004557-B | 11/30/02 | 12/31/02 | 102.46 | | 102.46 |
| 0104902031 | SVC CHG FROM PO004570 | 08/31/02 | 09/30/02 | 5.14 | | 5.14 |
| 0104904767 | SVC CHG FROM PO004549 | 08/31/02 | 09/30/02 | 9.58 | | 9.58 |
| 0104904767 | SVC CHG FROM PO004549 | 09/30/02 | 10/31/02 | 8.08 | | 8.08 |
| 0104905121 | SVC CHG FROM PO004572 | 08/31/02 | 09/30/02 | 21.30 | | 21.30 |
| 0104905121 | SVC CHG FROM PO004572 | 09/30/02 | 10/31/02 | 19.97 | | 19.97 |
| 0104905121 | SVC CHG FROM PO004572 | 10/31/02 | 11/30/02 | 20.64 | | 20.64 |
| 0104905121 | SVC CHG FROM PO004572 | 11/30/02 | 12/31/02 | 12.65 | | 12.65 |
| 0104905123 | SVC CHG FROM PO004568 | 08/31/02 | 09/30/02 | 16.15 | | 16.15 |
| 0104905123 | SVC CHG FROM PO004568 | 09/30/02 | 10/31/02 | 13.63 | | 13.63 |
| 0104905130 | SVC CHG FROM PO004569-A | 08/31/02 | 09/30/02 | 36.09 | | 36.09 |
| 0104905130 | SVC CHG FROM PO004569-A | 09/30/02 | 10/31/02 | 30.45 | | 30.45 |
| 0104906827 | SVC CHG FROM PO004561 | 08/31/02 | 09/30/02 | 9.58 | | 9.58 |
| 0104906827 | SVC CHG FROM PO004561 | 09/30/02 | 10/31/02 | 8.98 | | 8.98 |
| 0104912929 | SVC CHG FROM PO004552 | 08/31/02 | 09/30/02 | 9.75 | | 9.75 |
| 0104912929 | SVC CHG FROM PO004552 | 09/30/02 | 10/31/02 | 9.14 | | 9.14 |
| 0104922888 | SVC CHG FROM PO004575 | 08/31/02 | 09/30/02 | 5.14 | | 5.14 |
| 0104926817 | SVC CHG FROM PO004574 | 08/31/02 | 09/30/02 | 9.03 | | 9.03 |
| 6817 | SVC CHG FROM PO004574 | 09/30/02 | 10/31/02 | 8.46 | | 8.46 |
| 0104927015 | SVC CHG FROM PO004557-B | 08/31/02 | 09/30/02 | 7.28 | | 7.28 |
| 0104927015 | SVC CHG FROM PO004557-B | 09/30/02 | 10/31/02 | 6.82 | | 6.82 |
| 0104927015 | SVC CHG FROM PO004557-B | 10/31/02 | 11/30/02 | 7.05 | | 7.05 |
| 0104938628 | SVC CHG FROM PO004564-B | 08/31/02 | 09/30/02 | 156.77 | | 156.77 |
| 0104938628 | SVC CHG FROM PO004564-B | 09/30/02 | 10/31/02 | 146.98 | | 146.98 |

# Steelcase

## Statement of Account
*Original*

| | REMIT TO:<br>PO Box 402976<br>ATLANTA GA 30384-2976 | Account #: 7<br>Statement Date: Jan 31, 2003<br>Page: 13 of 17 |
|---|---|---|

er Inc.
rand Rapids MI
ms 601-6547
x ID 380819050

teelcase items (excluding Steelcase Financial designated items and Details designated items):
yment for the following items must be made by the discount terms due date to be eligible for the available cash discount.
iearned cash discounts taken will be invoiced to the customer and are immediately payable.

| Item Number | Reference Numbers | Item Date | Due Date | Item Amount | Available Cash Discount | Net Due |
|---|---|---|---|---|---|---|
| 0104938628 | SVC CHG FROM PO004564-B | 10/31/02 | 11/30/02 | 83.29 | | 83.29 |
| 0104940614 | SVC CHG FROM PO004579 | 08/31/02 | 09/30/02 | 19.34 | | 19.34 |
| 0104940614 | SVC CHG FROM PO004579 | 09/30/02 | 10/31/02 | 18.13 | | 18.13 |
| 0104940621 | SVC CHG FROM PO004580 | 08/31/02 | 09/30/02 | 24.68 | | 24.68 |
| 0104940621 | SVC CHG FROM PO004580 | 09/30/02 | 10/31/02 | 23.14 | | 23.14 |
| 0104940942 | SVC CHG FROM PO004564-B | 08/31/02 | 09/30/02 | 185.83 | | 185.83 |
| 0104940942 | SVC CHG FROM PO004564-B | 09/30/02 | 10/31/02 | 174.22 | | 174.22 |
| 0104940942 | SVC CHG FROM PO004564-B | 10/31/02 | 11/30/02 | 98.72 | | 98.72 |
| 01 41625 | SVC CHG FROM PO004564-B | 08/31/02 | 09/30/02 | 9.26 | | 9.26 |
| 1625 | SVC CHG FROM PO004564-B | 09/30/02 | 10/31/02 | 8.68 | | 8.68 |
| 0104948396 | SVC CHG FROM PO004582 | 08/31/02 | 09/30/02 | 36.90 | | 36.90 |
| 0104948396 | SVC CHG FROM PO004582 | 09/30/02 | 10/31/02 | 34.60 | | 34.60 |
| 0104950845 | SVC CHG FROM PO004577 | 08/31/02 | 09/30/02 | 12.54 | | 12.54 |
| 0104950845 | SVC CHG FROM PO004577 | 09/30/02 | 10/31/02 | 11.75 | | 11.75 |
| 0104950845 | SVC CHG FROM PO004577 | 10/31/02 | 11/30/02 | 6.66 | | 6.66 |
| 0104954540 | SVC CHG FROM PO004578 | 08/31/02 | 09/30/02 | 23.20 | | 23.20 |
| 0104954540 | SVC CHG FROM PO004578 | 09/30/02 | 10/31/02 | 21.75 | | 21.75 |
| 0104965652 | SVC CHG FROM PO004581 | 09/30/02 | 10/31/02 | 5.02 | | 5.02 |
| 0104976760 | SVC CHG FROM PO004594 | 09/30/02 | 10/31/02 | 7.81 | | 7.81 |
| 0104982267 | SVC CHG FROM PO004582-B | 09/30/02 | 10/31/02 | 53.39 | | 53.39 |
| 0104982268 | SVC CHG FROM PO004584-B | 09/30/02 | 10/31/02 | 81.11 | | 81.11 |
| 0104982269 | SVC CHG FROM PO004585-B | 09/30/02 | 10/31/02 | 425.14 | | 425.14 |
| 0104982270 | SVC CHG FROM PO004586-B | 09/30/02 | 10/31/02 | 37.29 | | 37.29 |
| 0104982271 | SVC CHG FROM PO004588-B | 09/30/02 | 10/31/02 | 17.52 | | 17.52 |
| 0104982272 | SVC CHG FROM PO004593 | 09/30/02 | 10/31/02 | 8.28 | | 8.28 |
| 0104982273 | SVC CHG FROM PO004595 | 09/30/02 | 10/31/02 | 6.28 | | 6.28 |
| 0104982274 | SVC CHG FROM PO004596 | 09/30/02 | 10/31/02 | 66.12 | | 66.12 |
| 2275 | SVC CHG FROM PO004582-B | 09/30/02 | 10/31/02 | 44.16 | | 44.16 |
| 0104982276 | SVC CHG FROM PO004583-B | 09/30/02 | 10/31/02 | 175.56 | | 175.56 |
| 0104982277 | SVC CHG FROM PO004584-B | 09/30/02 | 10/31/02 | 41.55 | | 41.55 |
| 0104982278 | SVC CHG FROM PO004583-B | 09/30/02 | 10/31/02 | 5.64 | | 5.64 |
| 0104982281 | SVC CHG FROM PO004590-B | 09/30/02 | 10/31/02 | 9.87 | | 9.87 |

# Steelcase

SC 000608

**Statement of Account**
*Original*

e  nc.
anu napids MI
ns 601-6547
x ID 380819050

REMIT TO:
PO Box 402976
ATLANTA GA  30384-2976

Account #: 7
Statement Date: Jan 31, 2003

Page: 14 of 17

eelcase items (excluding Steelcase Financial designated items and Details designated items):
ment for the following items must be made by the discount terms due date to be eligible for the available cash discount.
earned cash discounts taken will be invoiced to the customer and are immediately payable.

| Item Number | Reference Numbers | Item Date | Due Date | Item Amount | Available Cash Discount | Net Due |
|---|---|---|---|---|---|---|
| 0104982282 | SVC CHG FROM PO004585-B | 09/30/02 | 10/31/02 | 11.28 | | 11.28 |
| 0104982283 | SVC CHG FROM PO004587 | 09/30/02 | 10/31/02 | 16.91 | | 16.91 |
| 0104982284 | SVC CHG FROM PO004583-B | 09/30/02 | 10/31/02 | 244.60 | | 244.60 |
| 0104982285 | SVC CHG FROM PO004581-B | 09/30/02 | 10/31/02 | 224.79 | | 224.79 |
| 0104991747 | SVC CHG FROM PO004590-B | 09/30/02 | 10/31/02 | 13.85 | | 13.85 |
| 0104998529 | SVC CHG FROM PO004589-C | 09/30/02 | 10/31/02 | 88.06 | | 88.06 |
| 0104998531 | SVC CHG FROM PO004590-B | 09/30/02 | 10/31/02 | 488.54 | | 488.54 |
| 8532 | SVC CHG FROM PO004591-B | 09/30/02 | 10/31/02 | 9.29 | | 9.29 |
| 0104998533 | SVC CHG FROM PO004592-B | 09/30/02 | 10/31/02 | 74.38 | | 74.38 |
| 0105001594 | SVC CHG FROM PO004587 | 09/30/02 | 10/31/02 | 37.13 | | 37.13 |
| 0105001595 | SVC CHG FROM PO004586-B | 09/30/02 | 10/31/02 | 55.56 | | 55.56 |
| 0105001596 | SVC CHG FROM PO004588-B | 09/30/02 | 10/31/02 | 39.47 | | 39.47 |
| 0105001596 | SVC CHG FROM PO004588-B | 10/31/02 | 11/30/02 | 39.47 | | 39.47 |
| 0105001596 | SVC CHG FROM PO004588-B | 11/30/02 | 12/31/02 | 38.20 | | 38.20 |
| 0105001596 | SVC CHG FROM PO004588-B | 12/31/02 | 01/31/03 | 15.28 | | 15.28 |
| 0105001597 | SVC CHG FROM PO004589-C | 09/30/02 | 10/31/02 | 111.83 | | 111.83 |
| 0105001598 | SVC CHG FROM PO004590-B | 09/30/02 | 10/31/02 | 415.23 | | 415.23 |
| 0105001599 | SVC CHG FROM PO004591-B | 09/30/02 | 10/31/02 | 35.15 | | 35.15 |
| 0105001600 | SVC CHG FROM PO004598 | 09/30/02 | 10/31/02 | 20.14 | | 20.14 |
| 0105001601 | SVC CHG FROM PO004585-B | 09/30/02 | 10/31/02 | 368.62 | | 368.62 |
| 0105006889 | SVC CHG FROM PO004602 | 09/30/02 | 10/31/02 | 9.28 | | 9.28 |
| 0105015204 | SVC CHG FROM PO004587 | 09/30/02 | 10/31/02 | 11.04 | | 11.04 |
| 0105015205 | SVC CHG FROM PO004592-B | 09/30/02 | 10/31/02 | 46.64 | | 46.64 |
| 0105015206 | SVC CHG FROM PO004588-B | 09/30/02 | 10/31/02 | 8.74 | | 8.74 |
| 0105015206 | SVC CHG FROM PO004588-B | 10/31/02 | 11/30/02 | 8.74 | | 8.74 |
| 15206 | SVC CHG FROM PO004588-B | 11/30/02 | 12/31/02 | 8.46 | | 8.46 |
| 0105015208 | SVC CHG FROM PO004585-B | 09/30/02 | 10/31/02 | 23.37 | | 23.37 |
| 0105017775 | SVC CHG FROM PO004581-B | 09/30/02 | 10/31/02 | 119.28 | | 119.28 |
| 0105020659 | SVC CHG FROM PO004604 | 10/31/02 | 11/30/02 | 9.57 | | 9.57 |
| 0105020659 | SVC CHG FROM PO004604 | 11/30/02 | 12/31/02 | 8.97 | | 8.97 |
| 0105020659 | SVC CHG FROM PO004604 | 12/31/02 | 01/31/03 | 6.88 | | 6.88 |

## Steelcase®    SC 000609    Statement of Account
*Original*

nc.
ana Rapids MI
ns 601-6547
x ID 380819050

REMIT TO:
PO Box 402976
ATLANTA GA 30384-2976

Account #: 7
Statement Date: Jan 31, 2003

Page: 15 of 17

### Steelcase items (excluding Steelcase Financial designated items and Details designated items):

ment for the following items must be made by the discount terms due date to be eligible for the available cash discount.
earned cash discounts taken will be invoiced to the customer and are immediately payable.

| Item Number | Reference Numbers | Item Date | Due Date | Item Amount | Available Cash Discount | Net Due |
|---|---|---|---|---|---|---|
| 0105022591 | SVC CHG FROM PO004597 | 10/31/02 | 11/30/02 | 5.75 | | 5.75 |
| 0105022593 | SVC CHG FROM PO004607-A | 10/31/02 | 11/30/02 | 20.24 | | 20.24 |
| 0105022593 | SVC CHG FROM PO004607-A | 11/30/02 | 12/31/02 | 18.97 | | 18.97 |
| 0105022593 | SVC CHG FROM PO004607-A | 12/31/02 | 01/31/03 | 19.61 | | 19.61 |
| 0105044969 | SVC CHG FROM PO004609 | 10/31/02 | 11/30/02 | 10.15 | | 10.15 |
| 0105044969 | SVC CHG FROM PO004609 | 11/30/02 | 12/31/02 | 9.52 | | 9.52 |
| 0105044969 | SVC CHG FROM PO004609 | 12/31/02 | 01/31/03 | 7.30 | | 7.30 |
| 0105044970 | SVC CHG FROM PO004611 | 10/31/02 | 11/30/02 | 7.85 | | 7.85 |
| 0105044970 | SVC CHG FROM PO004611 | 11/30/02 | 12/31/02 | 7.36 | | 7.36 |
| 0105044970 | SVC CHG FROM PO004611 | 12/31/02 | 01/31/03 | 5.65 | | 5.65 |
| 0105044971 | SVC CHG FROM PO004610 | 10/31/02 | 11/30/02 | 6.62 | | 6.62 |
| 0105044971 | SVC CHG FROM PO004610 | 11/30/02 | 12/31/02 | 6.21 | | 6.21 |
| 0105083049 | SVC CHG FROM PO004614 | 10/31/02 | 11/30/02 | 9.92 | | 9.92 |
| 0105083049 | SVC CHG FROM PO004614 | 11/30/02 | 12/31/02 | 9.30 | | 9.30 |
| 0105083049 | SVC CHG FROM PO004614 | 12/31/02 | 01/31/03 | 7.13 | | 7.13 |
| 0105083050 | SVC CHG FROM PO004620-A | 10/31/02 | 11/30/02 | 25.30 | | 25.30 |
| 0105083050 | SVC CHG FROM PO004620-A | 11/30/02 | 12/31/02 | 23.72 | | 23.72 |
| 0105083050 | SVC CHG FROM PO004620-A | 12/31/02 | 01/31/03 | 24.51 | | 24.51 |
| 0105088963 | SVC CHG FROM PO004620-A | 11/30/02 | 12/31/02 | 40.82 | | 40.82 |
| 0105088963 | SVC CHG FROM PO004620-A | 12/31/02 | 01/31/03 | 40.82 | | 40.82 |
| 0105095821 | SVC CHG FROM PO004613-B | 11/30/02 | 12/31/02 | 94.85 | | 94.85 |
| 0105095821 | SVC CHG FROM PO004613-B | 12/31/02 | 01/31/03 | 94.85 | | 94.85 |
| 0105194864 | P.O. # PO004629 | 10/24/02 | 11/30/02 | 303.50 | | 303.50 |
| 0105194865 | P.O. # PO004633 | 10/24/02 | 11/30/02 | 303.50 | | 303.50 |
| 0105194866 | P.O. # PO004628 | 10/24/02 | 11/30/02 | 9,800.00 | | 9,800.00 |
| 0105194866 | SVC CHG FROM PO004628 | 12/31/02 | 01/31/03 | 154.65 | | 154.65 |
| 0105194867 | P.O. # PO004641 | 10/24/02 | 11/30/02 | 248.87 | | 248.87 |
| 0105194868 | P.O. # PO004639 | 10/24/02 | 11/30/02 | 248.87 | | 248.87 |
| 0105194869 | P.O. # PO004640 | 10/24/02 | 11/30/02 | 248.87 | | 248.87 |
| 0105194870 | P.O. # PO004642-A | 10/24/02 | 11/30/02 | 5.50 | | 5.50 |
| 0105194872 | P.O. # PO004646 | 10/24/02 | 11/30/02 | 248.87 | | 248.87 |
| 0105194873 | P.O. # PO004648 | 10/24/02 | 11/30/02 | 248.87 | | 248.87 |
| 0105194874 | P.O. # PO004645 | 10/24/02 | 11/30/02 | 248.87 | | 248.87 |

# Steelcase

SC 000610

## Statement of Account
*Original*

e Inc.  
Grand Rapids MI  
ms 601-6547  
x ID 380819050

REMIT TO:  
PO Box 402976  
ATLANTA GA  30384-2976

Account #: 7  
Statement Date: Jan 31, 2003

Page: 16 of 17

**Steelcase items (excluding Steelcase Financial designated items and Details designated items):**

Payment for the following items must be made by the discount terms due date to be eligible for the available cash discount.  
Unearned cash discounts taken will be invoiced to the customer and are immediately payable.

| Item Number | Reference Numbers | Item Date | Due Date | Item Amount | Available Cash Discount | Net Due |
|---|---|---|---|---|---|---|
| 0105194875 | P.O. # PO004635-B | 10/24/02 | 11/30/02 | 777.20 | | 777.20 |
| 0105194875 | SVC CHG FROM PO004635-B | 12/31/02 | 01/31/03 | 12.26 | | 12.26 |
| 0105194876 | P.O. # PO004635-B | 10/24/02 | 11/30/02 | 140.08 | | 140.08 |
| 0105194877 | P.O. # PO004637 | 10/24/02 | 11/30/02 | 104.60 | | 104.60 |
| 0105194878 | P.O. # PO004649 | 10/24/02 | 11/30/02 | 255.43 | | 255.43 |
| 0105197044 | P.O. # PO004630 | 10/25/02 | 11/30/02 | 303.50 | | 303.50 |
| 0105197045 | P.O. # PO004631 | 10/25/02 | 11/30/02 | 303.50 | | 303.50 |
| 0105197046 | P.O. # PO004632 | 10/25/02 | 11/30/02 | 303.50 | | 303.50 |
| 0105209320 | P.O. # PO004652 | 10/31/02 | 11/30/02 | 497.74 | | 497.74 |
| 0105209320 | SVC CHG FROM PO004652 | 12/31/02 | 01/31/03 | 7.85 | | 7.85 |
| 0105209321 | P.O. # PO004653 | 10/31/02 | 11/30/02 | 269.37 | | 269.37 |
| 0105212029 | P.O. # PO004655 | 11/01/02 | 12/31/02 | 607.00 | | 607.00 |
| 0105219051 | P.O. # PO004657 | 11/05/02 | 12/31/02 | 607.00 | | 607.00 |
| 0105224593 | P.O. # PO004669 | 11/07/02 | 12/31/02 | 26.00 | | 26.00 |
| 0105248233 | P.O. # PO004644 | 11/19/02 | 12/31/02 | 258.71 | | 258.71 |
| 0105250691 | P.O. # PO004664 | 11/20/02 | 12/31/02 | 746.61 | | 746.61 |
| 0105250692 | P.O. # PO004661 | 11/20/02 | 12/31/02 | 497.74 | | 497.74 |
| 0105250693 | P.O. # PO004663 | 11/20/02 | 12/31/02 | 248.87 | | 248.87 |
| 0105250694 | P.O. # PO004666 | 11/20/02 | 12/31/02 | 248.87 | | 248.87 |
| 0105250695 | P.O. # PO004662 | 11/20/02 | 12/31/02 | 248.87 | | 248.87 |
| 0105250696 | P.O. # PO004658 | 11/20/02 | 12/31/02 | 497.74 | | 497.74 |
| 0105250697 | P.O. # PO004668 | 11/20/02 | 12/31/02 | 497.74 | | 497.74 |
| 0105250698 | P.O. # PO004670 | 11/20/02 | 12/31/02 | 248.87 | | 248.87 |
| 0105250699 | P.O. # PO004671 | 11/20/02 | 12/31/02 | 248.87 | | 248.87 |
| 0105250700 | P.O. # PO004673 | 11/20/02 | 12/31/02 | 497.74 | | 497.74 |
| 0105252821 | P.O. # PO004659 | 11/21/02 | 12/31/02 | 746.61 | | 746.61 |
| 0105252822 | P.O. # PO004660 | 11/21/02 | 12/31/02 | 497.74 | | 497.74 |
| 0105252823 | P.O. # PO004665 | 11/21/02 | 12/31/02 | 746.61 | | 746.61 |
| 0105252824 | P.O. # PO004667 | 11/21/02 | 12/31/02 | 269.37 | | 269.37 |

# Steelcase® SC 000611 Statement of Account
*Original*

e inc.  
and Rapids MI  
ms 601-6547  
x ID 380819050

REMIT TO:  
PO Box 402976  
ATLANTA GA 30384-2976

Account #: 7  
Statement Date: Jan 31, 2003

Page: 17 of 17

**Steelcase items (excluding Steelcase Financial designated items and Details designated items):**
Payment for the following items must be made by the discount terms due date to be eligible for the available cash discount.
Unearned cash discounts taken will be invoiced to the customer and are immediately payable.

| Item Number | Reference Numbers | Item Date | Due Date | Item Amount | Available Cash Discount | Net Due |
|---|---|---|---|---|---|---|
| 0105300469 | P.O. # PO004672 | 12/17/02 | 01/31/03 | 497.74 | | 497.74 |
| 0105300470 | P.O. # PO004674 | 12/17/02 | 01/31/03 | 248.87 | | 248.87 |
| 0105300471 | P.O. # PO004636 | 12/17/02 | 01/31/03 | 318.78 | | 318.78 |
| 0105300473 | P.O. # PO004647 | 12/17/02 | 01/31/03 | 146.78 | | 146.78 |
| 0180867495 | SVC CHG FROM MICHAEL HARBIN | 05/31/02 | 06/30/02 | 6.83 | | 6.83 |
| 0180867495 | SVC CHG FROM MICHAEL HARBIN | 06/30/02 | 07/31/02 | 6.40 | | 6.40 |
| 0180867495 | SVC CHG FROM MICHAEL HARBIN | 07/31/02 | 08/31/02 | 6.61 | | 6.61 |
| 0180942290 | P.O. # GEIS/EDI | 10/16/02 | 11/30/02 | 13.15 | | 13.15 |
| 45691 | P.O. # PO004547 | 10/26/02 | 11/30/02 | 65.50 | | 65.50 |
| 0180950680 | P.O. # GEIS/EDI | 11/15/02 | 12/31/02 | 27.77 | | 27.77 |
| 0180957393 | P.O. # GEIS/EDI | 12/14/02 | 01/31/03 | 9.89 | | 9.89 |
| PRC-50/10/10% WAS GIVEN 180846909 P.O. # PO004367-B | | 11/06/02 | 01/31/03 | 617.53 | | 617.53 |
| WIP- 1/2/03 NEED DM P.O. # PO004588-B | | 12/12/02 | | 535.79 | | |