# EXHIBIT 3

| | |
|---|---|
| **Page 127**<br>1  MR. SMITH: When you say "during 2002," you<br>2  mean as of February 28, 2002?<br>3  THE WITNESS: Would this be for Harbin's,<br>4  Incorporated, or Harbins-Stern Brothers for --<br>5  BY MS. LACHMAN:<br>6  Q  That is a Harbins-Stern Brothers sheet?<br>7  A  Yes.<br>8  Q  Okay. I don't believe that I have one from Harbin's<br>9     for that year.<br>10 A  Okay.<br>11 Q  So I don't think I have one that can help. Do you<br>12    remember after September 11th of 2001 -- you've<br>13    mentioned that you thought that was going -- that that<br>14    created quite a hardship for your business financially.<br>15    At what point after that did you think your business<br>16    wouldn't recover?<br>17 A  As I said earlier, when Marvis -- or when Steelcase<br>18    stopped shipping product to me and my largest customer<br>19    went to the other Steelcase dealer in Montgomery.<br>20 Q  On the -- strike that.<br>21    MS. LACHMAN: Can we actually take about a<br>22    five-minute break?<br>23    MR. SMITH: Sure.<br>24    MS. LACHMAN: Okay. For just about that or a<br>25    little less. Thanks. That's all. | **Page 129**<br>1  think they stayed in there five, ten days, whenever the<br>2  net discount invoice was due, and I quickly paid the<br>3  Steelcase invoice.<br>4  But other than that -- that might have been<br>5  in 2000 or 2001. I can't recall that far back, but<br>6  that's the only big time I ever did that, and that was<br>7  strictly the make sure there was money available to pay<br>8  Steelcase.<br>9  Q  Because if it went into Harbin's, Incorporated, what<br>10    would have happened to the money?<br>11 A  I'm afraid somebody might have ran a whole series of<br>12    checks to pay somebody else or -- plus I wanted to take<br>13    the discount, and by having the money available, to<br>14    take the net 10 discount.<br>15 Q  The net 10 discount? I'm sorry.<br>16 A  They give you -- or I don't know if they do it anymore,<br>17    but if you paid your bill in 10 days, you got an extra<br>18    2 percent discount. It was 2 percent 10 net 30,<br>19    meaning you could pay in 30 days, or if you pay in 10<br>20    days you'd get to take an extra 2 percent off of your<br>21    invoice total.<br>22    And so since we were already operating under<br>23    such a thin margin because of the constant threat over<br>24    our head that, "We'll go to the other dealer if you<br>25    don't do us right," that 2 percent meant a lot. |
| **Page 128**<br>1  MR. SMITH: Okay.<br>2  (From 12:58 p.m. to 1:11 p.m., deposition in<br>3  recess.)<br>4  BY MS. LACHMAN:<br>5  Q  We were talking before about transfers to your personal<br>6     accounts from Harbin's, Incorporated, and you testified<br>7     that sometimes you would do that from time to time?<br>8  A  (no verbal response)<br>9  Q  Okay. Oh, I'm sorry. Can you just give verbal --<br>10 A  Yes.<br>11 Q  Okay. And that sometimes those deposits were made for<br>12    reasons other than payroll or to write certified checks<br>13    to debtors or creditors?<br>14 A  Correct.<br>15 Q  Do you remember, did that happen in 2000?<br>16 A  I think a -- I'd have to refer back to my -- again, to<br>17    my divorce hearing and all that stuff, and I had those<br>18    records.<br>19    I think they did a couple times, and I do<br>20    recall one big time that I did it when we had a<br>21    Steelcase project and the order was rather large, and I<br>22    got deposits from Steelcase -- excuse me -- from the<br>23    insurance company, and I put those monies in my<br>24    checking account so that they could not be spent, so<br>25    they would be strictly earmarked for Steelcase. And I | **Page 130**<br>1  Q  And so how were you better able to make sure that<br>2     happened by putting the money into your personal<br>3     account rather than into the corporation?<br>4  A  Because I knew it was there and it wasn't going to go<br>5     anywhere but to Steelcase.<br>6  Q  Okay. You did testify at the beginning, though, that<br>7     you were the only one with authority to write checks,<br>8     though?<br>9  A  I was for Harbin's. Now, Harbins-Stern Brothers at the<br>10    time, Mike Behrman, the other guy, he could write<br>11    checks.<br>12    MS. LACHMAN: Okay. I'd like to have this<br>13    marked as Exhibit 10, please.<br>14    (At 1:15 p.m., Exhibit 10 marked.)<br>15 BY MS. LACHMAN:<br>16 Q  I'm handing you Exhibit 10, which is just a section of<br>17    your deposition testimony given on April 2, 2002<br>18    regarding your divorce proceedings. Did you take a<br>19    deposition on April 2, 2002?<br>20 A  I did.<br>21 Q  Okay. And as you look over the pages of the testimony,<br>22    does this appear to be the deposition that you took<br>23    that day?<br>24 A  It does.<br>25 Q  I'd like to ask you -- and when I refer to page |