# EXHIBIT 4

**Page 71**

1 A    I quit paying rent because they wouldn't fix the roof.
2      They sued me; I sued them. Then we both said, okay,
3      we'll get out. We won't pay you and you won't pay us,
4      and we got out.
5 Q    Was there actually a complaint filed?
6 A    What do you mean?
7 Q    Did the landlord actually file a complaint against
8      Retail Enhancements?
9 A    They did, and we filed a counterclaim against them as
10     well. And so what we did was we took all -- whatever
11     the inventory at the time of Retail Enhancements -- it
12     was like -- I think it was three or four hundred
13     thousand. So what we kept in that store, we just moved
14     it all to Harbin's.
15 Q    And you don't have any records of the movement of
16     assets from Retail Enhancements to Harbin's?
17 A    No.
18 Q    Were records made, or was it just a shift?
19 A    I don't recall.
20 Q    Did you usually keep records for things like that?
21 A    Well, that was a one-time occurrence. I know we didn't
22     keep records of something like -- I never had to do it
23     before, so I don't -- I don't recall.
24 Q    So all the assets of Retail Enhancements were moved
25     over to Harbin's, and you may or may not have made a

**Page 72**

1      record of that?
2 A    There may be a journal entry somewhere. Where it is I
3      don't know, and how it was logged or booked, that's not
4      my forte, so I don't know.
5 Q    Okay. Who did those kind of bookkeeping things?
6 A    I had numerous bookkeepers throughout the years.
7 Q    But you oversaw it?
8 A    Um-hmm.
9 Q    I'd like to talk to you a little bit more about the
10     Harbins-Stern Brothers. We talked about it earlier, so
11     forgive me if I ask a couple questions I've already
12     asked.
13 A    That's okay.
14 Q    Now, Harbin's, Inc., and Harbins-Stern Brothers --
15     Harbin's, Inc., and Stern Brothers created Harbins-
16     Stern Brothers in what year?
17 A    I don't -- I think I said '99, but I'm not sure. Or
18     '98. Hope would know more about that than I would.
19 Q    Why is that?
20 A    Ask her.
21 Q    Why did you merge? Or not merge. Why did you form
22     Harbins-Stern Brothers?
23 A    At that time he kept coming to me saying, "Buy me out,
24     buy me out." But I didn't want to buy his used
25     furniture business out, or his repair furniture

**Page 73**

1      business out. And then he kept coming to me, and then
2      finally one day he said, "Why don't we merge?" And I
3      didn't want to merge with him. And he went to his
4      accountant and then he came to me and said, "Hey, we've
5      got an idea. Why don't we form an LLC?"
6      And I thought for the protection of Harbin's,
7      that would be a better thing to do instead of putting
8      my "C" corporation at risk with this "S" corporation.
9      And I did it conditionally that, you know, Harbin's had
10     51 percent, because I was five times bigger than this
11     guy. And the idea was that I had the medium- to high-
12     end furniture business. He had the used and the
13     repair, refinish, fix a broken chair. And that way we
14     could kind of cater to anybody that came in.
15 Q    Where was Stern Brothers located prior to this LLC?
16 A    They were and they still are on a street in Montgomery
17     called Holt Street.
18 Q    Halt? H-a-l --
19 A    Holt, H-o-l-t.
20 Q    Did the businesses ever share the same location?
21 A    Yes.
22 Q    Which location was that?
23 A    Well, the administrative folks were at the 300 South
24     Perry Street, and the repair place was in the Holt
25     Street building.

**Page 74**

1 Q    And so all of your administrative business was at 300
2      Perry?
3 A    That's correct.
4 Q    And there was administration moved over to 300 South
5      Perry?
6 A    He came over from his facility and set up camp in my
7      father's old office. The repair and stuff had to stay
8      in his facility because it was grandfathered in under
9      the old EPA pollution control stuff as far as paint
10     fumes and all that kind of stuff. So the painting and
11     repair stuff stayed at his facility, but he came over
12     to my facility.
13 Q    Okay. So you owned 51 percent of that LLC, and Michael
14     Behrman owned 49 percent?
15 A    Harbin's, Inc. --
16 Q    Oh.
17 A    -- owned 51 percent.
18 Q    Does it still exist?
19 A    No.
20 Q    When did that relationship break down?
21 A    Again, I believe I said it was 2001, 2002.
22 Q    How were the corporate assets divided of the -- the
23     assets of the LLC divided?
24 A    They weren't divided.
25 Q    When the LLC was disbanded, the assets weren't divided?