UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEELCASE, INC. a Michigan
corporation,

    Plaintiff,

v

HARBIN'S, INC., an Alabama corporation,
MICHAEL G. HARBIN, and
HOPE DUNCAN PATTERSON,

    Defendants.

Case No.: 1:04cv0026
Hon. Robert Holmes Bell
Chief, U. S. District Judge

_____/

| MILLER, JOHNSON, SNELL & CUMMISKEY, P. L. C. | SILVERMAN, SMITH & RICE, P.C. |
|---|---|
| Jon G. March (P17065) | Robert W. Smith (P31192) |
| Attorneys for Plaintiff | Attorneys for Defendant Michael G. Harbin |
| 250 Monroe Avenue, N. W. - Ste 800 | 151 S. Rose Street |
| P. O. Box 306 | 707 Comerica Building |
| Grand Rapids, MI 49501-0306 | Kalamazoo, MI 49007 |
| (616) 831-1700 | (269) 381-2090 |

HOPE D. PATTERSON
Defendant in Pro Per
5626 Mill Race Court
Atlanta, GA 30338

_____/

## PROOF OF SERVICE

    Robert W. Smith deposes and says that on the 28th day of June, 2005, Felicia A. Williams served a copy of **Defendant Michael G. Harbin's Brief in Response to Plaintiff's Motion for Partial Summary Judgment on Plaintiff's Claim of Piercing the Corporate Veil** along with this **Proof of Service** upon the following parties, either electronically, or by depositing said copies in the U.S. Mail, postage prepaid:

Jon G. March
MILLER, JOHNSON, SNELL
& CUMMISKEY, P.L.C.
250 Monroe Avenue, N. W., Suite 800
P. O. Box 306
Grand Rapids, MI 49501-0306

Hope D. Patterson
5626 Mill Race Court
Atlanta, GA 30338

Kurt P. McCamman
MILLER, CANFIELD, PADDOCK
& STONE, PLC
444 West Michigan Avenue
Kalamazoo, MI 49007

Dated: June 28, 2005

/s/ Robert W. Smith
Robert W. Smith (P31192)
SILVERMAN, SMITH & RICE, P.C.
Attorneys for Defendant Michael Harbin
151 S. Rose Street
707 Comerica Building
Kalamazoo, MI 49007
(269) 381-2090