UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

STEELCASE INC., a Michigan corporation,

      Plaintiff,

v

HARBIN'S INC., an Alabama corporation, MICHAEL G. HARBIN, and HOPE D. HARBIN PATTERSON,

      Defendants.

_____/

Case No. 1:04CV0026

Honorable Robert Holmes Bell
Chief, U.S. District Judge

## PROOF OF SERVICE

STATE OF MICHIGAN   )
                               ) ss.
COUNTY OF KENT      )

      Jon G. March, of Miller Johnson, attorneys for plaintiff in the above-captioned lawsuit, hereby states that on the 13th day of July, 2005 he caused Roslyn Thoits of Miller Johnson, to serve **Plaintiff Steelcase Inc.'s Reply Brief in Support of its Motion for Summary Judgment on Plaintiff's Claim of Piercing the Corporate Veil** by first class mail upon:

    Hope D. Harbin (now Hope Duncan Patterson)
    5626 Mill Race Court
    Dunwoody, GA 30338

                                      /s/ Jon G. March
                                      Jon G. March