**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

STEELCASE, INC. a Michigan
corporation,

      Plaintiff,

v

HARBIN'S, INC., an Alabama corporation,
MICHAEL G. HARBIN, and
HOPE DUNCAN PATTERSON,

      Defendants.

Case No.: 1:04cv0026
Hon. Robert Holmes Bell
Chief, U. S. District Judge

_____/

| MILLER, JOHNSON, SNELL & CUMMISKEY, P. L. C.<br>Jon G. March (P17065)<br>Attorneys for Plaintiff<br>250 Monroe Avenue, N. W. - Ste 800<br>P. O. Box 306<br>Grand Rapids, MI 49501-0306<br>(616) 831-1700 | SILVERMAN, SMITH & RICE, P.C.<br>Robert W. Smith (P31192)<br>Attorneys for Defendant Michael G. Harbin<br>151 S. Rose Street<br>707 Comerica Building<br>Kalamazoo, MI 49007<br>(269) 381-2090 |

HOPE D. PATTERSON
Defendant in Pro Se
5626 Mill Race Court
Atlanta, GA 30338

_____/

**PROOF OF SERVICE**

      Robert W. Smith deposes and says that on the 19th day of July, 2005, Felicia A. Williams served a copy of Defendant Michael G. Harbin's ***Motion to Strike Plaintiff Steelcase, Inc.'s Reply Brief in Support of its Motion for Summary Judgment on Plaintiff's Claim of Piercing the Corporate Veil*** and ***Brief in Support of Defendant Michael G. Harbin's Motion to Strike Plaintiff Steelcase, Inc.'s Reply Brief in Support of its Motion for Summary Judgment on Plaintiff's Claim of Piercing the Corporate Veil*** along with this ***Proof of Service*** upon the following parties, either electronically, or by depositing said copies in the U.S. Mail, postage prepaid:

Jon G. March
MILLER, JOHNSON, SNELL
& CUMMISKEY, P.L.C.
250 Monroe Avenue, N. W., Suite 800
P. O. Box 306
Grand Rapids, MI 49501-0306

Hope D. Patterson
5626 Mill Race Court
Atlanta, GA 30338

Kurt P. McCamman
MILLER, CANFIELD, PADDOCK
& STONE, PLC
444 West Michigan Avenue
Kalamazoo, MI 49007

Dated: July 19, 2005                /s/ Robert W. Smith
                                    Robert W. Smith (P31192)
                                    SILVERMAN, SMITH & RICE, P.C.
                                    Attorneys for Defendant Michael Harbin
                                    151 S. Rose Street
                                    707 Comerica Building
                                    Kalamazoo, MI 49007
                                    (269) 381-2090