UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

STELCASE INC., a Michigan
corporation,

       Plaintiff,

v.

HARBIN'S, INC., an Alabama
corporation, MICHAEL G. HARBIN,
and HOPE D. HARBIN PATTERSON,

       Defendants.
_____/

Case No. 1:04CV0026

Honorable Robert Holmes Bell
Chief, U.S. District Judge

# **ORDER**

       Plaintiff Steelcase Inc.'s Motion for Leave to File its Reply Brief in Support of its Motion for Summary Judgment on Plaintiff's Claim of Piercing the Corporate Veil dated July 13, 2005 (Document No. 157) is granted and the Reply Brief may be, and hereby is, deemed to be filed with the Court.

Dated: _____

       ROBERT HOLMES BELL
       Chief, United States District Judge