UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

STEELCASE INC., a Michigan
corporation,

       Plaintiff,                            Case No. 1:04CV0026

v                                           Honorable Robert Holmes Bell
                                                 Chief, U.S. District Judge

HARBIN'S INC., an Alabama
corporation, MICHAEL G. HARBIN,
and HOPE D. HARBIN PATTERSON,

       Defendants.
_____/

## PROOF OF SERVICE

STATE OF MICHIGAN     )
                                    ) ss.
COUNTY OF KENT        )

       Jon G. March, of Miller Johnson, attorneys for plaintiff in the above-captioned lawsuit, hereby states that on the 20th day of July, 2005 he caused Roslyn Thoits of Miller Johnson, to serve

       1.     Plaintiff Steelcase Inc.'s Motion for Leave to File Reply Brief in Support of its Motion for Summary Judgment on Plaintiff's Claim of Piercing the Corporate Veil;

       2.     Plaintiff Steelcase Inc.'s Brief in Support of Motion for Leave to File Reply Brief in Support of its Motion for Summary Judgment on Plaintiff's Claim of Piercing the Corporate Veil; and

       3.     Plaintiff Steelcase Inc.'s Responsive Brief to Defendant Michael Harbin's Motion to Strike Reply Brief

       by first class mail upon:

> Hope D. Harbin (now Hope Duncan Patterson)
> 5626 Mill Race Court
> Dunwoody, GA 30338

                                                  /s/ Jon G. March
                                                  Jon G. March