UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case Number | Date | Time | Place | Magistrate Judge |
|---|---|---|---|---|
| 1:04-CV-26 | 8/8/05 | 10:15 AM - 11:00 AM | Grand Rapids, MI | Joseph G. Scoville |

## CASE CAPTION

| Plaintiff(s): | Defendant(s): |
|---|---|
| STEELCASE | HOPE DUNCAN PATTERSON and MICHAEL G. HARBIN, JR. |

| Plaintiff: | **APPEARANCES** | Defendant: |
|---|---|
| Jon March and Sara Grey Lachman | Hope D. Patterson, pro per; Robert W. Smith |
| | |

## WITNESSES

| | P D | | P D |
|---|---|---|---|
| | P D | | P D |
| | P D | | P D |
| | P D | | P D |

## PROCEEDINGS

**NATURE OF HEARING:**  Final Pretrial Conference

Recorded on Tape: Digital          Deputy Clerk: D. Hand