UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case Number | Date | Time | Place | Magistrate Judge |
|---|---|---|---|---|
| 1:04-cv-26 | 8/8/05 | 11:00 a.m. - 12:20 p.m. | Grand Rapids, MI | Joseph G. Scoville |

**CASE CAPTION**

| Plaintiff(s): | Defendant(s): |
|---|---|
| Steelcase Inc. | Michael Harbin, et al. |

| Plaintiff: | **APPEARANCES** Defendant: |
|---|---|
| Jon March | Robert Smith |
| Sara Lachman | Hope Duncan Patterson (pro se) |

**WITNESSES**

_____ P D    _____ P D
_____ P D    _____ P D
_____ P D    _____ P D
_____ P D    _____ P D

**PROCEEDINGS**

**NATURE OF HEARING:**  Settlement conference conducted; case did not settle _____

_____
_____
_____
_____
_____
_____

Recorded on Tape: _____    Deputy Clerk: _____