# United States District Court
# Western District of Michigan
# Southern Division

STEELCASE, INC.,

v.

## NOTICE

CASE NO. 1:04-CV-26

MICHAEL G. HARBIN, JR., et al.

TYPE OF CASE:

[X] CIVIL    [ ] CRIMINAL

[X] TAKE NOTICE that a proceeding in this case has been set for the place, date and time set forth below:

PLACE

**Federal Building**
**110 Michigan, N.W.**
**Grand Rapids, MI  49503**

ROOM NO.
**Courtroom 601**

DATE AND TIME
**September 26, 2005 at 9:00 a.m.**

## TYPE OF PROCEEDING:

**To allow sufficient time for briefing on defendant's motion for change of venue, the trial in this matter is rescheduled to September 26, 2005 at 9:00 a.m.**

ROBERT HOLMES BELL
CHIEF UNITED STATES DISTRICT JUDGE

/s/ Susan Driscoll Bourque

DATE:   August 8, 2005         By:    Susan Driscoll Bourque, Case Manager