UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEELCASE, INC.,

        Plaintiff,

v.

HARBIN'S, INC., an Alabama
corporation, MICHAEL G. HARBIN,
and HOPE D. HARBIN PATTERSON,

        Defendants.
                                       /

File No. 1:04-CV-26

HON. ROBERT HOLMES BELL

## ORDER AND PARTIAL JUDGMENT

In accordance with the opinion entered this date,

**IT IS HEREBY ORDERED** that Defendant Michael G. Harbin's motion for summary judgment (Docket # 114) is **GRANTED IN PART and DENIED IN PART**. To the extent Mr. Harbin seeks summary judgment on Count II of Plaintiff's complaint which alleges liability based upon personal guaranties, the motion is **GRANTED**. To the extent Mr. Harbin seeks summary judgment on Count III of Plaintiff's complaint which alleges liability based upon piercing the corporate veil, the motion is **DENIED**.

**IT IS FURTHER ORDERED** that **JUDGMENT** is entered in favor of Michael G. Harbin and Hope D. Harbin Patterson on Count II of Plaintiff Steelcase's complaint.

**IT IS FURTHER ORDERED** that Plaintiff Steelcase's motion for partial summary judgment (Docket # 119) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff Steelcase's motion for summary judgment on Plaintiff's claim of piercing the corporate veil (Docket # 149) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff Steelcase's motion for leave to file reply brief (Docket # 162) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant Michael G. Harbin's motion to strike Plaintiff's reply brief (Docket # 159) is **DENIED**.

Date:     August 11, 2005              /s/ Robert Holmes Bell
                                        ROBERT HOLMES BELL
                                        CHIEF UNITED STATES DISTRICT JUDGE