# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

STEELCASE, INC. a Michigan corporation,

    Plaintiff,

v

HARBIN'S, INC., an Alabama corporation,
MICHAEL G. HARBIN, and
HOPE DUNCAN PATTERSON,

    Defendants.

Case No.: 1:04cv0026
Hon. Robert Holmes Bell
Chief, U. S. District Judge

_____/

| MILLER, JOHNSON, SNELL & CUMMISKEY, P. L. C. | SILVERMAN, SMITH & RICE, P.C. |
|---|---|
| Jon G. March (P17065) | Robert W. Smith (P31192) |
| Attorneys for Plaintiff | Attorneys for Defendant Michael G. Harbin |
| 250 Monroe Avenue, N. W. - Ste 800 | 151 S. Rose Street |
| P. O. Box 306 | 707 Comerica Building |
| Grand Rapids, MI 49501-0306 | Kalamazoo, MI 49007 |
| (616) 831-1700 | (269) 381-2090 |

_____/

## PROOF OF SERVICE

    Robert W. Smith deposes and says that on the 12th day of August, 2005, Felicia A. Williams served a copy of ***Defendant Michael G. Harbin's Motion for Continuance of Trial, Brief in Support of Motion for Continuance of Trial,*** and ***Affidavit of Robert W. Smith in Support of Motion for Continuance of Trial***, along with this ***Proof of Service***, electronically, upon Jon G. March, MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C., 250 Monroe Avenue, N. W., Suite 800, P. O. Box 306, Grand Rapids, MI 49501-0306.

Dated: <u>August 12, 2005</u>

    SILVERMAN, SMITH & RICE, P.C.
    Attorneys for Defendant Michael G. Harbin

    /s/ Robert W. Smith
    Robert W. Smith (P31192)