UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

STEELCASE INC., a Michigan
corporation,

       Plaintiff,

v.

HARBIN'S, INC., an Alabama
corporation, MICHAEL G. HARBIN,
and HOPE D. HARBIN PATTERSON,

       Defendants.
_____/

Case No. 1:04CV0026

Honorable Robert Holmes Bell
Chief, U.S. District Judge

## CERTIFICATE OF SERVICE

Jon G. March hereby certifies that on the 25th day of August, 2005, he caused J. Hope Moxey to serve Plaintiff's Response to Defendant Michael G. Harbin's Motion for Change of Venue, or Alternatively, to Adjourn the Trial and Settlement Conference upon Hope Duncan Patterson at 5626 Mill Race Court, Dunwoody, GA 30338, via First Class Mail.

Dated: August 25, 2005

    /s/ Jon G. March
Jon G. March (P17065)
Miller Johnson
250 Monroe Avenue, N.W., Suite 800
PO Box 306
Grand Rapids, Michigan 49501-0306
(616) 831-1700