# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

STEELCASE, INC. a Michigan
corporation,

      Plaintiff,

v.

HARBIN'S INC., an Alabama
corporation, MICHAEL G. HARBIN
and HOPE D. HARBIN PATTERSON (now
HOPE DUNCAN PATTERSON),

      Defendants.

Case No.: 1:04cv0026
Hon. Robert Holmes Bell
Chief, U. S. District Judge

_____/

| MILLER, JOHNSON, SNELL & CUMMISKEY, P. L. C. | SILVERMAN, SMITH & RICE, P.C. |
|---|---|
| Jon G. March (P17065) | Robert W. Smith (P31192) |
| Attorneys for Plaintiff | Attorneys for Defendant Michael G. Harbin |
| 250 Monroe Avenue, N. W. - Ste 800 | 151 S. Rose Street |
| P. O. Box 306 | 707 Comerica Building |
| Grand Rapids, MI 49501-0306 | Kalamazoo, MI 49007 |
| (616) 831-1700 | (269) 381-2090 |

_____/

**MOTION FOR LEAVE TO FILE REPLY BRIEF REGARDING PLAINTIFF'S RESPONSE TO DEFENDANT MICHAEL G. HARBIN'S MOTION FOR CHANGE OF VENUE, OR ALTERNATIVELY, TO ADJOURN THE TRIAL AND SETTLEMENT CONFERENCE**

      Defendant Michael G. Harbin moves this Court for leave to file a reply brief so that the Court may be presented with argument relevant to the misleading nature of the factual background provided to the Court in Plaintiff's Response to Defendant Michael G. Harbin's Motion for Change of Venue, or Alternatively, to Adjourn the Trial and Settlement Conference.

Dated: <u>September 1, 2005</u>      SILVERMAN, SMITH & RICE, P.C.
                                          Attorney for Defendant Michael G. Harbin

                                             /s/ Robert W. Smith
                                          Robert W. Smith (P31192)