UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEELCASE, INC. a Michigan
corporation,

       Plaintiff,

v.

HARBIN'S INC., an Alabama
corporation, MICHAEL G. HARBIN
and HOPE D. HARBIN PATTERSON (now
HOPE DUNCAN PATTERSON),

       Defendants.

Case No.: 1:04cv0026
Hon. Robert Holmes Bell

Chief, U. S. District Judge

_____/

| MILLER, JOHNSON, SNELL & CUMMISKEY, P. L. C. | SILVERMAN, SMITH & RICE, P.C. |
|---|---|
| Jon G. March (P17065) | Robert W. Smith (P31192) |
| Attorneys for Plaintiff | Attorneys for Defendant Michael G. Harbin |
| 250 Monroe Avenue, N. W. - Ste 800 | 151 S. Rose Street |
| P. O. Box 306 | 707 Comerica Building |
| Grand Rapids, MI 49501-0306 | Kalamazoo, MI 49007 |
| (616) 831-1700 | (269) 381-2090 |

_____/

**BRIEF IN SUPPORT OF MOTION FOR LEAVE TO FILE REPLY BRIEF
REGARDING PLAINTIFF'S RESPONSE TO DEFENDANT MICHAEL G. HARBIN'S
MOTION FOR CHANGE OF VENUE, OR ALTERNATIVELY, TO ADJOURN THE
TRIAL AND SETTLEMENT CONFERENCE**

      The citation of "relevant facts" and reference to documents filed by both parties contained in Plaintiff's Response to Defendant Michael G. Harbin's Motion for Change of Venue, or Alternatively, to Adjourn the Trial and Settlement Conference ("Plaintiff's Response Brief"), are misleading and do not accurately reflect the posture of this case. It

is requested that the Court grant Defendant Michael G. Harbin ("Harbin") leave to file a reply brief so that the Court may be presented with argument which accurately reflects the procedural background of this case, and to explain its present posture which is now far different than it was almost four months ago when Harbin filed his Motion for Change of Venue, or Alternatively, to Adjourn the Trial and Settlement Conference.

Dated: <u>September 1, 2005</u>   SILVERMAN, SMITH & RICE, P.C.
Attorneys for Defendant Michael G. Harbin

/s/ Robert W. Smith
Robert W. Smith (P31192)

Steelcase, Inc. v Michael G. Harbin, et. al.
**Brief in Support of Motion for
Leave to File Reply Brief**          (Page 2)          Case No.: 1:04cv0026