UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEELCASE, INC. a Michigan
corporation,

      Plaintiff,

v.

HARBIN'S, INC., an Alabama corporation,
MICHAEL G. HARBIN, and
HOPE DUNCAN PATTERSON,

      Defendants.

Case No.: 1:04cv0026
Hon. Robert Holmes Bell
Chief, U. S. District Judge

_____/

| MILLER, JOHNSON, SNELL & CUMMISKEY, P. L. C.<br>Jon G. March (P17065)<br>Attorneys for Plaintiff<br>250 Monroe Avenue, N. W. - Ste 800<br>P. O. Box 306<br>Grand Rapids, MI 49501-0306<br>(616) 831-1700 | SILVERMAN, SMITH & RICE, P.C.<br>Robert W. Smith (P31192)<br>Attorneys for Defendant Michael G. Harbin<br>151 S. Rose Street<br>707 Comerica Building<br>Kalamazoo, MI 49007<br>(269) 381-2090 |

_____/

## PROOF OF SERVICE

     Robert W. Smith deposes and says that on the 1st day of September, 2005, Felicia A. Williams served a copy of ***Motion for Leave to File Reply Brief Regarding Plaintiff's Response to Defendant Michael G. Harbin's Motion for Change of Venue, or Alternatively, to Adjourn the Trial and Settlement Conference, Brief in Support, and Reply Brief of Defendant Michael G. Harbin to Plaintiff's Response to Defendant Michael G. Harbin's Motion for Change of Venue, or Alternatively, to Adjourn the Trial and Settlement Conference (Oral Argument Requested)*** along with this ***Proof of Service***, electronically, upon Jon G. March, MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C., 250 Monroe Avenue, N. W., Suite 800, P. O. Box 306, Grand Rapids, MI 49501-0306.

Dated: September 1, 2005

SILVERMAN, SMITH & RICE, P.C.
Attorneys for Defendant Michael G. Harbin

/s/ Robert W. Smith
Robert W. Smith (P31192)