UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

STEELCASE INC., a Michigan
corporation,

       Plaintiff,

v.

HARBIN'S, INC., an Alabama
corporation, MICHAEL G. HARBIN,
and HOPE D. HARBIN PATTERSON,

       Defendants.
_____/

Case No. 1:04CV0026

Honorable Robert Holmes Bell
Chief, U.S. District Judge

## PLAINTIFF'S MOTION FOR RULE 54(b) CERTIFICATION OF JUDGMENT

### **EXPEDITED CONSIDERATION REQUESTED**

Plaintiff, Steelcase Inc., by its attorneys, Miller Johnson, hereby moves the Court for Certification of Judgment under Fed. R. Civ. P. 54(b) on Count II of Steelcase's Second Amended Complaint against defendants Michael G. Harbin and Hope D. Harbin Patterson to enforce personal guaranties. This motion is supported by the attached brief.

Pursuant to W.D. Mich. L. R. Civ. P. 7.1(d), on September 7, 2005, counsel for Steelcase sought and was denied concurrence from counsel for Michael Harbin and from Hope Harbin Patterson in pro per.

                  Miller Johnson

Dated: September 7, 2005       By  /s/ Sara G. Lachman
                                              Jon G. March (P17065)
                                              Sara G. Lachman (P67523)
                                              Attorneys for Plaintiff, Steelcase Inc.
                                              250 Monroe Avenue, N.W., Suite 800
                                              PO Box 306
                                              Grand Rapids, Michigan  49501-0306
                                              (616) 831-1700

967029  8810-492  9/7/05