UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEELCASE, INC., a Michigan
corporation,

    Plaintiff,

v.

    CASE NO. 1:04-CV-26

    HON. ROBERT HOLMES BELL

HARBIN'S INC., an Alabama
corporation, et al.,

    Defendants.
_____/

## ORDER GRANTING MOTION FOR LEAVE TO FILE REPLY BRIEF

Defendant Michael G. Harbin has moved to file a reply in support of his Motion for Change of Venue, or Alternatively, to Adjourn the Trial and Settlement Conference (docket #180). Defendant's motion is **GRANTED**.

Defendant is instructed to review W.D. Mich. LCivR 5.7(f), which states that where, as here, the filing of an electronically submitted document requires leave of court, the proposed document must be attached as an exhibit to the motion seeking leave to file.

Date:   September 7, 2005        /s/ Robert Holmes Bell
                                                       ROBERT HOLMES BELL
                                                       CHIEF UNITED STATES DISTRICT JUDGE