UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

STEELCASE INC., a Michigan
corporation,

       Plaintiff,                        Case No. 1:04CV0026

v.                                           Honorable Robert Holmes Bell
                                                Chief, U.S. District Judge

HARBIN'S, INC., an Alabama
corporation, MICHAEL G. HARBIN,
and HOPE D. HARBIN PATTERSON,

       Defendants.
_____/

**PROOF OF SERVICE**

STATE OF MICHIGAN     )
                                 ) ss.
COUNTY OF KENT       )

        I, Sara G. Lachman, do hereby certify that on this 7th day of September, 2005 I caused Sharon L. Reynolds of Miller Johnston to serve Defendant, Hope D. Harbin Patterson, with the following:

        1.        Plaintiff's Motion for Rule 54(b) Certification of Judgment; and

        2.        Plaintiff's Brief in Support of Motion for Rule 54(b) Certification of Judgment

by mailing a copy thereof via First Class United States Mail to the following:

Hope D. Harbin Patterson
5626 Mill Race Court
Dunwoody, GA 30338

        via **FIRST-CLASS MAIL.**

968010 88100-492 9/7/05

/s/ Sara G. Lachman
SARA G. LACHMAN (67523)
250 Monroe Avenue, N.W., Suite 800
PO Box 306
Grand Rapids, Michigan 49501-0306
(616) 831-1700
lachmans@millerjohnson.com