UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

STEELCASE INC., a Michigan
corporation,

       Plaintiff,

v.

HARBIN'S, INC., an Alabama
corporation, MICHAEL G. HARBIN,
and HOPE D. HARBIN PATTERSON,

       Defendants.
_____/

Case No. 1:04CV0026

Honorable Robert Holmes Bell
Chief, U.S. District Judge

### PLAINTIFF MOTION FOR LEAVE TO FILE RESPONSE TO REPLY BRIEF OF DEFENDANT MICHAEL HARBIN REGARDING MOTION FOR CHANGE OF VENUE

       Plaintiff, Steelcase Inc., by its attorneys, Miller Johnson, hereby moves this Court pursuant to L. Civ. R. 7.3(c) for leave to file a response to the Reply Brief to Defendant Michael G. Harbin Regarding the Motion for Change of Venue.

       Plaintiff's proposed response brief is attached to the brief in support of this motion.

                              MILLER JOHNSON

Dated: September 8, 2005       By  /s/ Sara G. Lachman
                                             Jon G. March (P17065)
                                             Sara G. Lachman (P67523)
                                             Attorneys for Plaintiff, Steelcase Inc.
                                             250 Monroe Avenue, N.W., Suite 800
                                             PO Box 306
                                             Grand Rapids, Michigan 49501-0306
                                             (616) 831-1700

968103