UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

STEELCASE INC., a Michigan
corporation,

        Plaintiff,

v.

HARBIN'S, INC., an Alabama
corporation, MICHAEL G. HARBIN,
and HOPE D. HARBIN PATTERSON,

        Defendants.
_____/

Case No. 1:04CV0026

Honorable Robert Holmes Bell
Chief, U.S. District Judge

### PLAINTIFF BRIEF IN SUPPORT OF MOTION FOR LEAVE TO FILE RESPONSE TO REPLY BRIEF OF DEFENDANT MICHAEL HARBIN REGARDING MOTION FOR CHANGE OF VENUE

It is requested that the Court grant Plaintiff leave to file the proposed Response Brief to Reply Brief of Defendant Michael Harbin Regarding Motion for Change of Venue, attached as Exhibit A. The Response Brief will assist the Court in adjudicating the Motion for Change of Venue because in Defendant Harbin's Reply Brief, Harbin raises a number of arguments for the first time. Thus, Plaintiff's proposed brief is necessary to allow plaintiff the opportunity to respond, and the Court the opportunity to hear the response, to these arguments.

MILLER JOHNSON

Dated: September 8, 2005

By  /s/ Sara G. Lachman_____
    Jon G. March (P17065)
    Sara G. Lachman (P67523)
    Attorneys for Plaintiff, Steelcase Inc.
    250 Monroe Avenue, N.W., Suite 800
    PO Box 306
    Grand Rapids, Michigan 49501-0306
    (616) 831-1700

968104