UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

STEELCASE INC.,
a Michigan corporation,

        Plaintiff,

v.

CASE NO. 1:04-CV-26

HON. ROBERT HOLMES BELL

HARBIN'S INC.,
an Alabama corporation, et al.,

        Defendants.
_____/

## ORDER GRANTING MOTION FOR LEAVE TO FILE RESPONSE

Before the Court is Plaintiff's Motion for Leave to File Response to Reply Brief of Defendant Michael G. Harbin Regarding the Motion for Change of Venue (docket #188). Plaintiff's motion is hereby **GRANTED**. The Clerk of the Court shall accept Plaintiff's response (Exhibit A to docket #190) for filing as of the date of this Order.

Date:   September 12, 2005        /s/ Robert Holmes Bell
                                                ROBERT HOLMES BELL
                                                CHIEF UNITED STATES DISTRICT JUDGE