UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEELCASE, INC., a Michigan corporation,

        Plaintiff,

v.

MICHAEL G. HARBIN,

        Defendant.
_____/

File No. 1:04-CV-26

HON. ROBERT HOLMES BELL

## O R D E R

In accordance with the opinion entered this date,

**IT IS HEREBY ORDERED** that Defendant Michael G. Harbin's motion for change of venue (Docket # 124) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant Michael G. Harbin's motion for continuance of trial (Docket # 173) is **DENIED** as moot.

**IT IS FURTHER ORDERED** that Plaintiff Steelcase's motion for Rule 54(b) certification of judgment (Docket # 184) is **DENIED**.

**IT IS FURTHER ORDERED** that this action is **TRANSFERRED** to the District Court for the Middle District of Alabama.

Date:   September 14, 2005

/s/ Robert Holmes Bell
ROBERT HOLMES BELL
CHIEF UNITED STATES DISTRICT JUDGE