

**OFFICE OF THE CLERK**
www.miwd.uscourts.gov

399 Federal Bldg.
110 Michigan St., NW
Grand Rapids, MI 49503
(616) 456-2381

229 Federal Bldg.
202 W. Washington St.
Marquette, MI 49855
(906) 226-2021

B-35 Federal Bldg.
410 W. Michigan Ave.
Kalamazoo, MI 49007
(269) 337-5706

113 Federal Bldg.
315 W. Allegan St.
Lansing, MI 48933
(517) 377-1559

E-filing Help Desk:
(616) 456-2206
(800) 290-2742
ecfhelp@miwd.uscourts.gov

September 16, 2005

U.S. District Court
Middle District of Alabama
P.O. Box 711
Montgomery, AL 36101-0711

RE: Steelcase, Inc. v. Harbin
Our Case No. 1:04-cv-26  Hon. Robert Holmes Bell

Dear Court Personnel:

Pursuant to the enclosed Order of Transfer to the Middle District of Alabama filed 9/14/2005, we are herewith sending certified copies of our order of transfer and docket sheet along with the following documents that are not available electronically:

       None

The remaining documents that make up the case file are available electronically through PACER. Please contact our e-filing help desk via email at ecfhelp@miwd.uscourts.gov to obtain the information necessary to retrieve the electronic documents if you are unable to gain access through PACER.

**Please acknowledge receipt** of this transfer case by returning a date-stamped copy of this letter to our court in the enclosed self-addressed envelope.  Thank you.

Sincerely,

Ronald C. Weston, Sr., Clerk

/s/ A. Redmond

By:  Deputy Clerk

Enclosures

cc:    All counsel
       File