IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| STEELCASE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:05cv888-C |
| | ) |
| HARBIN'S INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

On September 23, 2005, this case was transferred to this court from the United States District Court for the Western District of Michigan. Accordingly, it is

ORDERED that this matter be and is hereby set for a status and scheduling conference on October 31, 2005, at 11:00 a.m. in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 12th day of October, 2005.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE