IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **STEELCASE, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 1:05CV888-C |
| **HARBIN'S, INC.; MICHAEL G. HARBIN;** | ) |
| **HOPE D. HARBIN PATTERSON,** | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF APPEARANCE

Comes now Lee E. Bains, Jr., of the Maynard, Cooper & Gale, P.C. law firm and enters his appearance as counsel for plaintiff, Steelcase, Inc.

/s/ *Lee E. Bains, Jr.*
Lee E. Bains, Jr.
One of the Attorneys for Plaintiff, Steelcase, Inc.

**OF COUNSEL:**
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2616
(205) 254-1000

01247254.1

## CERTIFICATE OF SERVICE

    I hereby certify that on October 24, 2005, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Sara Grey Lachman
>lachmans@millerjohnson.com
>
>Robert W. Smith
>rsmith@kal-law.com

    I hereby certify that the following attorneys have been served with a copy of the foregoing by United States Mail:

>Kurt P. McCamman
>Miller Canfield Paddock Stone PLC
>444 W. Michigan Avenue
>Kalamazoo, Michigan 49007
>
>Jon March
>Miller Johnson Snell & Cumminskey PLC
>P. O. Box 306
>Grand Rapids, Michigan 49501

                                      /s/ *Lee E. Bains, Jr.*
                                      OF COUNSEL