# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **STEELCASE, INC.,** )<br>)<br>    **Plaintiff,** )<br>)<br>v. )<br>)<br>**HARBIN'S, INC.; MICHAEL G. HARBIN;** )<br>**HOPE D. HARBIN PATTERSON,** )<br>)<br>    **Defendants.** ) | **CIVIL ACTION NO.**<br>**1:05CV888-C** |

## MOTION TO CONTINUE STATUS AND SCHEDULING CONFERENCE

Comes now plaintiff, Steelcase, Inc., and respectfully moves this Honorable Court to continue the status and scheduling conference from October 31, 2005 at 11:00 a.m. (established by Order entered as Pacer Document No. 198) to a later date. As grounds for this motion, Steelcase respectfully submits that it has recently retained the undersigned Alabama counsel in the case. Because of scheduling conflicts, including an oral argument in the Fourth Circuit on Friday, October 28, it will be difficult for undersigned counsel to review the relevant filings while this case was pending in federal district court in Michigan and to be prepared for a status and scheduling conference by October 31st.

WHEREFORE, Steelcase respectfully moves this Honorable Court to continue the status and scheduling conference from October 31, 2005 at 11:00 a.m. to a later date.

/s/ *Lee E. Bains, Jr.*
Lee E. Bains, Jr.
One of the Attorneys for Plaintiff, Steelcase, Inc.

**OF COUNSEL:**
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2616
(205) 254-1000

01247425.1

## CERTIFICATE OF SERVICE

    I hereby certify that on October 24, 2005, I electronically filed the foregoing Motion to Continue Status and Scheduling Conference with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Sara Grey Lachman
>lachmans@millerjohnson.com
>
>Robert W. Smith
>rsmith@kal-law.com

    I hereby certify that the following attorneys have been served with a copy of the foregoing by United States Mail:

>Kurt P. McCamman
>Miller Canfield Paddock Stone PLC
>444 W. Michigan Avenue
>Kalamazoo, Michigan 49007
>
>Jon March
>Miller Johnson Snell & Cumminskey PLC
>P. O. Box 306
>Grand Rapids, Michigan 49501

                                                     /s/ *Lee E. Bains, Jr.*
                                                     OF COUNSEL