IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

STEELCASE, INC.,                      )
                                      )
        Plaintiff,                    )
                                      )
v.                                    )     CIVIL ACTION NO.  1:05cv888-C
                                      )
HARBIN'S INC.,                        )
                                      )
        Defendant.                    )

**ORDER**

For good cause, it is

ORDERED that the scheduling and status conferences presently set for 11:00 a.m. on

November 16, 2005, be and is hereby RESET to **9:30 a.m.** on November 16, 2005, **by**

**telephone conference call**.  The plaintiff shall set up the telephone conference call.

Done this 28th day of October, 2005.


            /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

STEELCASE, INC., )
)
      Plaintiff, )
)
v. )   CIVIL ACTION NO.  1:05cv888-C
)
HARBIN'S INC., )
)
      Defendant. )

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

    In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court,  hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

_____    _____
     Date                             Signature

                                  _____
                                  Counsel For (**print** name of all parties)

                                  _____
                                  Address, City, State Zip Code

                                  _____
                                  Telephone Number

# DO NOT FILE THIS FORM ELECTRONICALLY

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

STEELCASE, INC.,                              )
                                              )
      Plaintiff,                       )
                                              )
v.                                            )    CIVIL ACTION NO.  1:05cv888-C
                                              )
HARBIN'S INC.,                                )
                                              )
      Defendant.                       )

**REQUEST FOR REASSIGNMENT OF CASE
TO A UNITED STATES DISTRICT JUDGE**

      The undersigned party hereby declines to consent to the Magistrate Judge's exercise of civil jurisdiction in this case.  The undersigned party requests reassignment of this case to a United States District Judge.


_____          _____
      Date                                 Signature


                                         _____
                                         Counsel For (**print** name of all parties)


                                         _____
                                         Address, City, State Zip Code


                                         _____
                                         Telephone Number

# DO NOT FILE THIS FORM ELECTRONICALLY

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

**EXPLANATION OF ASSIGNMENT TO
UNITED STATES MAGISTRATE JUDGE**

This civil case has been randomly assigned to a United States Magistrate Judge of this court.  In accordance with 28 U.S.C. § 636(c), the Magistrate Judges of this court are designated to conduct any and all proceedings in a jury or nonjury civil case and order the entry of final judgment upon the consent of all parties to a case.  Any appeal from a judgment entered by a Magistrate Judge is taken directly to the United States Court of Appeals for the Eleventh Circuit in the same manner as any appeal from any judgment entered in this court.

Any party to this lawsuit has the right to consent or decline consent to the jurisdiction of a Magistrate Judge.  To exercise your right to consent you should complete the consent form and return it to the Clerk of the Court as indicated in the court's order.  **Litigants, without concern for any adverse consequences, freely may decline consent to the jurisdiction of a Magistrate Judge.**  If you decline consent to the jurisdiction of a Magistrate Judge, this case will be reassigned randomly to a District Judge.