# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| STEELCASE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 1:05CV888-C |
| HARBIN'S, INC.; MICHAEL G. HARBIN; ) | |
| HOPE D. HARBIN PATTERSON, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO RE-SET STATUS AND SCHEDULING CONFERENCE

Comes now plaintiff, Steelcase, Inc., and respectfully moves this Honorable Court to re-set the status and scheduling conference currently set by telephone conference call for 9:30 a.m. on November 16, 2005 (established by Order entered as Pacer Document No. 202). As grounds for this motion, Steelcase respectfully submits that its undersigned Alabama counsel has an existing conflict that has been scheduled for several weeks for that date and time.

WHEREFORE, Steelcase respectfully moves this Honorable Court to re-set the status and scheduling conference that is currently set for 9:30 a.m. on November 16, 2005.

/s/ *Lee E. Bains, Jr.*
Lee E. Bains, Jr.
One of the Attorneys for Plaintiff, Steelcase, Inc.

**OF COUNSEL:**
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2616
(205) 254-1000

01250995.1

## CERTIFICATE OF SERVICE

  I hereby certify that on November 1, 2005, I electronically filed the foregoing Motion to Continue Status and Scheduling Conference with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

  Sara Grey Lachman
  lachmans@millerjohnson.com

  Robert W. Smith
  rsmith@kal-law.com

  I hereby certify that the following attorneys have been served with a copy of the foregoing by United States Mail:

  Kurt P. McCamman
  Miller Canfield Paddock Stone PLC
  444 W. Michigan Avenue
  Kalamazoo, Michigan 49007

  Jon March
  Miller Johnson Snell & Cumminskey PLC
  P. O. Box 306
  Grand Rapids, Michigan 49501

  Hope Duncan Patterson
  5626 Mill Race Ct.
  Dunwoody, GA 30338

            /s/ *Lee E. Bains, Jr.*
            OF COUNSEL

01250995.1