IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| STEELCASE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO.  1:05cv888-C |
| | ) |
| HARBIN'S INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Now pending before the court is the plaintiff's motion to continue and reset the status conference presently set for 9:30 a.m. on November 16, 2005. (Doc. # 203). For good cause, it is

ORDERED that the motion to continue and reset status conference (doc. # 203) be and is hereby GRANTED. It is further

ORDERED that the scheduling and status conferences presently set for 9:30 a.m. on November 16, 2005, be and is hereby RESET to **2:00 p.m.** on **November 14, 2005**, **by telephone conference call**. The plaintiff shall set up the telephone conference call.

Done this 3rd day of November, 2005.

                               /s/Charles S. Coody
                    CHARLES S. COODY
                    CHIEF UNITED STATES MAGISTRATE JUDGE