UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

STEELCASE INC.

       Plaintiff,                          Case No. 1:05cv888-C

v.

HARBIN'S, INC., MICHAEL G. HARBIN,
and HOPE D. HARBIN PATTERSON,

       Defendants.
_____/

**MOTION AND ORDER FOR WITHDRAWAL OF COUNSEL**

Miller Johnson and attorneys Jon G. March and Sara G. Lachman (collectively "Miller Johnson") move to withdraw as counsel for Plaintiff Steelcase Inc. ("Steelcase"). In support of this motion, Miller Johnson states:

    1.    On January 14, 2004, Miller Johnson, on behalf of Steelcase, filed the above action in the United States District Court for the Western District of Michigan and has served as counsel to Steelcase in this litigation since that time.

    2.    On May, 2, 2005, Defendant Michael G. Harbin moved the Court for the Western District of Michigan for a change of venue to the Middle District of Alabama. (See Docket No. 124.)

    3.    The District Court Judge for the Western District of Michigan, the Honorable Robert Holmes Bell, granted Defendant Harbin's motion and, on September 14, 2005, ordered this litigation to be transferred to the Middle District of Alabama. (See Docket No. 196.)

4.  Steelcase has obtained local substitute counsel, Lee E. Baines, Jr. of Maynard, Cooper & Gale, P.C., licensed to practice in the Middle District of Alabama and familiar with the Court's local rules.

5.  Lee E. Baines, Jr. of Maynard, Cooper & Gale, P.C. has filed an appearance in this matter. (See Docket No. 200.)

6.  Steelcase consents to the withdrawal of Miller Johnson as counsel in this litigation.

7.  Steelcase further consents to the substitution of Lee E. Baines, Jr. and Maynard, Cooper & Gale, P.C. as counsel for Steelcase for the remainder of this litigation.

For the reasons stated above, Miller Johnson, therefore, requests that this Court allow its withdrawal as the attorneys for Steelcase in this matter.

MILLER JOHNSON

Dated: November 14, 2005    By _____
Jon G. March (P17065)
Sara G. Lachman (P67523)
Attorneys for Plaintiff, Steelcase Inc.
250 Monroe Avenue, N.W., Suite 800
PO Box 306
Grand Rapids, Michigan 49501-0306
(616) 831-1700

## **ORDER**

The motion by Miller Johnson and attorneys Jon G. March and Sara G. Lachman to withdraw as counsel for Steelcase Inc. is hereby granted. Lee E. Baines, Jr. of Maynard, Cooper & Gale, P.C. is substituted as counsel for Steelcase Inc. in place of Miller Johnson and attorneys Jon G. March and Sara G. Lachman.


Dated: November ____, 2005                    _____

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

STEELCASE INC.

    Plaintiff,                         Case No. 1:05cv888-C

v.

HARBIN'S, INC., MICHAEL G. HARBIN,
and HOPE D. HARBIN PATTERSON,

    Defendants.

_____/

## CERTIFICATE OF SERVICE

    Sara G. Lachman, being first duly sworn, deposes and states that on November 14, 2005, she served a copy of Motion for Withdrawal of Counsel and proposed Order via First Class U.S. mail on the following:

Robert W. Smith
Silverman, Smith, Bingen & Rice, P.C.
151 S. Rose Street
Suite 707
Kalamazoo, MI 49007

Kurt P. McCamman
Miller, Canfield, Paddock, Stone, PLC
444 W. Michigan Avenue
Kalamazoo, MI 49007

Lee E. Bains, Jr.
Maynard, Cooper & Gale, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203-2616

Hope Duncan Patterson
5626 Mill Race Court
Dunwoody, GA 30338

_____
Sara G. Lachman

SUBSCRIBED AND SWORN to before me this 14th day of November 2005.

_____
Sharon L. Reynolds, Notary Public
State of Michigan, County of Oakland
My commission expires: 08/23/06
Acting in Kent County, Michigan