IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEELCASE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05cv888-C |
| | ) |
| HARBIN'S INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

For good cause, it is

ORDERED that a scheduling and status conference be and is hereby SET to **11:00 a.m.** on January 31, 2006, **by telephone conference call**. The plaintiff shall set up the telephone conference call.

Done this 15th day of November, 2005.

       /s/Charles S. Coody
       CHARLES S. COODY
       CHIEF UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| STEELCASE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:05cv888-C |
| | ) |
| HARBIN'S INC., | ) |
| | ) |
| Defendant. | ) |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

_____     _____
Date                                                Signature

_____
Counsel For (**print** name of all parties)

_____
Address, City, State Zip Code

_____
Telephone Number

**DO NOT FILE THIS FORM ELECTRONICALLY**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| STEELCASE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:05cv888-C |
| | ) |
| HARBIN'S INC., | ) |
| | ) |
| Defendant. | ) |

**REQUEST FOR REASSIGNMENT OF CASE
TO A UNITED STATES DISTRICT JUDGE**

    The undersigned party hereby declines to consent to the Magistrate Judge's exercise of civil jurisdiction in this case.  The undersigned party requests reassignment of this case to a United States District Judge.

_____
    Date                                                Signature

_____
Counsel For (**print** name of all parties)

_____
Address, City, State Zip Code

_____
Telephone Number

# DO NOT FILE THIS FORM ELECTRONICALLY

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

**EXPLANATION OF ASSIGNMENT TO
UNITED STATES MAGISTRATE JUDGE**

This civil case has been randomly assigned to a United States Magistrate Judge of this court.  In accordance with 28 U.S.C. § 636(c), the Magistrate Judges of this court are designated to conduct any and all proceedings in a jury or nonjury civil case and order the entry of final judgment upon the consent of all parties to a case.  Any appeal from a judgment entered by a Magistrate Judge is taken directly to the United States Court of Appeals for the Eleventh Circuit in the same manner as any appeal from any judgment entered in this court.

Any party to this lawsuit has the right to consent or decline consent to the jurisdiction of a Magistrate Judge.  To exercise your right to consent you should complete the consent form and return it to the Clerk of the Court as indicated in the court's order.  **Litigants, without concern for any adverse consequences, freely may decline consent to the jurisdiction of a Magistrate Judge.**  If you decline consent to the jurisdiction of a Magistrate Judge, this case will be reassigned randomly to a District Judge.