IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEELCASE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05cv888-C |
| ) | |
| HARBIN'S INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Now pending before the court is the November 14, 2005, motion to withdraw (doc. # 205) filed by Attorneys Jon G. March and Sara G. Lachman as counsel for plaintiff Steelcase, Inc. Upon consideration of the motion and for good cause, it is

ORDERED that the motion to withdraw (doc. # 205) be and is hereby GRANTED.

Done this 15th day of November, 2005.


                        /s/Charles S. Coody
                        CHARLES S. COODY
                        CHIEF UNITED STATES MAGISTRATE JUDGE