# MINUTES
## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN, DIVISION

| | | |
|---|---|---|
| HON. CHARLES S. COODY, MAG. JUDGE | AT | MONTGOMERY, ALABAMA |
| DATE COMMENCED: 11/14/05 | AT | 2:04 p.m. to 2:06 p.m. |
| DATE COMPLETED: 11/14/05 | AT | FTR RECORDING |

STEELCASE, INC.      *
      Plaintiff    *
vs..        *   CASE NO. 2:05CV888-CSC
MICHAEL G. HARBIN, JR.   et al   *
      Defendant   *

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Michael Harbin, Pro Se | | Atty. Lee Bains, Jr. |

### COURT OFFICIALS PRESENT:

COURTROOM DEPUTY: WANDA STINSON          LAW CLERK: CORRIE LONG

( X ) OTHER PROCEEDINGS:    *TELEPHON STATUS/SCHEDULING CONFEENCE*

| LOG OF PROCEEDINGS ELECTRONICALLY RECORDED ||
|---|---|
| **Description** | Telephone Status/Scheduling Conference -05cv888-CSC |
| **Date** | 11/14/2005 |
| **Location** | Courtroom 4B |

| Time | Speaker | Note |
|---|---|---|
| 2:04:54 PM | Court | Conference call begins; parties on line as noted; Discussion as to settlement of case by mutual agreement; |
| 2:05:27 PM | Atty. Bains | Have been talking an intermediator for Mr. Harbin, should be able to get case resolved within the next 60 days; |
| 2:05:52 PM | Court | Will set another scheduling conf in 60 days and that time parties will inform the court whether the case is dismissed or will move forward; |
| 2:06:49 PM | Court | Conference call ends. |