IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEELCASE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05cv888-CSC |
| | ) |
| HARBIN'S INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

For good cause, it is

ORDERED that the status and scheduling conference presently set for 11:00 a.m. on January 31, 2006, be and is hereby **RESET** to **February 7, 2006**, at 11:00 a.m., **by telephone conference call**. The plaintiff shall set up the telephone conference call.

Done this 24th day of January, 2006.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE