IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| STEELCASE INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HARBIN'S, INC.; MICHAEL G. HARBIN; )<br>HOPE D. HARBIN PATTERSON, )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>1:05CV888-C |

## JOINT MOTION FOR DISMISSAL AND RULE 54(B) CERTIFICATION

COME NOW, the Plaintiff, Steelcase Inc. ("Steelcase") and one of the Defendants Michael G. Harbin, Jr. ("Harbin"), pursuant to Fed. R. Civ. P. 41(a)(2), and jointly move this Court for an order of dismissal with prejudice of all of the claims asserted by Steelcase against Harbin as well as all of the claims asserted by Harbin against Steelcase in this lawsuit, with the costs taxed as paid.

Steelcase and Harbin further move this Court for the entry of final judgment of dismissal of Harbin with prejudice from this action pursuant to Fed. R. Civ. P. 54(b) on the grounds that there is no just reason for delay and that an express direction for the entry of judgment is appropriate. A proposed Order is attached hereto as Exhibit A.

Dated this the 6th day of FEBRUARY, 2006.

_____
Lee E. Bains, Jr.
T. Louis Coppedge
Attorneys for Steelcase Inc.

**OF COUNSEL:**
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2602

_____
Michael G. Harbin, Jr.
Pro Se

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| STEELCASE INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 1:05CV888-C |
| HARBIN'S, INC.; MICHAEL G. HARBIN; ) | |
| HOPE D. HARBIN PATTERSON, ) | |
| ) | |
| Defendants. ) | |

### ORDER OF DISMISSAL WITH PREJUDICE AND ENTRY OF FINAL JUDGMENT PURSUANT TO RULE 54(b)

This matter comes before the Court upon the joint motion of Plaintiff. Steelcase Inc. ("Steelcase"), and one of the Defendants, Michael G. Harbin, Jr. ("Harbin"), for dismissal with prejudice all of Steelcase's claims against Harbin and all of Harbin's claims against Steelcase and for a final judgment pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, and it appearing to the Court that the joint motion is due to be granted and the Court finding that there is no just reason for delay and that the express direction for the entry of judgment is appropriate, it is ORDERED, ADJUDGED AND DECREED

1.  that the joint motion of Steelcase and Harbin for a dismissal with prejudice all of Steelcase's claims against Harbin and all of Harbin's claims against Steelcase; and

2.  that Harbin is hereby DISMISSED with prejudice from this action and it is further

ORDERED, ADJUDGED and DECREED that there is no just reason for delay and that an express direction for the entry of judgment is appropriate and that this order and judgment of dismissal with prejudice all of Steelcase's claims against Harbin and all of

Harbin's claims against Steelcase, is a final judgment of dismissal with prejudice pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

DONE at _____ this _____ day of _____, 2006.

_____
United States District Judge

88007.1