# MINUTES
## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA NORTHERN, DIVISION

| | | |
|---|---|---|
| HON. CHARLES S. COODY, MAG. JUDGE | AT | MONTGOMERY, ALABAMA |
| DATE COMMENCED: 2/7/06 | AT | 11:02 a.m. - 11:06 a.m. |
| DATE COMPLETED: 2/7/06 | AT | FTR RECORDING |

STEELECASE, INC.

    Plaintiff

vs..

HARBIN'S, INC.

    Defendant

CIVIL CASE NO. 2:05CV888-CSC

---

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Atty. Lee Baines | | Atty. Robert W. Smith |

### COURT OFFICIALS PRESENT:

COURTROOM DEPUTY: WANDA STINSON      LAW CLERK: CORRIE LONG

---

( X ) OTHER PROCEEDINGS:     *TELEPHONE STATUS/SCHEDULING CONFERENCE*

# SEE MINUTES ATTACHED

# LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

| Description | Telephone Conf. - Steele, Inc. v. Harbin, Jr. - 2:05cv-888-CSC | |
|---|---|---|
| Date | 2 / 7 /2006 | Location: Courtroom 4B |

| Time | Speaker | Note |
|---|---|---|
| 11:02:57 AM | Court | Conf begins; Discussion as to joint motion to dismiss; Parties have not consented; Will tell the cler's office to transfer case to a District Judge and let him decide proposed order, if everybody agrees to the joint dismissal; |
| 11:04:07 AM | Atty. Baines | That's fine - Response; |
| 11:04:21 AM | Court | Discussion as to order entered in other district court in August. What's left re: Hope Patterson; |
| 11:04:46 AM | Atty. Baines | Not a final order; will file joint motion of dismissal with prejudice; |
| 11:05:04 AM | Court | When will Patterson's motion be filed; |
| 11:05:10 AM | Atty. Baines | Within next week; |
| 11:05:19 AM | Court | Will wait to motions filed, then get the District Judge to enter orders; |
| 11:05:29 AM | Atty. Baines | Response as to what would be left - the default judgment against Harbin, Inc.; |
| 11:05:49 AM | Court | The case can be closed here; |
| 11:06:02 AM | Court | Conference call ends; |