IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| STEELCASE INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 1:05CV888-C |
| HARBIN'S, INC.; MICHAEL G. HARBIN; | ) |
| HOPE D. HARBIN PATTERSON, | ) |
| | ) |
| Defendants. | ) |

## JOINT MOTION FOR DISMISSAL AND RULE 54(B) CERTIFICATION

COME NOW, the Plaintiff, Steelcase Inc. ("Steelcase") and one of the Defendants Hope D. Patterson ("Patterson"), pursuant to Fed. R. Civ. P. 41(a)(2), and jointly move this Court for an order of dismissal with prejudice of all of the claims asserted by Steelcase against Patterson, as well as all of the claims asserted by Patterson against Steelcase in this lawsuit, with the costs taxed as paid.

Steelcase and Patterson further move this Court for the entry of final judgment of dismissal of Patterson with prejudice from this action pursuant to Fed. R. Civ. P. 54(b) on the grounds that there is no just reason for delay and that an express direction for the entry of judgment is appropriate. A proposed Order is attached hereto as Exhibit A.

Dated this the 9th day of FEBRUARY, 2006.

Lee E. Bains, Jr.
T. Louis Coppedge
Attorneys for Steelcase Inc.

**OF COUNSEL:**
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2602


_____
Hope D. Patterson
Pro Se

3007.1

## CERTIFICATE OF SERVICE

    I hereby certify that on February 9, 2006, I electronically filed the foregoing Joint Motion for Dismissal and Rule 54(b) Certification with the Clerk of the court using the CM/ECF system. I also certify that I have this date served a copy of the foregoing upon the following person by placing said copy in the United States mail, postage prepaid, and properly addressed as follows:

    Michael Harbin
    30-A Realty
    45 Sugar Sand Lane
    Seagrove Beach, Florida 32459

/s/ Lee E. Bains
Of Counsel

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| STEELCASE INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 1:05CV888-C |
| HARBIN'S, INC.; MICHAEL G. HARBIN; ) | |
| HOPE D. HARBIN PATTERSON, ) | |
| ) | |
| Defendants. ) | |

**ORDER OF DISMISSAL WITH PREJUDICE AND ENTRY OF FINAL
JUDGMENT PURSUANT TO RULE 54(b)**

This matter comes before the Court upon the joint motion of Plaintiff, Steelcase Inc. ("Steelcase"), and one of the Defendants, Hope D. Patterson ("Patterson"), for dismissal with prejudice of all of Steelcase's claims against Patterson and all of Patterson's claims against Steelcase and for a final judgment pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, and it appearing to the Court that the joint motion is due to be granted and the Court finding that there is no just reason for delay and that the express direction for the entry of judgment is appropriate, it is ORDERED, ADJUDGED AND DECREED

   1.   that the joint motion of Steelcase and Patterson for a dismissal with prejudice of all of Steelcase's claims against Patterson and all of Patterson's claims against Steelcase is GRANTED; and

   2.   that Patterson is hereby DISMISSED with prejudice from this action and it is further ORDERED, ADJUDGED and DECREED that there is no just reason for delay and that an express direction for the entry of judgment is appropriate and that this order and judgment of

01289246.1

dismissal with prejudice of all of Steelcase's claims against Patterson and all of Patterson's claims against Steelcase, is a final judgment of dismissal with prejudice pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

DONE at _____ this _____ day of _____, 2006.

_____
United States District Judge

89246.1