IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| STEELCASE INC.,                                   ) | |
|                                                   ) | |
|       Plaintiff,   ) | |
|                                                   ) | |
| v.                                                ) | CIVIL ACTION NO. |
|                                                   ) | 2:05-cv-00888-MHT |
| HARBIN'S, INC.; MICHAEL G. HARBIN;                ) | |
| HOPE D. HARBIN PATTERSON,                         ) | |
|                                                   ) | |
|       Defendants.  ) | |

**ORDER OF DISMISSAL WITH PREJUDICE AND ENTRY OF FINAL
JUDGMENT PURSUANT TO RULE 54(b)**

This matter comes before the Court upon the joint motion (Doc. No. 210) of Plaintiff, Steelcase Inc. ("Steelcase"), and one of the Defendants, Michael G. Harbin, Jr. ("Harbin"), for dismissal with prejudice of all of Steelcase's claims against Harbin and all of Harbin's claims against Steelcase and for a final judgment pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, and it appearing to the Court that the joint motion is due to be granted and the Court finding that there is no just reason for delay and that the express direction for the entry of judgment is appropriate, it is ORDERED, ADJUDGED AND DECREED

1.    That the joint motion (Doc. No. 210) of Steelcase and Harbin for a dismissal with prejudice of all of Steelcase's claims against Harbin and for a dismissal with prejudice of all of Harbin's claims against Steelcase is GRANTED; and

2.    That Harbin is hereby DISMISSED with prejudice from this action and it is further

ORDERED, ADJUDGED and DECREED that there is no just reason for delay

and that an express direction for the entry of judgment is appropriate and that this order and judgment of dismissal with prejudice of all of Steelcase's claims against Harbin and order and order and judgment of dismissal with prejudice of all of Harbin's claims against Steelcase, is a final judgment of dismissal with prejudice pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

DONE, this the 21st day of February, 2006.

       /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE